JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

EMC Corporation

**DEFENDANTS**

StorageApps, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ______
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
William F. Lee and David B. Bassett, Hale and Dorr LLP, 60 State Street, Boston, MA 02109 (617) 526-6000

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This is an action for patent infringement, arising under the patent laws of the United States, 35 U.S.C.§§1, et seq., More specifically, 35 U.S.C. §271(b) and (c).

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $** To be determined

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
**IF ANY** JUDGE ______ DOCKET NUMBER ______

DATE 10/19/2000

SIGNATURE OF ATTORNEY ~~OF RECORD~~ [signature]

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) EMC Corporation v. StorageApps, Inc.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

___ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

✓ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

___ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

___ V. 150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).

___________________________

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? YES ☐ NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403) YES ☐ NO ☒

IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? YES ☐ NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? YES ☐ NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)). YES ☐ NO ☒

OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)). YES ☐ NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES ☒ NO ☐

(a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? Central

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Central

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION: YES ☐ NO ☒ OR WESTERN SECTION: YES ☐ NO ☒

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME David B. Bassett, Esq., Hale and Dorr LLP

ADDRESS 60 State Street, Boston, MA 02109

TELEPHONE NO. (617) 526-6000

(Categfrm.rev - 3/97)



United States District Court
District of Massachusetts
(Central Section)

EMC CORPORATION,
Plaintiff,
v.
STORAGEAPPS, INC
Defendant.

Civil Action No. 00-40188-NMG

# COMPLAINT

A. Parties, Jurisdiction, and Venue

1. The plaintiff EMC Corporation ("EMC") designs, manufactures, and sells robust and secure information storage infrastructures. It has factories and offices in Worcester County, Massachusetts.

2. The defendant StorageApps, Inc. ("StorageApps") is based in Bridgewater, New Jersey, and has a regional office in Boston, Massachusetts.

3. Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. §§ 1331 and 1338(d).

4. Venue is proper in this District, pursuant to 28 U.S.C. § 1391(c).

5. This matter is properly assigned to the Central Section of the District of Massachusetts pursuant to Local Rule 40.1(c)(2)(C).

B. Nature of the Action

6. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, et seq., for infringement of five different United States Patents, each relating to information storage devices and/or methods.

7. United States Patent No. 6,101,497 (the "'497 patent," a copy of which is attached hereto as Exhibit A), entitled "Method and Apparatus for Independent and Simultaneous Access to a Common Data Set," issued on August 8, 2000. EMC has been assigned all rights under the '497 patent, including the exclusive right to bring suit for infringement of the patent.

RECEIPT # 403266
AMOUNT $ 150
SUMMONS ISS. ✓
LOCAL RULE 4.1 ✓
WAIVER OF SERV. ✓
MCF ISSUED ✓
AO 120 OR 121
BY DPTY CLK. at
DATE 10/20/00

8. United States Patent No. 5,819,310 (the "'310 patent," a copy of which is attached hereto as Exhibit B), entitled "Method and Apparatus for Reading Data from Mirrored Logical Volumes on Physical Disk Drives," issued on October 6, 1998. EMC has been assigned all rights under the '310 patent, including the exclusive right to bring suit for infringement of the patent.

9. United States Patent No. 5,987,566 (the "'566 patent," a copy of which is attached hereto as Exhibit C), entitled "Redundant Storage With Mirroring by Logical Volume with Diverse Reading Process," issued on November 16, 1999. EMC has been assigned all rights under the '566 patent, including the exclusive right to bring suit for infringement of the patent.

10. United States Patent No. 5,544,347 (the "'347 patent," a copy of which is attached hereto as Exhibit D), entitled "Data Storage System Controlled Remote Data Mirroring With Respectively Maintained Data Indices," issued on August 6, 1996. EMC has been assigned all rights under the '347 patent, including the exclusive right to bring suit for infringement of the patent.

11. United States Patent No. 5,742,792 (the "'792 patent," a copy of which is attached hereto as Exhibit E), entitled "Remote Data Mirroring," issued on April 21, 1998. EMC has been assigned all rights under the '792 patent, including the exclusive right to bring suit for infringement of the patent.

12. Each of the '497, '310, '566, '347, and '792 patents is valid and enforceable.

13. On information and belief, defendant StorageApps has made and sold or offered to sell in the United States one or more storage area network appliances capable of infringing each of the '497, '310, '566, '347, and '792 patents. Also on information and belief, customers of StorageApps have, in turn, directly infringed the '497, '310, '566, '347, and '792 patents by using such StorageApps storage area network appliances in the United States.

14. StorageApps is not licensed under the '497, '310, '566, '347, and '792 patents.

15. The damage to EMC from StorageApps' induced and contributory infringement is severe and irreparable.

16. EMC therefore seeks (a) damages for StorageApps' infringement of the '497, '310, '566, '347, and '792 patents and (b) preliminary and permanent injunction restraining StorageApps from further acts of contributory infringement or inducing others to infringe the '497, '310, '566, '347, and '792 patents.

**Count 1 – Infringement of the '497 Patent**

17. Paragraphs 1 – 16 are incorporated herein by reference.

18. StorageApps has actively induced infringement of the '497 patent in violation of 35 U.S.C. § 271(b).

19. StorageApps has contributorily infringed the '497 patent in violation of 35 U.S.C. § 271(c).

20. EMC is suffering damages and irreparable injury by reason of StorageApps' contributory and induced infringement of the '497 patent.

**Count 2 – Infringement of the '310 Patent**

21. Paragraphs 1 – 20 are incorporated herein by reference.

22. StorageApps has actively induced infringement of the '310 patent in violation of 35 U.S.C. § 271(b).

23. StorageApps has contributorily infringed the '310 patent in violation of 35 U.S.C. § 271(c).

24. EMC is suffering damages and irreparable injury by reason of StorageApps' contributory and induced infringement of the '310 patent.

**Count 3 – Infringement of the '566 Patent**

25. Paragraphs 1 – 24 are incorporated herein by reference.

26. StorageApps has actively induced infringement of the '566 patent in violation of 35 U.S.C. § 271(b).

27. StorageApps has contributorily infringed the '566 patent in violation of 35 U.S.C. § 271(c).

28. EMC is suffering damages and irreparable injury by reason of StorageApps' contributory and induced infringement of the '566 patent.

**Count 4 – Infringement of the '347 Patent**

29. Paragraphs 1 – 28 are incorporated herein by reference.

30. StorageApps has actively induced infringement of the '347 patent in violation of 35 U.S.C. § 271(b).

31. StorageApps has contributorily infringed the '347 patent in violation of 35 U.S.C. § 271(c).

32. EMC is suffering damages and irreparable injury by reason of StorageApps' contributory and induced infringement of the '347 patent.

**Count 5 – Infringement of the '792 patent**

33. Paragraphs 1 – 32 are incorporated herein by reference.

34. StorageApps has actively induced infringement of the '792 patent in violation of 35 U.S.C. § 271(b).

35. StorageApps has contributorily infringed the '792 patent in violation of 35 U.S.C. § 271(c).

36. EMC is suffering damages and irreparable injury by reason of StorageApps' contributory and induced infringement of the '792 patent.

WHEREFORE, EMC demands judgment, granting to it:

A.   A judgment that StorageApps infringes, and has infringed, the '497, '310, '566, '347, and '792 patents in violation of 35 U.S.C. § 271(b) and (c);

B.   The damages EMC has sustained as a result of StorageApps' infringement, in an amount to be ascertained at trial, including (1) a reasonable royalty on StorageApps' infringing sales, and (2) EMC's lost profits;

C.   A preliminary and permanent injunction restraining StorageApps, its officers, directors, employees, and agents, from infringing the '497, '310, '566, '347, and '792 patents;

D.   An award of interest and costs;

E.   An award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

F.   Such other and further relief as the Court deems just and proper.

**JURY DEMAND**

EMC demands a jury trial of all issues properly triable thereby.

Respectfully submitted,

By its attorneys,

William F. Lee (BBO# 291960)
David B. Bassett (BBO# 551148)
Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Louis M. Ciavarra (BBO# 546481)
Bowditch & Dewey LLP
311 Main Street
Worcester, MA 01608
(508) 791-3511

*Attorneys for Plaintiff EMC Corporation*

Of Counsel:

John Gunther, Esquire
William R. Clark, Esquire
EMC Corporation
35 Parkwood Avenue
Hopkington, MA 01748

Dated: October 20, 2000



US006101497A

# United States Patent [19]

**Ofek**

[11] **Patent Number: 6,101,497**

[45] **Date of Patent: *Aug. 8, 2000**

[54] **METHOD AND APPARATUS FOR INDEPENDENT AND SIMULTANEOUS ACCESS TO A COMMON DATA SET**

[75] Inventor: **Yuval Ofek**, Framingham, Mass.

[73] Assignee: **EMC Corporation**, Hopkinton, Mass.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/842,953**

[22] Filed: **Apr. 25, 1997**

**Related U.S. Application Data**

[63] Continuation-in-part of application No. 08/656,035, May 31, 1996.

[51] **Int. Cl.**$^7$ .......... **G06F 17/30**

[52] **U.S. Cl.** .......... **707/10**; 707/204

[58] **Field of Search** .......... 707/8, 201, 202, 707/204, 200, 10; 395/182.04, 182.13

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,866,611 | 9/1989 | Cree et al. | 364/705.08 |
| 4,975,690 | 12/1990 | Torres | 340/721 |
| 5,093,787 | 3/1992 | Simmons | 705/33 |
| 5,392,390 | 2/1995 | Crozier | 345/335 |
| 5,432,922 | 7/1995 | Polyzois et al. | 395/182.04 |
| 5,434,994 | 7/1995 | Shaheen et al. | 707/201 |
| 5,469,503 | 11/1995 | Butensky et al. | 379/265 |
| 5,479,615 | 12/1995 | Ishii et al. | 395/250 |
| 5,495,606 | 2/1996 | Borden et al. | 395/600 |
| 5,504,888 | 4/1996 | Iwamoto et al. | 395/600 |
| 5,579,318 | 11/1996 | Reuss et al. | 370/410 |
| 5,592,660 | 1/1997 | Yokota et al. | 395/608 |
| 5,596,706 | 1/1997 | Shimazaki et al. | 395/182.04 |
| 5,596,745 | 1/1997 | Lai et al. | 395/614 |
| 5,603,024 | 2/1997 | Goldring | 395/619 |
| 5,615,364 | 3/1997 | Marks | 707/202 |
| 5,625,818 | 4/1997 | Zarmer et al. | 707/104 |
| 5,649,089 | 7/1997 | Kilner | 395/182.04 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0593062A3 | 10/1993 | European Pat. Off. | G06F 11/00 |

*Primary Examiner*—Maria N. Vonbuhr
*Attorney, Agent, or Firm*—George A. Herbster; Pearson & Pearson

[57] **ABSTRACT**

A data network with data storage facilities for providing redundant data storage and for enabling concurrent access to the data for multiple purposes. A first data processing system with a first data facility stores a data base and processes transactions or other priority applications. A second data storage facility, that may be physically separated from the first data storage facility, mirrors the data in the first data storage facility. In a concurrent access operating mode, the second data storage facility makes the data available to an application concurrently with, but independently of, the operation of the other application. On completion of the concurrent operation, the second data storage facility can reconnect with and synchronizes with the first data storage facility thereby to reestablish the mirroring operation.

**10 Claims, 19 Drawing Sheets**





LOCAL SYSTEM 10
REMOTE SYSTEM 11
HOST SYSTEM
CD
RLD
CONTROL
BUFFER MEMORY
COPY
SYSTEM MEMORY
RLD STATUS
TRACK STATUS
SYSTEM MEMORY CONTROL
SYSTEM MANAGER
DC
STORAGE DEVICES
FIG. 1



M1
M2
M3
M4
TRACK 0
26
TRACK n-1
TRACK n
TRACK n+1
TRACK N

FIG. 2A

M1
M2
M3
M4
TRACK 0
53
TRACK n-1
TRACK n
TRACK n+1
TRACK N

FIG. 2B



LOCAL SYSTEM RESPONSE TO WRITING OPERATION
60
IS THE PENDING REQUEST A "CCW" REQUEST FOR WRITING DATA?
NO
61
PERFORM OPERATION
YES
62
WRITE THE DATA TO THE SYSTEM MEMORY 14 FOR SUBSEQUENT TRANSFER TO LOCATIONS IN THE STORAGE DEVICE SETS 15 AND 16
63
IS THE REMOTE SYSTEM 11 DISCONNECTED FOR INDEPENDANT OPERATION?
YES
NO
64
HAS AN ACKNOWLEDGEMENT SIGNAL BEEN RECEIVED FROM THE REMOTE SYSTEM 11?
YES
NO
73
HAS THE TIME LAPSED FOR RECEIVING AN ACKNOWLEDGEMENT SIGNAL FROM THE REMOTE SYSTEM 11?
NO
72
SET THE "M2" BIT IN THE CORRESPONDING ENTRY OF THE TRACK STATUS BLOCK 26 TO AN INVALID STATE
65
SEND A "CE" SIGNAL TO THE HOST SYSTEM 13
66
IS THIS THE LAST "CCW" IN A SEQUENCE?
NO
YES
70
IS THERE ANY ERROR RECORDED FOR THE TRANSFER?
NO
YES
67
SEND A "DE" SIGNAL TO THE HOST SYSTEM 13
71
SEND A "DE" SIGNAL WITH A MESSAGE TO THE HOST SYSTEM 13

FIG. 3



80
RESPONSE OF REMOTE SYSTEM 11 TO A WRITING OPERATION FROM THE HOST SYSTEM 40
81
HAS THE PATH TO THE RLD 30 IN THE REMOTE SYSTEM 10 BEEN DISCONNECTED FOR OPERATION IN THE INDEPENDANT MODE?
NO
YES
83
SET THE "M1" BIT IN THE CORRESPONDING ENTRY OF THE TRACK STATUS BLOCK 53 TO AN INVALID STATE
82
ERROR
84
SEND A "CE" SIGNAL TO THE HOST SYSTEM 40
85
NO
DID ANY ERROR OCCUR DURING THE WRITING OPERATION?
YES
86
SEND A "DE" SIGNAL TO THE HOST SYSTEM 40
87
SEND A "DE" SIGNAL WITH A MESSAGE TO THE HOST SYSTEM 40

FIG. 4



RESPONSE OF RLD 30 AT LOCAL SYSTEM 10
90
IS THE PATH TO THE RLD 33 IN THE REMOTE SYSTEM 11 EFFECTIVE?
YES
NO
91
SET THE RLD STATUS BLOCK 25 TO A "DISCONNECTED FOR INDEPENDENT ACCESS" STATUS
92
ARE THE RLD 30 AND RLD 33 BEING CONNECTED AFTER THE REMOTE SYSTEM 11 HAS OPERATED IN AN INDEPENDENT MODE?
YES
NO
93
SET THE RLD STATUS BLOCK 25 TO A "RETURN" STATUS
94
RESYNCHRONIZE THE REMOTE SYSTEM 11
95
USE THE TRACK STATUS BLOCK 26 IN THE SYSTEM MEMORY 14 TO IDENTIFY ALL TRACKS IN THE STORAGE DEVICES SETS 42 AND 43 THAT ARE INVALID
96
FOR EACH INVALID TRACK IN THE STORAGE DEVICE SETS 42 AND 43, COPY DATA FROM THE CORRESPONDING TRACKS IN THE STORAGE DEVICE SETS 15 AND 16

FIG. 5

U.S. Patent Aug. 8, 2000 Sheet 6 of 19 6,101,497

RESYNCHRONIZING PROCEDURE
94
INITIALIZE TRACK COUNTER
110
111
FORM A FIRST VECTOR FOR THE STATUS OF THE CORRESPONDING TRACK FROM THE TRACK STATUS BLOCK 26
112
FORM A SECOND VECTOR FOR THE STATUS OF THE CORRESPONDING TRACK FROM THE TRACK STATUS BLOCK 53
113
YES
ZERO VALUE?
NO
120
FORM A THIRD VECTOR BY REVERSING THE BITS IN THE SECOND VECTOR AND ADDING THIS VECTOR TO THE FIRST VECTOR
123
RESULT = 01?
YES
NO
124
ERROR EXISTS
114
COPY THE CORRESPONDING TRACK FROM THE LOCAL SYSTEM 10 TO THE REMOTE SYSTEM 11
115
INCREMENT THE TRACK COUNTER
116
NO
MAXIMUM COUNT?
YES
117
RESTORE THE RLD STATUS TO THE "ON GOING" VALUE

FIG. 6



| | FIRST VECTOR | | SECOND VECTOR | | THIRD VECTOR | | RESULT | |
|---|---|---|---|---|---|---|---|---|
| | M1 | M2 | M1 | M2 | M1 | M2 | M1 | M2 |
| 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 101 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 1 |
| 102 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| 103 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 1 |

FIG. 7



HOST (OCTP)
200
HOST (DSS)
201
HOST
202
CD
203
CD
204
CD
205
206
DC
207
DC
213
210
211
212
STD VOL
214
215
216
BCV

FIG. 8



220
HOST
VOL A
VOL B
221
222
M1
M2
BCV
224
226
SYMMETRIX
225
223

FIG. 9

220
HOST
VOL A
VOL B
221
222
ESTABLISH
BCV
READY
225
M1
M2
M3
224
226
COPY
SYMMETRIX
223

FIG. 11



BEGIN CONFIGURATION
USER REQUEST BCV DEVICE CAPABILITY
230
231
DRIVE TYPE ENTERED
232
DRIVE NUMBER ENTERED
233
DOES DRIVE EXIST?
NO
234
ERROR
YES
DRIVE OPERATING CHARACTERISTICS ENTERED
235
NUMBER OF DESIRED LOGICAL VOLUMES ENTERED
236
A BCV DEVICE OPTION FOR THE VOLUME TYPE ENTERED
237
BCV VOLUME TRACK STATUS BITS SET TO VALID STATE
238
BCV DEVICE FLAG IN SYSTEM DEVICE CONFIGURATION RECORD IS SET
239
DONE

FIG. 10



HA
DC
RECEIVE ESTABLISH COMMAND FROM HOST 10
240
241
ERROR?
YES
242
ABORT
NO
243
ISSUE ESTABLISH REQUEST; DISCONNECT
FIND ESTABLISH REQUEST
244
ADD THE BCV DEVICE 226 AS A LOCAL BCV MIRROR WITH THE NEXT AVAILABLE DEVICE MIRROR DESIGNATION
245
DISCARD ALL WRITE PENDING OPERATIONS TI THE BCV DEVICE 226
246
SET THE BCV DEVICE 226, ACTING AS A STORAGE FACILITY FOR THE VOLUME B APPLICATION 222, TO NOT READY (NR)
247
SET ALL THE TRACK STATUS BITS FOR THE BCV DEVICE 226 ACTING AS A MIRROR TO AN INVALID STATE
248
250
FIND COMPLETE STATUS AND RECONNECT
POST COMPLETE STATUS
249

FIG. 12



HOST
220
VOL A
VOL B
221
222
SPLIT
M1
M2
BCV
224
226
SYMMETRIX
225
223

FIG. 13

HOST
220
VOL A
VOL B
221
222
RE-ESTABLISH
BCV
NOT READY
225
M1
M2
M3
224
226
SYNC
SYMMETRIX
223

FIG. 15



HA
DC
RECEIVE SPLIT COMMAND FROM HOST 10
251
252
ERROR?
YES
253
ABORT
NO
254
ISSUE SPLIT REQUEST; DISCONNECT
FIND SPLIT REQUEST
255
LOCK MIRROR DEVICES 224 AND 226
256
TERMINATE OPERATION OF BCV DEVICE 226 AS A MIRROR TO THE MIRROR DEVICES 224 AND 225; ASSIGN THE BCV DEVICE 226 TO THE VOLUME B APPLICATION 220
257
SET THE BCV DEVICE 226, ACTING AS A MIRROR, TO NR
258
MANAGE WRITE PEDING OPERATIONS
260
COPY ID TABLES FROM THE MIRROR DEVICE 224 AND 225 TO THE BCV DEVICE 226
261
SET THE BCV DEVICE 226 AS A VOLUME FOR THE VOLUME B APPLICATION 222
262
264
FIND COMPLETE STATUS AND RECONNECT
POST COMPLETE STATUS
263

FIG. 14



HA
DC
RECEIVE RE-ESTABLISH COMMAND FROM HOST 10
270
271
ERROR?
YES
272
ABORT
NO
273
ISSUE RE-ESTABLISH REQUEST; DISCONNECT
FIND RE-ESTABLISH REQUEST
274
ADD THE BCV DEVICE 226 AS A LOCAL BCV MIRROR WITH THE NEXT AVAILABLE DEVICE MIRROR DESIGNATION
275
SET THE BCV DEVICE 226, ACTING AS A STORAGE FACILITY FOR THE VOLUME B APPLICATION 222, TO NOT READY (NR)
276
SET ANY WRITE PENDING OPERATIONS FOR THE BCV DEVICE 226 TO INVALID
277
MERGE THE M4 BITS IN THE TRACK STATUS BLOCK FOR THE BCV DEVICE 226 WITH THE M3 BITS IN THE TRACK STATUS BLOCK FOR THE MIRROR DEVICE 224 AND 225
280
282
FIND COMPLETE STATUS AND RECONNECT
POST COMPLETE STATUS
281

FIG. 16



HOST
222
VOL A
VOL B
221
220
RESTORE
BCV
NOT READY
225
M1
M2
M3
224
226
COPY
SYMMETRIX
223

FIG. 17



HA
DC
RECEIVE RESTORE COMMAND FROM HOST 10
290
291
ERROR?
YES
292
ABORT
NO
293
ISSUE RESTORE REQUEST; DISCONNECT
FIND RESTORE REQUEST
294
ADD THE BCV DEVICE 226 AS A LOCAL BCV MIRROR WITH THE NEXT AVAILABLE DEVICE MIRROR DESIGNATION
295
SET THE BCV DEVICE 226, ACTING AS A STORAGE FACILITY FOR THE VOLUME B APPLICATION 222, TO NOT READY (NR)
296
MANAGE WRITE PENDING OPERATIONS TO THE BCV DEVICE 226
297
SET ALL THE TRACK BIT POSITIONS FOR THE BCV DEVICE 226 AS A MIRROR DEVICE TO A VALID STATE; SET AL THE TRACK BIT POSITIONS FOR THE MIRROR DEVICES 224 AND 225 TO AN INVALID STATE
298
POST COMPLETE STATUS
300
FIND COMPLETE STATUS AND RECONNECT
301

FIG. 18



HA
DC
RECEIVE INCREMENTAL RESTORE COMMAND FROM HOST 10
310
311
ERROR?
YES
312
ABORT
NO
313
ISSUE INCREMENTAL RESTORE REQUEST; DISCONNECT
FIND INCREMENTAL RESTORE REQUEST
314
ADD THE BCV DEVICE 226 AS A LOCAL BCV MIRROR WITH THE NEXT AVAILABLE DEVICE MIRROR DESIGNATION
315
SET THE BCV DEVICE 226, ACTING AS A STORAGE FACILITY FOR THE VOLUME B APPLICATION 222, TO NOT READY (NR)
316
SET ALL WRITE PENDING OPERATIONS TO THE M1 AND M2 MIRROR DEVICES 224 AND 225 TO INVALID
317
MERGE THE M4 BITS IN THE TRACK STATUS BLOCK FOR THE BCV DEVICE 226 WITH THE M3 BITS IN THE TRACK STATUS BLOCK FOR THE MIRROR DEVICES 224 AND 225
320
POST COMPLETE STATUS
321
FIND COMPLETE STATUS AND RECONNECT
322

FIG. 19



LOCAL SYSTEM 10
REMOTE SYSTEM 11
330
331
M1
R2
M3
R1
340
333
BCV
332
337
335
R1
M2
M3
R2
334
336
13
HOST SYSTEM
40
HOST SYSTEM

FIG. 20

LOCAL SYSTEM 10
REMOTE SYSTEM 11
330
331
M1
R2
M3
R1
340
333
337
335
R1
M2
M3
R2
336
334
BCV
341
13
HOST SYSTEM
40
HOST SYSTEM

FIG. 21



COMMUNICATIONS
GATEKEEPER DEVICE
360
BCV DEVICE
361
STANDARD DEVICE
362
LOCAL SYSTEM 10
M1
R2
M3
R1
330
340
333
331
HOST SYSTEM
11
REMOTE SYSTEM 11
R1
M2
M3
R2
337
335
334
336
(BCV) M1
R2
(BCV)R1
341
353
352
HOST SYSTEM
40
SECOND REMOTE SYSTEM
M2
R1
(BCV)R2
354
355
356
350
HOST SYSTEM
351

FIG. 23

FIG. 22

# METHOD AND APPARATUS FOR INDEPENDENT AND SIMULTANEOUS ACCESS TO A COMMON DATA SET

## CROSS REFERENCE TO A RELATED APPLICATION

This is a continuation-in-part of copending application for U.S. Pat. Ser. No. 08/656,035 filed May 31, 1996 for a Method and Apparatus for Independent Operation of a Remote Data Facility, which application is assigned to the same assignee as this invention.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention generally relates to digital data processing systems adapted for simultaneous, diverse uses such as on-line transaction application or other priority processing applications and decision support system, backup and other applications that characterize data base management system operations.

2. Description of Related Art

Computer implemented data base management systems are exemplary of systems that operate with what can become two antithetical considerations, namely: (1) maintaining the integrity of the data on the system and (2) maintaining maximum availability of the data on the system. That is, in prior art systems backup operations to preserve data integrity and normal operations for using the data base were mutually exclusive operations. The considerations of data integrity and availability become antithetical when a backup operation interferes with normal operations or when normal operations, due their priority, prevent a timely backup. These conflicts become more prevalent because as the size of data bases increases the time required to complete a conventional backup operation increases. Yet it remains an ultimate goal to have continuous availability of the data base for normal operations.

The maintenance of data integrity in such systems originally involved making copies of the data on the same or other storage devices such as disk drives or on other media such as magnetic tape to provide an historical backup. Typically, however, these systems required all other operations in the data processing system to terminate while the backup was underway. More recently disk redundancy has evolved as an alternative or complement to historical backups. Generally speaking, in a redundant system two storage devices, such as disk storage devices, store data in a form that enables the data to be recovered if one storage device becomes disabled. In a basic approach, a first disk storage device stores the data and a second disk storage device stores a mirror image of that data. Whenever a transfer is made to the first disk storage device, the data transfers to the second disk storage device essentially simultaneously. Typically separate controllers and paths interconnect the two disk storage devices to the remainder of the computer system.

While mirroring provides one type of redundancy, the procedures for obtaining historical backups still involves the transfer of data to a backup medium, such as magnetic tape. As previously indicated, in the past the backup operation has excluded the operation of other applications or programs. However, several systems have been proposed for providing concurrent backups. For example, U.S. Pat. No. 5,212,784 to Sparks discloses an automated concurrent data backup system in which a Central Processing Unit (CPU) transfers data to and from storage devices through a primary controller.

The primary controller connects through first and second independent buses to first and second mirrored storage devices respectively (i.e., a primary, or mirrored device and a secondary or mirroring data storage device). A backup controller and device connect to the secondary storage device through its bus. Normally the primary controller writes data to both the primary and secondary data storage devices. The CPU initiates a backup through the primary controller. In response the primary controller then writes only to the primary data storage device and enables the backup controller to take control of the second bus and transfer data from the secondary data storage device to the backup media. After a backup operation is completed, the primary controller resynchronizes the storage devices by updating any changes that occurred to the primary data storage device while the backup operation was underway. Examples are also disclosed in which the primary controller connects to three and four storage devices that enable the system to operate with redundancy by mirroring two storage devices while the backup occurs with a third storage device.

U.S. Pat. Nos. 5,241,668 and 5,241,670 to Eastridge et al. disclose different aspects of concurrent backup procedures. In both systems a request for a backup copy designates a portion of the stored data called a data set. For example, if the data storage devices contain a plurality of discrete data bases, a data set could include files associated with a corresponding data base. In a normal operation, the application is suspended to allow the generation of an address concordance for the designated data sets. Execution of the application then resumes. A resource manager is established to manage all input and output functions between the storage sub-systems and associated memory and temporary memory. The backup copy is formed on a scheduled and opportunistic basis by copying the designated data sets from the storage sub-systems and updating the address concordance in response to the copying. Application updates are processed during formation of the backup copy by buffering the updates, copying the affected uncopied designated data sets to a storage sub-system memory, updating the address concordance in response to the copying, and processing the updates. The designated data sets can also copy to the temporary storage memory if the number of designated data sets exceeds some threshold. The designated sets are also copied to an alternate memory from the storage sub-system, storage sub-system memory and temporary host memory utilizing the resource manager and the altered address concordance to create a specified order backup copy of the designated data sub-sets from the copied portions of the designated sub-sets without user intervention.

If an abnormal event occurs requiring termination of the backup, a status indication is entered into activity tables associated with the plurality of storage sub-systems and devices in response to the initiation of the backup session. If an external condition exists that requires the backup to be interrupted, the backup copy session terminates and indications within the activity tables are reviewed to determine the status of the backup if a reset notification is raised by a storage sub-system. This enables the track extents which are active for a volume associated with a particular session to be determined. A comparison is then made between the track events which are active and volume and track extents information associated with a physical session identification. If a match exists between the track extents which are active and the volume of and track extent information associated with a physical session identification, the backup session resumes. If the match does not exist, the backup terminates.

U.S. Pat. No. 5,473,776 to Nosaki et al. discloses a concurrent backup operation in a computer system having a

central processing unit and a multiple memory constituted by a plurality of memory devices for on-line storing data processed by tasks of the central processing unit. A data backup memory is provided for saving data of the multiple memory. The central processing unit performs parallel processing of user tasks and a maintenance task. The user tasks include those that write currently processed data into the multiple memory. The maintenance task stops any updating of memory devices as a part of the multiple memory and saves the data to a data backup memory.

Each of the foregoing references does disclose an approach for performing backup operations concurrently with the execution of applications programs in a computer system. However, in each, the system operates in the environment of a single computer system under common control. For example, in the Sparks patent the CPU connects through a primary controller to the first and second memories and to the backup controller. The Eastridge et al. and the Nosaki et al. patent references disclose systems in which the execution of applications programs is also involved in the backup operation. Further while these references disclose systems for concurrent backup operations, they do not disclose or suggest any procedures for enabling the simultaneous processing of common data by different applications, such On Line Transaction Processing (OLTP) applications and Decision Support System (DSS) applications.

More recently the concept of redundancy has come to include remote data facilities. A computer system with a remote data facility will include a first data processing system with disk storage at as a local site facility and one or more duplicate data processing systems at one or more physically remote locations that operate as one or more mirrors of the data collection in the first system. The physical separation can be measured in any range between meters and hundreds or even thousands of kilometers. In whatever form, the remote data facility provides data integrity with respect to any system errors produced by power failures, equipment failures and the like.

Storage facilities using redundancy including remote data facilities have become repositories for large data bases that also are dynamic entities. They are subject to rapid change as for example in banking systems by bank teller and automatic teller machine (ATM) entries or by requests for passenger tickets in airline reservation systems. In many data base systems OLTP applications maintain the data base in a current state while DSS or query applications enable individuals to obtain reports based upon the contents of the data base.

In early systems the OLTP and DSS applications ran on a mutually exclusive basis. That is, no DSS applications could run while OLTP applications were being processed. Conversely no OLTP application processing could occur while the DSS applications were in use. Certain levels of data integrity were provided to assure the validity of entry data in such systems. For example, U.S. Pat. No. 5,450,577 to Lai et al. discloses a high capacity transaction system in which integrity is assured while transaction processing is underway. In this particular approach, a system receives events from an event generator and stores the raw events to disk, the raw events corresponding, for example, to different data entries for a particular record. Structural information relating events to transactions is not stored on disk. This provides data integrity during the construction of raw events to form a transaction or record to be posted to the data base.

Referring to the issue of availability, the increase in the number of transactions posted to such data bases and the need for twenty-four hour transaction processing particularly introduced by the sheer number of transactions being processed and worldwide access has lead to a ultimate goal of continuous availability for processing OLTP applications. It is no longer acceptable to interrupt the process of OLTP applications for purposes of processing DSS applications. Yet, if this requirement were strictly construed, it would never be possible to obtain queries, so the data base would, in effect, be useless. Consequently steps have been taken to maximize the availability of a system for processing OLTP or other priority applications while still permitting the processing of DSS applications on a timely basis.

U.S. Pat. No. 5,317,731 to Dias et al. discloses one approach for providing separate processes or on-line transaction application and decision support system application processing. In this patent on-line transaction and decision support system application processing are referred to as transaction and query processing respectively. Dias et al. utilize an intelligent page store for providing concurrent and consistent access by a functionally separate transaction entity and a query entity to a shared data base while maintaining a single physical copy of most of the data. The intelligent page store contains shared disk storage. An intelligent versioning mechanism allows simultaneous access by a transaction processor and a query processor. The transaction processor is presented current data while the query processor is presented a recent and consistent version of the data. In this particular approach both the transaction and query processors operate independently of each other and are separately optimized. However, the query processor apparently can only read data from the intelligent page store.

U.S. Pat. No. 5,495,601 to Narang et al. discloses an alternative approach for separating on-line transaction and device systems support application processing. In this particular embodiment transactions directly effect data at a series of disks through a controller. When a decision support application is processed, a host produces a series of parameters that pass to the controller and represent the selection criteria for records in a data base. The controller then operates on the data base independently of the host to identify those records satisfying the criteria. While this occurs, the host temporarily stores any updates due to transactions in a buffer pool. The decision support system seems to be limited to read-only operations.

U.S. Pat. No. 5,504,888 (1996) to Iwamoto et al. discloses a file updating system employing the temporary connection and disconnection of buffer storage to extended storage. Extended storage becomes available for dedicated use by a batch process that updates data and eliminates contention between resources with an on-line process that is a normally run application that accesses the data on a file disk. During normal operations, during which the batch processing is inactive, read and write transfers requested by the on-line process establish a data path from an on-line process buffer through an extended storage unit to a file disk. When batch processing is to occur this path is terminated; and the on-line process thereafter can only read data from the file disk. The batch process can receive data as needed from the file disk through the extended storage unit but writes data or transfers data updates only to the extended storage unit. When batch processing has been completed, a data path is established from the extended storage unit to the on-line process buffer, and the updated data stored in the extended storage unit transfers to the file disk. This particular approach is adapted for data processing systems particularly involving data bases which are relatively static in content, such that periodic, batch-processed updates are satisfactory. The fact that the

on-line process can only perform reading operations while the batch process is active limits the use of this methodology. Such an approach is not readily adapted for use in a data processing system as used in banking, reservations or other systems in which the data base changes dynamically.

U.S. Pat. No. 5,592,660 to Yokota et al. discloses a data base management system that performs retrieval process and updating process operations alternatively. The data processing system in this patent is disclosed in terms of a transaction data base system processing device with a data base storage device and a decision support data base system that includes two decision data base storage devices. Each interval during which the transaction data base system updates a record in the transaction data base is a predetermined time interval. A delayed updating device in the decision support data base system receives a log created by the change to the transaction data base during each predetermined time interval. At each predetermined time interval, the delayed updating device alternatively supplies both the log received at a current predetermined time interval and the log received immediately preceding the current predetermined time interval to a first data base storage device and to a second data base storage device. A retrieving device executes a retrieving process for the second decision data base stored in the second data base storage device when the delayed updating device supplies both logs to the first data base storage device. The retrieving device also executes a retrieving process for the first decision data base stored in the first data base storage device when the delayed updating device supplies both logs to the second data base storage device. In essence, the retrieval job processing accesses one or the other of the two data base storage devices associated with the decision support data base system while the delayed updating part operates with the other of those storage devices.

Most of the foregoing references do not provide alternates for maximizing the availability of a system for processing OLTP or like priority applications, nor do they effect a complete segregation of those processes. Most of the last four cited references fail to provide any suggestions for procedures that will provide data redundancy. Moreover the processing of decision support system or equivalent applications is limited to read only operations. This can limit range of procedures that decision support system applications can perform.

While the Yokota et al. patent discloses separate data processing systems for the transaction job, or OLTP, processing and for the decision support system processes or applications, a data processing system operating in accordance with the disclosure seems to require disk storage capacity of three times the capacity required for storing one copy of the data base. That is, it appears that the primary copy of the data base is stored in one disk for access by the transaction job processing part (i.e., the OLTP processing application). Two additional copies are required for the decision support database system. Still additional storage may be required for maintaining update logs in the transaction job database system. Provisions must be made to transfer the update log information from the transaction job database system to the decision support database system. These transfers will require data processor resources. In many applications, the allocation of such resources from the OLTP processing computer system can introduce intolerable delays in the rate of transaction processing. In addition all data seems to transfer only to the decision support database system. There appears to be no way to transfer data from the decision database system to the transaction job database system.

## SUMMARY

Therefore it is an object of this invention to provide a data processing system that includes redundant storage of data and that enables access to the data by multiple processes.

Another object of this invention is to provide a data processing system that stores a data base on redundant storage devices and that enables applications, such as decision support system applications, to run concurrently with other applications, such as on-line transaction processing applications.

Still another object of this invention is to provide a data processing system that stores a data base on redundant storage devices and that enables the system to run applications, such as on-line transaction processing applications, concurrently with other applications, such as decision support system applications, having the capability of altering data stored in a disk storage device.

In accordance with one aspect of this invention a data set is stored in a primary data storage facility that is addressable by a first application. A second data storage facility is configured to correspond to the first data storage facility. A first command establishes the second data storage facility as a mirror for the first data storage facility thereby to replicate the data set in the second data storage facility. A second command terminates the memory mirror function of the second data storage facility and enables the second storage facility to be addressed by a second application concurrently with operations of the first application that utilize the data set in the primary data storage facility.

## BRIEF DESCRIPTION OF THE DRAWINGS

The appended claims are intended to point out with particularity and to claim distinctly the subject matter of this invention. The various objects, advantages and novel features of this invention will be more fully apparent from a reading of the following detailed description in conjunction with the accompanying drawings in which like reference numerals refer to like parts, and in which:

FIG. **1** is a block diagram of interconnected geographically remote data processing systems for operating in accordance with this invention;

FIGS. **2A** and **2B** depict the details of TRACK STATUS registers that are useful in implementing this invention;

FIG. **3** depicts the process by which a local system as shown in FIG. **1** responds to a writing operation;

FIG. **4** depicts the process by which a remote system shown in FIG. **1** responds to a writing operation;

FIG. **5** depicts the operation of a remote link director shown in FIG. **1**;

FIG. **6** is a more detailed sequence of the remote link director shown in FIG. **5**;

FIG. **7** is a diagram that is useful in understanding this invention and the operation of FIG. **6**;

FIG. **8** is a simplified version of the local system **10** shown in FIG. **1** with a plurality of host systems and a business continuation volume (BCV) device in accordance with another aspect of this invention;

FIG. **9** is a simplified version of the system shown in FIG. **8** that depicts a logical organization after initial configuration of the system with a BCV device;

FIG. **10** depicts the procedure for producing the configuration in FIG. **9**;

FIG. **11** depicts the logic organization in FIG. **9** after establishing a BCV device as a local mirror;

FIG. 12 depicts the procedure for establishing the connection shown in FIG. 11;

FIG. 13 depicts the system of FIG. 9 after splitting and reconnecting the BCV device to a host;

FIG. 14 depicts the procedure for establishing the connection shown in FIG. 13;

FIG. 15 depicts the system in FIG. 9 after reestablishing the BCV device as a mirror;

FIG. 16 depicts the procedure for establishing the connection shown in FIG. 15;

FIG. 17 depicts the system in FIG. 9 during a restoration of data from the BCV device operating as a mirror;

FIG. 18 depicts a first procedure for establishing the connection shown in FIG. 17;

FIG. 19 depicts a second procedure for establishing the connection in FIG. 17;

FIG. 20 depicts another embodiment of this invention incorporating a BCV device with a local and remote system of FIG. 1;

FIG. 21 depicts another embodiment of this invention incorporating a BCV device with a local and remote system shown in FIG. 1;

FIG. 22 depicts another embodiment of this invention in the context of a local system and remote system of FIG. 1; and

FIG. 23 depicts the system of FIG. 9 in combination with a gatekeeping device.

## DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

FIG. 1 depicts one embodiment of this invention as applied to a data processing network with local and remote systems. In accordance with this embodiment a data processing network comprises two essentially identical data processing systems that include a local system **10** and a geographically remote system **11**. A communications link **12**, comprising fiber optic cables or high-speed data transmission lines, interconnects the local system **10** and remote system **11**. The physical separation between the local system **10** and the remote system **11** can be up to hundreds of kilometers or more.

The local system **10** comprises major components including a host system **13** formed of a host processor and a first data storage facility that includes a system memory **14** and sets or pluralities **15** and **16** of multiple data storage devices or data stores. The system memory **14** can comprise a buffer or cache memory; the storage devices in the pluralities **15** and **16** can comprise disk storage devices, optical storage devices and the like. The sets **15** and **16** represent an array of storage devices in any of a variety of known configurations.

A channel director (CD) **17** provides communications between the host system **13** and the system memory **14**; device controllers (DC) **20** and **21** provide pathways between the system memory **14** and the storage device pluralities **15** and **16**. A bus **22** interconnects the system memory **14**, the channel directors **17** and **18** and the device controllers **20** and **21**. A system manager **23** enables an operator to transfer information between the various elements of the system, such as a control **24**, a Remote Link Director (RLD) STATUS block **25** and a TRACK STATUS block **26** that are described in more detail later through one of the device controllers, namely the device controller **21** in FIG. **1**. Bus access logic, not shown but known in the art, controls transfers over the bus.

Generally speaking, the local system **10** operates in response to commands from one or more host systems, such as the host system **13**, that a connected channel director, such as channel director **17**, receives. The channel directors **17** and **18** transfer commands to a command buffer in the system memory **14**. The command buffer **24** stores data structures and write requests that the device controllers generate. The device controllers, such as the device controllers **20** or **21**, respond by effecting a corresponding operation using the information in the command buffer **24**. The selected device controller then initiates a data operation. Reading operations transfer data from the storage devices to the system memory **14** through a corresponding device controller and subsequently transfer data from the system memory **14** to the corresponding channel director, such as channel director **17** when the host system **13** initiates the data writing operation.

The local system **10** in FIG. **1** additionally includes an RLD **30** for controlling transfers of data between the local system **10** and the remote system **11** over the communications link **12**. The major components of the remote link director **30** include a control **31** and a buffer memory **32**. The remote link director **30** connects to the system bus **22** and the communications link **12**.

The remote system **11** includes a remote link director **33** that connects to the communications link **12** and includes a control **34** and a buffer memory **35**. Signals received from the remote link director **33** transfer over a system bus **36**, like the system bus **22**, of the remote system **11**. The remote system **11**, like the local system **10**, includes, as its major components, a host system **40**, a system memory **41** and storage device sets or data stores **42** and **43**. The sets **42** and **43** represent an array of storage devices configured to mirror the sets **15** and **16**. In the same fashion as in the local system **10**, the remote system **11** includes channel directors **44** and **45** for connection to host systems. In this particular embodiment, the host system **40** connects to the bus **36** through the channel director **44**. Device controllers **46** and **47** provide pathways between the system bus **36** and the storage device sets **42** and **43** respectively. A system manager **50** enables an operator to transfer information between the various elements of the system, such as a control **51**, RLD STATUS block **52** and a TRACK STATUS block **53** that are described in more detail later. Bus access logic, not shown but known in the art, controls transfers over the bus.

Each of the local and remote systems **10** and **11** may comprise a Symmetrix integrated cached disk array as manufactured and sold by the assignee of this invention according to known operations as described in Yanai et al., U.S. Pat. No. 5,206,939 issued Apr. 27, 1993. Consequently, the following discussion makes only general references to the operation of such systems. For purposes of this invention it is sufficient to understand that the remote system **11** normally acts as a mirror of the local system **10** on a volume-by-volume basis and that the volumes can by physical volumes, although logical volumes are preferred. Given the geographical separation between the local and remote systems **10** and **11**, the system in FIG. **1** operates with an extremely high degree of reliability, even in the event of a natural disaster. Normally, the local system **10** is the active system while the remote system **11** acts as a mirror. In such systems transfers from the local system **10** to the remote system **11** normally occur in response to a writing command issued by a local host system such as the host system **13**. The details of such a transfer are discussed later.

The host system **40**, in such an environment, could be limited to performing read operations in order that the

remote system **11** exactly mirror the local system **10**. Should some catastrophic event prevent any part of the local system **10** from operating, control can be transferred to the remote system **11** through use of the system manager **50** that would disconnect the remote link director **33** and enable the host system **40** to read and write data to the storage device sets **42** and **43**. Mirroring remote data facilities are also known in the art; and Symmetrix remote data facilities supplied by the assignee of this invention provide such remote mirroring capabilities.

Unlike the prior art operation of the local and remote systems like those shown in FIG. **1**, a system constructed in accordance with this invention enables the remote system **11** (1) to disconnect from the local system **10**, (2) to operate as an independent data processing system with the capability of writing data into the storage device sets **42** and **43**, (3) to reconnect to the local system **10** and (4) to resynchronize to the local system **10** automatically. For this specific embodiment, this operation requires two types of information, namely: the status of the remote link directories **30** and **33** and the status of each track or corresponding data block in storage devices in each system. The RLD STATUS block **25** records the status of the remote link directory **30**. For purposes of this discussion, it is assumed that the RLD STATUS block **25** has one of three values that represent a "DISCONNECT FOR INDEPENDENT ACCESS" or "INDEPENDENT" status, a "RETURNING" status and an "ONGOING" or normal operating mode status. The INDEPENDENT status value indicates that an operator at the local system **10** or the remote system **11** has utilized the corresponding one of the system managers **23** and **50** to terminate communications between the local system **10** and the remote system **11** for a valid reason that does not constitute a condition requiring any corrective action. The RETURNING status means that the system manager **23** or **50** has just reestablished the communications. During intervals characterized by the "INDEPENDENT" and "RETURNING" status, the remote system **11** does not mirror the local system **10**. The ONGOING status means that the local system **10** and the remote system **11** are operating normally and are synchronized.

The TRACK STATUS block **26** comprises a bit map with an entry for each track on the storage device sets **15** and **16**; the TRACK STATUS block **53** is a bit map with an entry for each track on the storage device sets **42** and **43**. FIG. **2A** represents the TRACK STATUS block **26** as a matrix in which each row identifies a track in the storage device sets **15** and **16**; in FIG. **2B**, the TRACK STATUS block **53** has corresponding rows. In both FIGS. **2A** and **2B** the columns are headed by **M1**, **M2**, **M3** and **M4** that establishes a correspondence between the bit position and the system containing the TRACK STATUS block in a local system **10** and in each of up to three remote mirroring systems.

It will be apparent that each entry in the blocks **26** and **53** correspond to a data block of a size corresponding to the minimum transfer size. In Symmetrix systems this is typically a track; however, a given track may be divided into multiple blocks or a block might even comprise multiple contiguous tracks. The only change will be the number of rows in each of the blocks **26** and **53**, as each row will correspond to one data block.

In the system of FIG. **1**, only the data columns identified as the M1 and M2 columns in FIG. **2** contain relevant TRACK STATUS data as only one local system **10** and one remote system **11** are present. For any given track the M1 column in FIG. 2A indicates whether the data in the corresponding track in the local system **10** is valid while the M2 column indicates whether the data in the corresponding track in the remote system **11** is valid. Likewise, for any given track the **M1** column in FIG. **2B** indicates whether the data in the corresponding track in the local system **10** is valid while the **M2** column indicates whether the data in the corresponding track in the remote system **11** is valid. In an implementation involving two additional remote systems, the M3 and M4 columns in FIG. 2A would indicate the whether the data in the corresponding tracks in the remaining two mirrored systems were valid. Typically and for purposes of this discussion, a "0" indicates a valid data track or block; a "1", an invalid data track or block.

With this as background, it will now be possible to describe the various operations of these components (1) during a normal mirroring mode, (2) during an independent operating mode and (3) during the return to a normal operating mode.

## Normal Mirroring Mode

In a normal operating mode the local system **10** is the active system while the remote system **11** functions solely as a mirror. For example, when the system in FIG. **1** accommodates a database, the local system **10** processes all the OLTP applications including those that can effect changes to the data base. As will be apparent to those of ordinary skill in the art, "application" includes in its meaning programs, routines, subroutines, procedures and processes in whatever form that issue data transfer commands or I/O requests including write commands. For purposes of this description, it is assumed that the host system **13** issues a Channel Control Word (CCW) command including all the necessary parameters from which the system can transfer a data block to or from a particular location in the storage device sets **15** and **16**. Other operating systems use other procedures. However, this invention is readily adapted to operate with such systems.

When a host system such as the host system **13** in FIG. **1** issues a command, it transfers the CCW command or equivalent to the channel director **17** for transfer to the system memory **14**. If the system memory control **24** determines that the pending CCW command will perform an operation other than a writing operation for transferring data to a location in one of the storage device sets **15** or **16**, the control **24**, in step **60** of FIG. **3**, diverts to perform the requested operation in step **61**. If the CCW request defines a write operation, control transfers from step **60** to step **62** wherein the information is written into the system memory **14** for subsequent transfer to locations in the storage device sets **15** and **16** in a normal fashion.

During normal mirroring operations, the RLD STATUS block **25** indicates an ONGOING status because the remote system **11** connects to the local system **10** through the remote link directors **30** and **33** and the communications link **12** and because the local system **10** and remote system **11** are synchronized. Consequently control transfers from step **63** in FIG. **3** to step **64** where the system awaits an acknowledgement signal that the remote system **11** has received the data being written to its system memory **41**. When this acknowledgement is received under predetermined constraints, control transfers to step **65** wherein the control **24** sends a CE, or Channel End, signal to the host system **13** in step **65**. If this is the first or an intermediate CCW command in a sequence, step **66** transfers control to step **67** to send a DE, or Device End, signal to the host system **13**. After processing the last CCW command in a sequence step **66** diverts to step **70** to test for any error conditions. If no

error has occurred, step **67** sends the DE signal to the host system **13**. If an error occurred, control passes to step **71**, and the control **24** transfers the DE signal with a message identifying the nature of the error.

Consequently during the normal operating mode any changes the host system **13** makes to the data in the storage device sets **15** and **16** automatically produce corresponding changes in the storage device sets **42** and **43**. Moreover in normal operation the storage device sets **42** and **43** or logical volumes therein exactly mirror the corresponding ones of the storage device sets **15** and **16** or logical volumes therein according to configuration information from the system manager **23** and system manager **50**. Although the host system **40** is enabled to access data in the storage device sets **42** and **43** in this mode, it can not alter data. It can access data only on a read-only basis. In the normal operating mode and in the context of a data base system, the local system **10** processes all the on-line transaction processing applications by altering the storage device sets **15** and **16** that constitute a primary repository for the data base. The remote system **11** operates only as the mirror of that data base.

Independent Operating Mode

In accordance with this invention, it is possible for the host system **40** in FIG. **1** to operate independently with the capability of writing information to the storage device sets **42** and **43**. In the context of a data base system, the host system **40** becomes an independent mechanism for processing decision support system applications to produce reports based upon the data base content.

This operation can begin by using the system manager **50** to block communications through the remote link directors **30** and **33** and communications link **12**. Well known processes then update the RLD status registers **25** and **52** in the local system **10** and remote system **11**, respectively by shifting the status from a "NORMAL" operating mode to "INDEPENDENT" mode and altering the operations within the local system **10** and the remote system **11** differently.

Referring again to FIG. **3**, any writing operation or updating operation that now occurs in the local system **10** still alters data in the storage device sets **15** and **16** in step **62** in FIG. **3**. However, in step **63** the control **24** determines that the remote system **11** is disconnected for independent operation because the RLD STATUS block contains the "INDEPENDENT" status. In step **72** the control **24** updates the corresponding TRACK STATUS block **26** to indicate that the remote system **11** no longer contains valid data in the corresponding track because it is not possible to transfer the new data to the remote system **11**. In the system of FIG. **1** the corresponding register on the block **26** would be sent to "01" for the M1 and M2 sets. The operation of step **72** also occurs if step **73** indicates that a time interval has elapsed without the receipt of an acknowledgement signal, during the normal operating mode.

Thus during the independent operating mode the host system **13** continues on an uninterrupted basis to process on-line transaction processing applications or other priority functions on the data base or other data collection in the storage device sets **15** and **16**. This occurs with no significant increase in the time required because the only additional requirement is to set the "M2" bit in the corresponding entry of the TRACK STATUS block **26** to an invalid state (e.g., a "1") in step **72** and because the control **24** performs this function.

Once the communications link **13** has been disabled, the remote system **11** responds according to FIG. **4**. In step **80** the host **40** is enabled to issue a CCW command that involves writing data. Step **81** determines that in fact the system is operating in the independent mode. If not, the control **51** diverts its activities to step **82** to initiate an appropriate error procedure. Otherwise in step **83** the control **51** sets the M1 bit in the corresponding entry of the TRACK STATUS block **53** to an invalid state (e.g., the M1 and M2 bits have the value "10") to denote that the specified track in the disk storage sets **42** and **43** no longer mirrors the corresponding track in the storage device sets **15** and **16**. In step **84** the control **51** sends a "CE" signal to the host system **40**. Step **85** diverts to step **86** to send a DE signal to the host system if no error occurs or to step **87** to send a DE signal with an appropriate message to the host system **40** if an error occurs. Thus, during this independent operating mode, the host system **40** processes decision support system or other applications that may alter the content of the storage device sets **42** and **43**. However, step **83** assures that an historical record of those changes is maintained. During this operation the direct support system determines which data to write and has the responsibility for assuming that it does not alter data to be used later in a process.

FIG. **5** depicts the pertinent operation of the remote link director **30** at the local system. The control **31** in step **90** determines whether the path through the communications link **12** to the remote link director **33** is effective. If it is not, the control **31** sets the RLD status to the "DISCONNECT FOR INDEPENDENT ACCESS" status referred to above in step **91**. Once the path is disabled, the status remains unchanged until a reconnection at the end of the independent operating mode.

Return to Normal Operating Mode

When the processing of decision support system or equivalent application concludes, the system manager **50** reestablishes the connection through the communications link **12** and reverts the remote system **11** to the normal operating mode. Now any attempt by the host system **40** to write data will cause step **81** in FIG. **4** to divert to the error procedure **82**.

Simultaneously the control **31** shifts control from step **90** in FIG. **5** to step **92** and determines whether the connection is being made after the remote system has operated in an independent mode based upon information contained in the RLD STATUS block **25** or any alternate location within the remote link director **30**. If it is, the control **31** sets the RLD STATUS block **25** to a "RETURN" status in step **93** to indicate a return to the normal operating mode during which resynchronization will occur. Then in step **94** the control **31** resynchronizes the local system **10** and remote system **11**. Generally, the control **31** retrieves the TRACK STATUS block **53** from the remote system **11** and effectively identifies all the tracks in the storage device sets **42** and **43** that have invalid tracks either because the host system **13** altered tracks in the data storage sets **15** and **16** or because the host system **40** altered tracks in the data storage sets **42** and **43** during the independent operating mode. A more detailed description of the resynchronizing procedure of step **94** appears below.

Still referring to FIG. **5**, if the two remote link directors **30** and **33** have disconnected for other reasons, then step **92** transfers to step **95**. The control **31** uses only the status block **26** to identify all of the tracks in the storage device sets **42** and **43** that are invalid. This operation, for example, could occur if a particular storage device in the one of the storage device sets **42** and **43** became inoperable for any period of

time. In step **96** a copy program **97** in the RLD **30** in FIG. **1** transfers data from identified tracks in the storage device sets **15** and **16** to corresponding tracks in the storage device sets **42** and **43**.

In one embodiment of this invention, the control **31** performs the resynchronization process of step **94** according to a procedure of FIG. **6**. Before discussing this procedure in detail, it will be helpful to understand that at the end of the independent operating mode the collection of bits assigned to a specific track in the TRACK STATUS blocks **26** and **53** and assigned to the local system **10** and mirroring remote system **11** can define only one of four valid bit patterns. In FIG. **7**, rows **100**, **101**, **102** and **103** define these four valid bit patterns of the TRACK STATUS blocks for a given track. Column **104** shows the values of the M1 and M2 bits in the TRACK STATUS block **26** for that track; column **105**, the values of the M1 and M2 bits in the TRACK STATUS block **53** for the corresponding track.

Still referring to FIG. **7**, if neither the host system **10** nor the host system **40** alters information in a track during the independent operating mode, the corresponding M1 and M2 bits in each of the TRACK STATUS blocks **26** and **53** will be "0" as shown in row **100** and columns **104** and **105**. If only the host system **40** alters information in a track, the values of the M1 and M2 bits will be "10" as shown in row **101** at column **105**; the M1 and M2 bits in the TRACK STATUS block **26** remain "00". In the context of the independent operating mode this means that the data in the track of the storage device sets **42** and **43** is altered, but valid with respect to the procedure being executed by the host system **40**. If only the host system **13** alters information in a track, the M1 and M2 bits in the TRACK STATUS block **26** become "01" while the corresponding bits in the TRACK STATUS block **53** remain "00" as shown at row **102** under columns **104** and **105** respectively. The fourth valid bit pattern results when both the host system **13** and the host system **40** alter data in a track. In that event, as shown in row **103**, the bit patterns in the TRACK STATUS blocks **26** and **53** are "01" and "10" respectively.

As previously indicated, FIG. **6** depicts the process by which in step **94** in FIG. **5** the control **31** in FIG. **1** uses these bit patterns to resynchronize the systems. This process is iterative in nature and under the control of a loop controller in the form of a track counter (not shown, but located within the RLD **30**) that the process initializes in step **110**. In step **111** the control **31** forms a first vector corresponding to the data located in column **104** of FIG. **7** from the TRACK STATUS block **26**. In step **112** a similar action forms a second vector corresponding to the data located in column **105** of FIG. **7** from the TRACK STATUS block **53**.

In step **113**, the control **31** determines if the concatenated first and second vectors has a "ZERO" value, as would occur if the vectors corresponded to the values in row **100** of FIG. **7** indicating that no change occurred to the track in either of the storage devices in sets **15** and **16** or sets **42** and **43**. If this occurs, control passes to a loop control comprising step **115** that increments the track counter to point to a next track in sequence. In step **116** the control determines if all the tracks have been tested by comparing the track counter contents to a maximum value. If more tracks need to be examined, control passes back to step **111**. Otherwise the resynchronizing process is complete, and step **116** transfers control to step **117** to restore the status in the RLD STATUS block to the "ONGOING" value indicating a return to normal mirroring operations.

If the concatenated first and second vectors do not have a "ZERO" value, the control **31** transfers from step **113** to step **120** to form a third vector by reversing the bits in the second vector and summing the first and third vectors. FIG. **7** depicts the effect of the bit reversal, or swap, in column **121**. Such swapping procedures are well known. If the swap did not occur in step **120**, the M1 bit in the TRACK STATUS register **26** could be set erroneously to an invalid value that would effectively delete valid data from the data base.

Column **122** depicts the sum provided in step **120** by performing a logical inclusive "OR" operation on the first vector in column **104** and the third vector in column **121**. Rows **101**, **102** and **103** show that the sum in each case is "01". With reference to the local system **10**, this value indicates that the track in the local system **10** is valid while the corresponding track in the remote system **11** is no longer valid with respect to the data in the data storage sets **15** and **16**.

As will now be shown, any other value represents an error condition. A "1" in the M1 bit in column **104** indicates that the data in the local system **10** is invalid; consequently, no action should be taken to transfer this data to the remote system **11**. Similarly, a "1" in the M2 bit position in column **105** indicates that the data in the remote system **11** is invalid. This occurs only if some fault exists with respect to a track; consequently, no action to be taken to transfer any data to this track until after the fault is cleared.

In step **121** the control **31** determines the value of the sum. If the value is other than "01", then, as previously indicated, an error exists. The control **31** terminates any further processing with respect to the particular track by noting the error in step **122** through an error condition detection scheme or interrupt handler and then transfers to step **115** in the loop control.

If the sum for the status of a track in step **121** is "01", the tracks need to be resynchronized. Step **121** then transfers to step **114** to copy the track from the local system **10** to the remote system **11**. Next the system transfers operations to step **115** in the loop control.

When step **116** shifts control to step **117**, the resynchronizing process of FIG. **6** has tested the bit patterns for each track and copied only those that are needed to resynchronize the data. This operation occurs concurrently with normal operations so that during the process any changes the host system **13** makes to the data also produces a change in the remote system **11**. If the host system **13** alters a track during the process, the new data transfers to the remote system **11** conventionally. If the host system **13** alters the track before it is processed by the resynchronizing process and the M1 and M2 bits in the TRACK STATUS block **53** still remain at a "10" value, such as shown at rows **101** and **103** of FIG. **7**, the copy program **97** will merely recopy the data from the local system **10** to the remote system **11**.

As previously indicated it is possible to modify the network shown in FIG. **1** by adding a third and even a fourth system interconnected through corresponding communications links. The interconnection of three systems could then provide a first system like the local system **10** dedicated to process OLTP or other priority applications, a second remote system like the remote system **11** operating as a mirror and as a mechanism for performing decision support system or other applications, and a third system that always operates to mirror the data in the first system. Alternatively, the third system could also be adapted for running other applications in an independent operating mode.

The general approach of redundancy and dedicated OLTP or other priority processing of this invention is particularly effective because the percentage of operations that alter the

data on a disk rarely involve the system for a majority of its time. Normally, significantly less then half of all disk operations involve writing operations or data changes. Further the remote system can operate as a decision support system because generally such programs operate with respect to a snapshot of the data base taken at a particular time and because an individual application normally requires only a very short time. In this particular embodiment that snapshot represents the data base at the instant the system manager **50** disables transfers through the communications link **12**.

When implemented as described above, the network shown in FIG. **1** meets the objectives of this invention. Given the relatively short times required to process decision support systems, the local system **10** and the remote system **11** operate in a mirrored configuration for the vast majority of time to provide redundancy. However when it is necessary to obtain a report or answer to a query, the operation occurs simultaneously with the continued operations within the local system **10** and without any intervention by the local system **10** that could adversely affect its operating characteristics. Moreover immediately upon completion of the report or query, local and remote systems resynchronize to reestablish a mirror relationship. Typically the number of tracks that need to be updated will be minimal, so that the time required to resynchronize the system after running decision support system applications will be minimal. Moreover the copy program **97** by virtue of its being located in the remote link director **30** performs this resynchronization independently of the on-line transaction processing or other priority application.

## ALTERNATE EMBODIMENTS

Unexpectedly it has been found that the underlying principals and invention incorporated in the foregoing embodiment of FIGS. **1** through **7** have application in other data processing system configurations. Specifically it has been found that with some modifications it is possible to use the track status information, like the information in the track status blocks **26** and **53** of FIG. **1**, to attain the concurrent access to a common database or data set in accordance with this invention at a single site, such as the site of the local system **10** of FIG. **1**, or at multiple sites, such as the sites of the local and remote systems **10** and **11**. Moreover it has been found that this concurrent access can be attained by allocating storage space within a given storage system or adding a storage system at one or the other of the sites.

FIG. **8** that represents one embodiment of a local system **10** shown in FIG. **1** that includes multiple host systems **200**, **201** and **202** as shared, independent system resources. More specifically the host **200** could respond to one type of application, such as an OLTP application; host **201**, to a DSS application; and host **202**, to a backup, other OLTP or DSS application.

Each of the hosts **201** through **202** connects through a corresponding channel director **203** through **205** in a storage system. The channel directors constitute one form of a host adapter that is particularly used in many mainframe applications. Other host adapters include ESCON or SCSI adapters. Such adapters are well known in the art. For purposes of this description the phrases "host adapter" and "channel directors" will be used interchangeably. However, it will be apparent that any other type of host adapter could be substituted for the specifically disclosed channel directors.

A bus system **206**, typically a parallel bus network, interconnects the channel directors **203** through **205** with

device controllers **207** and **213** that are analogous to the device controllers **20** and **21** in FIG. **10**. In this particular embodiment, however, the device controller **207** controls the operations of a series of physical disks which are shown in terms of three logical volumes **210**, **211** and **212**. The segmentation of physical disks into logical volumes is well known in the art.

Similarly a device controller **213** interfaces another series of logical volumes **214**, **215** and **216** to the bus **206**. In accordance with this invention, each of these volumes **214** through **216** is defined as a Business Continuation Volume and is designated a BCV device. Each BCV device comprises a standard disk controller and related disk storage devices as shown in FIG. **1** especially configured to independently support applications and processes. The use of these BCV devices, as will become apparent, enables a host such as host **201** to utilize instantaneous copies of the data in the standard volumes **210** through **211**. Moreover, as will become apparent, there typically will be at least one BCV volume assigned to each host device that will operate on a data set concurrently. If hosts **201** and **202** are to have the capability of performing DSS and backup applications concurrently on different volumes, then the system in FIG. **8** would have at least two BCV devices as opposed to the three BCV devices in FIG. **8**.

As will also become apparent, the use of a BCV device allows concurrent access to a single data set by the host **200** and **201**, but allows the host **200** to continue OLTP or like processing without any impact or load on the resource **200** and the volumes **210** through **212**. The resource load for performing DSS or like applications is transferred entirely to the host **201** and to one of the BCV volumes **214** through **216**. All of this is essentially transparent to the user.

The operation of a BCV device and its corresponding BCV volume or volumes is more readily understood in terms of data sets stored in logical volumes. As known, any given logical volume may be stored on a portion or all of one physical disk drive or on two or more disk drives. However, the number of physical disk drives is not important to an understanding of this invention. FIG. **9** depicts a single host **220** containing two types of applications. In the context of an OLTP/DSS set of application programs, a Volume A application **221** could represent an OLTP application that operates on a data set in a logical Volume A and a Volume B application **222** could represent a DSS application or a backup application or an application of updating a database stored in Volume A. Although FIG. **9** depicts a single host, it is obvious that, in appropriate situations, the Volume A and B applications **221** and **222** could be assigned to separate hosts.

In FIG. **9**, a storage unit **223** is represented as comprising two disk volumes that are mirrors. They are an M1 volume **224** and an M2 volume **225**. In accordance with this invention, a third storage volume **226** comprises a BCV device **226**. In this particular embodiment the M1 and M2 devices **224** and **225** can actually comprise multiple physical disks as might be incorporated in a RAID-5 redundancy. In such an event the BCV volume would also comprise multiple disks so that the BCV device could act as a mirror. Generally each mirror volume and the BCV device will be on physical disk drives that connect to separate device controllers, as known in the art.

In accordance with one embodiment of this invention, a configuration procedure establishes configurations similar to that shown in FIG. **9**. Once this relationship is established, the host **220** in FIG. **9** can issue a number of commands to

establish the BCV device **226** as another mirror, to split the BCV device **226** as a mirror and reestablish a data transfer path with the volume **222**, to reestablish the BCV device as a mirror **226** and to restore data from the BCV device **226** when it operates as a mirror synchronized to the storage devices **224** and **225**. Each of these operations will now be discussed in detail.

Configuration

FIG. **10** depicts the steps that establish the configuration shown in FIG. **9**. In step **230** a user requests BCV capability and initiates the procedure of FIG. **10** and identifies the drive type and the drive number in steps **231** and **232** thereby to identify a particular physical disk drive. The physical drive normally will be the same as the physical disk drives storing the data set. It may even be formed as a volume on an existing disk drive. In whatever form, if the designated drive does not exist, a test at step **233** diverts to a process by which an appropriate error message is returned in step **234**. Assuming the drive does exist, the user enters the drive operating characteristics in step **235** such as the number of cylinders, enters the number of desired volumes in step **236** and defines, as a volume type, a BCV device. Step **238** sets BCV volume track status bits in its corresponding track status block to a valid state. The step **239** sets a BCV device flag in a system device configuration record. Thus when the procedure in FIG. **10** is completed, a Volume A application **221** can execute data transfers with data in the mirrored M1 and M2 disk volumes **224** and **255** while a Volume B application **222** has a data path to the BCV device **226** and can communicate with the BCV device by use of a application related address or identification.

As previously indicated, the data storage system such as the local system **10** in FIG. **1** includes a track status block **26** that incorporates M1 through M4 bits as previously defined. In this particular example, the M1 and M2 bits refer to the M1 and M2 mirrored disk volumes **224** and **225**. Step **238** sets all the M3 bits to an invalid state so no transfer will be attempted. In addition, a Not Ready (NR) status will define the BCV device **226**. The M3 mirror is selected because it is the next available mirror in this particular configuration as previously indicated. All the bits in the M4 bit position will be set to be invalid state because there is no M4 mirror. If the storage facility were normally operated with three permanent mirror devices, the BCV device **226** would be designated as the M4 mirror device. Assuming that the M1 mirror **224** and the M2 mirror **225** are in synchronism, the M1 bits and M2 bits will all have a valid setting. Once this configuration is achieved, it remains until the host **220** issues an ESTABLISH command because at this point the volume in the BCV device **226** contains no data.

ESTABLISH Command

The ESTABLISH command effectively isolates the Volume B application **222** of the host **220** and the BCV device **226**. In this particular case the ESTABLISH command effectively connects the BCV device **226** as an M3 mirror volume to define a BCV pair with the mirrored storage Volume A. Now the BCV device **226** status as seen by the Volume B application **222** is Not Ready (NR). The status as seen by the Volume A application **221** and copy program is Ready. All the M3 track status bits are set to an invalid state. Consequently the copy program, that normally maintains the mirrored storage devices in synchronism, copies data from a designated one of the M1 and M2 mirror storage devices **224** and **225** to the BCV device **226** operating as the M3 mirror. When the BCV device **226** synchronizes with the other mirror devices, normal mirroring operations continue to all mirror storage devices including the BCV device **226**.

Referring to FIG. **12** a host adapter receives the ESTABLISH command in step **240** and tests for any error conditions in step **241**. If any error conditions exist, control transfers to step **242** wherein the response to the command terminates and the host adapter returns an error code. Error codes indicating a non-existent standard device, a BCV device **226** already in use with another volume where a simple BCV device contains multiple volumes, an inconsistency in the size or emulation types are typical error conditions that can cause step **241** to divert to step **242**.

If the tests of step **241** are all passed satisfactorily, appropriate data is returned to the host adapter and in step **243** the host adapter issues a request corresponding to the ESTABLISH command. Then the host adapter effectively disconnects from the BCV device **226**. As a result no further communications can occur with any host.

The device controller receives the request corresponding to the ESTABLISH command in step **244**. It then adds the corresponding BCV device **226** as a local BCV mirror with the next available standard device mirror as previously described. In the particular embodiment shown, it adds the BCV storage device **226** as the M3 mirror. Various bookkeeping operations, that do not form part of this invention, but are well known in the art, are also performed. Moreover as any further communications between the Volume B application **222** and the BCV device **226** are no longer possible, step **246** discards any write pending operations from the BCV device **226** contained in the device controller attached to the BCV device **226**. In step **247** a Not Ready (NR) status is established for the BCV device **226** as it relates to the Volume B application **221**. In step **248** the BCV mirror track states bits, i.e., the M3 bit positions in the track status block; such as the track status block **26** in FIG. **1**, are set to an invalid state. Next the system posts a complete status in step **249** in terms of a return instruction that is passed through to the host adapter in step **250** thereby to enable the continued communications with other hosts to resume. As previously indicated once this is complete, a copy program such as the copy program **100** in FIG. **1**, copies all the data, typically from the M1 mirror device **224**, to the M3 BCV mirror device **226**. When synchronized, the storage unit **223** will contain three copies of the data set, one in each of the mirror devices **224** and **225** and the BCV device **226**.

SPLIT Command

The configuration in FIG. **11** continues until after synchronization of the M3 BCV volume **226** is established. The SPLIT command, when applied to the configuration shown in FIG. **11**, reestablishes a path between the Volume B application **222** and the BCV device **226**. The procedure, as set forth in FIG. **14**, is initiated when the SPLIT command is received by the host adapter in step **251**. The host adapter tests various conditions in step **252**. One particular test determines whether the BCV device **226** is in synchronism with the other mirrors. If an error condition exists, step **252** diverts to step **253** to abort the response. Otherwise step **254** issues a SPLIT request to the device controller **21** and blocks any further communications to the device controller from other hosts.

In step **255** the device controller for the BCV device **226** receives the SPLIT command or request. The M1 and M2

mirror devices **224** and **225** are locked to prevent any activity during the response to the SPLIT command. This prevents any new writes from being posted from other hosts to the device while the response to the SPLIT command is in process. In step **257** the device controller removes the BCV mirror from the standard device and reassigns it to its original BCV device address **226**. Various bookkeeping procedures such as updating device records to reflect a configuration change are accomplished. Next the status of the BCV device **226** in the context of its mirror operation is discontinued by setting the device to a Not Ready (NR) state with respect to the system responsive to the Volume A application **221**.

Step **260** manages any write pending operations to the BCV device **226**. There are four possible situations. For the first situation and in the context of FIG. **13**, if there are no write pending operations for either the BCV device **226** as a mirror or the **M1** and **M2** mirror devices **224** and **225**, in-cache bit flags are set to 0 in the BCV device tables. For the second situation, write pending operations only involve the **M1** and **M2** mirror devices **224** and **225**. In that situation the in-cache bit flags are set to 0 in the BCV device tables. In a third situation write pending operations involve only the BCV device **226** acting as a mirror, not the **M1** and **M2** mirror devices. The same write pending cache slot is maintained in a manner that is known in the art. However, the attributes of that slot are altered to reflect the device number of the BCV device **226** instead of **M1** and **M2** devices **224** and **225** and to reflect that the mirror is now the BCV device **226** using the current mirror identification, that is the **M3** mirror in this particular example. The write pending and in-cache flags for the BCV device **226** acting as a mirror are cleared for the **M1** and **M2** mirror devices **224** and **225** and set for the BCV device **226**.

In the fourth situation write pending requests are present on both the BCV device **226** acting as a mirror and the **M1** and **M2** mirror devices **224** and **225**. The write pending cache slot is duplicated. The copy or duplicate of the cache slot is altered to reflect or define the device number for the BCV device **226** instead of a standard mirror device, such as the **M1** and **M2** mirror devices **224** and **225**. The duplicate slot is also altered to reflect that the mirror is now the BCV's former first available local mirror, i.e., the **M3** mirror in the example of FIGS. **9** and **13**, instead of one of the **M1** and **M2** mirror devices **224** and **225**. The write pending and in-cache flags for the BCV device **226** acting as a mirror are cleared on the **M1** and **M2** mirror devices **224** and **225** and set on the BCV device **226**. Maintaining the BCV device **226** in a high priority write state minimizes the potential for encountering the fourth case.

Once the write pendings are handled in step **260,** step **261** copies the identification (ID) tables from the **M1** and **M2** mirror devices **224** and **225** to the BCV device **226**. However, the **M4** track bit position is cleared of all invalid values. When the BCV device **226** acts as other than a single mirror, this action automatically propagates the data to any additional mirror devices.

Step **262** then sets the BCV device **226** to a ready.state with respect to the Volume B application **222**. In step **263** the device controller posts a complete status as a return message. The host adapter, in step **264**, receives that status and reconnects. When this occurs, the Volume B application **222** now accesses the data set as it stood at the instant of the SPLIT command. The processing of this data then occurs in parallel with or concurrently with the processing of the Volume A application **221**, but on the replicated copy of the data set.

As the Volume A application **221** thereafter alters tracks on the M1 and M2 mirror devices, it marks the corresponding track bit positions to a valid state for the **M1** and **M2** mirror devices **224** and **225**. It also sets to an invalid state the bit positions for the **M3** mirror constituted by the disconnected BCV device **226**.

Similarly, as the Volume B application **222** alters data on the BCV device **226**, it will set the **M1** bit position for the corresponding tracks to a valid state and an **M4** bit position as indicating that the data on the **M1** and **M2** mirror devices **224** and **225** has not been updated. In the embodiment of this invention using BCV devices, the track status block for the BCV device **226** uses only two bit positions. The **M1** bit position identifies the status of the tracks on the BCV device **226**; the **M4** bit position represents the other devices in the storage unit **223**, in FIG. **13**, the **M1** and **M2** mirror devices **224** and **225**. The **M2** and **M3** bit positions are not used.

More specifically, prior to the processing of the SPLIT command and assuming synchronization, the invalid track counts and status are given by:

TABLE 1

| | M1 | M2 | M3 | M4 |
|---|---|---|---|---|
| M1 AND M2 MIRROR DEVICES 224 AND 225 | 0 READY | 0 READY | 0 READY | MAX NOT ACTIVE |
| BCV DEVICE 226 | 0 NR | MAX NOT ACTIVE | MAX NOT ACTIVE | 0 NOT ACTIVE |

In Table 1, MAX represents the maximum number of tracks for each device. The combination of the 0 count and Not Ready (NR) state of the M1 position indicates that while the BCV device **226** has current data, it is not available to the Volume B application **222**.

Immediately after processing the SPLIT command, the device controller for the BCV device **226** makes it available to the Volume B application **222** and isolates it from the **M1** and **M2** mirror devices **224** and **225**. At that point the invalid track counts and ready states are:

TABLE 2

| | M1 | M2 | M3 | M4 |
|---|---|---|---|---|
| M1 AND M2 MIRROR DEVICES 224 AND 225 | 0 READY | 0 READY | 0 NR | MAX NOT ACTIVE |
| BCV DEVICE 226 | 0 READY | MAX NOT ACTIVE | MAX NOT ACTIVE | 0 NOT ACTIVE |

Thereafter and assuming that the Volume A application **221** alters data in **465** tracks of the **M1** and **M2** mirror devices **224** and **225** and the Volume B application **222** alters data in **125** tracks of the BCV device **226**, the track counts and status are:

TABLE 3

| | M1 | M2 | M3 | M4 |
|---|---|---|---|---|
| M1 AND M2 MIRROR DEVICES 224 AND 225 | 0 READY | 0 READY | 465 NR | MAX NOT ACTIVE |
| BCV DEVICE 226 | 0 READY | MAX NOT ACTIVE | MAX NOT ACTIVE | 125 NOT ACTIVE |

In effect these tables demonstrate that the system monitors the changes to data in each copy of the data set in the M1 and M2 mirror devices 224 and 225 as a first or primary data storage facility and in the BCV device 226 as a second or secondary data storage facility.

RE-ESTABLISH Command

Once the processing of data in the BCV device 226 by an application, such as the Volume B application 222, has been completed, it is possible to reconnect the BCV device 226 as a mirror for the volume which has just been analyzed or as a mirror to an entirely new volume. If the decision is to mirror a new volume, then the foregoing configuration procedure and ESTABLISH command are issued. If, however, it is desired to reestablish the mirror function with the previously mirrored system, then a RE-ESTABLISH command is issued. In response the BCV device 226 is isolated from the Volume B application 222 and reconnects as a mirror to the M1 and M2 mirrors 224 and 225. Now, however, it will be necessary to overwrite tracks on the BCV device 226 with data from the M1 and M2 mirror devices 224 and 225 that has been altered in those devices by the Volume A application 221 and in the BCV device 226 by the Volume B application 222. Consequently the only tracks that need to be updated in the BCV device 226 to synchronize the BCV device 226 as the M3 mirror are represented by the merge of those altered tracks. In the specific example shown in Table 3, the maximum number of tracks will be 465 tracks plus 125 tracks (i.e., 590 tracks) assuming none of the tracks is a duplicate.

FIG. 16 depicts the procedure followed by the host adapter and device controller in response to the RE-ESTABLISH command. As in the previous cases, the host adapter receives the RE-ESTABLISH command from the host in step 270 and tests for errors in step 271. If an error is found, step 272 aborts the process and issues an appropriate error code. One such error occurs if the designated BCV device is not the device that initiated the ESTABLISH command. Assuming no errors exist, step 273 issues a reestablish request to the device controller and then disconnects in a manner analogous to the disconnection in FIG. 12.

The device controller, in step 274, receives the reestablish request and adds the BCV device 226 as the next available standard device mirror in step 275. The BCV device 226 is indicated to be Not Ready (NR) to the Volume B application 222 in step 276. All write pendings to the BCV device are set to be invalid in step 277. Step 280 in FIG. 16 merges the BCV device track M 4 and the BCV mirror invalid tracks. In the specific example of FIG. 15, the M3 bit positions in the track status block for the mirror devices M1 and M2 define the invalid blocks. This merger identifies only those tracks that need to be updated or refreshed to minimize the number of transfers needed to reestablish synchronism. Further, in the particular example shown, if a BCV device M4 bit position is invalid or the standard device BCV mirror track is invalid (i.e., the M3 bit position in this example), the M3 BCV mirror track is set to be invalid. Thus if the Volume B application 222 modifies the data in any track, that track will be rewritten in subsequent to the execution of the RE-ESTABLISH command as will any track written by the Volume A application 221. Once the merge has been complete, step 281 completes posting various status information as previously indicated and transfers that status in step 282 to the host adapter thereby to reestablish a connection with the host adapter.

In the specific example depicted above, assume that the RE-ESTABLISH command issues at the time the status is as

shown in Table 3 (i.e., the Volume A application 221 altered 465 tracks and the Volume B application 222 altered 125 tracks). Once the RE-ESTABLISH command has been executed, the track count values and status will be as follows:

TABLE 4

| | M1 | M2 | M3 | M4 |
|---|---|---|---|---|
| M1 AND M2 MIRROR DEVICES 224 AND 225 | 0 READY | 0 READY | 590 READY | MAX NOT ACTIVE |
| BCV DEVICE 226 | 0 NR | MAX NOT ACTIVE | MAX NOT ACTIVE | 0 NOT ACTIVE |

Once the BCV device 226 has been brought into synchronism, the track count values and status are as follows:

TABLE 5

| | M1 | M2 | M3 | M4 |
|---|---|---|---|---|
| M1 AND M2 MIRROR DEVICES 224 AND 225 | 0 READY | 0 READY | 0 READY | MAX NOT ACTIVE |
| BCV DEVICE 226 | 0 NR | MAX NOT ACTIVE | MAX NOT ACTIVE | 0 NOT ACTIVE |

Thus the RE-ESTABLISH command is useful when the BCV device 226 is to be reconnected as a mirror to the previously connected data storage system. The RE-ESTABLISH command can thus reduce the time required to achieve resynchronization over the time that would be required if the ESTABLISH command were run again.

The RESTORE Command

The RESTORE command restores all the data on the BCV device 226 to the mirror devices 224 and 225. This procedure is useful if a failure occurs in the M1 and M2 mirror devices 224 and 225 while the BCV device 226 has a valid copy. For example, if the Volume B application 222 were a backup operation, no data would change in the BCV device 226. If a disk failure or file corruption event were to occur so the data sets in both the M1 and M2 mirror devices 224 and 225 were invalid, the RESTORE command could then restore the data in the M1 and M2 mirror devices 224 and 225 in the version that existed at the time of the prior SPLIT command from the BCV device 226.

In response to the RESTORE command, the BCV device 226 is isolated from the Volume B application 222, as shown in FIG. 17. As shown in FIG. 18, the host adapter receives a RESTORE command in step 290 and tests for error conditions in step 291. An error condition, unique to the RESTORE command, exists if the BCV device 226 has invalid tracks, if there are write pending operations to the M1 and M2 mirror devices 224 and 225 or if the M1 and M2 mirror devices 224 and 225 have a Not Ready (NR) status. Step 292 aborts any processing of the RESTORE command if any error conditions exist.

If no errors exist, step 291 diverts to step 293 that issues a restore request and then disconnects. When the device controller encounters the restore request in step 294, it selects the next available standard mirror device, the M3 mirror device in this particular example, in step 295. Step

296 isolates the BCV device 226 from the Volume B application 222 by indicating the device is no longer ready or available to the Volume B application 222.

Various pending write operations are managed in step 297. As previously indicated, one of the error conditions tested in step 291 is the presence of pending write operations for the M1 and M2 mirror devices 224 and 225. Thus, step 297 only encounters other write pending operations for transfers to the BCV mirror device. If any exist, the same write pending cache slot is maintained, but its attributes are altered to reflect the device number of the standard device instead of the BCV device 226 and to reflect that the mirror is now one of the M2, M3 and M4 mirror devices instead of the first available local mirror of the BCV device 226. The write pending and in-cache flags for the BCV M1 track status bits are cleared but set on the BCV mirror as a mirror for the M1 and M2 mirror devices 224 and 225. Thus in this particular example, the M2 bits associated with the BCV device would be cleared while the M3 bits in the track status register for the M1 device would be set for those tracks corresponding to pending write operations.

As the initiation of the RESTORE command assumes that only the BCV device 226 contains valid data, the device controller in step 298 sets all the BCV mirror tracks, the M3 mirror tracks in this specific example, to valid states and sets all the M1 and M2 mirror device tracks to an invalid state. Once this operation is complete, the status is posted in step 300 and the system returns to normal operation in step 301 whereupon the copy program begins the transfer of data from the BCV device 226 to the M1 and M2 mirror devices 224 and 225.

An example of how these bits are set can be more readily ascertained by reviewing the various states of the track counts and status associated with each of the M1 and M2 mirror devices 224 and 225 and the BCV device 226 assuming the decision to issue a RESTORE command is made at the time depicted in Table 3.

In response to the RESTORE command, the BCV device 226 is no longer available to the Volume B application 222 but is available as a mirror as it contains a coherent copy of the data. The invalid track counts for the M1 and M2 mirror devices 224 and 225 contain values corresponding to the maximum number of invalid tracks in view of the operation of step 298. This number immediately starts to decrease when the full copy operation is triggered.

TABLE 6

| | M1 | M2 | M3 | M4 |
|---|---|---|---|---|
| M1 AND M2 MIRROR DEVICES 224 AND 225 | MAX READY | MAX READY | 0 READY | MAX NOT ACTIVE |
| BCV DEVICE 226 | 0 NR | MAX NOT ACTIVE | MAX NOT ACTIVE | 125 NOT ACTIVE |

Once the standard devices M1 and M2 devices 224 and 225 receive full copies from the BCV device 226 acting as the mirror M3, their invalid track counts reduce to zero (0) so they now are valid mirrors. At this point the M1 through M4 tracks are as follows:

TABLE 7

| | M1 | M2 | M3 | M4 |
|---|---|---|---|---|
| M1 AND M2 MIRROR DEVICES 224 AND 225 | 0 READY | 0 READY | 0 READY | MAX NOT ACTIVE |
| BCV DEVICE 226 | 0 NR | MAX NOT ACTIVE | MAX NOT ACTIVE | 125 NOT ACTIVE |

INCREMENTAL RESTORE Command

As will be apparent, if the Volume B application alters any tracks in the BCV device 226, the RESTORE command will overwrite this new or altered data onto the M1 and M2 mirror devices 224 and 225. Such a restoration might be appropriate when the Volume B application 222 acts to produce a desired alteration of a data base and the altered data base is to replace the original data base.

An alternative INCREMENTAL RESTORE command brings the M1 and M2 mirror devices 224 and 225 into synchronism with the BCV device by transferring only data from tracks that the Volume A application has altered since a SPLIT command. This establishes synchronization without the costly overhead of performing a full restoration. FIG. 19 depicts the process whereby steps 310 through 313 represent the steps for issuing an incremental restore request to the device controller in response to the receipt of the INCREMENTAL RESTORE command from the host. The device controller responds by finding the incremental restore request in step 314. In step 315 the process adds the local BCV device 226 as the next available standard device mirror, the M3 mirror in this specific example. In step 316 the BCV device 226 is isolated from the Volume B application 222 by establishing an NR state for that application. All standard device write pending operations are then set to be invalid to terminate any further writing operations to the M1 and M2 mirror devices 224 and 225.

In the same manner as described with respect to step 280 in FIG. 16, step 320 merges the BCV device and BCV mirror invalid tracks as represented by the M3 track status bits for the M1 and M2 mirror devices 224 and 225 and the M4 track status bits for the BCV device 226. The merged data represents the total number of altered tracks that require restoration. This merged data is transferred to the M1 and M2 mirror device track status bits. Once this process is completed, steps 321 and 322 terminate the operations as previously indicated. Then the copy program can transfer the incremental number of tracks back to the M1 and M2 devices in this specific example.

An example of this response can be better understood by referring to a specific example again using Table 3 as a starting point.

As previously indicated, at the instant the INCREMENTAL RESTORE command is processed, 465 tracks of the M1 and M2 mirror devices 224 and 225 have been written by the Volume A application 221 and 125 tracks rewritten in the BCV device 226 by the Volume B application 222. After the device controller executes the INCREMENTAL RESTORE command, the BCV device 226 is no longer ready with respect to the applications program in the A volume 221. However in the context of its status as a BCV mirror, i.e., as the M3 mirror device, it contains a coherent copy of the data. When the operation is complete, the M1 and M2 track status bits contain the intersection of the invalid tracks from the BCV device 226. More specifically,

after the INCREMENTAL RESTORE command the track counts are:

TABLE 8

| | M1 | M2 | M3 | M4 |
|---|---|---|---|---|
| M1 AND M2 MIRROR DEVICES 224 AND 225 | 590 READY | 590 READY | 0 READY | MAX NOT ACTIVE |
| BCV DEVICE 226 | 0 NR | MAX NOT ACTIVE | MAX NOT ACTIVE | 125 NOT ACTIVE |

Once the standard M1 and M2 mirror devices 224 and 225 are synchronized, the track counts appear as follows:

TABLE 9

| | M1 | M2 | M3 | M4 |
|---|---|---|---|---|
| M1 AND M2 MIRROR DEVICES 224 AND 225 | 0 READY | 0 READY | 0 READY | MAX NOT ACTIVE |
| BCV DEVICE 226 | 0 NR | MAX NOT ACTIVE | MAX NOT ACTIVE | 125 NOT ACTIVE |

## Other Commands

To facilitate management and monitoring of a system such as shown in FIG. 1 that incorporates one or more BCV devices, such as the BCV device 226, it is possible to incorporate a QUERY command and a VERIFY command.

A QUERY command reports the state of all BCV devices. Each device controller responds to the QUERY command by assembling device records for each BCV device for inclusion in the data returned in response to the command. The command typically is a global command.

A VERIFY command can be useful in verifying that any particular BCV device acting as a mirror is in synchronization with the device being mirrored. Such a command would be issued with respect to a particular device by its identification such as a device number. Returned data could merely indicate the existence or nonexistence of synchronization or for more quantitative information the number of invalid tracks left to copy to the BCV device acting as a mirror, the track count in the M3 track status bit position in this specific example, or the number of invalid tracks left to be copied to the mirror devices such as the M1 and M2 mirror devices in this specific example as represented by the count as might be included in the M1 or M2 bit positions for the mirror devices such as the M1 and M2 mirror devices 224 and 225.

## BCV Device With Local And Remote Systems

Using the same basic approach as shown in FIG. 9 and related figures, a data processing network including a local system 10 and remote system 11 can be represented as shown in FIG. 20 with a host system 13 and a host system 40. The local system 10 includes two mirror memory devices identified as M1 and M3 mirror device 330 and 331. As previously indicated, these mirrors might be connected to the device controllers 20 and 21 in FIG. 1, respectively. An additional BCV volume 332 is also associated with the local system 10 and would be tied to a third device controller, not shown in FIG. 1. The M1 and M3 mirror devices represent a source device R1 designated by reference numeral 333.

At the remote system, a data storage facility includes M2 and M3 mirror devices 334 and 335, respectively, that could attach to device controllers such as device controllers 46 and 47 in FIG. 1. These memory devices constitute a target or R2 memory device represented by reference numeral 336 that acts as a remote mirror. As will be apparent, in this configuration there are local and remote mirrors. Each mirror has an assigned specific number, e.g., 1, 2, 3 . . . Local and remote mirrors are designated by the use of "M" and "R" respectively. In accordance with the prior description of FIGS. 1 through 7, a virtual memory device R1 represented by reference numeral 337 in the target R2 device 336 is a remote mirror representing the entire source R1 device represented by reference numeral 333. Similarly an R2 mirror device 340 is a virtual memory that is a mirror representing the entire target R2 device 336. Thus if a change is made to the source R1 device 333, the change is made to both the M1 and M3 mirror devices 330 and 331 and the change is transferred to the remote system 11 to be made on the M2 and M3 mirror memory devices 334 and 335.

If either of the foregoing ESTABLISH or RE-ESTABLISH commands are generated by the host system 13, the procedures set forth in FIGS. 12 and 14 establish the BCV device 332 as another mirror device for the source R1 device 333 and will synchronize with the M1 and M3 mirror devices 330 and 331. If a problem exists that prevents such a transfer, it is possible to obtain a remote copy from the target R2 device. Similarly in the configuration shown in FIG. 20, the SPLIT command operates as shown in FIG. 14 to enable the BCV device 332 to respond to another application such as the Volume B application 222 in FIG. 9.

If the host system 13 generates a RESTORE or INCREMENTAL RESTORE command, the response of the system will depend upon the status of communications between the local system 10 and the remote system 11. More specifically, it is possible for some applications, unrelated to either the Volume A application 221 or Volume B application 222 in FIG. 9 to suspend mirroring between the local system 10 and the remote system 11. If mirroring is not suspended, the RESTORE or INCREMENTAL RESTORE command produces local transfers to cause the mirrors M1 and M3 to be brought into synchronization with the BCV device 332 as previously described. This will cause the track status bits corresponding to the R2 virtual memory for the remote system 11 to be set to an invalid state and begin copying the altered tracks to the remote system target R2 device 336. Thus the local and remote systems 10 and 11 will come into synchronization. If a nonrelated procedure has suspended mirroring, the response to the RESTORE command or INCREMENTAL RESTORE command is only local. That is, operations as previously described will bring the M1 and M3 memory devices 330 and 331 into synchronism with the BCV device 332. Synchronism between the local system 10 and remote system 11 will then be delayed until mirroring is re-established.

FIG. 21 depicts another alternative wherein the BCV device 332 of FIG. 20 is eliminated and a BCV device 341 is configured in the remote system 11. The response to the ESTABLISH and RE-ESTABLISH commands is as previously described with the synchronization being produced by transfers from one of the mirror devices 334 or 335 if they are operating properly in synchronism with the local system 10.

In this configuration it is possible for multiple sources to be seeking access to the resources in the target R2 device 334 and to the remote system 11. Consequently conventional steps are taken in response to the SPLIT command to invoke necessary locking operations to prevent any contention by another source to the remote system 11. This includes

suspending communications between the local system **10** and remote system **11** while the SPLIT command is executed. Otherwise, the SPLIT command is executed as previously described with respect to the FIGS. **13** and **14**. Then the BCV device **341** becomes accessible to an application analogous to the Volume B application **222** in FIG. **9**. After the SPLIT command is executed, communications are re-established between the local system **10** and the remote system **11**. At that point if any alterations have occurred in the local system **10**, the changes will propagate to the M2 and M3 mirror devices **334** and **335** as previously described with reference to FIGS. **1** through **7**. At this point the BCV device **341** contains an instant copy of the data in the target R2 source **336** and is available for concurrent processing by the application in the host system **40**.

The response of a system in FIG. **21** to the RESTORE or INCREMENTAL RESTORE commands is somewhat analogous to the response to the commands when the BCV device is located in the local system as shown in FIG. **20**. More specifically, if mirroring between the local and remote systems **10** and **11** has not been suspended, the mirroring is suspended. In this case, however, the data transfers from the BCV device **341** to the M2 and M3 mirror devices **334** and **335**. As this occurs, invalid tracks are marked on the R1 mirror **337** to enable those changes to be transferred back to the local system **10**. If the data is to be restored to the local system **10**, the identity of the invalid tracks is transferred to the local system **10** by marking the appropriate tracks for the M1 and M3 devices **330** and **331** to an invalid state. This will cause a transfer of data from the remote system **11** to the local system **10**. Once this operation is complete, normal mirroring between the local system **10** and remote system **11** resumes, provided the suspension occurred in response to the RESTORE or INCREMENTAL RESTORE command.

An understanding of this operation can be better understood by referencing the following tables that assuming that a SPLIT command has been issued, and that the source R1 device **333** and the source R2 device **336** are in synchronism. The source R1 invalid track counts are given by:

TABLE 10

| | M1 | R2 | M3 | M4 |
|---|---|---|---|---|
| SOURCE (R1) DEVICE 336 | 0 READY | 0 READY | 0 READY | MAX NOT ACTIVE |

In this case the BCV device **341** is designated to be the M4 device in the remote system **11**, and, as previously indicated, the **M4** bit position for the BCV device **341** represents tracks that have been altered in the BCV device **341** in its non-mirroring mode.

Table 11 depicts the invalid track counts for the remote system **11**. This indicates that 465 tracks have been altered as a result of operations by the host system **13** and 125 tracks have been altered by the host system **40**.

TABLE 11

| | R1 | M2 | M3 | M4 |
|---|---|---|---|---|
| TARGET (R2) STANDARD DEVICE | 0 READY | 0 READY | 0 READY | 465 NR |
| TARGET (R2) BCV DEVICE | 0 READY | MAX NOT ACTIVE | MAX NOT ACTIVE | 125 NOT ACTIVE |

When the device controller responds to the RESTORE command, the BCV device **341** is no longer available to the host system **40**, that is, it assumes a Not Ready (NR) state with respect to the host system **40**. However as a mirror, it contains the coherent copy of the data. In response to a RESTORE command, then, data transfers from the BCV device **341** acting as a mirror to the M2 and M3 mirror devices **334** and **335**. The target R2 source **336** also operates to maintain a record of the invalid tracks to be used for the remote restore. The local system **10** is not changed by this operation. Once the local restore has been changed, Table 12 depicts the invalid track counts and status:

TABLE 12

| | R1 | M2 | M3 | M4 |
|---|---|---|---|---|
| TARGET (R2) STANDARD DEVICE | MAX READY | MAX READY | MAX READY | 0 READY |
| TARGET (R2) BCV DEVICE | 0 READY | MAX NOT ACTIVE | MAX NOT ACTIVE | 125 NOT ACTIVE |

Once the M2 and M3 mirror devices **334** and **335** are in synchronism, the table and track counts will appear as follows:

TABLE 13

| | R1 | M2 | M3 | M4 |
|---|---|---|---|---|
| TARGET (R2) STANDARD DEVICE | MAX READY | 0 READY | 0 READY | 0 READY |
| TARGET (R2) BCV DEVICE | 0 NR | MAX NOT ACTIVE | MAX NOT ACTIVE | 125 NOT ACTIVE |

Data in Table 13 indicates that the M2 and M3 mirror devices **334** and **335** are in synchronism with the BCV device **341** but that the source R1 device **333** is not in synchronism. If it is necessary to restore this data to the source R1 device **333**, operations with the host system **13** must be terminated temporarily. The invalid track information is then propagated to the local system **10** to the **M1** and M3 mirror devices **330** and **331**. Immediately after this occurs, the invalid track counts and status for the source R1 device **331** are as follows:

TABLE 14

| | M1 | R2 | M3 | M4 |
|---|---|---|---|---|
| SOURCE (R1) STANDARD DEVICE | MAX READY | 0 READY | MAX READY | MAX READY |

Immediately upon receiving this updated information, the M1 and M3 counts begin to decrease. In this case the M4 count does not decrease because it does not correspond to any device. Once the M1 and M3 memory devices **330** and **331** receive full copies of the data, their invalid track count reduces to zero (0) and they are now valid mirrors. Moreover at this point Table 15 depicts the invalid track counts and status associated with the local system **10** and Table 16 depicts the track counts and status associated with the remote system **11**.

TABLE 15

| | M1 | R2 | M3 | M4 |
|---|---|---|---|---|
| SOURCE (R1) | 0 | 0 | 0 | MAX |
| STANDARD DEVICE | READY | READY | READY | NOT ACTIVE |

TABLE 16

| | R1 | M2 | M3 | M4 |
|---|---|---|---|---|
| TARGET (R2) | 0 | 0 | 0 | 0 |
| STANDARD DEVICE | READY | READY | READY | READY |
| TARGET (R2) | 0 | MAX | MAX | 125 |
| BCV DEVICE | NR | NOT ACTIVE | NOT ACTIVE | NOT ACTIVE |

FIG. 22 further illustrates the power and flexibility of networks using BCV devices by depicting a configuration that facilitates the transfer of data from a local system **10** through a remote system **11** to a second remote system **350**. In this particular example the local system **10** and remote system **11** are based upon the configuration shown in FIG. **21**. In FIG. **22** the second remote system **350** attaches to the remote system **11** and to a host **351**. In the remote system **11** the BCV device **341** is designated as a BCV-M1 device **341** that, in response to an ESTABLISH command, mirrors the data in the target R2 source **336**.

In response to a SPLIT command, the BCV-M1 device **341** becomes an M1 mirror in a (BCV)R1 source **352** located in the remote system **11**. The (BCV)R1 source also includes a virtual (BCV)R2 virtual mirror device **353**. The virtual (BCV)R2 mirror then mirrors the data to a (BCV)R2 storage facility that includes a virtual (BCV)R1 mirror device **355** and a physical disk drive acting as an M2 mirror device **356**.

Consequently, in response to the SPLIT command, the data in the BCV-M1 device transfers to the virtual (BCV)R2 mirror device **353** that produces a transfer to the M2 mirror device **356**. Thus, the use of the BCV-M1 device **341** in this configuration enables the transfer of data from the local system **10** to the second remote system **350**. Conversely, the RESTORE and INCREMENTAL RESTORE commands can be used to transfer a data set, or selected portions thereof, from the M2 mirror device **356** in the second remote system to the local system **10**.

GateKeeper Devices

Each of the foregoing embodiments depicts a direct connection between a device controller, such as the device controllers **20**, **21**, **46** and **47** in FIG. **1**, and corresponding storage devices operating either as conventional storage devices or mirrors or BCV devices. FIG. **23** depicts another alternative in which a gatekeeper device **360** is interposed between each device controller and its respective disks that contain BCV and standard volumes **361** and **362** respectively. Gatekeeper devices **360** act as sockets through which all communications between standard and BCV devices pass. Operations through the gatekeeper are not forced to be serial. Once received the systems can be polled at a later date.

If a gatekeeper device **360** is incorporated in connection with a BCV device, then a minor modification in each of the procedures set forth in FIGS. **12**, **14**, **16**, **18** and **19** is made. As this change is the same in all, reference is particularly made to FIG. **12**. As described in FIG. **12**, if no error is detected in step **241**, the host adapter issues an establish request in step **243** and then disconnects to await completion of the steps **244** through **249**. If a gatekeeper device is used, the process transfers directly from step **241** to step **244** if no errors are detected. The host adapter will be enabled to continue with normal operations when the host adapter issues a return code. The use of such gate keeper devices **360** is known in the art and further discussion does not seem required.

This invention has been disclosed in terms of an embodiment based upon the architecture of the assignees Symmetrix data facilities. Specific implementations are therefore system specific. Discussion of other particular implementations have not been incorporated. Rather the discussion has been directed to how these different systems interact for implementing the multiple access concept of this invention and provide sufficient information for enabling an implementation on the data processing systems of other manufacturers.

In summary, each of the embodiments shown in FIGS. **1** through **7**, **8** through **19** and **20** through **22** provide a data processing system that enables concurrent access to a common data set by first and second applications. In each a first data storage facility normally stores the data set. In the context of FIGS. 1 through 7 this first data storage facility comprises storage devices **15** and **16**; in the context of FIG. **9**, the M1 and M2 mirror devices **224** and **225**; in the context of FIG. **20**, the M1 and M3 devices **330** and **331**. Each includes a second data storage facility that corresponds to the first data storage facility as constituted by the storage devices **42** and **43** in FIG. **1**, the BCV device **226** in FIG. **9** and the BCV devices **332** and **341** in FIGS. **20** through **22**. In each, in response to a command, the second data storage facility acts as a mirror for the first data storage facility. In each it is possible to terminate this mirroring function to enable a second application to access a copy of the data set. Thus in FIG. **1** concurrent access from the host systems **13** and **40** is possible. In FIG. **9** concurrent access by the Volume A and Volume B applications **221** and **22** is possible. In FIGS. **20** and **21** concurrent access from the host systems **13** and **40** is possible.

Each embodiment includes provisions for reestablishing synchronism between the first and second data storage facility. In each this is performed by monitoring track status that identifies tracks that have been altered. Thus in each of these specific embodiments, both redundancy and concurrent access are provided.

It will be apparent that a number of variations and modifications can be made to the specifically disclosed embodiments while still attaining results corresponding to those attained in those specific embodiments. For example, each of the embodiments is discussed in terms of logical volumes. The invention is readily adapted to use with physical volumes or physical disks. The invention has been described in terms of mirroring for redundancy. As previously indicated, it is possible for any of the mirror devices to actually comprise multiple physical disks for instituting sophisticated redundancy systems such as RAID 5 systems. Particular sequences of procedures or steps have been disclosed for implementing various procedures. Alternate procedures for attaining the same results could also be substituted for those specifically disclosed procedures.

Therefore, it is the intent of the appended claims to cover all such variations and modifications as come within the true spirit and scope of this invention.

What is claimed as new and desired to be secured by Letters Patent of the United States is:

1. A method for controlling access to a data set by first and second applications wherein the data set is stored in a first data storage facility that is addressable by the first application, said method comprising the steps of:

A) configuring a second data storage facility to correspond to the first data storage facility,

B) establishing independently of operations in response to the first application and in response to a first command, a copy of the data set in the second data storage facility as a mirror for the first data storage facility by attaching the second data storage facility in parallel with the first data storage facility,

C) in response to a second command:

i) detaching the second data storage facility from the first data storage facility independently of operations in response to the first application thereby terminating the memory mirror function of the second data storage facility, and

ii) attaching the second storage facility to be addressed by the second application whereby the first and second applications thereafter can access the data sets in the first and second data storage facilities respectively and concurrently, and

D) in response to a third command terminating the operations in response to the second command.

2. A method as recited in claim 1 additionally comprising the steps of:

A) monitoring data set changes in the first data storage facility, and

B) monitoring data set changes in the second data storage facility.

3. A method as recited in claim 2 wherein said third command comprises the step of:

re-establishing the second data storage facility as a mirror for the first data storage facility independently of operations in response to the first application.

4. A method as recited in claim 3 wherein the first and second data storage facilities are organized into blocks that contain portions of a data set and wherein said monitoring of data set changes in the first data storage facility defines all specific blocks that have been altered, said re-establishment including the step of copying the specified blocks to overwrite corresponding blocks in the second data storage facility.

5. A method as recited in claim 2 wherein said response to the third command comprises the steps of:

i) terminating the operation of the second data storage facility in response to the second command; and

ii) restoring the data from the second storage facility to the first data storage facility.

6. A method as recited in claim 5 wherein the first and second data storage facilities store data in a plurality of blocks and said monitoring of data set changes in the first data storage facility including the step of generating a status indication with respect to each data block, said restoring of data from the second data storage facility to the first data storage facility including the steps of setting the first storage facility so that said monitoring step generates invalid status indications for each data block in the first data storage facility and copying data blocks from the second data storage facility to the first data storage facility while updating the data set changes as they occur.

7. A method as recited in claim 2 wherein said response to the third command comprises the steps of:

i) terminating the operation of the second data storage facility in response to the second command; and

ii) restoring selected data from the second storage facility to the first data storage facility, in response to the monitored data set changes in the second data storage facility.

8. A method as recited in claim 7 wherein the first and second data storage facilities store data in a plurality of blocks, said restoring of the data from the second data storage facility to the first data storage facility including the step of restoring blocks that said monitoring of the data set in the second data storage facility indicates were changed by the second application.

9. A method as recited in claim 1 wherein each of the first and second data storage facilities comprises first and second logical volumes on first and second disk drives, respectively, each of the disk drives connecting through a corresponding device controller to be attached to the first and second data storage facilities by producing a ready status to the first and second applications wherein said method comprises the additional steps of responding to commands by altering the ready status of the first and second logical volumes with respect to the first and second applications.

10. A method as recited in claim 1 wherein the first data storage facility comprises at least one mirror storage device and wherein the second data storage facility comprises a storage device that is responsive to data transfer requests from two locations, said response to the first command enabling a communications path for data transfer requests with the second application and inhibiting data transfer requests with the first application and said response to the second command enabling data transfer requests with the first application and disabling data transfer requests with the second application.

* * * * *

scanned [illegible] ster

US005819310A

# United States Patent [19]

[11] **Patent Number: 5,819,310**

[45] **Date of Patent: Oct. 6, 1998**

**Vishlitzky et al.**

[54] **METHOD AND APPARATUS FOR READING DATA FROM MIRRORED LOGICAL VOLUMES ON PHYSICAL DISK DRIVES**

[75] Inventors: **Natan Vishlitzky**, Brookline; **Yuval Ofek**; **Eitan Bachmat**, both of Hopkinton, all of Mass.

[73] Assignee: **EMC Corporation**, Hopkinton, Mass.

[21] Appl. No.: **653,154**

[22] Filed: **May 24, 1996**

[51] **Int. Cl.**[6] .............................. **G06F 12/02**; G06F 12/16

[52] **U.S. Cl.** ....................... **711/114**; 711/162; 395/182.04

[58] **Field of Search** .................................... 711/114, 162; 395/182.04

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,072,368 | 12/1991 | Foreman et al. | 395/182.04 |
| 5,088,081 | 2/1992 | Farr | 369/54 |
| 5,159,677 | 10/1992 | Rubsam et al. | 711/2 |
| 5,202,799 | 4/1993 | Hetzler et al. | 360/48 |
| 5,208,813 | 5/1993 | Stallmo | 395/182.05 |
| 5,212,784 | 5/1993 | Sparks | 395/182.04 |
| 5,239,659 | 8/1993 | Rudeseal et al. | 395/182.04 |
| 5,265,098 | 11/1993 | Mattson | 395/182.04 |
| 5,274,799 | 12/1993 | Brant et al. | 395/182.04 |
| 5,287,462 | 2/1994 | Jibbe et al. | 395/856 |
| 5,301,297 | 4/1994 | Menon et al. | 711/114 |
| 5,303,244 | 4/1994 | Watson | 395/182.03 |
| 5,337,414 | 8/1994 | Hashemi et al. | 395/872 |
| 5,345,565 | 9/1994 | Jibbe et al. | 395/310 |
| 5,363,500 | 11/1994 | Takeda | 711/161 |
| 5,390,187 | 2/1995 | Stallmo | 395/182.05 |
| 5,390,327 | 2/1995 | Lubbers et al. | 395/182.05 |
| 5,392,244 | 2/1995 | Jacobseon et al. | 711/114 |
| 5,394,539 | 2/1995 | Neuhard et al. | 711/209 |
| 5,396,596 | 3/1995 | Hashemi et al. | 395/250 |
| 5,404,454 | 4/1995 | Parks | 395/841 |
| 5,423,046 | 6/1995 | Nunnelley et al. | 395/750.07 |
| 5,432,922 | 7/1995 | Polyzois et al. | 395/182.04 |
| 5,435,004 | 7/1995 | Cox et al. | 707/205 |
| 5,440,716 | 8/1995 | Schultz et al. | 711/114 |
| 5,446,855 | 8/1995 | Dang et al. | 711/1 |
| 5,455,934 | 10/1995 | Holland et al. | 711/4 |
| 5,459,853 | 10/1995 | Best et al. | 711/114 |
| 5,463,765 | 10/1995 | Kakuta et al. | 395/182.04 |
| 5,469,566 | 11/1995 | Hohenstein et al. | 395/182.04 |
| 5,513,314 | 4/1996 | Kandasamy et al. | 395/182.04 |
| 5,649,152 | 7/1997 | Ohran et al. | 711/114 |

OTHER PUBLICATIONS

Dishon et al., "Disk Dual Copy Methods and Their Performance", Eighteenth International Symposium on Fault–Tolerant Computing, IEEE Comput. Soc. Press 1988, pp. 314–319, Jun. 1988.

*Primary Examiner*—Eddie P. Chan
*Assistant Examiner*—Reginald G. Bragdon
*Attorney, Agent, or Firm*—Pearson & Pearson

[57] **ABSTRACT**

A mirrored memory for a data processing system. The memory system includes two device controllers and related disk drives for storing the mirrored data. Each of the disk drives is divided into logical volumes. Each device controller contains a plurality of reading processes and a correspondence table that establishes the reading process to be used in retrieving data from the corresponding disk drive. Each disk controller responds to a read command that identifies the logical volume by using the correspondence table to select the appropriate reading process and by transferring data from appropriate physical storage device containing the designated logical volume.

**29 Claims, 7 Drawing Sheets**





DRIVE(i-1)
DRIVE(i)
DRIVE(i+1)
DRIVE(j-1)
DRIVE(j)
DRIVE(j+1)
M1-LVA
M1-LVB
M1-LVC
M1-LVD
M2-LVA
M2-LVB
M2-LVC
M2-LVD
DRIVE CONTROLLER
READING PROCESSES
RP0
RP1
RP2
RP3
CORRESPONDENCY
VOL
READ MODE
LV-A
LV-B
LV-C
LV-D
DATA PROCESSOR
10
11
12
13
14
15
16
17
20
21
22
23
24
25
26
27
28
29

FIG. 1



SYSTEM MANAGER CONSOLE
INPUT DEVICE
OUTPUT DEVICE
MEMORY
SYSTEM MANAGER
61
62
60
47
40
HOST
35
36
HOST ADAPTER
CACHE MEMORY MANAGER
37
45
38
BUS ACCESS LOGIC
41
DEVICE CONTROLLER 34A
CACHE MEMORY MANAGER
BUFFER
CORRESPONDENCE TABLE
CONTROL
READING PROCESSES
46A
50A
52A
48A
51A
DEVICE CONTROLLER 34B
CACHE MEMORY MANAGER
BUFFER
CORRESPONDENCE TABLE
CONTROL
READING PROCESSES
46B
50B
52B
48B
51B
SYSTEM MEMORY
CACHE INDEX DIRECTORY
PATH STRUCTURES
QUEUES
CACHE MEMORY
DEVICE CONTROLLER STATUS
42
43
32
44
33
103
DISK 1-1
DISK 1-2
DISK 1-3
DISK 1-4
DISK 2-1
DISK 2-2
DISK n-1
DISK n-2
DISK n-3
DISK n-4
31a
31b
31c
31d
31e
31f
31x
31w
31y
31z
FIG. 2



32
SYSTEM MEMORY
55
STAGE COMPLETION DATA STRUCTURE
54
STAGE REQUEST DATA STRUCTURE
53
PENDING WRITE DATA STRUCTURE
56
REPLACEMENT QUEUE
WAIT QUEUE
57
DATA STRUCTURES 43
QUEUES 44

FIG. 3

U.S. Patent Oct. 6, 1998 Sheet 4 of 7 5,819,310

INITIALIZATION ROUTINE
DEFINE CORRESPONDENCES BETWEEN EACH DISK AND DEVICE CONTROLLER
60
DEFINE CORRESPONDENCES BETWEEN EACH LOGICAL VOLUME AND EACH DISK
61
IS THIS LOGICAL VOLUME TO BE MIRRORED?
NO
YES
62
DEFINE THE MIRRORED LOGICAL VOLUME IN A SECOND DISK
63
SELECT THE READ MODE FOR EACH LOGICAL VOLUME
64
STORE THE READ MODE FIELD IN THE CORRESPONDENCE TABLE IN THE DRIVE CONTROLLER FOR THE LOGICAL VOLUME
65
SELECT THE READ MODE FOR THE MIRRORED LOGICAL VOLUME
66
STORE THE READ MODE FIELD IN THE CORRESPONDENCE TABLE IN THE DRIVE CONTROLLER FOR THE MIRRORED LOGICAL VOLUME
67

FIG. 4

| LOGICAL VOLUME (70) | PHYSICAL VOLUME (71) | READ MODE (72) | READ ARGUEMENT (73) |
|---|---|---|---|
| ⋮ | ⋮ | ⋮ | ⋮ |
| LVA | 31b | READ | |
| LVB | 31b | DO NOT READ | |
| LVC | 31b | DETERMINE | BOUNDARY |
| LVD | 31b | READ | |
| LVE | 31b | DO NOT READ | |
| ⋮ | ⋮ | ⋮ | ⋮ |
| LVA | 31y | DO NOT READ | |
| LVB | 31y | READ | |
| LVC | 31y | DETERMINE | BOUNDARY |
| LVD | 31y | DO NOT READ | |
| LVE | 31y | READ | |
| ⋮ | ⋮ | ⋮ | ⋮ |

52A

52B

FIG. 5



6A
DEVICE CONTROLLER
STAGE REQUEST?
NO
YES
80
DE-STAGE REQUEST?
NO
81
YES
REQUEST AND OBTAIN ACCESS TO THE STSTEM BUS 38
83
PERFORM DE-STAGE TASK
82
RETRIEVE READ REQUEST FROM STAGE REQUEST DATA STRUCTURE 54
84
RELEASE SYSTEM BUS ACCESS
85
READ ENTRY FOR LOGICAL VOLUME CONTAINED IN CORRESPONDENCE TABLE INCLUDING THE READ MODE FIELD
86
6B

FIG. 6A



6B
IS THE READ MODE FIELD SET TO "READ"?
NO
YES
90
96
NO
IS THE READ MODE FIELD SET TO "DETERMINE READ"?
91
READ DATA FROM STORAGE DEVICE INTO DEVICE CONTROLLER BUFFER
USE THE INFORMATION IN THE CORRESPONDENCE TABLE TO DETERMINE WHETHER TO READ THE DATA FROM THIS DEVICE CONTROLLER
92
REQUEST AND OBTAIN BUS ACCESS
97
YES
IS THIS DEVICE CONTROLLER TO READ THE DATA?
NO
100
93
WRITE DATA FROM THE DEVICE CONTROLLER BUFFER INTO THE CACHE MEMORY SLOT SELECTED TO RECEIVING THE DATA
NO
IS THE DISK DRIVE FOR THE OTHER MIRROR READY?
YES
101
94
MOVE THE SELECTED CACHE MEMORY SLOT TO THE TAIL OF THE REPLACEMENT QUEUE
IS THE CONTROLLER ASSOCIATED WITH THE OTHER MIRROR READY?
NO
95
YES
102
PLACE DATA IDENTIFIER IN STAGE COMPLETION STRUCTURE AND SIGNAL HOST ADAPTER
6A

FIG. 6B

# METHOD AND APPARATUS FOR READING DATA FROM MIRRORED LOGICAL VOLUMES ON PHYSICAL DISK DRIVES

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention generally relates to digital data storage systems and more specifically to digital data storage systems that provide redundant storage by mirroring data.

2. Description of Related Art

Many approaches have been developed for protecting critical data stored in a digital data system against loss resulting from power failures or transients, equipment malfunctions and other causes. In one approach normal operations on a data processing system stop so that all of or selected portions of the stored data can be transferred to tape or other backup media thereby to backup the memory system by providing a "snapshot" of the memory system at the time of the backup. Each successive backup may then either copy onto the backup media the data in the entire system or only the data or files that changed since a prior backup. This approach is still used in many data processing systems. However, even in personal computer systems, the time to complete such a backup may require an hour or more. It may also take a significant time to restore the information, particularly if a storage system, such as a disk drive, fails completely.

While such approaches may be acceptable for providing redundancy in home and small office systems, in recent years there has arisen another category of data processing system that requires essentially full-time availability and that incorporates large memory systems. Such data storage systems often include plural disk controllers, each of which controls multiple disk drives or other storage systems. Conventional backup procedures simply can not be used with such systems without significant interruptions that can lead to unacceptable intervals during which the data processing system is not available for its normal operations.

In some such prior art systems files are written to a specific disk drive, as a primary disk drive, through its corresponding disk controller. Additionally the writing controls are modified to write the file to another disk, as a secondary disk drive, connected to the same or another disk controller. This provides full redundancy. However, the data processing system must perform two writing operations sequentially. Sequential writing operations can affect the operation of the data processing system. Each copy is stored randomly on each disk and can even become fragmented. This can produce intolerably long retrieval times. Moreover, in such systems all normal reading operations involve the primary disk drive. No attempt is made to read from the secondary disk drive unless a problem occurs in the primary disk drive.

U.S. Pat. No. 5,390,313 issued to Yanai et al., and assigned to the assignee of this invention, discloses an approach for providing data redundancy. The system includes at least one pair of disk storage devices. Each device has a plurality of generally identical data records. These are "mirrored" disks or storage media. Each medium includes position indicators for providing one or more indications of rotational position of each of the rotating data storage media with respect to its associated fixed position read/write mechanism. A position monitor receives the rotational position indications from each rotating data storage medium and computes and monitors the rotational position of each rotating storage medium with respect to its associated read/write mechanism. After receiving a request for access to one or more data records stored on the mirrored pair of rotating data storage media, the system computes projected data access times for retrieving the requested data record on each of the rotating data storage media and commands retrieval of the requested data record to the rotating data storage medium having the shortest projected data access time based upon rotational position in state of the respective data storage medium. Consequently unlike the previously discussed file copy systems, data can be read from either of the mirrored memories.

U.S. Pat. No. 5,212,784 issued to Sparks discloses another type of automated backup system in which separate logical buses couple a primary controller to a set of paired mirrored memories or shadowed primary data storage devices. A backup device controller attaches to one of the logical buses and a backup device. The primary controller writes data to both the primary data storage devices to produce mirrored copies. In a backup mode, the backup device controller transfers data that it reads from a designated one of the primary data storage devices to the backup storage device. After the backup is complete, the primary controller re-synchronizes the primary data storage devices so that data that has been written on the continuously operational data storage device is copied onto the designated data storage device. In an alternative embodiment separate logical buses couple the primary controller to at least a set of triplet or quadruplet mirrored or shadowed primary data storage devices. Triplet devices permit backup operation while retaining the redundancy characteristic of the mirrored storage devices. Quadruplet devices permit continuous backup operations of two alternating storage devices retaining the redundancy characteristic of mirrored storage devices.

U.S. Pat. No. 5,423,046 issued to Nunnelley et al. discloses a high capacity data storage system with a large array of small disk files. Three storage managers control (1) the allocation of data to the array, (2) access to the data and (3) the power status of disk files within the disk array. More specifically, the allocation manager controls, inter alia, the type of protection desired to include redundancy by mirroring. The access manager interprets incoming read requests to determine the location of the stored data. That is, the access manager determines which cluster or clusters in the data memories contain the requested data set and then passes that cluster list to the power manager. The power manager determines which disk files must be activated to fulfill the request.

U.S. Pat. No. 5,392,244 issued to Jacobson et al. discloses memory systems with data storage redundancy utilizing both mirroring and parity redundancy. The memory system places more critical data in the mirrored areas and less frequently accessed data in the parity area. Consequently the system effectively tunes the storage resources of the memory system according to the application or user requirements. Alternatively the tuning can be made on the basis of accesses to the data such that the mirrored areas store recently accessed data while the parity raid area stores the remaining data.

U.S. Pat. No. 5,432,922 issued to Polyzois et al. discloses a storage system using a process of alternating deferred updating of mirrored storage disks. Data blocks or pages to be written are accumulated and sorted into an order for writing on the disk efficiently. The individual disks of a mirrored pair are operated out of phase with each other so that while one disk is in the read mode the other is in the write mode. Updated blocks are written out to the disk that is in the write mode in sorted order. Read performance is provided by directing all read operations to the other disk,

that is in the read mode. When a batch of updates has been applied to one disk of a mirrored pair, the mirrored disks switch their modes and the other disk, that had been in the read mode is updated.

U.S. Pat. No. 5,435,004 issued to Cox et al. discloses yet another redundant storage variant. A computerized data backup system dynamically preserves a consistent state of primary data stored in a logical volume of a disk volume management system. A file system command invokes a cloning of the logical volume thereby reserving a portion for shadow-paged blocks. A read/write translation map establishes a correspondence between unshadowed and shadowed pages in a reserved portion. Upon generating a read command for a page in a logical volume, a map search detects that a shadowed page is allocated to the shadowed page blocks corresponding to the page and effects the read. Backup occurs while the system is operating thereby facilitating reading from the non-shadow page blocks during such a backup.

In still another system, that has been utilized by the assignee of this invention, each of two mirrored individual disk drives, as physical disk volumes, are divided into blocks of consecutive tracks in order. Typically the number of tracks in each block is fixed and is not dependent upon any boundary with respect to any file or data stored on the blocks. A typical block size might include four tracks. Assume for explanation that the blocks were numbered consecutively: (i.e. **0**,**1**,**2**, . . . ), block **0** would comprise tracks **0** through **3**; block **1**, tracks **4** through **7**; etc. During each reading operation, the data system reads all data from odd-numbered blocks (i.e., blocks **1**,**3** . . . ) from the first mirrored physical disk drive and all the even-numbered blocks (i.e., blocks **0**,**2**,**4** . . . ) from the second mirrored physical disk drive.

However, when a read operation in the foregoing system recovers a data block that resides on consecutive blocks of tracks, for example, track blocks **1** and **2**, the reading operation from the first physical disk drive must stop at track **7**. Then the second disk drive must move its head to the appropriate track, track **8** on this example, to retrieve the next block. This interval, or "seek time", and a corresponding "latency", that represents the time required for the beginning of a track to reach a read/write head, determines the total access time. Whereas continuing the reading operation with the first disk drive might introduce a one-track seek time and one-revolution latency, switching to the second drive could involve an increase to a full maximum seek time and up to a one-revolution latency. Such a total access time will interrupt the transfer and can significantly affect the overall rate at which data transfers from the physical disk drives in some applications.

Other mirrored disk systems have used a "nearest server" algorithm to select one of the mirrored drives. In such a system, each read command initiates a process that determines which of two mirrored drives will be available first to begin a reading operation. The process can use any or all of several parameters, such as current head position to determine relative seek times, or whether one of the mirrored storage systems is then involved in some operation. This process is repeated for each read command.

Collectively the foregoing prior art discloses various approaches for minimizing the risk of data loss in a data processing system, particularly through the use of mirrored memory devices. This prior art also discloses various approaches for enabling reading operations from both physical disk drives in a mirrored pair. However, in these systems the decision on which of the mirrored pair will be used during a reading operation rests generally on the physical attributes of the disk drive rather than the data content of the drive. For example, the assignee's prior art system divides the physical drive into arbitrary blocks of contiguous disk tracks and then interleaves the reading operations according to the location of the data on a particular track. Another of assignee's system selects a particular one of the mirrored physical disk pairs based upon the time it will take to initiate an actual transfer. Still others make a determination based upon whether one or the other of the mirrored disk pair is involved in a backup operation or in a writing operation such that a reading or backup operation with one physical disk in the mirrored pairs causes the reading operation to occur from the other physical disk drive.

While these approaches generally provide some improvement in overall operations, experience demonstrates that these approaches can actually slow the effective transfer rate of a particular block of data as defined in a file or in a like block in other environments that are now becoming more prevalent in commercial applications. Moreover, once a particular approach is adopted for a physical disk drive, it applies to all the data on that physical disk drive. Consequently if a particular approach were selected based upon anticipated conditions associated with a particular application and the applications subsequently were to change, it is likely that performance for the new conditions would suffer. Further, a physical disk drive storing different data sets or files could have different requirements. For example, reading operations for one application might retrieve data for a large block of successive locations whereas another application might read data from small or incremental blocks taken from random locations. In such a situation, selecting a particular reading process optimized for one might not be optimal for another. However, it was still the approach to select one process for the entire physical disk drive even though less than optimal performance might be realized.

## SUMMARY

Therefore it is an object of this invention to provide a method and apparatus for facilitating reading operations from a mirrored pair of physical disk drives.

Another object of this invention is to provide a method and apparatus for operating mirrored physical disk drives, minimize latency and seek times and generally have the effect of maintaining high data throughput during reading operations.

Still another object of this invention is to provide a method and apparatus for facilitating reading operations from a pair of mirrored physical disk drives that is transparent to a user or host.

Yet another object of this invention is to provide a method and apparatus for facilitating reading operations from a mirrored pair of physical disk drives that facilitate the implementation of diverse reading strategies.

Still yet another object of this invention is to provide a method and apparatus for facilitating reading operations from different data sets stored in a mirrored pair of physical disk drives that enables the transfer to be optimized differently for the different data.

Yet still another embodiment of this invention is to provide a method and apparatus for facilitating a reading operation from a mirrored pair of physical disk drives and that facilitate an appropriate response when a problem is detected on one of the pair.

Yet still another embodiment of this invention is to provide a method and apparatus for facilitating reading

operations from a mirrored pair of physical disk drives that improves the data transfer rate over the rates that characterize prior art devices.

In accordance with one aspect of this invention, physical disk drives or storage devices store redundant copies of related data in a mirrored fashion in a logical volume. A memory controller responds to a read command including a logical volume designation. A correspondency assigns to each logical volume a reading process by which data can be transferred from the logical volume. A data transfer controller responds to a read command and the correspondency by enabling the transfer of the data in the logical volume from a physical disk drive according to the assigned reading process.

In accordance with another aspect of this invention, a data processing system includes, as interconnected components, at least one host adapter, a system memory including a buffer memory and a command memory, first and second disk drives from which data is read, and first and second device controllers for controlling transfers with the first and second disk drives and interconnecting the first and second disk drives. The host adapter includes a system memory manager that effects the transfer of a read command to the command memory over the system bus. Each of the first and second disk drives store redundant copies of data in a mirrored fashion in a plurality of logical volumes comprising a number of contiguous tracks. Each device controller includes a memory manager for controlling transfers between the corresponding device controller and the system memory. A buffer in each device controller stores data being transferred with the disk drive and a control connects to the buffer for controlling transfers between the disk drive and buffer. A correspondence table comprises a read mode field for each logical volume connected to the device controller that defines one of a plurality of reading processes for transferring data from a physical disk drive. The control responds to the receipt of a read command identifying a logical volume by using the correspondence table to connect to the device controller for effecting a transfer from the connected one of the mirrored disk drives in accordance with the selected reading process.

## BRIEF DESCRIPTION OF THE DRAWINGS

It is the intent of the appended claims to point out and claim distinctly and with particularity the subject matter of this invention. The various objects, advantages and novel features of this invention will be more fully apparent from a reading of the following detailed description in conjunction with the accompanying drawings in which like reference numerals refer to like parts, and in which:

FIG. **1** is a block diagram of a basic data processing system that operates in accordance with this invention;

FIG. **2** is a block diagram of a specific data processing system that implements this invention;

FIG. **3** depicts a system memory that is included in the data processing system of FIG. **2**;

FIG. **4** is a flow diagram that depicts the basic procedure for initializing the data processing system shown in FIG. **2** to operate in accordance with this invention;

FIG. **5** depicts corresponding tables useful in the implementation of this invention; and

FIGS. **6**A and **6**B are flow diagrams that depict the basic operation of a device controller as shown in FIG. **2**.

## DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

FIG. **1** depicts the major components of a data processing system **10** for enabling this invention to be discussed conceptually. This data processing system **10** includes a data processor **11** for processing data and programs stored in a memory system including a plurality of physical storage devices shown as DRIVE (i–1), DRIVE (i), DRIVE (i+1), DRIVE (j–1), DRIVE (j) and DRIVE (j+1), typically comprising different magnetic disk drives each having a plurality of tracks. In accordance with one aspect of this invention, DRIVE (i), designated by reference numeral **12**, has a format that defines a number of logical volumes, each of which comprises a plurality of contiguous tracks. In this particular system, the physical drive is formatted into four logical volumes **13** through **16** and designated as LVA, LVB, LVC and LVD, respectively. For purposes of this explanation, it is assumed that DRIVE (i) will be one of two mirrored memories, designated **M1** and **M2**, so the logical volumes on DRIVE (i) will be fully designated as **M1**-LVA, **M1**-LVB, **M1**-LVC and **M1**-LVD, respectively. If DRIVE (j), designated by reference numeral **17**, is the other mirrored drive, it is divided into corresponding logical volumes, **M2**-LVA, **M2**-LVB, **M2**-LVC and **M2**-LVD. It will become apparent that the number of logical volumes is generally an arbitrary number under some maximum number and that each logical volume comprises an arbitrary number of contiguous tracks.

The system in FIG. **1** includes a storage memory or device controller **20** for controlling the seek, read, write and other conventional operations involving the storage device **12** as well as storage devices **21** and **22**, designated as DRIVE (i–1) and DRIVE (i+1) respectively. Similarly, another device controller **23** controls the seek, read, write and other operations involving the storage device **12** as well as storage devices **24** and **25**, designated DRIVE (j–1) and DRIVE (i+1), respectively.

As in any system incorporating conventional mirroring technology, each time the data processor **11** transfers data to a mirrored logical volume, such as logical volume LVA, it actually transfers data to logical volumes **M1**-LVA and **M2**-LVA in the mirrored physical storage devices **12** and **17**, respectively. Thus, during normal operations, the data in the storage devices **12** and **17** typically have identical structures.

In accordance with this invention, each device controller includes an area that stores different possible reading processes by which data can be transferred from a connected disk drive and a table or correspondency that assigns one of the reading processes to each logical volume on that physical storage device. For example, in the drive controller **20** an area **26** stores these reading process RP1, RP2 and RP3 while a correspondency **27** establishes a read mode for each logical volume in the physical storage device **12** and, as necessary, other connected devices **21** and **22** that act as mirrors. An area **28** and a correspondency **29** in drive controller **23** perform analogous functions with respect to the physical storage device **17** and, as necessary, the other connected devices **24** and **25**. For example, assume the RP1 reading process transfers data while the **RP0** reading process normally prevents the drive controller from responding to a read command unless the other physical storage device is not operating. If the device controller **20** is to perform a read operation, the READ MODE field has a value of "RP1" to select the RP1 read process; if the device controller **23** is to perform the read operation, the field in the correspondency **29** has a value of "RP1". Thus, as shown in FIG. **1**, the correspondency **27** establishes a control whereby the device controller **20** will use the RP1 reading process to transfer data from logical volumes M1-LVA and M1-LVC while the device controller **23** effects an analogous transfer from logical volumes M2-LVB and M2-LVD as assigned in its

correspondency **29**. Each of the correspondencies **27** and **29** can be constituted by addressable registers that can be set or modified from the data processor **10** or, as described later, by other procedures. As will also be described later, the READ MODE field in each correspondency can define still other reading processes that will establish which of the device controllers **20** and **23** will control a read operation.

When the data processor **10** issues a command to read data from one logical volume, e.g., volume LVA, both the device controllers **20** and **23** respond initially, but differently. That is, both begin processing the command. However, as part of that process, each device controller compares the requested logical volume and the data in the READ MODE field in its correspondency to select a corresponding reading process. If the device controller is designated to read that logical volume, it performs the operation. If it is not, the device controller terminates further operations in an orderly fashion and becomes available immediately for processing some other command. For example, if a read command specifies logical volume LVA in the particular system of FIG. **1**, only the device controller **20** responds and initiates the read operation from the volume M1-LVA on physical storage device **12**.

This location of redundant data in a logical volume replicated in two or more mirrored physical storage devices and the ability to assign different reading processes or strategies to each logical volume, even when a physical storage device contains multiple logical volumes, can increase throughput in a number of typical applications. For example, assume that reading operations from two different logical volumes will occur essentially simultaneously. Improved results can be obtained under a strategy of having all transfers from one of the logical volumes made from a first physical storage device and all transfers from the other logical volume made from the second physical storage device. In the example in FIG. **5**, logical volumes LVA and LVB and logical volumes LVD and LVE have been set to operate according to such a strategy. If it is anticipated data will be read from random locations in a logical volume, it may be beneficial to separate the logical volume into two halves and assign all reading operations from a first half to one physical storage device or disk drive and from the second half to the other, or mirroring, physical disk drive. If it is anticipated that reading operations from a logical drive may be from random locations, it might be more beneficial to divide the logical volume into small blocks of tracks (e.g., 4 tracks, 8 tracks, etc.) and to assign alternate blocks to be read from alternate physical disk drives. Each of these and other possibilities, including blocking any transfer from a physical disk drive and variants on other reading processes, such as the "nearest server" process described earlier, constitutes a different reading process. In the foregoing examples, these different processes might be designated RP0 through RP4 with the following meanings:

| Reading Process | Definition |
|---|---|
| RP0 | This physical disk drive should not transfer data. |
| RP1 | Read all data in the logical volume from this physical disk drive. |
| RP2 (Arg) | Read all data in the first or second half of the logical disk drive as established by the argument. |
| RP3 (Arg) | Read all data from "odd" or "even" multi-track sections according to the argument. |
| RP4 (Arg) | Select the physical disk drive based upon information contained in the argument. |

In whatever form, however, the basic implementation of this invention enables a system administrator to customize a reading process to an application on a logical volume and to provide different reading processes on mirrored physical disk drives for different applications on a logical-volume-by-logical-volume basis. As a consequence, the administrator can organize the system for maximum throughput on a logical-volume-by-logical-volume basis and avoid the prior art compromises.

With this background, it will now be helpful to discuss this invention in the context of a Symmetrix data facility manufactured and sold by the assignee of this invention. In this data facility device controllers analogous to drive controllers **20** and **23** perform all the processing necessary to implement mirroring and reading operations, so the entire implementation is transparent to the data processor **10**.

Referring to FIG. **2**, a data processing system **30** includes such a data memory system with a number of data storage devices **31***a*, **31***b* . . . **31***y*, **31***z* and a system memory **32** with a cache memory **33**. In this particular embodiment the system **30** includes, by way of example, two identical device controllers **34**A and **34**B. The system may include additional device controllers and may also include redundant device controllers. Each device controller has the same basic structure so corresponding elements will have the same basic reference number with an "A" or "B" suffix to distinguish between the device controllers **34**A and **34**B respectively.

The device controller **34**A controls data transfers with the data storage devices, generally comprising physical disk drives or "disks", including disks **31***a* through **31***f*; the device controller **34**B, including disks **31***x* through **31***z*. The specific number of disks connected to any one device controller or set of redundant device controllers will depend upon a particular application. Moreover, although FIG. **1** and the following discussion use "disk" and "physical disk drive", each "disk" or "physical disk drive" may comprise a conventional disk drive or an equivalent storage device including, but not limited to, optical disks, CD-ROMS and magnetic tape devices.

In FIG. **2** a single processor or host **35**, an interconnecting data access channel **36** and a host adapter **37** connect to the system memory **32** over a system bus **38**. A typical data processing system **30** may comprise multiple host adapters that connect to the system bus **38** in parallel. One or more hosts may also connect to each host adapter.

The system bus **38** is preferably the backplane of a printed-circuit card-cage or main-frame in cabinet. Each host adapter, such as host adapter **37**, and each of the device controllers, such as a device controller **34**A or **34**B, will be constructed on a printed circuit board that is mounted in the card-cage or main-frame in the cabinet. The system bus **38** may comprise a pair of buses where a first bus connects to a first set of host adapters and a first set of device controllers and a second bus connects to a second set of host adapters and a second set of device controllers. In such systems both buses connect to the system memory **32**. In the following discussion reference to the system bus **38** is intended to cover a channel including the single or multiple bus structures.

The data processing system **10** further includes a system manager console **40** including an additional processor on an additional printed circuit board that also connects to the system bus **38** typically through one or more of the device controllers, such as deice controller **34A** by means of a serial or other communications link to the device controller **34A**. The system manager console **40** permits a system operator to run set-up and diagnostic programs for configuring, controlling and monitoring the performance of the data processing system **30**. Essentially the system manager console **40** enables the operator to establish communications with the host adapter **37**, the device controller **34B** and the system memory **32**.

Before any component, such as the host adapter **37** or the device controllers **34A** and **34B** can access the system memory **32**, that component must obtain access to the system bus **38**. Conventional bus access logic **41** receives access request signals from these components and grants access to only one such component at any given time. A wide variety of known arbitration schemes are suitable for use in a data storage system employing multiple processors and a shared system memory, such as the system memory **32**.

Preferably the system memory **32** in FIG. **2** is a high-speed random-access semiconductor memory that includes, as additional components, a cache index directory **42** that provides an indication including the addresses of the data which is stored in the cache memory **33**. In a preferred embodiment, the cache index directory **42** is organized as a hierarchy of tables for logical devices, cylinders, and tracks. The system memory **32** also includes areas for data structures **43** and queues **44**. The basic operation of the system memory **32** is described in Yanai et al., U.S. Pat. No. 5,206,939 issued Apr. 27, 1993.

Typically, the system memory **32** is constructed on a number of additional printed circuit boards that are mounted in the card-cage or main-frame and coupled to the system bus **38**. While multiple memory boards can support concurrent operations, only one memory board can be accessed at one time by a host adapter or device controller. System memory **32**, particularly the cache memory **33**, may also include a region of memory known as permacache memory. As is well known, data elements remain in permacache memory unless they are specifically deleted.

The coordination of each of the host adapters with each of the device controllers is simplified by using the system memory **32**, and in particular the cache memory **33**, as a buffer for data transfers between each host adapter and each device controller. Such a system, for example, is described in the above-identified U.S. Pat. No. 5,206,939. In such a system, it is not necessary to provide a processor dedicated to managing the cache memory **33**. Instead, each of the host adapters or device controllers executes a respective cache manager program, such as one of the cache manager programs **45** in the host adapter **37** and cache manager programs **46A** and **46B** in the device controller **34A** and device controller **34B**, respectively. A system manager program **47** performs a similar function for the system manager console **40** and enables the operator to configure the system. Each of the cache manager programs accesses the cache index directory **42** and operates with data structures **43** and queues **44** for storing various commands. More specifically, the cache manager program **45** in the host adapter **37** writes data from the host **35** into the cache memory **32** and updates the cache index directory **42**.

Each of the cache manager programs **46A** and **46B** in the device controllers **34A** and **34B** stages data from the disks to the cache memory **33** through a buffer **50A** or **50B** respectively and updates the cache index directory **42**. The cache manager programs **46A** and **46B** also de-stage or write back data from the cache memory **33** to the storage devices **11** and update the cache index directory **42**. These operations involve interactions with a control program, such as reading process **48A** and **48B**, control programs **51A** and **51B**, correspondence tables **52A** and **52B** as described more fully later.

FIG. **3** depicts the data structures **43** and queues **44** of the system memory **32** in more detail. The data structures **43** include a pending write data structure **53**, a stage request data structure **54** and a stage completion data structure **55**. The pending write data structure **53** lists cache slots that have been written to but not yet written back to a storage device. Delays may occur during writing operations, so the write pending slots are organized as a tree structure. If a cache slot is in a pending write data structure **53**,then it should not be in a replacement queue **56**; otherwise, the modified data in the cache slot might be written-over and lost before it is written back to a storage device. The device controllers **34A** and **34B** can access the data structures **43** to perform the "destage" tasks of writing modified data from the cache memory **33** to the storage devices. For this reason, it is desirable to provide a separate pending write data structure **53** for each device controller, so that each device controller need access only the pending write data structure for the storage devices it services.

The queues **44** comprise the replacement queue **56** and a wait queue **57**. The replacement queue **56** is analogous to the "least recently used" (LRU) queue used in prior art cache managers for readily identifying the least-recent-used data element in the cache. When the device controller is about to stage a data element into the cache memory **33** for a non-sequential process, a device controller inspects the head of the replacement queue **56** to select the slot of the cache memory **33** into which the data element is written, and this cache slot is then placed at the tail of the queue **56**. The cache slot at the head of the queue **56** does not necessarily contain the least-recently-used cache data element, and therefore the queue **56** is referred to more generally as the "replacement queue" instead of the "LRU queue".

By way of further background, when the host adapter **37** responds to a data access command from the host **35** and finds that the requested data element is absent from the cache memory **33**, the host adapter **37** inserts a stage request message into a stage request data structure **54**. In the mirrored system all stage request messages are polled prior to initiating an operation. Once the appropriate data element is selected, the access operation is completed and a stage completion message is inserted into a stage completion data structure **55** as described more fully hereinafter.

As will become apparent, when a data processing system incorporates the reading procedure of this invention, the foregoing operations are still performed. For example, the device controller **34A** or **34B** responds to an attention or interrupt signal by removing the stage request message from the head of a corresponding stage request data structure **54** to determine the data element to be fetched. Once the data element has been fetched and written into the cache memory **33**, the device controller places a stage completion message into the stage completion data structure **55** and sends an attention or interrupt signal to the host adapter **36**. The stage completion message identifies the data element that has been staged. The host adapter **37** responds to an attention or interrupt signal by removing the stage completion message from the stage completion queue **55** and completing the data

access operation by accessing the data element having been staged in the cache memory **33**. As will also be apparent, there will be a separate stage completion data structure **55** for each host adapter.

Referring again to FIG. **2**, this invention is adapted for use in a data processing system that provides data protection or redundancy by mirroring the data. With mirroring, a copy of the data resides at two different locations, preferably attached to different device controllers as shown in FIG. **1**. In the specific embodiment of FIG. **2**, disks **31***b* and **31***y* could be designated as two mirrored drives, for example. In accordance with this invention each disk drive in FIG. **2** can be partitioned into logical volumes generally as shown in FIG. **1**. In the Symmetrix data facility, each drive can be organized between one and eight logical volumes, each of which can have any arbitrary size.

The system operator uses the system manager console **40** to configure each device controller and attached drive in data processing system. More specifically the system operator uses an initialization procedure, typically an interactive program, stored in a memory **60** of the system manager console **40** that additionally will include an input device **61**, such as a keyboard, and an output device **62**, such as a video display and/or printer. The operator uses the initialization procedure to transfer appropriate information to each of the cache manager programs **45**, **52A** and **52B**. Such initialization procedures are generally known in the art.

FIG. **4** depicts a portion of such an initialization procedure that establishes the initial conditions for enabling the implementation of this invention. At some point in the overall procedure the system operator defines the correspondence between each disk and device controller in step **60**. That is, in the system of FIG. **2** the system operator defines the connections between device controller **34A** and disks **31***a* through **31***f* and between the device controller **34B** and disks **31***x* through **31***z* in FIG. **2**. In step **61** of FIG. **4** the system operator initiates a definition of the correspondences between each logical volume and the reading process for retrieving data from each physical disk drive. Again using the foregoing example and assuming five logical volumes, the system operator would define the relationships that disk **31***b* constitutes disk **M1** and FIG. **5** contains logical volumes M1-LVA, M1-LVB, M1-LVC, M1-LVD and M1-LVE. If each of these volumes is to be mirrored, step **62** diverts to step **63** whereupon the system operator defines the mirrored logical volumes in the second disk. In the example, the system operator would define disk **31***y* as containing the same logical volumes that are incorporated in disk **31***b*. Moreover, in step **63** the system operator defines each logical volume as being located on the same tracks in both drives.

In step **64** the system operator selects a read mode for each logical volume in the first drive, such as drive **31***b*. The system operator will enter these selections into the correspondence tables, such as the correspondence table **52A** in the drive controller for the corresponding logical volume in the first disk as shown in FIG. **5**. In steps **66** and **67** of FIG. **4** the operator uses a similar procedure to select complementary read modes for the mirrored logical volume and stores those values in the correspondence table such as correspondence table **52***b* in the device controller **46***b* to define the relationships in the disk **31***y*.

FIG. **5** depicts an embodiment of the correspondence tables **52A** and **52B** that includes, but is not limited to entries with a logical volume field **70**, a physical volume field **71**, a read mode field **72** and a read parameter or argument field **73**. It will be apparent that the correspondence table might include other fields in a separate table or that these fields might be incorporated in other tables that already exist in the system.

This process thus establishes a relationship in each of the correspondence tables **52A** and **52B**, such as shown in FIGS. **2** and **5**, among one of the reading processes in reading processes **48A** or **48B**, the logical storage volume and the physical disk drive. In FIG. **5** it is assumed that physical disk drive **31***b* in the example, includes logical volumes LVA through LVE as the mirrored volume **M1** and that the disk drive **31***y*, as mirrored volume **M2**, contains the same logical volumes LVA through LVE. The initialization procedure in FIG. **4** will then have established the complementary READ MODE fields for each logical volume shown in table **52A** and **52B** as being selected from the "DO NOT READ", "READ", and "DETERMINE" values that correspond to the earlier **RP0**, **RP1** and **RP2** values of FIG. **1**, respectively. The "DETERMINE" value includes an additional READ PARAMETER field or argument. Consequently the correspondence table **52A** contains a number of entries including those specifically shown in FIG. **5** in which it has been determined that the device controller **34A** will read the logical volumes LVA and LVD, that the device controller **34B** will read the logical volumes LVB and LVE. If a read command identifies logical volume LVC, the "DETERMINE" or **RP2** value requires some further processing before one of the device controllers **34A** and **34B** can be assigned to the operation.

Stated differently, in the specific arrangement shown in FIG. **5**, only the device controller **34A** will respond to any READ command identifying logical volume LVA or logical volume LVD by reading the data from disk **31***b* into the buffer **50A** for subsequent transfer into the cache memory **33**. Only the device controller **34B** will respond to READ commands identifying the logical volume LVB or LVE by reading data from the disk **31***y* through the buffer **50B** into the cache memory **33**.

If a READ command identifies logical volume LVC, each of the device controllers **34A** and **34B** will make a determination of which of the two device controllers should effect the requested READ operation. There are several determining criteria. In one, for example, that is particularly adapted when an odd number of logical volumes are defined, the parameter located in the READ parameter **73** might constitute a track boundary within the logical volume with the consequence of assigning device controller **34A** to read tracks of logical volume LVC with a track number that is less than or equal to the defined boundary track and of assigning device controller **34B** to read data from the tracks having a number exceeding the boundary track number. This option is particularly useful when part of the physical disk drives comprises an odd number of substantially equally sized logical volumes so that each device controller will read from about 50% of the logical volumes.

In an alternative configuration, even with an odd number of logical volumes, each logical volume could be completely assigned to a "READ" or "DO NOT READ" mode without the need for any READ parameters. In some applications one drive controller could be assigned to read alternate logical volumes, such as assigning disk controllers **34A** and **34B** to read alternate logical volumes, such as having disk controller **34A** read logical volumes LVA, LVC, LVE and disk controller **34B** read logical volumes LVB and LVD. As still another alternative, the disk controller **34A** could be set to read from logical volumes LVA, LVB and LVD and disk controller **34B** set to read from logical volumes LVC and

LVE. Still other types of reading operations could be assigned through the use of an appropriate READ parameter value.

In essence, when an operator completes the initialization procedure of FIG. **4**, the system of FIG. **2** has a configuration in which redundancy is achieved by mirroring logical volumes and in which various correspondencies as shown in the corresponding tables **52A** and **52B** according to the reading processes **48A** and **48B** and the organization shown in FIG. **5** or some equivalent organization have been established.

After the initialization of the data processing system, operations including reading and writing operations can begin. In the Symmetrix system, each host adapter **37** identifies each logical volume and for that logical volume the device controller or controllers attached to that volume. When a write operation occurs to mirrored logical volumes, the host adapter **37** transfers pending WRITE commands to pending write data structures **53** in FIG. **3** associated with each of the corresponding controllers. That is, in terms of the mirrored drives, disk **31***b* and **31***y* in FIG. **2** the host adapter **37** loads a WRITE command into a stage request data structure **54** associated with the controller **34A** and the controller **34B**. Thereafter each of the device controllers **34A** and **34B** respond normally to this stage request data structure command and write the information from the cache memory **33** into the corresponding position in the disks **31***b* and **31***y*. Thus as a host makes changes to the data in any logical volume, the system responds automatically by a standard operation that writes that data to the corresponding tracks to the logical volume in both mirrored memories.

The response to the READ command remains the same if the data being read is located in the cache memory **33**. That is, if the data is located in the cache memory **33** the data is retrieved from the cache memory **33** for transfer back to the host adapter **37**.

FIGS. **6A** and **6B** depict the operation of the cache manager programs **46A** and **46B** in the device controllers **34A** and **34B** respectively when the cache memory **33** does not contain the requested data. The process by which the system in FIG. **2** transfers data from the disks in a non-mirrored configuration is well known, so FIGS. **6A** and **6B** emphasize the modifications required to implement the reading operation for mirrored memories of this invention. Specifically, each of the device controllers **34A** and **34B** generally operate in a loop looking to determine, in step **80**, whether a stage request is present in the stage request data structure **54** in FIG. **2** that identifies a particular device controller. If step **81** determines that a destage request is present, step **82** causes the system to implement that de-stage task. This loop, comprising steps **80** through **82** continues until such time as a read request from a host requests data that is not present in the cache memory **33**. This places the request in the stage request data structure **54**. When this occurs and the operation involves data in a mirrored memory, each device controller, such as each of device controllers **34A** and **34B**, (1) requests and obtains access to the system bus **38** in step **83**, (2) retrieves the read request from the stage request data structure in step **84** and (3) relinquishes control of the system bus **38** in step **85**. Typically limitations on bus access require that the two device controllers **34A** and **34B** perform these steps to retrieve a request in sequence. It is also possible that one of the data controllers **34A** and **34B** has been processing another request and must wait until that request has been completed before performing step **83**.

Once a device controller completes step **85**, it proceeds to step **86** wherein the entry for the logical volume contained in each correspondence table is retrieved. That is, the device controllers **34A** and **34B** respond to the request by retrieving the correspondence entries for the identified logical volume from the correspondence tables **52A** and **52B** shown in FIGS. **2** and **5**. If the read request for the logical volume LVA, only the controller **34A** is to read the data. The controller **34A** then uses step **90** in FIG. **6B** of its cache memory manager program **46A**, shown in FIG. **2**, to divert control to step **91** whereupon the control **51A** will read the data from the disk **31***b* into the buffer **50A** using the RP1 reading process of FIG. **2** or equivalent.

Once the buffer **50A** has received the data in response to the request, the control **51A**, through the cache manager program **36A**, requests and obtains bus access in step **92** and writes the data in the device controller buffer **50A** into the cache memory slot selected to receive the data within the cache memory **33** in step **93**. In step **94**, the cache manager program **46A** moves the selected cache memory slot to the tail of the replacement queue **56** shown in FIG. **3**. In step **95**, the cache manager **46A** places a data identifier in the stage completion structure **55** in FIG. **3** to indicate that the transfer is complete and initiates a process by which the host adapter **37** retrieves the requested data.

Using the foregoing example whereby the read request identifies logical volume A, the device controller **34B** determines in step **87** that the read mode field **72** in the corresponding table **52B** has the "DO NOT READ" value (i.e., the RP0 READ MODE value in FIG. **2**). In a read sequence for logical volume A, the cache manager program **46B** diverts control from step **96** past step **97** and transfers to step **100** with an indication the controller **34B** is not to read any data. During normal operations the cache manager program **46B** will use steps **100**, **101** and **102** to transfer to step **80** in FIG. **6A**.

Still referring to FIG. **6B**, if an odd number of equally sized logical volumes exist so the RP2 reading process of FIG. **2** is desirable, both the cache manger programs **34A** and **34B** will divert from step **90** in FIG. **6B** to step **96**. Both will then process the information in their respective correspondence tables **52A** and **52B** in step **97** to determine whether the data is to be read through that particular device controller. One of the device controllers **34A** and **34B** will be designated to perform the READ operation and the corresponding one of the cache manager programs **46A** and **46B** will divert from step **100** to perform the reading operation in steps **91** through **95**. The other one of the device controllers **34A** and **34B** will transfer from step **100** through steps **101** and **102** to return to step **80** in FIG. **6A**. Similar steps can be used to incorporate other reading processes in the list of selectable processes.

As will now be apparent and in accordance with this invention, the data processing system shown in FIG. **2** can incorporate mirrored disks such as disk **31***b* and **31***y* that are divided into mirrored logical volumes. The device controllers **34A** and **34B** respond to a read command in accordance with one of plural reading processes **48A** and **48B** as designated by information in the correspondence tables **52A** and **52B**. These divisions into logical volumes and the generation of the correspondences are readily programmable during the initialization procedure of FIG. **4**. Consequently the logical volumes can be controlled independently to optimize the reading process for an application in the logical volume. Moreover, if the reading pattern for a logical volume changes, as if the application changes, it is possible to modify or change the reading process used for that logical volume by operation of the system manager console **40**.

Switching from a mirrored operation to a non-mirrored operation in case of a device controller or disk drive fault is

easily accomplished and occurs during the processing of steps **101** and **102** in FIG. **6**B by the other of the device controllers not involved in the reading operation. When a disk drive is operating properly, it generates a DRIVE READY signal. Likewise, so long as a device controller or redundant device controllers maintain an operating channel from the system bus **38** to the associated drives, there will be an appropriate CONTROLLER READY signal. Each of the paired device controllers includes a routine for monitoring the status of the other device controller and drive in the mirrored pair to determine if it is necessary to abort normal mirroring operations.

More specifically, assume that a read command has identified logical volume LVA so that the device controller **34**A and disk drive **31***b* normally would respond and that the disk drive **31***b* is out of service, so that it no longer produces a DATA READY signal. When the cache memory manager **46**B in the device controller **34**B, as the other device controller, reaches step **101** in FIG. **6**B, it will determine that the disk drive **31***b* is not ready. Consequently, step **101** will divert to read the data from the disk **31***y* by the procedure of steps **91** through **95**. Similarly, if the device controller **34**A were inoperative, the control **51**B would determine that status, and the cache memory manager **46**B would divert to step **51** to begin the reading operation from the disk **31***y*. Typically each device controller will update its status in a device controller status table **103** in the system memory **42**. Consequently a device controller in a mirrored pair, such as device controller **34**A can obtain the status of the other device controller **34**B by accessing the device controller status table.

Once the defective disk drive or device controller were repaired or replaced, the corresponding device controller would update the corresponding information in the device controller status table. The other device controller, e.g., the device controller **34**B of FIG. **2** in the above example, would return to normal operations by transferring operations from step **100** through steps **101** and **102** in FIG. **6**B to step **80** in FIG. **6**A.

As previously stated, the prior art concept of selecting a reading process on a physical storage device basis can involve compromises if that device stores different applications. These compromises can affect data throughput in situations where different applications on a physical storage device have diverse needs. With this invention, diverse applications can be stored in separate logical volumes and each physical storage device can store a number of such logical volumes. This invention provides the capability of selecting from among multiple reading processes using correspondences on a logical volume basis, rather than physical storage device basis, to enable the matching of a particular reading process to the needs and retrieval characteristics or patterns of the application in a logical volume. These needs generally include minimizing seek times as these times can have a market effect on data throughput during a reading operation. Distributing the information, such as the different reading processes and correspondence tables, among the various disk controllers, enables the entire reading operation of this invention to be transparent to a user or host that requests the data transfer and enables the reading processes to be changed if needed. Moreover, the distribution facilitates the implementation of this invention even as part of memories added to an existing data processing system.

This invention has been disclosed in terms of certain embodiments. It will be apparent that many modifications can be made to the disclosed apparatus without departing from the invention. For example, this invention has been described in terms of a Symmetrix system using pairs. Therefore, it is the intent of the appended claims to cover all such variations and modifications as come within the true spirit and scope of this invention.

What is claimed as new and desired to be secured by Letters Patent of the United States is:

1. A mirrored memory system for retrieving data in response to a read command comprising:

(A) at least a pair of physical storage devices for storing redundant copies of related data in a mirrored fashion in a logical volume on each of the physical storage devices, each read command designating a logical volume from which data is to be retrieved,

(B) means for defining at least one reading process by which data can be transferred in response to a read command,

(C) a correspondency that assigns to each logical volume the reading process by which data is to be read from a physical storage device, and

(D) data transfer control means operable in response to said correspondency and said reading process definition means and connected to said physical storage devices for responding to a logical volume identification in a read command and the assignment from said correspondency by enabling the transfer of data from said physical storage devices containing the mirrored logical volumes according to the assigned reading process.

2. A memory system as recited in claim **1** wherein each logical volume consists of a set of contiguous tracks on a corresponding physical storage device, said reading process definition means establishes a reading operation for retrieving data in the logical volume from one of the physical storage devices and said correspondency assigns the reading process to only one of the physical storage devices whereby all data read from the logical volume is retrieved from the one physical storage device.

3. A memory system as recited in claim **1** wherein said reading process definition means establishes complementary reading operations for different portions of a logical volume and said correspondency assigns complementary reading processes to each physical storage device that stores the logical volume whereby data read from one logical volume is retrieved from at least two of said physical storage devices.

4. A memory system as recited in claim **3** additionally comprising means for establishing in said correspondency for each physical storage device a relationship between a logical volume contained therein and one of the complementary reading processes.

5. A memory system as recited in claim **1** wherein said data transfer control means includes a data transfer controller for each of said physical storage devices, said reading process definition means includes reading process identifications in each of said data transfer controllers and said correspondency includes in each of said data transfer controllers a correspondency table that defines for a logical volume, the reading process assigned for retrieving the data from the physical storage device.

6. A memory system as recited in claim **5** additionally comprising means for transferring entries to said correspondency tables.

7. In a data processing system including a data processor for generating a read command and a memory system for transferring data in response to the read command, said memory system comprising:

(A) a first physical disk drive and a second physical disk drive, each of said first and second physical disk drives being divided into at least one logical volume whereby a logical volume on the second physical disk drive mirrors the logical volume on the first physical disk drive,

(B) a first device controller connected between said first physical disk drive and the data processor and a second device controller connected between said second physical disk drive and the data processor, each of said device controllers being adapted to respond to the receipt of a read command identifying said first and second physical disk drives, respectively and each of said device controllers having a memory for storing information and programs including at least one reading process program for controlling a transfer from the physical disk drive and having a control unit for controlling transfers with physical disk drives connected thereto including means for executing the programs,

(C) a correspondency table in the memory of each of said device controllers that establishes the reading process program to be used in transferring data from a logical volume through said device controller, a control unit being responsive to the receipt of a read command and identification of one reading process program for transferring data from a logical volume through said device controllers with said control unit.

**8**. A data processing system as recited in claim **7** wherein each of said first and second physical disk drives stores another logical volume divided into first and second sections and wherein a correspondency table assigns the first section to be read by said first device controller from said first physical disk drive and the second section to be read by said second device controller from said second physical disk drive.

**9**. A data processing system as recited in claim **7** wherein one mirrored physical disk drive connected to each of said device controllers has a plurality of logical volumes, each comprising a plurality of contiguous tracks.

**10**. A data processing system as recited in claim **9** additionally comprising means connected to said device controllers for transferring entries to said correspondency tables.

**11**. A data processing system comprising:

(A) system bus means for enabling transfers,

(B) system memory means for storing data and commands connected to said system bus means, said system memory means including a cache memory and a command memory for receiving a read command from said system bus,

(C) at least one host adapter connected to said system bus including a data processor for executing applications and for issuing read commands, said host adapter having memory manager means for effecting a transfer of a read command over said system bus to said command memory,

(D) first and second physical disk drive means for storing information thereon, each of said first and second physical disk drives being divided into a plurality of logical volumes comprising a number of contiguous tracks whereby a logical volume in said second physical disk drive mirrors a corresponding logical volume in said first physical disk drive and

(E) first and second device controller means for controlling transfers with said first and second physical disk

drives, respectively, each of said device controller means including:

(i) a memory manager for controlling transfers between a corresponding device controller means and said system memory means,

(ii) buffer memory means for storing data being transferred with a corresponding physical disk drive means,

(iii) control means connected to connected physical disk drive means and said buffer memory means for controlling the transfer of information therebetween according to at least one selectable reading process, and

(iv) a correspondence table having a read mode field identifying a reading process for each logical volume attached to said device controller means, said control means being responsive to the receipt of a read command identifying a logical volume connected to said physical disk drive control means for effecting a transfer from the connected one of said mirrored physical disk drives according to the read mode field.

**12**. A data processing system as recited in claim **11** wherein said information read from one of said mirrored physical disk drives is transferred by said corresponding device controller means to said cache memory in said system memory means, said corresponding device controller means additionally transferring information to said command memory in said system memory means for enabling said host adapter to retrieve said information.

**13**. A data processing system as recited in claim **12** wherein each of a pair of mirrored logical volumes is divided into a first section of contiguous tracks and a second section of the remaining contiguous tracks in said logical volume and wherein said read mode field can include another value that causes said corresponding device controller to respond by determining if that device controller and connected physical disk drive should perform the read operation from a specified section of contiguous tracks.

**14**. A data processing system as recited in claim **12** wherein said system memory responds to the receipt of a read command by:

(i) transferring the requested information when that information is located in said cache memory of said system memory, and

(ii) initiating the reading operation from a logical volume when that information is absent from said cache memory in said system memory.

**15**. A data processing system as recited in claim **14** additionally comprising a system manager means for transferring information over said system bus means to said host adapter and first or second device controller means, said system manager means including means for establishing said read mode fields in each of said correspondence tables.

**16**. A data processing system as recited in claim **15** further comprising bus access logic means for controlling the transfer of information over the system bus means.

**17**. A method for transferring in response to a read command, data from one of mirrored physical storage devices comprising the steps of:

(A) storing on each of at least a pair of physical storage devices redundant copies of related data in a mirrored fashion in a logical volume on each of the physical storage devices, each read command designating a logical volume from which data is to be retrieved,

(B) defining at least one reading process by which data can be transferred in response to a read command,

(C) assigning in a correspondency a reading process by which data in a logical volume is to be transferred from a physical storage device, and

(D) determining in response to the logical volume identified in a read command and the reading process identified by said correspondency assignment the process by which the data will be transferred from each of the physical storage devices containing the mirrored logical volume.

18. A method as recited in claim 17 wherein a logical volume consists of a set of contiguous tracks on each physical storage device and one of the at least one reading processes establishes a reading operation for retrieving data for a logical volume from a designated one of the physical storage devices, said correspondency assignment step establishing which of the pair of physical storage devices is to provide the data and said determination step enabling data transfers in response to a read command identifying a logical volume from the designated one physical storage device.

19. A method as recited in claim 17 wherein said reading process definition step establishes complementary reading operations for different portions of a logical volume and said correspondency assignment step establishes complementary reading processes to each physical storage device that stores a logical volume whereby data from a logical volume is retrieved from at least two of the physical storage devices.

20. A method as recited in claim 19 additionally comprising a step of establishing in said correspondency assignment for each physical storage device a relationship between the logical storage volume contained therein and one of the complementary reading operations.

21. A method as recited in claim 17 wherein each of the physical storage devices connects to a device controller and wherein each device controller stores the reading processes and the correspondency assignments relevant thereto and performs said determining step to determine, in response to the selected reading process identified in the correspondency assignment, the reading process to be used by the device controller in response to a read command for the logical volume.

22. A method as recited in claim 21 additionally comprising a step of transferring entries to the correspondency assignments in each of the device controllers.

23. A method as recited in claim 22 additionally comprising a step of monitoring the performance of each device controller, one device controller performing a read operation when the operating status of an assigned device controller indicates its inability to perform.

24. A method for transferring, in response to a read command, data from mirrored memory systems for use in a data processing system including a system memory including a cache memory and a command memory for receiving a read command from a system bus, at least one host adapter connected to the system bus and adapted for connection to a data processor and having a cache memory manager for effecting a transfer of a read command over the system bus to the command memory, first and second physical disk drives for storing information thereon, and first and second device controllers for controlling transfers with the first and second physical disk drives, respectively, each of the device controllers including a cache memory manager for controlling transfers between the corresponding device controller and the system memory and including a buffer memory for storing data being transferred with the physical disk drive and a control connected to the physical disk drive and the buffer memory for controlling the transfer of information therebetween, said method comprising the steps of:

(A) storing in each of the first and second physical disk drives redundant copies of data in at least one logical volume comprising a number of contiguous tracks on each of the physical disk drives whereby a logical volume on the second physical disk drive mirrors the logical volume of the first physical disk drive,

(B) defining in each device controller selectable reading processes by which data is transferred from the physical disk drives connected to the device controller,

(C) establishing in each device controller a correspondence table having a read mode field for each logical volume attached to the device controller that identifies one of the selectable reading processes, and

(D) responding, in each device controller, to the receipt of a read command identifying a logical volume and the corresponding read mode field for effecting a transfer of the data in the logical volume from the connected one of the physical disk drives according to the selected reading process.

25. A method as recited in claim 24 wherein the device controller performing the transfer additionally transfers the information read from the corresponding physical disk drive to the cache memory in the system memory and transfers information to the command memory in the system memory means for enabling the host adapter to retrieve the information from the cache memory.

26. A method as recited in claim 25 wherein one of the mirrored logical volumes is divided into a first section of contiguous tracks and a second section of the remaining contiguous tracks in the one of the mirrored logical volumes and wherein the device controller responds to a certain value of the read mode field by determining if that device controller and connected physical disk drive should perform the read operation from the specified track.

27. A method as recited in claim 25 wherein the system memory responds to the receipt of a read command by:

(i) transferring the requested information when that information is located in the cache memory of the system memory, and

(ii) initiating the reading operation from the mirrored logical volumes when that information is absent from the cache memory in the system memory.

28. A method as recited in claim 27 additionally comprising a step of establishing the read mode fields in each of the correspondence tables.

29. A method as recited in claim 28 additionally comprising the step of controlling the transfer of information over the system bus.

* * * * *



US005987566A

# United States Patent [19]

**Vishlitzky et al.**

[11] **Patent Number: 5,987,566**

[45] **Date of Patent: *Nov. 16, 1999**

[54] **REDUNDANT STORAGE WITH MIRRORING BY LOGICAL VOLUME WITH DIVERSE READING PROCESS**

[75] Inventors: **Natan Vishlitzky**, Brookline; **Yuval Ofek**, Framingham, both of Mass.; **Eitan Bachmat**, Lehavim, Israel

[73] Assignee: **EMC Corporation**, Hopkinton, Mass.

[*] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **09/167,161**

[22] Filed: **Oct. 6, 1998**

### Related U.S. Application Data

[63] Continuation of application No. 08/653,154, May 24, 1996, Pat. No. 5,819,310.

[51] **Int. Cl.**[6] .......... **G06F 12/02**; G06F 12/16

[52] **U.S. Cl.** .......... **711/114**; 711/162; 714/6

[58] **Field of Search** .......... 711/114, 162; 395/182.04

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,072,368 | 12/1991 | Foreman et al. | 714/6 |
| 5,088,081 | 2/1992 | Farr | 369/54 |
| 5,159,677 | 10/1992 | Rubsam et al. | 711/2 |
| 5,202,799 | 4/1993 | Hetzler et al. | 360/48 |
| 5,208,813 | 5/1993 | Stallmo | 714/7 |
| 5,212,784 | 5/1993 | Sparks | 714/6 |
| 5,239,659 | 8/1993 | Rudeseal et al. | 714/6 |
| 5,265,098 | 11/1993 | Mattson | 714/6 |
| 5,274,799 | 12/1993 | Brant et al. | 714/6 |
| 5,287,462 | 2/1994 | Jibbe et al. | 710/36 |
| 5,301,297 | 4/1994 | Menon et al. | 711/114 |
| 5,303,244 | 4/1994 | Watson | 714/5 |
| 5,337,414 | 8/1994 | Hashemi et al. | 710/52 |
| 5,345,565 | 9/1994 | Jibbe et al. | 710/130 |
| 5,363,500 | 11/1994 | Takeda | 711/161 |
| 5,390,187 | 2/1995 | Stallmo | 714/7 |
| 5,390,327 | 2/1995 | Lubbers et al. | 714/7 |
| 5,392,244 | 2/1995 | Jacobseon et al. | 711/114 |
| 5,394,539 | 2/1995 | Neuhard et al. | 711/209 |
| 5,396,596 | 3/1995 | Hashemi et al. | 711/113 |
| 5,404,454 | 4/1995 | Parks | 710/21 |
| 5,423,046 | 6/1995 | Nunnelley et al. | 713/330 |
| 5,432,922 | 7/1995 | Polyzois et al. | 714/6 |
| 5,435,004 | 7/1995 | Cox et al. | 707/205 |
| 5,440,716 | 8/1995 | Schultz et al. | 711/114 |
| 5,446,855 | 8/1995 | Dang et al. | 711/1 |
| 5,455,934 | 10/1995 | Holland et al. | 711/4 |
| 5,459,853 | 10/1995 | Best et al. | 711/114 |
| 5,463,765 | 10/1995 | Kakuta et al. | 714/6 |
| 5,469,566 | 11/1995 | Hohenstein et al. | 714/6 |
| 5,513,314 | 4/1996 | Kandasamy et al. | 714/6 |
| 5,649,152 | 7/1997 | Ohran et al. | 711/114 |

OTHER PUBLICATIONS

Dishon et al., "Disk Dual Copy Methods and Their Performance", Eighteenth International Symposium on Fault-Tolerant Computing, IEEE Comput. Soc. Press 1988, pp. 314–319, Jun. 1998.

*Primary Examiner*—Reginald G. Bragdon
*Attorney, Agent, or Firm*—George A. Herbster; Pearson & Pearson

[57] **ABSTRACT**

A mirrored memory for a data processing system. The memory system includes two device controllers and related disk drives for storing the mirrored data. Each of the disk drives is divided into logical volumes. Each device controller contains a plurality of reading processes and a correspondence table that establishes the reading process to be used in retrieving data from the corresponding disk drive. Each disk controller responds to a read command that identifies the logical volume by using the correspondence table to select the appropriate reading process and by transferring data from appropriate physical storage device containing the designated logical volume.

**13 Claims, 7 Drawing Sheets**





DRIVE(i-1)
DRIVE(i)
DRIVE(i+1)
DRIVE(j-1)
DRIVE(j)
DRIVE(j+1)
M1-LVA
M1-LVB
M1-LVC
M1-LVD
M2-LVA
M2-LVB
M2-LVC
M2-LVD
DRIVE CONTROLLER
READING PROCESSES
RP0
RP1
RP2
RP3
CORRESPONDENCY
VOL
READ MODE
LV-A
LV-B
LV-C
LV-D
DATA PROCESSOR
FIG. 1



DISK 1-1
DISK 1-2
DISK 1-3
DISK 1-4
DISK 2-1
DISK 2-2
DISK n-1
DISK n-2
DISK n-3
DISK n-4
31a
31b
31c
31d
31e
31f
31x
31w
31y
31z
DEVICE CONTROLLER 34A
BUFFER
CONTROL
50A
51A
46A
CACHE MEMORY MANAGER
CORRESPONDENCE TABLE
48A
52A
READING PROCESSES
DEVICE CONTROLLER 34B
BUFFER
CONTROL
50B
51B
46B
CACHE MEMORY MANAGER
CORRESPONDENCE TABLE
48B
52B
READING PROCESSES
32
SYSTEM MEMORY
43
33
CACHE INDEX DIRECTORY
PATH STRUCTURES
QUEUES
CACHE MEMORY
DEVICE CONTROLLER STATUS
42
44
103
SYSTEM MANAGER CONSOLE
INPUT DEVICE
OUTPUT DEVICE
MEMORY
SYSTEM MANAGER
62
47
61
60
40
HOST
35
36
HOST ADAPTER
37
CACHE MEMORY MANAGER
45
38
BUS ACCESS LOGIC
41

FIG. 2



32
SYSTEM MEMORY
55
STAGE COMPLETION DATA STRUCTURE
54
STAGE REQUEST DATA STRUCTURE
53
PENDING WRITE DATA STRUCTURE
56
REPLACEMENT QUEUE
WAIT QUEUE
57
DATA STRUCTURES 43
QUEUES 44

FIG. 3



INITIALIZATION ROUTINE
DEFINE CORRESPONDENCES BETWEEN EACH DISK AND DEVICE CONTROLLER
60
DEFINE CORRESPONDENCES BETWEEN EACH LOGICAL VOLUME AND EACH DISK
61
IS THIS LOGICAL VOLUME TO BE MIRRORED?
62
NO
YES
DEFINE THE MIRRORED LOGICAL VOLUME IN A SECOND DISK
63
SELECT THE READ MODE FOR EACH LOGICAL VOLUME
64
STORE THE READ MODE FIELD IN THE CORRESPONDENCE TABLE IN THE DRIVE CONTROLLER FOR THE LOGICAL VOLUME
65
SELECT THE READ MODE FOR THE MIRRORED LOGICAL VOLUME
66
STORE THE READ MODE FIELD IN THE CORRESPONDENCE TABLE IN THE DRIVE CONTROLLER FOR THE MIRRORED LOGICAL VOLUME
67

FIG. 4

| LOGICAL VOLUME (70) | PHYSICAL VOLUME (71) | READ MODE (72) | READ ARGUEMENT (73) |
|---|---|---|---|
| ⋮ | ⋮ | ⋮ | ⋮ |
| LVA | 31b | READ | |
| LVB | 31b | DO NOT READ | |
| LVC | 31b | DETERMINE | BOUNDARY |
| LVD | 31b | READ | |
| LVE | 31b | DO NOT READ | |
| ⋮ | ⋮ | ⋮ | ⋮ |

52A

| LOGICAL VOLUME | PHYSICAL VOLUME | READ MODE | READ ARGUEMENT |
|---|---|---|---|
| ⋮ | ⋮ | ⋮ | ⋮ |
| LVA | 31y | DO NOT READ | |
| LVB | 31y | READ | |
| LVC | 31y | DETERMINE | BOUNDARY |
| LVD | 31y | DO NOT READ | |
| LVE | 31y | READ | |
| ⋮ | ⋮ | ⋮ | ⋮ |

52B

FIG. 5



6A
DEVICE CONTROLLER
NO
STAGE REQUEST?
YES
80
NO
DE-STAGE REQUEST?
81
YES
REQUEST AND OBTAIN ACCESS TO THE STSTEM BUS 38
83
PERFORM DE-STAGE TASK
82
RETRIEVE READ REQUEST FROM STAGE REQUEST DATA STRUCTURE 54
84
RELEASE SYSTEM BUS ACCESS
85
READ ENTRY FOR LOGICAL VOLUME CONTAINED IN CORRESPONDENCE TABLE INCLUDING THE READ MODE FIELD
86
6B

FIG. 6A



IS THE READ MODE FIELD SET TO "READ"?
NO
YES
90
96
NO
IS THE READ MODE FIELD SET TO "DETERMINE READ"?
91
READ DATA FROM STORAGE DEVICE INTO DEVICE CONTROLLER BUFFER
USE THE INFORMATION IN THE CORRESPONDENCE TABLE TO DETERMINE WHETHER TO READ THE DATA FROM THIS DEVICE CONTROLLER
92
REQUEST AND OBTAIN BUS ACCESS
97
YES
IS THIS DEVICE CONTROLLER TO READ THE DATA?
NO
100
93
WRITE DATA FROM THE DEVICE CONTROLLER BUFFER INTO THE CACHE MEMORY SLOT SELECTED TO RECEIVING THE DATA
IS THE DISK DRIVE FOR THE OTHER MIRROR READY?
NO
YES
101
94
MOVE THE SELECTED CACHE MEMORY SLOT TO THE TAIL OF THE REPLACEMENT QUEUE
IS THE CONTROLLER ASSOCIATED WITH THE OTHER MIRROR READY?
NO
YES
102
95
PLACE DATA IDENTIFIER IN STAGE COMPLETION STRUCTURE AND SIGNAL HOST ADAPTER
6A

FIG. 6B

# REDUNDANT STORAGE WITH MIRRORING BY LOGICAL VOLUME WITH DIVERSE READING PROCESS

## CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation of my co-pending application Ser. No. 08/653,154 filed May 24, 1996 for a METHOD AND APPARATUS FOR READING DATA FROM MIRRORED LOGICAL VOLUMES ON PHYSICAL DISK DRIVES, now U.S. Pat. No. 5,819,310.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention generally relates to digital data storage systems and more specifically to digital data storage systems that provide redundant storage by mirroring data.

2. Description of Related Art

Many approaches have been developed for protecting critical data stored in a digital data system against loss resulting from power failures or transients, equipment malfunctions and other causes. In one approach normal operations on a data processing system stop so that all of or selected portions of the stored data can be transferred to tape or other backup media thereby to backup the memory system by providing a "snapshot" of the memory system at the time of the backup. Each successive backup may then either copy onto the backup media the data in the entire system or only the data or files that changed since a prior backup. This approach is still used in many data processing systems. However, even in personal computer systems, the time to complete such a backup may require an hour or more. It may also take a significant time to restore the information, particularly if a storage system, such as a disk drive, fails completely.

While such approaches may be acceptable for providing redundancy in home and small office systems, in recent years there has arisen another category of data processing system that requires essentially full-time availability and that incorporates large memory systems. Such data storage systems often include plural disk controllers, each of which controls multiple disk drives or other storage systems. Conventional backup procedures simply can not be used with such systems without significant interruptions that can lead to unacceptable intervals during which the data processing system is not available for its normal operations.

In some such prior art systems files are written to a specific disk drive, as a primary disk drive, through its corresponding disk controller. Additionally the writing controls are modified to write the file to another disk, as a secondary disk drive, connected to the same or another disk controller. This provides full redundancy. However, the data processing system must perform two writing operations sequentially. Sequential writing operations can affect the operation of the data processing system. Each copy is stored randomly on each disk and can even become fragmented. This can produce intolerably long retrieval times. Moreover, in such systems all normal reading operations involve the primary disk drive. No attempt is made to read from the secondary disk drive unless a problem occurs in the primary disk drive.

U.S. Pat. No. 5,390,313 issued to Yanai et al., and assigned to the assignee of this invention, discloses an approach for providing data redundancy. The system includes at least one pair of disk storage devices. Each

device has a plurality of generally identical data records. These are "mirrored" disks or storage media. Each medium includes position indicators for providing one or more indications of rotational position of each of the rotating data storage media with respect to its associated fixed position read/write mechanism. A position monitor receives the rotational position indications from each rotating data storage medium and computes and monitors the rotational position of each rotating storage medium with respect to its associated read/write mechanism. After receiving a request for access to one or more data records stored on the mirrored pair of rotating data storage media, the system computes projected data access times for retrieving the requested data record on each of the rotating data storage media and commands retrieval of the requested data record to the rotating data storage medium having the shortest projected data access time based upon rotational position in state of the respective data storage medium. Consequently unlike the previously discussed file copy systems, data can be read from either of the mirrored memories.

U.S. Pat. No. 5,212,784 issued to Sparks discloses another type of automated backup system in which separate logical buses couple a primary controller to a set of paired mirrored memories or shadowed primary data storage devices. A backup device controller attaches to one of the logical buses and a backup device. The primary controller writes data to both the primary data storage devices to produce mirrored copies. In a backup mode, the backup device controller transfers data that it reads from a designated one of the primary data storage devices to the backup storage device. After the backup is complete, the primary controller re-synchronizes the primary data storage devices so that data that has been written on the continuously operational data storage device is copied onto the designated data storage device. In an alternative embodiment separate logical buses couple the primary controller to at least a set of triplet or quadruplet mirrored or shadowed primary data storage devices. Triplet devices permit backup operation while retaining the redundancy characteristic of the mirrored storage devices. Quadruplet devices permit continuous backup operations of two alternating storage devices retaining the redundancy characteristic of mirrored storage devices.

U.S. Pat. No. 5,423,046 issued to Nunnelley et al. discloses a high capacity data storage system with a large array of small disk files. Three storage managers control (1) the allocation of data to the array, (2) access to the data and (3) the power status of disk files within the disk array. More specifically, the allocation manager controls, inter alia, the type of protection desired to include redundancy by mirroring. The access manager interprets incoming read requests to determine the location of the stored data. That is, the access manager determines which cluster or clusters in the data memories contain the requested data set and then passes that cluster list to the power manager. The power manager determines which disk files must be activated to fulfill the request.

U.S. Pat. No. 5,392,244 issued to Jacobson et al. discloses memory systems with data storage redundancy utilizing both mirroring and parity redundancy. The memory system places more critical data in the mirrored areas and less frequently accessed data in the parity area. Consequently the system effectively tunes the storage resources of the memory system according to the application or user requirements. Alternatively the tuning can be made on the basis of accesses to the data such that the mirrored areas store recently accessed data while the parity raid area stores the remaining data.

U.S. Pat. No. 5,432,922 issued to Polyzois et al. discloses a storage system using a process of alternating deferred

updating of mirrored storage disks. Data blocks or pages to be written are accumulated and sorted into an order for writing on the disk efficiently. The individual disks of a mirrored pair are operated out of phase with each other so that while one disk is in the read mode the other is in the write mode. Updated blocks are written out to the disk that is in the write mode in sorted order. Read performance is provided by directing all read operations to the other disk, that is in the read mode. When a batch of updates has been applied to one disk of a mirrored pair, the mirrored disks switch their modes and the other disk, that had been in the read mode is updated.

U.S. Pat. No. 5,435,004 issued to Cox et al. discloses yet another redundant storage variant. A computerized data backup system dynamically preserves a consistent state of primary data stored in a logical volume of a disk volume management system. A file system command invokes a cloning of the logical volume thereby reserving a portion for shadow-paged blocks. A read/write translation map establishes a correspondence between unshadowed and shadowed pages in a reserved portion. Upon generating a read command for a page in a logical volume, a map search detects that a shadowed page is allocated to the shadowed page blocks corresponding to the page and effects the read. Backup occurs while the system is operating thereby facilitating reading from the non-shadow page blocks during such a backup.

In still another system, that has been utilized by the assignee of this invention, each of two mirrored individual disk drives, as physical disk volumes, are divided into blocks of consecutive tracks in order. Typically the number of tracks in each block is fixed and is not dependent upon any boundary with respect to any file or data stored on the blocks. A typical block size might include four tracks. Assume for explanation that the blocks were numbered consecutively: (i.e. **0**,**1**,**2**, . . . ), block **0** would comprise tracks **0** through **3**; block **1**, tracks **4** through **7**; etc. During each reading operation, the data system reads all data from odd-numbered blocks (i.e., blocks **1**,**3** . . . ) from the first mirrored physical disk drive and all the even-numbered blocks (i.e., blocks **0**,**2**,**4** . . . ) from the second mirrored physical disk drive.

However, when a read operation in the foregoing system recovers a data block that resides on consecutive blocks of tracks, for example, track blocks **1** and **2**, the reading operation from the first physical disk drive must stop at track **7**. Then the second disk drive must move its head to the appropriate track, track **8** on this example, to retrieve the next block. This interval, or "seek time", and a corresponding "latency", that represents the time required for the beginning of a track to reach a read/write head, determines the total access time. Whereas continuing the reading operation with the first disk drive might introduce a one-track seek time and one-revolution latency, switching to the second drive could involve an increase to a full maximum seek time and up to a one-revolution latency. Such a total access time will interrupt the transfer and can significantly affect the overall rate at which data transfers from the physical disk drives in some applications.

Other mirrored disk systems have used a "nearest server" algorithm to select one of the mirrored drives. In such a system, each read command initiates a process that determines which of two mirrored drives will be available first to begin a reading operation. The process can use any or all of several parameters, such as current head position to determine relative seek times, or whether one of the mirrored storage systems is then involved in some operation. This process is repeated for each read command.

Collectively the foregoing prior art discloses various approaches for minimizing the risk of data loss in a data processing system, particularly through the use of mirrored memory devices. This prior art also discloses various approaches for enabling reading operations from both physical disk drives in a mirrored pair. However, in these systems the decision on which of the mirrored pair will be used during a reading operation rests generally on the physical attributes of the disk drive rather than the data content of the drive. For example, the assignee's prior art system divides the physical drive into arbitrary blocks of contiguous disk tracks and then interleaves the reading operations according to the location of the data on a particular track. Another of assignee's system selects a particular one of the mirrored physical disk pairs based upon the time it will take to initiate an actual transfer. Still others make a determination based upon whether one or the other of the mirrored disk pair is involved in a backup operation or in a writing operation such that a reading or backup operation with one physical disk in the mirrored pairs causes the reading operation to occur from the other physical disk drive.

While these approaches generally provide some improvement in overall operations, experience demonstrates that these approaches can actually slow the effective transfer rate of a particular block of data as defined in a file or in a like block in other environments that are now becoming more prevalent in commercial applications. Moreover, once a particular approach is adopted for a physical disk drive, it applies to all the data on that physical disk drive. Consequently if a particular approach were selected based upon anticipated conditions associated with a particular application and the applications subsequently were to change, it is likely that performance for the new conditions would suffer. Further, a physical disk drive storing different data sets or files could have different requirements. For example, reading operations for one application might retrieve data for a large block of successive locations whereas another application might read data from small or incremental blocks taken from random locations. In such a situation, selecting a particular reading process optimized for one might not be optimal for another. However, it was still the approach to select one process for the entire physical disk drive even though less than optimal performance might be realized.

## SUMMARY

Therefore it is an object of this invention to provide a method and apparatus for facilitating reading operations from a mirrored pair of physical disk drives.

Another object of this invention is to provide a method and apparatus for operating mirrored physical disk drives minimize latency and seek times and generally have the effect of maintaining high data throughput during reading operations.

Still another object of this invention is to provide a method and apparatus for facilitating reading operations from a pair of mirrored physical disk drives that is transparent to a user or host.

Yet another object of this invention is to provide a method and apparatus for facilitating reading operations from a mirrored pair of physical disk drives that facilitate the implementation of diverse reading strategies.

Still yet another object of this invention is to provide a method and apparatus for facilitating reading operations from different data sets stored in a mirrored pair of physical disk drives that enables the transfer to be optimized differently for the different data.

Yet still another embodiment of this invention is to provide a method and apparatus for facilitating a reading operation from a mirrored pair of physical disk drives and that facilitate an appropriate response when a problem is detected on one of the pair.

Yet still another embodiment of this invention is to provide a method and apparatus for facilitating reading operations from a mirrored pair of physical disk drives that improves the data transfer rate over the rates that characterize prior art devices.

In accordance with one aspect of this invention, physical disk drives or storage devices store redundant copies of related data in a mirrored fashion in a logical volume. A memory controller responds to a read command including a logical volume designation. A correspondency assigns to each logical volume a reading process by which data can be transferred from the logical volume. A data transfer controller responds to a read command and the correspondency by enabling the transfer of the data in the logical volume from physical disk drive according to the assigned reading process.

In accordance with another aspect of this invention, a data processing system includes, as interconnected components, at least one host adapter, a system memory including a buffer memory and a command memory, first and second disk drives from which data is read, and first and second device controllers for controlling transfers with the first and second disk drives and interconnecting the first and second disk drives. The host adapter includes a system memory manager that effects the transfer of a read command to the command memory over the system bus. Each of the first and second disk drives store redundant copies of data in a mirrored fashion in a plurality of logical volumes comprising a number of contiguous tracks. Each device controller includes a memory manager for controlling transfers between the corresponding device controller and the system memory. A buffer in each device controller stores data being transferred with the disk drive and a control connects to the buffer for controlling transfers between the disk drive and buffer. A correspondence table comprises a read mode field for each logical volume connected to the device controller that defines one of a plurality of reading processes for transferring data from a physical disk drive. The control responds to the receipt of a read command identifying a logical volume by using the correspondence table to connect to the device controller for effecting a transfer from the connected one of the mirrored disk drives in accordance with the selected reading process.

## BRIEF DESCRIPTION OF THE DRAWINGS

It is the intent of the appended claims to point out and claim distinctly and with particularity the subject matter of this invention. The various objects, advantages and novel features of this invention will be more fully apparent from a reading of the following detailed description in conjunction with the accompanying drawings in which like reference numerals refer to like parts, and in which:

FIG. 1 is a block diagram of a basic data processing system that operates in accordance with this invention;

FIG. 2 is a block diagram of a specific data processing system that implements this invention;

FIG. 3 depicts a system memory that is included in the data processing system of FIG. 2;

FIG. 4 is a flow diagram that depicts the basic procedure for initializing the data processing system shown in FIG. 2 to operate in accordance with this invention;

FIG. 5 depicts corresponding tables useful in the implementation of this invention; and

FIGS. 6A and 6B are flow diagrams that depict the basic operation of a device controller as shown in FIG. 2.

## DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

FIG. 1 depicts the major components of a data processing system **10** for enabling this invention to be discussed conceptually. This data processing system **10** includes a data processor **11** for processing data and programs stored in a memory system including a plurality of physical storage devices shown as DRIVE (i–1), DRIVE (i), DRIVE (i+1), DRIVE (j–1), DRIVE (j) and DRIVE (j+1), typically comprising different magnetic disk drives each having a plurality of tracks. In accordance with one aspect of this invention, DRIVE (i), designated by reference numeral **12**, has a format that defines a number of logical volumes, each of which comprises a plurality of contiguous tracks. In this particular system, the physical drive is formatted into four logical volumes **13** through **16** and designated as LVA, LVB, LVC and LVD, respectively. For purposes of this explanation, it is assumed that DRIVE (i) will be one of two mirrored memories, designated **M1** and **M2**, so the copies of the logical volumes on DRIVE (i) will be fully designated as M1-LVA, M1-LVB, M1-LVC and M1-LVD, respectively. If DRIVE (j), designated by reference numeral **17**, is the other mirrored drive, it is divided into corresponding copies of the logical volumes, M2-LVA, M2-LVB, M2-LVC and M2-LVD. It will become apparent that the number of logical volumes is generally an arbitrary number under some maximum number and that each logical volume comprises an arbitrary number of contiguous tracks.

The system in FIG. 1 includes a storage memory or device of drive controller **20** for controlling the seek, read, write and other conventional operations involving the storage device **12** as well as storage devices **21** and **22**, designated as DRIVE (i–1) and DRIVE (i+1) respectively. Similarly, another device or drive controller **23** controls the seek, read, write and other operations involving the storage device **12** as well as storage devices **24** and **25**, designated DRIVE (j–1) and DRIVE (j+1), respectively.

As in any system incorporating conventional mirroring technology, each time the data processor **11** transfers data to a mirrored logical volume, such as logical volume LVA, it actually transfers data to logical volumes M1-LVA and M2-LVA in the mirrored physical storage devices **12** and **17**, respectively. Thus, during normal operations, the data in the storage devices **12** and **17** typically have identical structures.

In accordance with this invention, each device or drive controller includes an area that stores different possible reading processes by which data can be transferred from a connected disk drive and a table or correspondency that assigns one of the reading processes to each logical volume on that physical storage device. For example, in the drive controller **20** an area **26** stores these reading process RP1, RP2 and RP3 while a correspondency **27** establishes a read mode for each logical volume in the physical storage device **12** and, as necessary, other connected devices **21** and **22** that act as mirrors. An area **28** and a correspondency **29** in drive controller **23** perform analogous functions with respect to the physical storage device **17** and, as necessary, the other connected devices **24** and **25**. For example, assume the RP1

reading process transfers data while the **RP0** reading process normally prevents the drive controller from responding to a read command unless the other physical storage device is not operating. If the device controller **20** is to perform a read operation, the READ MODE field has a value of "RP1" to select the RP1 read process; if the device controller **23** is to perform the read operation, the field in the correspondency **29** has a value of "RP1". Thus, as shown in FIG. **1**, the correspondency **27** establishes a control whereby the device controller **20** will use the RP1 reading process to transfer data from logical volumes M1-LVA and M1-LVC while the device controller **23** effects an analogous transfer from logical volumes M2-LVB and M2-LVD as assigned in its correspondency **29**. Each of the correspondencies **27** and **29** can be constituted by addressable registers that can be set or modified from the data processor **10** or, as described later, by other procedures. As will also be described later, the READ MODE field in each correspondency can define still other reading processes that will establish which of the device controllers **20** and **23** will control a read operation.

When the data processor **10** issues a command to read data from one logical volume, e.g., volume LVA, both the device controllers **20** and **23** respond initially, but differently. That is, both begin processing the command. However, as part of that process, each device controller compares the requested logical volume and the data in the READ MODE field in its correspondency to select a corresponding reading process. If the device controller is designated to read that logical volume, it performs the operation. If it is not, the device controller terminates further operations in an orderly fashion and becomes available immediately for processing some other command. For example, if a read command specifies logical volume LVA in the particular system of FIG. **1**, only the device controller **20** responds and initiates the read operation from the volume M1-LVA on physical storage device **12**.

This location of redundant data in a logical volume replicated in two or more mirrored physical storage devices and the ability to assign different reading processes or strategies to each logical volume, even when a physical storage device contains multiple logical volumes, can increase throughput in a number of typical applications. For example, assume that reading operations from two different logical volumes will occur essentially simultaneously. Improved results can be obtained under a strategy of having all transfers from one of the logical volumes made from a first physical storage device and all transfers from the other logical volume made from the second physical storage device. In the example in FIG. **5**, logical volumes LVA and LVB and logical volumes LVD and LVE have been set to operate according to such a strategy. If it is anticipated data will be read from random locations in a logical volume, it may be beneficial to separate the logical volume into two halves and assign all reading operations from a first half to one physical storage device or disk drive and from the second half to the other, or mirroring, physical disk drive. If it is anticipated that reading operations form a logical drive may be from random locations, it might be more beneficial to divide the logical volume into small blocks of tracks (e.g., 4 tracks, 8 tracks, etc.) and to assign alternate blocks to be read from alternate physical disk drives. Each of these and other possibilities, including blocking any transfer from a physical disk drive and variants on other reading processes, such as the "nearest server" process described earlier, constitutes a different reading process. In the foregoing examples, these different processes might be designated **RP0** through RP4 with the following meanings:

| Reading Process | Definition |
|---|---|
| RP0 | This physical disk drive should not transfer data. |
| RP1 | Read all data in the logical volume from this physical disk drive. |
| RP2 (Arg) | Read all data in the first or second half of the logical disk drive as established by the argument. |
| RP3 (Arg) | Read all data from "odd" or "even" multi-track sections according to the argument. |
| RP4 (Arg) | Select the physical disk drive based upon information contained in the argument. |

In whatever form, however, the basic implementation of this invention enables a system administrator to customize a reading process to an application on a logical volume and to provide different reading processes on mirrored physical disk drives for different applications on a logical-volume-by-logical-volume basis. As a consequence, the administrator can organize the system for maximum throughput on a logical-volume-by-logical-volume basis and avoid the prior art compromises.

With this background, it will now be helpful to discuss this invention in the context of a Symmetrix data facility manufactured and sold by the assignee of this invention. In this data facility device controllers analogous to drive controllers **20** and **23** perform all the processing necessary to implement mirroring and reading operations, so the entire implementation is transparent to the data processor **10**.

Referring to FIG. **2**, a data processing system **30** includes such a data memory system with a number of data storage devices **31***a*, **31***b* . . . **31***y*, **31***z* and a system memory **32** with a cache memory **33**. In this particular embodiment the system **30** includes, by way of example, two identical device controllers **34**A and **34**B. The system may include additional device controllers and may also include redundant device controllers. Each device controller has the same basic structure so corresponding elements will have the same basic reference number with an "A" or "B" suffix to distinguish between the device controllers **34**A and **34**B respectively.

The device controller **34**A controls data transfers with the data storage devices, generally comprising physical disk drives or "disks", including disks **31***a* through **31***f*; the device controller **34**B, including disks **31***x* through **31***z*. The specific number of disks connected to any one device controller or set of redundant device controllers will depend upon a particular application. Moreover, although FIG. **1** and the following discussion use "disk" and "physical disk drive", each "disk" or "physical disk drive" may comprise a conventional disk drive or an equivalent storage device including, but not limited to, optical disks, CD-ROMS and magnetic tape devices.

In FIG. **2** a single processor or host **35**, an interconnecting data access channel **36** and a host adapter **37** connect to the system memory **32** over a system bus **38**. A typical data processing system **30** may comprise multiple host adapters that connect to the system bus **38** in parallel. One or more hosts may also connect to each host adapter.

The system bus **38** is preferably the backplane of a printed-circuit card-cage or main-frame in cabinet. Each host adapter, such as host adapter **37**, and each of the device controllers, such as a device controller **34**A or **34**B, will be

constructed on a printed circuit board that is mounted in the card-cage or main-frame in the cabinet. The system bus **38** may comprise a pair of buses where a first bus connects to a first set of host adapters and a first set of device controllers and a second bus connects to a second set of host adapters and a second set of device controllers. In such systems both buses connect to the system memory **32**. In the following discussion reference to the system bus **38** is intended to cover a channel including the single or multiple bus structures.

The data processing system **10** further includes a system manager console **40** including an additional processor on an additional printed circuit board that also connects to the system bus **38** typically through one or more of the device controllers, such as deice controller **34A** by means of a serial or other communications link to the device controller **34A**. The system manager console **40** permits a system operator to run setup and diagnostic programs for configuring, controlling and monitoring the performance of the data processing system **30**. Essentially the system manager console **40** enables the operator to establish communications with the host adapter **37**, the device controller **34B** and the system memory **32**.

Before any component, such as the host adapter **37** or the device controllers **34A** and **34B** can access the system memory **32**, that component must obtain access to the system bus **38**. Conventional bus access logic **41** receives access request signals from these components and grants access to only one such component at any given time. A wide variety of known arbitration schemes are suitable for use in a data storage system employing multiple processors and a shared system memory, such as the system memory **32**.

Preferably the system memory **32** in FIG. **2** is a high-speed random-access semiconductor memory that includes, as additional components, a cache index directory **42** that provides an indication including the addresses of the data which is stored in the cache memory **33**. In a preferred embodiment, the cache index directory **42** is organized as a hierarchy of tables for logical devices, cylinders, and tracks. The system memory **32** also includes areas for data structures **43** and queues **44**. The basic operation of the system memory **32** is described in Yanai et al., U.S. Pat. No. 5,206,939 issued Apr. 27, 1993.

Typically, the system memory **32** is constructed on a number of additional printed circuit boards that are mounted in the card-cage or main-frame and coupled to the system bus **38**. While multiple memory boards can support concurrent operations, only one memory board can be accessed at one time by a host adapter or device controller. System memory **32**, particularly the cache memory **33**, may also include a region of memory known as permacache memory. As is well known, data elements remain in permacache memory unless they are specifically deleted.

The coordination of each of the host adapters with each of the device controllers is simplified by using the system memory **32**, and in particular the cache memory **33**, as a buffer for data transfers between each host adapter and each device controller. Such a system, for example, is described in the above-identified U.S. Pat. No. 5,206,939. In such a system, it is not necessary to provide a processor dedicated to managing the cache memory **33**. Instead, each of the host adapters or device controllers executes a respective cache manager program, such as one of the cache manager programs **45** in the host adapter **37** and cache manager programs **46A** and **46B** in the device controller **34A** and device controller **34B**, respectively. A system manager program **47** performs a similar function for the system manager console **40** and enables the operator to configure the system. Each of the cache manager programs accesses the cache index directory **42** and operates with data structures **43** and queues **44** for storing various commands. More specifically, the cache manager program **45** in the host adapter **37** writes data from the host **35** into the cache memory **32** and updates the cache index directory **42**.

Each of the cache manager programs or modules **46A** and **46B** in the device controllers **34A** and **34B** stages data from the disks to the cache memory **33** through a buffer **50A** or **50B** respectively and updates the cache index directory **42**. The cache manager programs **46A** and **46B** also de-stage or write back data from the cache memory **33** to the storage devices **11** and update the cache index directory **42**. These operations involve interactions with a control program, such as reading process modules or processes **48A** and **48B**, control programs **51A** and **51B**, correspondence tables **52A** and **52B** as described more fully later.

FIG. **3** depicts the data structures **43** and queues **44** of the system memory **32** in more detail. The data structures **43** include a pending write data structure **53**, a stage request data structure **54** and a stage completion data structure **55**. The pending write data structure **53** lists cache slots that have been written to but not yet written back to a storage device. Delays may occur during writing operations, so the write pending slots are organized as a tree structure. If a cache slot is in a pending write data structure **53**, then it should not be in a replacement queue **56**; otherwise, the modified data in the cache slot might be written-over and lost before it is written back to a storage device. The device controllers **34A** and **34B** can access the data structures **43** to perform the "de-stage" tasks of writing modified data from the cache memory **33** to the storage devices. For this reason, it is desirable to provide a separate pending write data structure **53** for each device controller, so that each device controller need access only the pending write data structure for the storage devices it services.

The queues **44** comprise the replacement queue **56** and a wait queue **57**. The replacement queue **56** is analogous to the "least recently used" (LRU) queue used in prior art cache managers for readily identifying the least-recent-used data element in the cache. When the device controller is about to stage a data element into the cache memory **33** for a non-sequential process, a device controller inspects the head of the replacement queue **56** to select the slot of the cache memory **33** into which the data element is written, and this cache slot is then placed at the tail of the queue **56**. The cache slot at the head of the queue **56** does not necessarily contain the least-recently-used cache data element, and therefore the queue **56** is referred to more generally as the "replacement queue" instead of the "LRU queue".

By way of further background, when the host adapter **37** responds to a data access command from the host **35** and finds that the requested data element is absent from the cache memory **33**, the host adapter **37** inserts a stage request message into a stage request data structure **54**. In the mirrored system all stage request messages are polled prior to initiating an operation. Once the appropriate data element is selected, the access operation is completed and a stage completion message is inserted into a stage completion data structure **55** as described more fully hereinafter.

As will become apparent, when a data processing system incorporates the reading procedure of this invention, the foregoing operations are still performed. For example, the device controller **34A** or **34B** responds to an attention or

interrupt signal by removing the stage request message from the head of a corresponding stage request data structure **54** to determine the data element to be fetched. Once the data element has been fetched and written into the cache memory **33**, the device controller places a stage completion message into the stage completion data structure **55** and sends an attention or interrupt signal to the host adapter **36**. The stage completion message identifies the data element that has been staged. The host adapter **37** responds to an attention or interrupt signal by removing the stage completion message from the stage completion queue **55** and completing the data access operation by accessing the data element having been staged in the cache memory **33**. As will also be apparent, there will be a separate stage completion data structure **55** for each host adapter.

Referring again to FIG. **2**, this invention is adapted for use in a data processing system that provides data protection or redundancy by mirroring the data. With mirroring, a copy of the data resides at two different locations, preferably attached to different device controllers as shown in FIG. **1**. In the specific embodiment of FIG. **2**, disks **31***b* and **31***y* could be designated as two mirrored drives, for example. In accordance with this invention each disk drive in FIG. **2** can be partitioned into logical volumes generally as shown in FIG. **1**. In the Symmetrix data facility, each drive can be organized between one and eight logical volumes, each of which can have any arbitrary size.

The system operator uses the system manager console **40** to configure each device controller and attached drive in data processing system. More specifically the system operator uses an initialization procedure, typically an interactive program, stored in a memory **60** of the system manager console **40** that additionally will include an input device **61**, such as a keyboard, and an output device **62**, such as a video display and/or printer. The operator uses the initialization procedure to transfer appropriate information to each of the cache manager programs **45**, **52A** and **52B**. Such initialization procedures are generally known in the art.

FIG. **4** depicts a portion of such an initialization procedure that establishes the initial conditions for enabling the implementation of this invention. At some point in the overall procedure the system operator defines the correspondence between each disk and device controller in step **60**. That is, in the system of FIG. **2** the system operator defines the connections between device controller **34A** and disks **31***a* through **31***f* and between the device controller **34B** and disks **31***x* through **31***z* in FIG. **2**. In step **61** of FIG. **4** the system operator initiates a definition of the correspondences between each logical volume and the reading process for retrieving data from each physical disk drive. Again using the foregoing example and assuming five logical volumes, the system operator would define the relationships that disk **31***b* constitutes disk M1 and FIG. **5** contains logical volumes M1-LVA, M1-LVB, M1-LVC, M1-LVD and M1-LVE. If each of these volumes is to be mirrored, step **62** diverts to step **63** whereupon the system operator defines the mirrored logical volumes in the second disk. In the example, the system operator would define disk **31***y* as containing the same logical volumes that are incorporated in disk **31***b*. Moreover, in step **63** the system operator defines each logical volume as being located on the same tracks in both drives.

In step **64** the system operator selects a read mode for each logical volume in the first drive, such as drive **31***b*. The system operator will enter these selections into the correspondence tables, such as the correspondence table **52A** in the drive controller for the corresponding logical volume in

the first disk as shown in FIG. **5**. In steps **66** and **67** of FIG. **4** the operator uses a similar procedure to select complementary read modes for the mirrored logical volume and stores those values in the correspondence table such as correspondence table **52***b* in the device controller **46***b* to define the relationships in the disk **31***y*.

FIG. **5** depicts an embodiment of the correspondence tables **52A** and **52B** that includes, but is not limited to entries with a logical volume field **70**, a physical volume field **71**, a read mode field **72** and a read parameter or argument field **73**. It will be apparent that the correspondence table might include other fields in a separate table or that these fields might be incorporated in other tables that already exist in the system.

This process thus establishes a relationship in each of the correspondence tables **52A** and **52B**, such as shown in FIGS. **2** and **5**, among one of the reading processes in reading processes **48A** or **48B**, the logical storage volume and the physical disk drive. In FIG. **5** it is assumed that physical disk drive **31***b* in the example, includes logical volumes LVA through LVE as the mirrored volume **M1** and that the disk drive **31***y*, as mirrored volume **M2**, contains the same logical volumes LVA through LVE. The initialization procedure in FIG. **4** will then have established the complementary READ MODE fields for each logical volume shown in table **52A** and **52B** as being selected from the "DO NOT READ", "READ", and "DETERMINE" values that correspond to the earlier **RP0**, **RP1** and **RP2** values of FIG. **1**, respectively. The "DETERMINE" value includes an additional READ PARAMETER field or argument. Consequently the correspondence table **52A** contains a number of entries including those specifically shown in FIG. **5** in which it has been determined that the device controller **34A** will read the logical volumes LVA and LVD, that the device controller **34B** will read the logical volumes LVB and LVE. If a read command identifies logical volume LVC, the "DETERMINE" or **RP2** value requires some further processing before one of the device controllers **34A** and **34B** can be assigned to the operation.

Stated differently, in the specific arrangement shown in FIG. **5**, only the device controller **34A** will respond to any READ command identifying logical volume LVA or logical volume LVD by reading the data from disk **31***b* into the buffer **50A** for subsequent transfer into the cache memory **33**. Only the device controller **34B** will respond to READ commands identifying the logical volume LVB or LVE by reading data from the disk **31***y* through the buffer **50B** into the cache memory **33**.

If a READ command identifies logical volume LVC, each of the device controllers **34A** and **34B** will make a determination of which of the two device controllers should effect the requested READ operation. There are several determining criteria. In one, for example, that is particularly adapted when an odd number of logical volumes are defined, the parameter located in the READ parameter **73** might constitute a track boundary within the logical volume with the consequence of assigning device controller **34A** to read tracks of logical volume LVC with a track number that is less than or equal to the defined boundary track and of assigning device controller **34B** to read data from the tracks having a number exceeding the boundary track number. This option is particularly useful when part of the physical disk drives comprises an odd number of substantially equally sized logical volumes so that each device controller will read from about 50% of the logical volumes.

In an alternative configuration, even with an odd number of logical volumes, each logical volume could be completely

assigned to a "READ" or "DO NOT READ" mode without the need for any READ parameters. In some applications one drive controller could be assigned to read alternate logical volumes, such as assigning disk controllers **34A** and **34B** to read alternate logical volumes, such as having disk controller **34A** read logical volumes LVA, LVC, LVE and disk controller **34B** read logical volumes LVB and LVD. As still another alternative, the disk controller **34A** could be set to read from logical volumes LVA, LVB and LVD and disk controller **34B** set to read from logical volumes LVC and LVE. Still other types of reading operations could be assigned through the use of an appropriate READ parameter value.

In essence, when an operator completes the initialization procedure of FIG. **4**, the system of FIG. **2** has a configuration in which redundancy is achieved by mirroring logical volumes and in which various correspondencies as shown in the corresponding tables **52A** and **52B** according to the reading processes **48A** and **48B** and the organization shown in FIG. **5** or some equivalent organization have been established.

After the initialization of the data processing system, operations including reading and writing operations can begin. In the Symmetrix system, each host adapter **37** identifies each logical volume and for that logical volume the device controller or controllers attached to that volume. When a write operation occurs to mirrored logical volumes, the host adapter **37** transfers pending WRITE commands to pending write data structures **53** in FIG. **3** associated with each of the corresponding controllers. That is, in terms of the mirrored drives, disk **31*b*** and **31*y*** in FIG. **2** the host adapter **37** loads a WRITE command into a stage request data structure **54** associated with the controller **34A** and the controller **34B**. Thereafter each of the device controllers **34A** and **34B** respond normally to this stage request data structure command and write the information from the cache memory **33** into the corresponding position in the disks **31*b*** and **31*y***. Thus as a host makes changes to the data in any logical volume, the system responds automatically by a standard operation that writes that data to the corresponding tracks to the logical volume in both mirrored memories.

The response to the READ command remains the same if the data being read is located in the cache memory **33**. That is, if the data is located in the cache memory **33** the data is retrieved from the cache memory **33** for transfer back to the host adapter **37**.

FIGS. **6A** and **6B** depict the operation of the cache manager programs **46A** and **46B** in the device controllers **34A** and **34B** respectively when the cache memory **33** does not contain the requested data. The process by which the system in FIG. **2** transfers data from the disks in a non-mirrored configuration is well known, so FIGS. **6A** and **6B** emphasize the modifications required to implement the reading operation for mirrored memories of this invention. Specifically, each of the device controllers **34A** and **34B** generally operate in a loop looking to determine, in step **80**, whether a stage request is present in the stage request data structure **54** in FIG. **2** that identifies a particular device controller. If step **81** determines that a destage request is present, step **82** causes the system to implement that de-stage task. This loop, comprising steps **80** through **82** continues until such time as a read request from a host requests data that is not present in the cache memory **33**. This places the request in the stage request data structure **54**. When this occurs and the operation involves data in a mirrored memory, each device controller, such as each of device controllers **34A** and **34B**, (1) requests and obtains access to the system bus **38** in step **83**, (2) retrieves the read request from the stage request data structure in step **84** and (3) relinquishes control of the system bus **38** in step **85**. Typically limitations on bus access require that the two device controllers **34A** and **34B** perform these steps to retrieve a request in sequence. It is also possible that one of the data controllers **34A** and **34B** has been processing another request and must wait until that request has been completed before performing step **83**.

Once a device controller completes step **85**, it proceeds to step **86** wherein the entry for the logical volume contained in each correspondence table is retrieved. That is, the device controllers **34A** and **34B** respond to the request by retrieving the correspondence entries for the identified logical volume from the correspondence tables **52A** and **52B** shown in FIGS. **2** and **5**. If the read request for the logical volume LVA, only the controller **34A** is to read the data. The controller **34A** then uses step **90** in FIG. **6B** of its cache memory manager program **46A**, shown in FIG. **2**, to divert control to step **91** whereupon the control **51A** will read the data from the disk **31*b*** into the buffer **50A** using the RP1 reading process of FIG. **2** or equivalent.

Once the buffer **50A** has received the data in response to the request, the control **51A**, through the cache manager program **36A**, requests and obtains bus access in step **92** and writes the data in the device controller buffer **50A** into the cache memory slot selected to receive the data within the cache memory **33** in step **93**. In step **94**, the cache manager program **46A** moves the selected cache memory slot to the tail of the replacement queue **56** shown in FIG. **3**. In step **95**, the cache manager **46A** places a data identifier in the stage completion structure **55** in FIG. **3** to indicate that the transfer is complete and initiates a process by which the host adapter **37** retrieves the requested data.

Using the foregoing example whereby the read request identifies logical volume A, the device controller **34B** determines in step **87** that the read mode field **72** in the corresponding table **52B** has the "DO NOT READ" value (i.e., the **RP0** READ MODE value in FIG. **2**). In a read sequence for logical volume A, the cache manager program **46B** diverts control from step **96** past step **97** and transfers to step **100** with an indication the controller **34B** is not to read any data. During normal operations the cache manager program **46B** will use steps **100**, **101** and **102** to transfer to step **80** in FIG. **6A**.

Still referring to FIG. **6B**, if an odd number of equally sized logical volumes exist so the **RP2** reading process of FIG. **2** is desirable, both the cache manger programs **34A** and **34B** will divert from step **90** in FIG. **6B** to step **96**. Both will then process the information in their respective correspondence tables **52A** and **52B** in step **97** to determine whether the data is to be read through that particular device controller. One of the device controllers **34A** and **34B** will be designated to perform the READ operation and the corresponding one of the cache manager programs **46A** and **46B** will divert from step **100** to perform the reading operation in steps **91** through **95**. The other one of the device controllers **34A** and **34B** will transfer from step **100** through steps **101** and **102** to return to step **80** in FIG. **6A**. Similar steps can be used to incorporate other reading processes in the list of selectable processes.

As will now be apparent and in accordance with this invention, the data processing system shown in FIG. **2** can incorporate mirrored disks such as disk **31*b*** and **31*y*** that are divided into mirrored logical volumes. The device controllers **34A** and **34B** respond to a read command in accordance with one of plural reading processes **48A** and **48B** as

designated by information in the correspondence tables **52A** and **52B**. These divisions into logical volumes and the generation of the correspondences are readily programmable during the initialization procedure of FIG. **4**. Consequently the logical volumes can be controlled independently to optimize the reading process for an application in the logical volume. Moreover, if the reading pattern for a logical volume changes, as if the application changes, it is possible to modify or change the reading process used for that logical volume by operation of the system manager console **40**.

Switching from a mirrored operation to a non-mirrored operation in case of a device controller or disk drive fault is easily accomplished and occurs during the processing of steps **101** and **102** in FIG. **6B** by the other of the device controllers not involved in the reading operation. When a disk drive is operating properly, it generates a DRIVE READY signal. Likewise, so long as a device controller or redundant device controllers maintain an operating channel from the system bus **38** to the associated drives, there will be an appropriate CONTROLLER READY signal. Each of the paired device controllers includes a routine for monitoring the status of the other device controller and drive in the mirrored pair to determine if it is necessary to abort normal mirroring operations.

More specifically, assume that a read command has identified logical volume LVA so that the device controller **34A** and disk drive **31***b* normally would respond and that the disk drive **31***b* is out of service, so that it no longer produces a DATA READY signal. When the cache memory manager **46B** in the device controller **34B**, as the other device controller, reaches step **101** in FIG. **6B**, it will determine that the disk drive **31***b* is not ready. Consequently, step **101** will divert to read the data from the disk **31***y* by the procedure of steps **91** through **95**. Similarly, if the device controller **34A** were inoperative, the control **51B** would determine that status, and the cache memory manager **46B** would divert to step **51** to begin the reading operation from the disk **31***y*. Typically each device controller will update its status in a device controller status table **103** in the system memory **42**. Consequently a device controller in a mirrored pair, such as device controller **34A** can obtain the status of the other device controller **34B** by accessing the device controller status table.

Once the defective disk drive or device controller were repaired or replaced, the corresponding device controller would update the corresponding information in the device controller status table. The other device controller, e.g., the device controller **34B** of FIG. **2** in the above example, would return to normal operations by transferring operations from step **100** through steps **101** and **102** in FIG. **6B** to step **80** in FIG. **6A**.

As previously stated, the prior art concept of selecting a reading process on a physical storage device basis can involve compromises if that device stores different applications. These compromises can affect data throughput in situations where different applications on a physical storage device have diverse needs. With this invention, diverse applications can be stored in separate logical volumes and each physical storage device can store a number of such logical volumes. This invention provides the capability of selecting from among multiple reading processes using correspondences on a logical volume basis, rather than physical storage device basis, to enable the matching of a particular reading process to the needs and retrieval characteristics or patterns of the application in a logical volume. These needs generally include minimizing seek times as these times can have a marked affect on data throughput

during a reading operation. Distributing the information, such as the different reading processes and correspondence tables, among the various disk controllers, enables the entire reading operation of this invention to be transparent to a user or host that requests the data transfer and enables the reading processes to be changed if needed. Moreover, the distribution facilitates the implementation of this invention even as part of memories added to an existing data processing system.

This invention has been disclosed in terms of certain embodiments. It will be apparent that many modifications can be made to the disclosed apparatus without departing from the invention. For example, this invention has been described in terms of a Symmetrix system using pairs. Therefore, it is the intent of the appended claims to cover all such variations and modifications as come within the true spirit and scope of this invention.

What is claimed as new and desired to be secured by Letters Patent of the United States is:

1. A mirrored memory system for retrieving data in response to a read command comprising:

(A) at least a pair of mirroring physical storage devices for storing mirrored copies of related data organized as at least one logical volume, each read command designating a logical volume from which data is to be retrieved,

(B) a reading process module with at least one reading process by which data can be transferred in response to a read command,

(C) a correspondency that assigns to each logical volume the reading process by which data is to be read from said mirroring physical storage devices storing each logical volume, and

(D) a data transfer control module operable in response to said correspondency and said reading process module and connected to said mirroring physical storage devices, said control module responding to a logical volume identification in a read command and the assignment from said correspondency by enabling the transfer of data from one of said mirroring physical storage devices containing the identified logical volume according to the assigned reading process.

2. A memory system as recited in claim **1** wherein the logical volume consists of a set of contiguous tracks on each of said mirroring physical storage devices, said reading process module establishes a reading operation for retrieving data in the logical volume from one of said mirroring physical storage devices and said correspondency assigns the reading process to only one of said mirroring physical storage devices whereby all data from the logical volume is retrieved from the one of said mirroring physical storage devices.

3. A memory system as recited in claim **1** wherein said reading process module establishes complementary reading operations for different portions of the logical volume and said correspondency assigns complementary reading processes to each mirroring physical storage device that stores the logical volume whereby data from a logical volume is retrieved from two of said mirroring physical storage devices.

4. A memory system as recited in claim **3** additionally comprising a table in said correspondency for each mirroring physical storage device that establishes a relationship between the logical volume and one of the complementary reading operations.

5. A memory system as recited in claim **1** wherein said data transfer control module includes a data transfer con-

troller for each of said physical storage devices, said reading process module includes reading process identifications in each of said data transfer controllers and said correspondency includes in each of said data transfer controllers a correspondency table that defines for the logical volume the reading process assigned to the mirrored physical storage devices.

6. A memory system as recited in claim **5** additionally comprising a module that transfers entries to said correspondency tables.

7. A method for transferring in response to a read command, data from one of mirroring physical storage devices comprising the steps of:

(A) storing on the mirrored physical storage devices redundant copies of related data in a logical volume, each read command designating a logical volume from which data is to be retrieved,

(B) defining at least one reading process by which data can be transferred in response to a read command,

(C) assigning in a correspondency a reading process by which data in a logical volume is to be transferred from the mirroring physical storage devices storing the logical volume, and

(D) determining, in response to the logical volume identified in a read command and the reading process identified by said correspondency assignment, the process by which the data will be transferred from the mirroring physical storage devices containing the logical volume.

8. A method as recited in claim **7** wherein the logical volume consists of a set of contiguous tracks on each mirroring physical storage device and one of the at least one reading processes establishes a reading operation for retrieving data for the logical volume from a designated one of the mirroring physical storage devices, said correspondency assignment step establishing which of the mirroring physical storage devices is to provide the data and said determination step enabling data transfers from the designated mirroring physical storage device in response to a read command identifying the logical volume.

9. A method as recited in claim **7** wherein said reading process definition step establishes complementary reading operations for different portions of the logical volume and said correspondency assignment step establishes complementary reading processes to each mirroring physical storage device that stores the logical volume whereby data from a logical volume is retrieved from at least two of the mirroring physical storage devices.

10. A method as recited in claim **9** additionally comprising a step of establishing in said correspondency assignment for each mirroring physical storage device a relationship between the logical volume contained therein and one of the complementary reading operations.

11. A method as recited in claim **7** wherein each of the mirroring physical storage devices connects to a device controller and wherein each device controller stores the reading processes and the correspondency assignments relevant thereto and performs said determining step to determine, in response to the selected reading process identified in the correspondency assignment, the operation of that device controller in response to a read command for data in the logical volume.

12. A method as recited in claim **11** additionally comprising a step of transferring entries to the correspondency assignments in each of the device controllers.

13. A method as recited in claim **12** additionally comprising a step of monitoring the performance of each device controller, one device controller performing a read operation when the operating status of the device controller assigned by the corresponding indicates its inability to perform.

* * * * *

scanned [illegible] worcester

US005544347A

# United States Patent [19]

Yanai et al.

[11] Patent Number: 5,544,347

[45] Date of Patent: Aug. 6, 1996

[54] **DATA STORAGE SYSTEM CONTROLLED REMOTE DATA MIRRORING WITH RESPECTIVELY MAINTAINED DATA INDICES**

[75] Inventors: **Moshe Yanai**, Framingham; **Natan Vishlitzky**, Brookline; **Bruno Alterescu**, Newton; **Daniel Castel**, Framingham; **Gadi Shklarsky**, Brookline, all of Mass.

[73] Assignee: **EMC Corporation**, Hopkinton, Mass.

[21] Appl. No.: **52,039**

[22] Filed: **Apr. 23, 1993**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 586,796, Sep. 24, 1990, Pat. No. 5,206,939, and a continuation-in-part of Ser. No. 587,247, Sep. 24, 1990, Pat. No. 5,269,011, and a continuation-in-part of Ser. No. 587,253, Sep. 24, 1990, Pat. No. 5,335,352.

[51] **Int. Cl.**[6] .......... **G06F 12/16**

[52] **U.S. Cl.** .......... **395/489**; 395/182.04; 364/DIG. 1; 364/268.1; 364/268.3; 364/DIG. 2

[58] **Field of Search** .......... 364/200 MS File, 364/900 MS File; 371/10.1, 10.2, 40.1, 21.1; 395/575, 425, 488, 489, 182.03, 182.04

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,588,839 | 6/1971 | Belady et al. | 395/469 |
| 3,835,260 | 9/1974 | Prescher et al. | 379/237 |
| 3,866,182 | 2/1975 | Yamada et al. | 340/172.5 |
| 4,020,466 | 4/1977 | Cordi et al. | 395/600 |
| 4,057,849 | 11/1977 | Ying et al. | 345/193 |
| 4,084,231 | 4/1978 | Capozzi et al. | 395/444 |
| 4,094,000 | 6/1978 | Brudevold | 345/200 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0239323 | 9/1987 | European Pat. Off. . |
| 0323123 | 12/1988 | European Pat. Off. . |
| 57-111900 | 7/1982 | Japan . |
| 1-19437 | 1/1989 | Japan . |
| 1-19438 | 1/1989 | Japan . |
| 1-120650 | 5/1989 | Japan . |
| 2-32419 | 2/1990 | Japan . |

(List continued on next page.)

OTHER PUBLICATIONS

Hank Cote–New Horizons In Accessing Large Amounts of On–Line Data pp. 71–75, 1982.

Matt Kramer–Fault–Tolerant LANs Guard Against Malfunction, Data Loss pp. C26–C35, Sept. 1987.

Carol Grossman–Planning for 3990 Extended Functions pp. 245–258, 1989, 30th Annual GUIDE Conference.

(List continued on next page.)

*Primary Examiner*—Matthew M. Kim
*Attorney, Agent, or Firm*—Daniel J. Bourque; Kevin J. Carroll

[57] **ABSTRACT**

A data storage system which automatically provides and maintains identical secondary data on a preferably geographically remote secondary data storage device. The system includes a primary host computer located in the first geographic location which is coupled to a primary data storage system also located in the first geographic location. The primary data storage system includes at least one primary data storage device on which primary data is to be stored, and a primary data storage system controller which receives data from the primary host computer and controls the storing of the primary data on the primary data storage device. The primary data storage controller is coupled by high speed communication link to a secondary data storage system controller of a secondary data storage system, and coordinates the copying of the primary data to the secondary data storing system, and is responsive to an acknowledgement from the secondary data storage system controller of at least successful receipt of the primary data for updating the maintained list of the primary data to indicate that the copied primary data has been received by the secondary data storage system to be copied to the secondary data storage device.

**13 Claims, 2 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,124,843 | 11/1978 | Bramson et al. | 340/337 |
| 4,150,429 | 4/1979 | Ying | 395/293 |
| 4,161,777 | 7/1979 | Behnase et al. | 395/481 |
| 4,204,251 | 5/1980 | Brudevold | 395/309 |
| 4,342,079 | 7/1982 | Stewart et al. | 395/405 |
| 4,396,984 | 8/1983 | Videki II | 395/858 |
| 4,430,727 | 2/1984 | Moore et al. | 395/442 |
| 4,453,215 | 6/1984 | Reid | 395/182.09 |
| 4,464,713 | 8/1984 | Benhase et al. | 395/415 |
| 4,577,272 | 3/1986 | Ballew et al. | 395/650 |
| 4,634,110 | 1/1987 | Julich et al. | 371/11 |
| 4,698,808 | 10/1987 | Ishii | 371/21.5 |
| 4,710,870 | 12/1987 | Blackwell et al. | 395/182.04 |
| 4,755,928 | 7/1988 | Johnson et al. | 395/182.04 |
| 4,769,764 | 9/1988 | Levanon | 361/680 |
| 4,779,189 | 10/1988 | Legvold et al. | 395/493 |
| 4,783,834 | 11/1988 | Anderson et al. | 382/245 |
| 4,785,472 | 11/1988 | Shapiro | 379/96 |
| 4,797,750 | 1/1989 | Karweit | 358/335 |
| 4,805,106 | 2/1989 | Pfeifer | 395/650 |
| 4,814,592 | 3/1989 | Bradt et al. | 235/381 |
| 4,837,680 | 6/1989 | Crockett et al. | 395/284 |
| 4,849,978 | 7/1989 | Dishon et al. | 395/182.04 |
| 4,862,411 | 8/1989 | Dishon et al. | 395/494 |
| 4,916,605 | 4/1990 | Beardsley et al. | 395/489 |
| 4,949,187 | 8/1990 | Cohen | 358/335 |
| 4,985,695 | 1/1991 | Wilkinson et al. | 340/571 |
| 5,007,053 | 4/1991 | Iyer et al. | 371/21.1 |
| 5,029,199 | 7/1991 | Jones et al. | 379/89 |
| 5,051,887 | 9/1991 | Berger et al. | 395/489 |
| 5,060,185 | 10/1991 | Naito et al. | 395/600 |
| 5,089,958 | 2/1992 | Horton et al. | 395/182.03 |
| 5,097,439 | 3/1992 | Partriquin et al. | 395/402 |
| 5,099,485 | 3/1992 | Bruckert et al. | 395/182.09 |
| 5,123,099 | 6/1992 | Shibata et al. | 395/447 |
| 5,127,048 | 6/1992 | Press et al. | 379/100 |
| 5,132,787 | 7/1992 | Omi et al. | 358/524 |
| 5,134,711 | 7/1992 | Asthana et al. | 395/800 |
| 5,146,576 | 9/1992 | Beardsley et al. | 395/440 |
| 5,146,605 | 9/1992 | Beukema et al. | 395/821 |
| 5,155,814 | 10/1992 | Beardsley et al. | 395/872 |
| 5,155,835 | 10/1992 | Belsan | 395/441 |
| 5,155,845 | 10/1992 | Beal et al. | 395/182.04 |
| 5,157,770 | 10/1992 | Beardsley et al. | 395/439 |
| 5,159,671 | 10/1992 | Iwami | 395/250 |
| 5,170,471 | 12/1992 | Bonevento et al. | 395/837 |
| 5,175,839 | 12/1992 | Ikeda et al. | 395/410 |
| 5,185,864 | 2/1993 | Bonevento et al. | 395/868 |
| 5,201,053 | 4/1993 | Benhase et al. | 395/289 |
| 5,202,887 | 4/1993 | Ueno et al. | 371/10.1 |
| 5,235,690 | 8/1993 | Beardsley et al. | 395/440 |
| 5,235,692 | 8/1993 | Ayres et al. | 395/849 |
| 5,239,659 | 8/1993 | Rudeseal et al. | 395/800 |
| 5,274,645 | 12/1993 | Idelman et al. | 395/182.04 |
| 5,313,664 | 5/1994 | Sugiyama et al. | 364/405 |
| 5,343,477 | 8/1994 | Yamada | 395/182.02 |
| 5,428,796 | 6/1995 | Iskiyan et al. | 395/728 |
| 5,446,872 | 8/1995 | Ayres et al. | 395/180 |
| 5,459,857 | 10/1995 | Ludlam et al. | 395/182.04 |
| 5,463,752 | 10/1995 | Behnase et al. | 395/481 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2-32420 | 2/1990 | Japan . |
| 2-32418 | 2/1990 | Japan . |
| 2-91716 | 3/1990 | Japan . |
| 2-91717 | 3/1990 | Japan . |
| 2-93721 | 4/1990 | Japan . |
| 2086625 | 5/1992 | United Kingdom . |
| PCT/US/84/ 01678 | 7/1985 | WIPO . |
| PCT/US/93/ 05853 | 1/1994 | WIPO . |

OTHER PUBLICATIONS

Bob Buchanan–Administrative Error Causes Most Major System Failures (3 pgs.), Feb. 1988, Government Computer News, V. 17, N.4 p. 340.

Virginia Dudek–Planning For Network Disasters (4 pgs.), Jun. 12, 1989, MIS Week, vol. 10, N 24.

Jean Bozman–Escon An Aid To Remote Disks (3 pgs.), V 25, N 1, pp 29, Jan. 7, 1991.

Gary A. Boles–A RAID Stack: Micropolis RAIDION, Network Computer, Jun. 1992.

Blaine Homer–RAID Level 5 Protects Your Data With Interleaved Parity, LAN Times, May 25,1992, vol. 9.

Michael Caton–Micropolis Array Secures Data, PC Week, 1992.

RAIDON Fault–Tolerant Disk Arrays Brochure, 1993.

Storagetek 2Q earnings Down, Iceberg Ready for Testing by Jim Mallory, Newsbytes, Jul. 15, 1993.

Network Backup Evolves, by Michael Peterson et al, PC Magazine, vol. 12 No. 16, Sep. 28, 1993, p. 277(18).

Your Next LAN Storage Could Be a Mainframe, Jeff Moad, Datamination, vol. 39, No. 6, Mar. 15, 1993,p. 71.

Heard Any Good Rumors Lately?(Network Management), By Jill Huntington–Lee,LAN Computing, vol. 5, No. 2, Feb. 1994,p. 22.

Special Report: The AT&T Worldwide Intelligent Network –Scope, Nature and Management, Edge, vol. 7. No. 224, Nov. 6, 1992, p. 9.

Protect Your Data!(Database Report), by Michael Liczbanski, Data Based Advisor, vol. 10, No. 5, May 1992, p.114.

Network Planning to the Rescue; Network Managers Should Design and Test A Network Recovery Plan That Lets Business Continue Uninterrupted Even If Disaster Strikes, by Ramond W. Rudnitskas et al., Networking Management, vol. 9, No. 11, Oct. 1991, p. 46.

If LANS Eye Host Status, Quality Today Falls Short, by Barbara Bochenski, Software Magazine, vol. 11, No. 12, Oct. 1991, p. 66

Safe and Secure, by Peter Stephenson, LAN Magazine, vol. 6, No. 9, Sep. 1991, p. 34.

Firing Up Fault Tolerance by Brian O'Connell, DEC Professional vol. 10, No. 6, Jun 1991, p. 118.

A Which Computer?Guide to Backup Systems, by Chris Bidmead, Which Computer?Sep. 1989, p. 62.

Optical Disks Compete With Videotape and Magnetic Storage Media, by Henry Urrows et al., Optical Information Systems, vol. 8, No. 3,May–Jun. 1988, p. 101.

Preventing Disasters: Whipping Up an Emergency Response Plan, Network Computing, Feb. 1992 p. 81.

Abbey Banking on FDDI, Communications Week International, Mar. 4, 1991 p. 22.

X.25 Data Networks and IBM: A Troublesom Connection, by Jan Johnson, Computer Decisions, vol. 19, Jan. 12, 1987, p. 16.

DSC Communications Corp. Debuts NEXOS LAN Product Line at Interface, Demos Enhanced Performance, Fault Tolerance and WAN Connectivity, News Release, Mar. 28, 1988.

Analysis of Scanning Policies For Reducing Disk Seek Times, by E. G. Coffman, L. A. Klimko and Barbara Ryan–Siam Journal on Computing Sep. 1972, vol. 1, No. 3, pp. 269–280.

Configuring Tandem Disk Subsystems, by Scott Sitler, Tandem Systems Review, Dec. 1986 pp. 80–91.
Technical Report Investigation of Selected Disk Systems, Oct. 1976 Teledyne Brown Engineering, Huntsville, Alabama (18 pages).
Software Extends Unix Distributed Computing, by Evan O. Grossman, PC Week, Jun. 5, 1989, p.35 and p. 40.
IBM Funds Pack Firm, Electronic News, May 22, 1989. pp. 12.
IBM Plans U.S. Test of File–Transfer, Network World, Sep. 5, 1988, pp. 15, 17.
IBM Invests In Firm That Offers Unix File–Sharing, Network World, May 22, 1989, p.4.
IBM Plans Speedy Nationwide File System, Computer Systems News, Sep. 5, 1988, p.56.
Design Alternatives for Disk Duplexing, by Spencer W. Ng, IBM Research Repott, Jan. 30, 1987.
Disk Arm Movement In Anticpation of Future Requests, by Richard P. King, IBM Rsearch Report, Dec. 16, 1987.
Ubik: Replicated Servers Made Easy, by Michael Leon Kazar pp. 60–67, 1989.
Carnegie–Mellon Forges Standard Look For Multivendor Net, Computerworld, Jan. 30, 1989 pp. SR/8–SR/9.
A Multi–media Message System For Andrew, USENIX Winter Conference, Feb. 9–12, 1988, pp.37–42.
Synchronization and Caching Issues in the Andrew File System, USENIX Winter Conference, Feb. 9–12, 1988,pp. 27–36.
Comparative Study of Some UNIX Distributed Filesystems, EUUG, Sep. 22–24, 1986, pp. 73–82.
VOLUMES–The Andrew File System Data Structuring Primitive, EUUG Autumn 1986, Sep. 22–24, 1986, pp. 473–480.
Unix Plays Role in Corporate Networking, MIS Week, vol. 10, No. 28, Jul. 17, 1989, pp. 22–23.
Sun's Open System Made by marketplace;"Unlike Minis, Unix Machines, Pcs and Even VMS Can Be Glued"by NFS, Software Magazine, vol. 9, No. 12, Oct. 1989 pp. 72–75. Cashin, Jerry.
Universal Server Under Development, MacWEEK, Vol. 3,No. 39, Oct. 31 1989, p. 5.
Unix Plays Role In Corporate Networking–Vendors Look Unx–Based Network Management Tools as Networking Standards Slowly Evolve, MIS Week, Jul. 17,1989, pp. 22–23, vol. 10, N.28.
The 28 Runners Declared for Open Software Foundations, Distributed Computing Stakes, Computergram International No. 1301, CGI11909912, Nov. 9, 1989.
Some Platforms (Theory of Self–Organizing Systems), RELease 1.0,vol. 89, No. 6, Jun. 27, 1989, pp. 12–16, Release 1, v89,n6.
Self–Organizing Systems (Overview of Detailed Examples of Self–Organizing Systems, Includes related article About the Importance of Self–Organizing Systems, RELease 1.0, vol. 89, No. 6, Jun. 27, 1989, pp.1–9.
IBM–Funded Startup Developing Unix Add–On, PC Week, vol. 6, No. 22, Jun. 5, 1989, p.40.
Uniting File Systems; Experimental large Scale, Distributed File Systems Are Now Being Created (included related article on the History of the AFS Project),UNIX Review, vol. 7, No. 3, Mar. 1989, pp.61–70.
IBM Backs Transarc, Formed to Offer Andrew File System Distributed Unix Database, Computergram International, No. 1180, CGI05190001, May 19, 1989.
A Comparative Analysis of Disk Scheduleing Policies, by Toby J. Reorey and Tad B. Pinerton–Communications of the ACM, Mar. 1972 vol. 15, No. 3 pp. 177–184.
Disk Scheduling: FCFS vs. SSTF Revisited, by Micha Hofri–Communications of the ACM Nov. 1980, vol. 23, No. 11, pp.645–653.
Using Multiple Replica Classes to Improve Performance in Distributed System, by Peter Triantafillou and David Tayloer, The 11th International Conference on Distributed Computing Systems, May 20–24, 1991, pp. 420–428.
Government Computer News Oct. 9, 1987.Richard A. Damca, *Microcomputing* "Patch Fault Tolerance: A Strong Second Team" vol. 7, issue 149 P27(2) Dec. 17, 1990.
Computer ResellerN Feb. 19, 1990, Joel Shore *Mirrored Servers' a reality?;* pp. 51.52, 62.
Infoworld Articles Mar. 12, 1990, *Vendors Offer Mirroring Solutions* P(31).
Wilkinson, *Compact and Novell team for fault tolerance: mirrored servers to cut down on costly downtime* Article MIS Week, vol. 11, Issue 7 Feb. 12, 1990.
Article PC Week, vol. 4, Issue 37, Sep. 15, 1987, Matt Kramer *Fault–Tolerant LANS Guard Against Malfunction, Data Loss.*
"The DASD Time Bomb", Datamation, vol. 32 Mar. 1, 1986, P63(4) Alper, Alan.



SITE A
HOST A
12
SIGNAL PATH, 18
PRIMARY DATA STORAGE SYSTEM, 14
CONTROLLER, 16
10
OPTIONAL
OPTIONAL
CHANNEL ADAPTOR
26
DATA DIRECTOR
32
DISK ADAPTOR
36
INTERNAL BUS, 38
CACHE
28
DISK ADAPTOR
30
SIGNAL PATH, 24
STORAGE DEVICE
PRIMARY
SECONDARY
LOCAL
20
22a
22b
22c
SERVICE PROCESSOR
34
COMMUNICATIVE LINK, 40
SIGNAL PATH, 63
REMOTE SITE B
HOST B
52
REMOTE SITE C
HOTSITE CPU
56
SIGNAL PATH, 58
SIGNAL PATH, 60
CHANNEL ADAPTOR
54
DATA DIRECTOR
68
COMMUNICATION BUS, 70
CACHE
64
DISK ADAPTOR
42
DISK ADAPTOR
66
CONTROLLER, 44
STORAGE DEVICE
PRIMARY
SECONDARY
LOCAL
48
50a
50b
50c
SERVICE PROCESSOR
62
SECONDARY DATA STORAGE SYSTEM, 46

FIG. 1



1 BYTE
100
WRITE PENDING
M1
M2
FORMAT PENDING
M1
M2
SPARE
A
B
SPARE
A
B
102
104
106
108
110
112
114
116
FIG. 2
INVALID TRACK
M1
M2
DEVICE PENDING
M1
M2
WRITE DISABLE DRIVE
M1
M2
SPARE
120
122
124
126
128
130
132
134
136
FIG. 3

# DATA STORAGE SYSTEM CONTROLLED REMOTE DATA MIRRORING WITH RESPECTIVELY MAINTAINED DATA INDICES

## RELATED APPLICATION

This application is a continuation-in-part of U.S. Pat. Ser. Nos. 586,796, filed Sep. 24, 1990, now U.S. Pat. No. 5,206,939 issued Apr. 27, 1993 entitled SYSTEM AND METHOD FOR DISK MAPPING AND DATA RETRIEVAL; Ser. No. 587,247, filed Sep. 24, 1990, now U.S. Pat. No. 5,269,011 issued Dec. 7, 1993 entitled DYNAMICALLY RECONFIGURABLE DATA STORAGE SYSTEM WITH STORAGE SYSTEM CONTROLLERS SELECTIVELY OPERABLE AS CHANNEL ADAPTERS ON STORAGE DEVICE ADAPTERS and Ser. No. 587,253, filed Sep. 24, 1990, now U.S. Pat. No. 5,335,352 issued Aug. 2, 1994 entitled RECONFIGURABLE, MULTI-FUNCTION DATA STORAGE SYSTEM CONTROLLER SELECTIVELY OPERABLE AS AN INPUT CHANNEL ADAPTER AND A DATA STORAGE UNIT ADAPTER all of which are fully incorporated herein by reference.

## FIELD OF THE INVENTION

This invention relates to data storage on disk drives and more particularly, to a system and method for automatically providing and maintaining a copy or mirror of a data storage disk at a location geographically remote from the main or primary data storage device.

## BACKGROUND OF THE INVENTION

Nearly all data processing system users are concerned with maintaining back-up data in order to insure continued data processing operations should their data become lost, damaged, or unavailable.

Large institutional users of data processing systems which maintain large volumes of data such as banks, insurance companies, and stock market traders must and do take tremendous steps to insure back up data availability in case of a major disaster.

These institutions recently have developed a heightened awareness of the importance of data recovery and back-up in view of the many natural disasters and other world events including the recent bombing of the World Trade Center in New York City.

Currently, data processing system users often maintain copies of their valuable data on site on either removable storage media, or in a secondary "mirrored" storage device located on or within the same physical confines of the main storage device. Should a disaster such as fire, flood, or inaccessibility to a building occur, however, both the primary as well as the secondary or backed up data will be unavailable to the user. Accordingly, more data processing system users are requiring the remote storage of back up data.

One prior art approach at data back-up involves taking the processor out of service while back-up tapes are made. These tapes are then carried off premises for storage purposes. Should access to the backed up data be required, the proper tape must be located, loaded onto a tape drive, and restored to the host system requiring access to the data. This process is very time consuming and cost intensive, both in maintaining an accurate catalog of the data stored on each

individual tape, as well as storing the large number of tapes required to store the large amounts of data required by these institutions. Additionally and most importantly, it often takes 24 hours before a back-up tape reaches its' storage destination during which time the back-up data is unavailable to the user.

Additionally, today's systems require a significant amount of planning and testing in order to design a data recovery procedure and assign data recovery responsibilities. Typically, a disaster recovery team must travel to the test site carrying a large number of data tapes. The team then loads the data onto disks, makes the required network connections, and then restores the data to the "test" point of failure so processing can begin Such testing may take days or even weeks and always involves significant human resources in a disaster recovery center or back-up site.

Some providers of prior art data storage systems have proposed a method of data mirroring whereby one host Central Processing Unit (CPU) or processor writes data to both a primary, as well as a secondary, data storage device or system. Such a proposed method, however, overly burdens the host CPU with the task of writing the data to a secondary storage system and thus dramatically impacts and reduces system performance.

Accordingly, what is required is a data processing system which automatically and asynchronously, with respect to a first host system, generates and maintains a back-up or "mirrored" copy of a primary storage device at a location physically remote from the primary storage device, without intervention from the host which seriously degrades the performance of the data transfer link between the primary host computer and the primary storage device.

## SUMMARY OF THE INVENTION

This invention features a system which automatically, without intervention from a host computer system, controls storing of primary data received from a primary host computer on a primary data storage system, and additionally controls the copying of the primary data to a secondary data storage system controller which forms part of a secondary data storage system, for providing a back-up copy of the primary data on the secondary data storage system which is located in a geographically remote location from the primary data storage system.

In the present invention, copying or mirroring of data from a primary data storage system to a secondary data storage system is accomplished without intervention of a primary or secondary host computer and thus, without affecting performance of a primary or secondary host computer system. In the present invention, primary and secondary data storage system controllers are coupled via at least one high speed communication link such as a fiber optic link driven by LED's or laser.

At least one of the primary and secondary data storage system controllers coordinates the copying of primary data to the secondary data storage system and at least one of the primary and secondary data storage system controllers maintains at least a list of primary data which is to be copied to the secondary data storage device.

Additionally, the secondary data storage system controller provides an indication or acknowledgement to the primary data storage system controller that the primary data to be copied to the secondary data storage system in identical form as secondary data has been received or, in another

embodiment, has actually been written to a secondary data storage device.

Accordingly, data may be transferred between the primary and secondary data storage system controllers synchronously, when a primary host computer requests writing of data to a primary data storage device, or asynchronously with the primary host computer requesting the writing of data to the primary data storage system, in which case the remote data copying or mirroring is completely independent of and transparent to the host computer system.

At least one of the primary data storage system controller and the secondary data storage system controller maintains a list of primary data which is to be written to the secondary data storage system. Once the primary data has been at least received or optionally stored on the secondary data storage system, the secondary data storage system controller provides an indication or acknowledgement of receipt or completed write operation to the primary data storage system.

At such time, the primary and/or secondary data storage system controller maintaining the list of primary data to be copied updates this list to reflect that the given primary data has been received by and/or copied to the secondary data storage system. The primary or secondary data storage system controllers and/or the primary and secondary data storage devices may also maintain additional lists in concluding which individual storage locations, such as tracks on a disk drive, are invalid on any given data storage device, which data storage locations are pending a format operation, which data storage device is ready to receive data, and whether or not any of the primary or secondary data storage devices are disabled for write operations.

Thus, an autonomous, host computer independent, geographically remote data storage system is maintained providing a system which achieves nearly 100 percent data integrity by assuring that all data is copied to a geographically remote site, and in those cases when a back-up copy is not made due to an error of any sort, an indication is stored that the data has not been copied, but instead must be updated at a future time.

Such a system is provided which is generally lower in cost and requires substantially less manpower and facilities to achieve than the prior art devices.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features and advantages of the present invention will be better understood when read together with the following drawings wherein:

FIG. 1 is a block diagram illustrating the system with remote data mirroring according to the present invention;

FIG. 2 is a schematic representation of a portion of an index or list maintained by the system of the present invention to determine various features including which primary data has been copied to a secondary disk; and

FIG. 3 is a schematic representation of an additional list or index maintained by the system of the present invention to keep track of additional items including an invalid data storage device track, device ready status and write disable device status.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention features a system which provides a geographically remote mirrored data storage system which contains generally identical information to that stored on a primary data storage system. Utilizing such a system, data recovery after a disaster is nearly instantaneous and requires little, if any, human intervention. Using the present system, the data is retrieved from a remote device through the host data processing system.

The present invention is shown generally at **10**, FIG. **1**, and includes at site A, which is a first geographic location, a host computer system **12** as is well known to those skilled in the art. A host computer system **12** is coupled to a first and primary data storage system **14**. The host **12** writes data to and reads data from the primary data storage system **14**.

The primary data storage system **14** includes a primary data storage system controller **16** which receives data from the host **12** over data signal path **18**. The primary data storage system controller **16** is also coupled to a storage device **20** which may include a plurality of data storage devices **22***a*–**22***c*. The storage devices may include disk drives, optical disks, CD's or other data storage device. The primary system controller **16** is coupled to the storage device **20** by means of data signal path **24**.

The primary data storage system controller **16** includes at least 1 channel adapter (C.A.) **26** which is well known to those skilled in the art and interfaces with host processing system **12**. Data received from the host is typically stored in cache **28** before being transferred through disk adapter (D.A.) **30** over data signal path **24** to the primary storage device **20**. The primary data storage controller **16** also includes a data director **32** which executes 1 or more sets of predetermined micro-code to control data transfer between the host **12**, cache memory **28**, and the storage device **20**. Although the data director is shown as a separate unit, either one of a channel adapter **26** or disk adapter **30** may be operative as a data director, to control the operation of a given data storage system controller. Such a reconfigurable channel adapter and disk adapter is disclosed in Applicant's U.S. Pat. No. 5,335,352 entitled RECONFIGURABLE, MULTI-FUNCTION DATA STORAGE SYSTEM CONTROLLER SELECTIVELY OPERABLE AS AN INPUT CHANNEL ADAPTER AND A DATA STORAGE UNIT ADAPTER of which the present Application is a continuation in part, and which is fully incorporated herein by reference.

The primary data storage system **14** according to one embodiment of the present invention also includes a service processor **34** coupled to the primary data storage system controller **16**, and which provides additional features such as monitoring, repair, service, or status access to the storage system controller **16**.

The primary data storage system controller **16** of the present invention also features at least a second disk adapter **36** coupled to the internal bus **38** of the primary data processing system controller **16**. The at least second disk adapter **36** is coupled, via a high speed communication link **40** to disk adapter **42** on a secondary data storage system controller **44** of a secondary data storage system **46**. Such high speed, point-to-point communication links between the primary and secondary data processing system controllers **16** and **44** include a fiber optic link driven by an LED driver, per IBM ESCON standard; a fiber optic link driven by a laser driver, and optionally **T1** and **T3** telecommunication links. Utilizing network connections, the primary and secondary data storage system controller **16** and **44** may be connected to FDDI networks, **T1** or **T3** based networks and SONET networks.

The secondary data storage system **46** is located a second site geographically removed from the first site. For this

Patent Application, geographically removed site means not within the same building as the primary data storage system. There are presently known data processing systems which provide data mirroring to physically different data storage systems. The systems, however, are generally within the same building. The present invention is directed to providing complete data recovery in case of disaster, such as when a natural disaster such as a flood or a hurricane, or man made disasters such as fires or bombings destroy one physical location, such as one building.

As in the case of the primary data storage system, the secondary data storage system **46** includes, in addition to the secondary data storage system controller **44**, a secondary data storage device **48** including a plurality of storage devices **50**_a_–**50**_c_. The plurality of storage devices on the secondary data storage system **46**, as well as the primary data storage system **14**, may have various volumes and usages such as a primary data storage device **50**_a_ which is primary in respect to the attached storage controller **44** and host **52** in the case of the secondary data storage system **46**, or primary storage device **22**a with respect to the first or primary host **12**.

Additionally, each storage device such as storage device **48** may include a secondary storage volume **50**_b_ which serves the secondary storage for the primary data stored on the primary volume **22**_a_ of the primary data storage system **14**. Similarly, the primary data storage system **14** may include a secondary storage volume **22**_b_ which stores primary data received and copied from a secondary site and data processing system **46** and host **52**.

Additionally, each storage device **20**, **48**, may include one or more local volumes or storage devices **22**_c_, **50**_c_, which are accessed only by their locally connected data processing systems.

The secondary storage system controller **44** of the present invention also includes at least a first channel adapter **54** which may receive data from an optionally connected secondary host **52** or an optionally connected hotsite host or CPU **56**. Optionally, the primary host **12** may include a data signal path **58** directly into the channel adapter **54** of the secondary data storage system **46**, while the optional secondary host **52** may include an optional data path **60** into the channel adapter **26** of the primary data storage system **14**. Although the secondary host **52** illustrated in the Fig. is not required for remote data mirroring as described in the present invention, such a host would be required for data retrieval if both the primary host **12** as well as the primary data storage system **14** are rendered inoperative. Similarly, a hotsite host or CPU **56** may optionally be provided at a third geographically remote site to access the data stored in the secondary data storage system **46**.

The high speed link **40** between the primary and secondary data storage systems **14** and **46** is designed such that multiple links between the primary and secondary storage system may be maintained for enhanced ability of data and increased system performance. The number of links is variable and may be field upgradeable. Additionally, service processor **34** of the primary data storage system **14** and service processor **62** of the secondary data storage system **46** may also be coupled to provide for remote system configuration, remote software programming and to provide a host base point of control of the secondary data storage system.

The secondary data storage system controller **44** also includes cache memory **64** which receives data from channel adapter **54** and disk adapter **42**, as well as disk adapter **66** which controls writing data to and from secondary storage device **48**. Also provided is a data director **68** which controls data transfer over communication bus **70** to which all the elements of the secondary data storage system controller are coupled.

An additional feature of the present invention is the ability to dynamically reconfigure channel adapters as disk adapters and disk adapters as channel adapters, as described in Applicant's U.S. Pat. No. 5,269,011 entitled DYNAMICALLY RECONFIGURABLE DATA STORAGE SYSTEM of which the present Application is a continuation in part, and which is fully incorporated herein by reference.

The primary and secondary data storage systems may optionally be connected by means of currently available, off the shelf channel extender equipment using bus and tag or escon interfaces.

The present invention is designed to provide the copying of data from a primary data storage system to a physically remote secondary data storage system transparent to the user, and external from any influence of the primary host which is coupled to the primary data storage system. The present invention is designed to operate in at least two modes, the first being a real-time mode wherein the primary and secondary storage systems must guarantee that the data exists and is stored in 2 physically separate data storage units before i/o completion. That is, before channel end and device end is returned to the host. Alternatively, the present invention is designed to operate in point-in-time mode wherein the data is copied to the remote or secondary data storage system asynchronously from the time when the primary or local data processing system returns the i/o completion signal (channel end and device end) to the primary host systems. This eliminates any performance penalty if the communication link between the primary and secondary data storage systems is too slow, but creates the additional needs to manage the situation where data is not identical or in "sync" between the primary and secondary data storage systems.

Thus, in the real time mode, the primary data storage system automatically controls the duplication or copying of data to the secondary data storage system controller transparently to the primary host computer. Only after data is safely stored in both the primary and secondary data storage system, as detected by an acknowledgement from the secondary storage system to the primary storage system, does the primary data storage system acknowledged to the primary host computer that the data is synchronized. Should a disaster or facility outage occur at the primary data storage system site, the user will simply need to initialize the application program in the secondary data storage system utilizing a local host (**52**) or a commercial hotsite CPU or host **56**.

The link between the primary and secondary storage system controllers **14** and **46** may be maintained in a uni-directional mode wherein the primary data storage system controller monitors and controls data copying or mirroring. Alternatively, a bi-directional implementation is disclosed in the present invention wherein either controller can duplicate data to the other controller, transparently to the host computer. Should a disaster or facilities outage occur, recovery can be automatic with no human intervention since the operational host computer already has an active path (**40**, **58**, **60**) to the data through its' local controller. While offering uninterrupted recovery, performance will be slower than in an uni-directional implementation due to the over head required to manage intercontroller tasks.

In the second point mode of operation the primary data storage system transparently duplicates data to the second-

ary data storage system after the primary data storage system acknowledges to the host computer, via channel end and device end, that the data has been written to the storage device and the i/o operation has been completed. This eliminates the performance impact of data mirroring over long distances. Since primary and secondary data are not synchronized, however, the primary data storage system must maintain a log file of pending data which has yet to be written to the secondary data storage device. Such data may be kept on removable, non-volatile media, in the cache memory of the primary or secondary data storage system controller as will be explained below, or in the service processor **34**, **62**.

Accordingly, a feature of the present invention is the ability of a data storage system to control the transfer or copying of data from a primary data storage system to the secondary data storage system, independent of and without intervention from one or more host computers. Most importantly, in order to achieve optimum data mirroring performance, such data mirroring or copying should be performed asynchronously with input/output (i/o) requests from a host computer. Accordingly, since data will not be immediately synchronized between the primary and secondary data storage systems, data integrity must be maintained by maintaining an index or list of various criteria including a list of data which has not been mirrored or copied, data storage locations for which a reformat operation is pending, a list of invalid data storage device locations or tracks, whether a given device is ready, or whether a device is write-disabled. Information must also be included as to the time of the last operation so that the data may later be synchronized should an error be detected.

A feature of the present invention is that both the primary or secondary data storage systems maintain a table of the validity of data in the other storage system. As disclosed in co-pending U.S. patent application No. 07/586,796 entitled A SYSTEM AND METHOD FOR DISK MAPPING AND DATA RETRIEVAL of which the present Application is a continuation in part and which is fully incorporated herein by reference, the present system maintains a list or index, utilizing one or more flag bits, in a hierarchical structure, on each physical and logical data storage device.

In the present invention, however such information is kept on both devices for each individual system as well as the other data storage system. Thus, as illustrated in the partial list or table **100**, FIG. **2**, each data storage system maintains an indication of write or copy pending **102** of both the primary data (M1) **104**, and the secondary data (M2) **106**. Similarly, an index is maintained of a pending format change since a disk format change may be accomplished. The format pending bits **108** including a first primary bit **110** and a second secondary bit **112** indicate that a format change has been requested and such change must be made on the disk.

Thus, when a host computer writes data to a primary data storage system, it sets both the primary and secondary bits **104**, **106** of the write pending bits **102** when data is written to cache. For these examples, the M1 bit will refer to the primary data storage system and the M2 refer to the secondary data storage system. When the primary data storage system controller disk adapter writes the data to the primary data storage device, it will reset bit **104** of the write pending indicator bits **102**. Similarly, once the secondary data storage system has written the data to the secondary data storage device, the secondary data storage write pending indicator bit **106** will be reset.

The service processors in one embodiment of the present invention will periodically scan the index table for write pending indicator bits and invoke a copy task which copies the data from the primary data storage device to the secondary. In addition, one or more of the spare index or table bits **114**, **116** may be utilized to store other data such as time stamp, etc.

In addition to the write pending and format pending bits described above, the present invention also includes several additional general purpose flags to assist in error recovery. As shown in FIG. **3**, invalid track flags **120** including primary bit **122** and secondary bit **124** are utilized and maintain on each data storage device to indicate that the data storage location such as a track, does not contain valid data. Another background task running on the data storage system such as in the service processor or storage system controller constantly checks invalid track bits on each data storage device and if a bit is found to be set, the copy task is invoked to copy the data from the known good device to the device with the invalid flag track set. Additional flags may be provided such as the device ready flags **126** including bits **128** and **130** which serve to indicate that the device is ready. Similarly, write disable flags **132** may be provided which indicate that a particular primary device or drive **134** or secondary device or drive **136** can presently not be written to. Data can still be copied to the good or enabled drive then later copied to the disabled drive. If one drive or device is bad, the present invention will set all tracks of that drive as not valid to later cause a copy of all the data.

Accordingly, each data storage device keeps data validity information about it's mirrored device. If for some reason a device is not accessible, either the primary or the secondary device, every new write command goes to the accessible mirrored device along with information that the not accessible device has a track which is not valid. As soon as the non-accessible device becomes accessible than automatically, as a background operation, the drives re-synchronize. In the case when a specific track is not shown on both the primary and secondary storage system, an indication of such will be assigned and the user will be alerted. A utility operating on the service processors will give the user a report of all the non-valid (out of sync) tracks. This report can be transferred from one site to another over the link **63**, FIG. **1**, that connects the **2** service processors **34**, **62**.

Modifications and substitutions by one of ordinary skill in the art are considered to be within the scope of the present invention, which is not to be limited except by the claims which follow.

We claim:

**1**. A system for automatically providing and maintaining data, said system comprising:

a host computer located in a first geographic location;

a first data storage system located in a first geographic location and coupled to said host computer, for storing data to be accessed by at least said host computer;

a second data storage system located in a second geographic location geographically remote from said first location, coupled to said first data storage system, for receiving at least data from said first data storage system; and

said first data storage system enabling transfer of said data to said second data storage system, concurrently with said data received from said host computer, so as to nearly simultaneously maintain a concurrent copy of data stored on said first data storage system and on said second data storage system wherein both said first and said second data storage systems maintain an index, said index including at least a first indicator providing

an indication of whether a predetermined data element stored on said first data storage system is valid, and at least a second indicator providing an indication of whether said predetermined data element stored on said second data storage system is valid.

**2**. The system of claim **1**, wherein said first data storage system and said second data storage system are coupled by a high speed communication link.

**3**. The system of claim **1**, wherein said second data storage system provides an acknowledgment after said data has been received and stored on said secondary data storage system.

**4**. The system of claim **1**, further including a second host computer, located in said second geographic location geographically remote from said first location, and coupled to at least said second data storage system, for storing a second quantity of data to be accessed by at least said second host computer, and for at least retrieving said data stored on said second data storage system and copied from said data on said first data storage system upon failure of said first host and said first data storage system.

**5**. The system of claim **1**, wherein said second data storage system maintains an index of at least data which has yet to be copied to said second data storage system as secondary data.

**6**. The system of claim **5**, wherein said first and said second data storage systems maintain said index in semiconductor memory.

**7**. The system of claim **5**, wherein said first and said second data storage systems maintain said index in said first and said second data storage system respectively.

**8**. The system of claim **5**, wherein said maintained index includes at least a list of data which must be copied from said first data storage storage to said second storage system and, a list of data storage device storage locations for which a format command is pending and for which an invalid track exists.

**9**. The system of claim **1** wherein said first indicator provides an indication of whether data stored in a predetermined data element storage location on said first data storage system is valid, and wherein said second indicator provides an indication of whether corresponding data stored in a corresponding data element storage location on said second data storage system is valid.

**10**. A system for automatically providing and maintaining data, said system comprising:

a host computer;

a first data storage system including at least a first data storage system controller and at least one data storage device, said first data storage system coupled to said host computer, for storing data to be accessed by at least said host computer;

a second data storage system including at least a second data storage system controller and at least one data

storage device, said second data storage system remotely coupled to said first data storage system; and

said first data storage system controller coordinating and controlling concurrent copying of said data to said second data storage system controller wherein both said first and said second data storage systems maintain an index, said index including at least a first indicator providing an indication of whether a predetermined data element stored on said first data storage system is valid, and at least a second indicator providing an indication of whether said predetermined data element stored said second data storage system is valid.

**11**. The system of claim **10** wherein said first indicator provides an indication of whether data stored in a predetermined data element storage location on said first data storage system is valid, and second indicator provides an indication of whether corresponding data stored in a corresponding data element storage location on said second data storage system is valid.

**12**. A system for automatically providing and maintaining data, said system comprising:

at least one host computer located in a first location;

a first data storage system including a first data storage system controller and at least one data storage device, said first data storage system located in a first location and coupled to said host computer, for storing data to be accessed by at least said host computer;

a second data storage system including a second data storage system controller and at least one data storage device, said second data storage system located in a second location which is geographically remote from said first data storage system; and

said first data storage system controller of said first data storage system and said second data storage system controller of said second data storage system for coordinating and controlling concurrent copying of said data from said first data storage system to said second data storage system wherein both said first and said second data storage systems maintain an index, said index including at least a first indicator providing an indication of whether a predetermined data element stored on said first data storage system is valid, and at least a second indicator providing an indication of whether said predetermined data element stored on said second data storage system is valid.

**13**. The system of claim **12** wherein first indicator provides an indication of whether data stored in a predetermined data element storage location on said first data storage system is valid, and second indicator provides an indication of whether corresponding data stored in a corresponding data element storage location on said second data storage system is valid.

* * * * *



US005742792A

# United States Patent [19]

Yanai et al.

[11] Patent Number: 5,742,792

[45] Date of Patent: Apr. 21, 1998

[54] **REMOTE DATA MIRRORING**

[75] Inventors: **Moshe Yanai**; **Natan Vishlitzky**, both of Brookline; **Bruno Alterescu**, Newton; **Daniel D. C. Castel**, Framingham; **Gadi G. Shklarsky**, Brookline; **Yuval Y. O. Ofek**, Hopkinton, all of Mass.

[73] Assignee: **EMC Corporation**, Hopkinton, Mass.

[21] Appl. No.: **654,511**

[22] Filed: **May 28, 1996**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 52,039, Apr. 23, 1993, Pat. No. 5,544,347.

[51] **Int. Cl.**[6] .......... **G06F 12/16**

[52] **U.S. Cl.** .......... **395/489**; 395/182.03; 395/182.04; 395/488; 395/492; 395/821; 371/10.1; 371/21.1; 371/40.1; 364/DIG. 1

[58] **Field of Search** .......... 395/182.03, 182.04, 395/488, 489, 492, 821; 371/10.1, 21.1, 40.1

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,588,839 | 6/1971 | Belady et al. | 395/469 |
| 3,835,260 | 9/1974 | Prescher et al. | 379/237 |
| 3,866,182 | 2/1975 | Yamada et al. | 340/172.5 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0239323 | 9/1987 | European Pat. Off. . | |
| 0323123 | 12/1988 | European Pat. Off. . | |
| 57-111900 | 7/1982 | Japan . | |
| 1-19437 | 1/1989 | Japan . | |
| 1-19438 | 1/1989 | Japan . | |
| 1-120650 | 5/1989 | Japan . | |
| 2-32418 | 2/1990 | Japan . | |
| 2-32419 | 2/1990 | Japan . | |
| 2-32420 | 2/1990 | Japan . | |
| 2-91716 | 3/1990 | Japan . | |
| 2-91717 | 3/1990 | Japan . | |
| 2-93721 | 4/1990 | Japan . | |
| 2086625 | 5/1992 | United Kingdom . | |
| PCT/US93/ 05853 | 1/1994 | WIPO . | |
| WO94/25919 | 11/1994 | WIPO | G06F 12/16 |
| PCT/US/84/ 01678 | 7/1995 | WIPO . | |

OTHER PUBLICATIONS

SFT Netware 286 Maintenance, #100-313-001, 100/ Rev1.00, Novel Incorporated, Provo, Utah, Nov. 1987.

(List continued on next page.)

*Primary Examiner*—Frank J. Asta
*Attorney, Agent, or Firm*—Arnold, White & Durkee

[57] **ABSTRACT**

Two data storage systems are interconnected by a data link for remote mirroring of data. Each volume of data is configured as local, primary in a remotely mirrored volume pair, or secondary in a remotely mirrored volume pair. Normally, a host computer directly accesses either a local or a primary volume, and data written to a primary volume is automatically sent over the link to a corresponding secondary volume. Each remotely mirrored volume pair can operate in a selected synchronization mode including synchronous, semi-synchronous, adaptive copy - remote write pending, and adaptive copy - disk. Direct write access to a secondary volume is denied if a "sync required" attribute is set for the volume and the volume is not synchronized. If a "volume domino" mode is enabled for a remotely mirrored volume pair, access to a volume of the pair is denied when the other volume is inaccessible. In a "links domino" mode, access to all remotely mirrored volumes is denied when remote mirroring is disrupted by an all-links failure. The domino modes can be used to initiate application-based recovery, for example, recovering a secondary data file using a secondary log file. In an active migration mode, host processing of a primary volume is concurrent with migration to a secondary volume. In an overwrite cache mode, remote write-pending data in cache can be overwritten. Write data for an entire host channel command word chain is bundled in one link transmission.

**38 Claims, 21 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,020,466 | 4/1977 | Cordi et al. | 395/600 |
| 4,057,849 | 11/1977 | Ying et al. | 345/193 |
| 4,084,231 | 4/1978 | Capozzi et al. | 395/444 |
| 4,094,000 | 6/1978 | Brudevold | 345/200 |
| 4,124,843 | 11/1978 | Bramson et al. | 340/337 |
| 4,150,429 | 4/1979 | Ying | 395/293 |
| 4,161,777 | 7/1979 | Behnase et al. | 395/481 |
| 4,204,251 | 5/1980 | Brudevold | 395/309 |
| 4,342,079 | 7/1982 | Stewart et al. | 395/405 |
| 4,396,984 | 8/1983 | Videki, II | 395/858 |
| 4,430,727 | 2/1984 | Moore et al. | 395/442 |
| 4,453,215 | 6/1984 | Reid | 395/182.09 |
| 4,464,713 | 8/1984 | Benhase et al. | 395/415 |
| 4,577,272 | 3/1986 | Ballew et al. | 395/650 |
| 4,608,688 | 8/1986 | Hanson et al. | 371/11 |
| 4,634,100 | 1/1987 | Julich et al. | 371/11 |
| 4,698,808 | 10/1987 | Ishii | 371/21.5 |
| 4,710,870 | 12/1987 | Blackwell et al. | 395/182.04 |
| 4,755,928 | 7/1988 | Johnson et al. | 395/182.04 |
| 4,769,764 | 9/1988 | Levanon | 361/680 |
| 4,779,189 | 10/1988 | Legvold et al. | 395/493 |
| 4,783,834 | 11/1988 | Anderson et al. | 382/245 |
| 4,785,472 | 11/1988 | Shapiro | 379/96 |
| 4,797,750 | 1/1989 | Karweit | 358/335 |
| 4,805,106 | 2/1989 | Pfeifer | 395/650 |
| 4,814,592 | 3/1989 | Bradt et al. | 235/381 |
| 4,837,680 | 6/1989 | Crockett et al. | 395/284 |
| 4,849,978 | 7/1989 | Dishon et al. | 395/182.04 |
| 4,862,411 | 8/1989 | Dishon et al. | 395/494 |
| 4,916,605 | 4/1990 | Beardsley et al. | 395/489 |
| 4,949,187 | 8/1990 | Cohen | 358/335 |
| 4,985,695 | 1/1991 | Wilkinson et al. | 340/571 |
| 5,007,053 | 4/1991 | Iyer et al. | 371/21.1 |
| 5,029,199 | 7/1991 | Jones et al. | 379/89 |
| 5,051,887 | 9/1991 | Berger et al. | 395/489 |
| 5,060,185 | 10/1991 | Naito et al. | 395/600 |
| 5,089,958 | 2/1992 | Horton et al. | 395/182.03 |
| 5,097,439 | 3/1992 | Partriquin et al. | 395/402 |
| 5,099,485 | 3/1992 | Bruckert et al. | 395/182.09 |
| 5,123,099 | 6/1992 | Shibata et al. | 395/447 |
| 5,127,048 | 6/1992 | Press et al. | 379/100 |
| 5,132,787 | 7/1992 | Omi et al. | 358/524 |
| 5,134,711 | 7/1992 | Asthana et al. | 395/800 |
| 5,146,576 | 9/1992 | Beardsley et al. | 395/440 |
| 5,146,605 | 9/1992 | Beukema et al. | 395/821 |
| 5,155,814 | 10/1992 | Beardsley et al. | 395/872 |
| 5,155,835 | 10/1992 | Belsan | 395/441 |
| 5,155,845 | 10/1992 | Beal et al. | 395/182.04 |
| 5,157,770 | 10/1992 | Beardsley et al. | 395/439 |
| 5,159,671 | 10/1992 | Iwami | 395/250 |
| 5,170,471 | 12/1992 | Bonevento et al. | 395/837 |
| 5,175,837 | 12/1992 | Arnold et al. | 395/425 |
| 5,175,839 | 12/1992 | Ikeda et al. | 395/410 |
| 5,185,864 | 2/1993 | Bonevento et al. | 395/868 |
| 5,201,053 | 4/1993 | Benhase et al. | 395/289 |
| 5,202,887 | 4/1993 | Ueno et al. | 371/10.1 |
| 5,206,939 | 4/1993 | Yanai et al. | 395/400 |
| 5,210,865 | 5/1993 | Davis et al. | 395/575 |
| 5,235,690 | 8/1993 | Beardsley et al. | 395/440 |
| 5,235,692 | 8/1993 | Ayres et al. | 395/849 |
| 5,239,659 | 8/1993 | Rudeseal et al. | 395/800 |
| 5,263,154 | 11/1993 | Eastridge et al. | 395/575 |
| 5,269,011 | 12/1993 | Yanai et al. | 395/425 |
| 5,274,645 | 12/1993 | Idelman et al. | 395/182.04 |
| 5,276,867 | 1/1994 | Kenley et al. | 395/600 |
| 5,285,451 | 2/1994 | Henson et al. | 371/11.1 |
| 5,313,664 | 5/1994 | Sugiyama et al. | 364/405 |
| 5,335,352 | 8/1994 | Yanai et al. | 395/800 |
| 5,343,477 | 8/1994 | Yamada | 395/182.02 |
| 5,375,232 | 12/1994 | Legvold et al. | 395/575 |
| 5,377,342 | 12/1994 | Sakai et al. | 395/425 |
| 5,379,412 | 1/1995 | Eastridge et al. | 395/575 |
| 5,381,539 | 1/1995 | Yanai et al. | 395/425 |
| 5,428,796 | 6/1995 | Iskiyan et al. | 395/728 |
| 5,446,872 | 8/1995 | Ayres et al. | 395/180 |
| 5,459,857 | 10/1995 | Ludlam et al. | 395/182.04 |
| 5,463,752 | 10/1995 | Behnase et al. | 395/481 |
| 5,544,345 | 8/1996 | Carpenter et al. | 395/477 |
| 5,544,347 | 8/1996 | Yanai et al. | 395/489 |

OTHER PUBLICATIONS

SFT Netware 286 Installation, #100–312–001, 100/Rev1.00, Novel Incorporated, Provo, Utah, Nov. 1987.

SFT Netware 286 Installation Supplement, #100–000225–001, 26/Rev1.02, Novel Incorporated, Provo, Utah, June 1986.

SFT Netware 68 Maintenance, #100–000289–001, 64/Rev1.00, Novel Incorporated, Provo, Utah, Nov. 1986.

SFT Netware 68 Installation, #100–000317–001, 103/Rev1.00, Novel Incorporated, Provo, Utah, Feb. 1988.

SFT Netware 868 Installation Supplement, #100–000286–001, 61/Rev1.00, Novel Incorporated, Provo, Utah, Dec. 1986.

D.L. Burkes & R.K. Treiber, "Design Approaches for Real–Time Transaction Processing Remote Site Recovery," Computer Society International Conference (COMPCON), Spring Meeting, Los Alamitos, Feb. 26–Mar. 2, 1990, No., CONF. 35, 23 Feb. 1990, Institute of Electrical and Electronics Engineers, New York, N.Y., pp. 568–572.

Supplementary European Search Report for EP 94 91 4223, Jul. 1, 1997.

International Search Report for PCT/US/94/04326, Jul. 20, 1994.

PCT Written Opinion for PCT/US94/04326, 28 Feb. 1995.

PCT International Preliminary Examination Report for PCT/US94/04326, Jul. 18, 1995.

Hank Cote–New Horizons in Accessing Large Amounts of On–Line Data, pp. 71–75, 1982.

Matt Kramer–Fault–Tolerant LANs Guard Against Malfunction, Data Loss, pp. C26–C35, Sep. 1987.

Carol Grossman–Planning for 3990 Extended Functions, pp. 245–258, 1989, 30th Annual GUIDE Conference.

Bob Buchanan–Administrative Error Causes Most Major System Failures (3 pgs.), Feb. 1988, Goverment Computer News, V. 17, N. 4, p. 340.

Virginia Dudek–Planning for Network Disasters (4 pgs.), Jun. 12, 1989, MIS Week, vol. 10, N. 24.

Jean Bozman–Escon An Aid To Remote Disks (3 pgs.), V. 25, N. 1, p. 29, Jan. 7, 1991.

Gary A. Boles–A RAID Stack: Micropolis RAIDION, Network Computer, Jun. 1992.

Blaine Homer–RAID Level 5 Protects Your Data With Interleaved Parity, LAN Times, May 25, 1992, vol. 9.

Michael Caton–Micropolis Array Secures Data, PC Week, 1992.

RAIDON Fault–Tolerant Disk Arrays Brochure, 1993.

Storagetek 2Q Earnings Down, Iceberg Ready for Testing by Jim Mallory, Newsbytes, Jul. 15, 1993.

Network Backup Evolves, by Michael Peterson et al., PC Magazine, vol. 12, No. 16, Sep. 28, 1993, p. 277(18).

Your Next LAN Storage Could Be a Mainframe, Jeff Moad, Datamination, vol. 39, No. 6, Mar. 15, 1993, p. 71.

Heard Any Good Rumors Lately? (Network Management), By Jill Huntington–Lee, LAN Computing, vol. 5, No. 2, Feb. 1994, p. 22.

Special Report: The AT&T Worldwide Intelligent Network--Scope, Nature and Management, Edge, vol. 7, No. 224, Nov. 6, 1992, p. 9.

Protect Your Data! (Database Report), by Michael Liczbanski, Data Based Advisor, vol. 10, No. 5, May 1992, p. 114.

Network Planning to the Rescue; Network Managers Should Design and Test a Network Recovery Plan That Lets Business Continue Uninterrupted Even If Disaster Strikes, by Ramond W. Rudnitskas et al., Networking Management, vol. 9, No. 11, Oct. 1991, p. 46.

If LANS Eye Host Status, Quality Today Falls Short, by Barbara Bochenski, Software Magazine, vol. 11, No. 12, Oct. 1991, p. 66.

Safe and Secure, by Peter Stephenson, LAN Magazine, vol. 6, No. 9, Sep. 1991, p. 34.

Firing Up Fault Tolerance by Brian O'Connell, DEC Professional, vol. 10, No. 6, Jun. 1991, p. 118.

A Which Computer? Guide to Backup Systems, by Chris Bidmead, Which Computer?, Sep. 1989, p. 62.

Optical Disks Compete With Videotape and Magnetic Storage Media, by Henry Urrows et al., Optical Information Systems, vol. 8, No. 3, May–Jun. 1988, p. 101.

Preventing Disasters: Whipping Up an Emergency Response Plan, Network Computing, Feb. 1992, p. 81.

Abbey Banking on FDDI, Communications Week International, Mar. 4, 1991, p. 22.

X.25 Data Networks and IBM: A Troublesome Connection, by Jan Johnson, Computer Decisions, vol. 19, Jan. 12, 1987, p. 16.

DSC Communications Corp. Debuts NEXOS LAN Product Line at Interface, Demos Enhanced Performance, Fault Tolerance and WAN Connectivity, News Release, Mar. 28, 1988.

Analysis of Scanning Policies For Reducing Disk Seek Times, by E. G. Coffman, L. A. Klimko and Barbara Ryan–Siam, Journal on Computing, Sep. 1972, vol. 1, No. 3, pp. 269–280.

Configuring Tandem Disk Subsystems, by Scott Sitler, Tandem Systems Review, Dec. 1986, pp. 80–91.

Technical Report Investigation of Selected Disk Systems, Oct. 1976, Teledyne Brown Engineering, Huntsville, Alabama (18 pages).

Software Extends Unix Distributed Computing, by Evan O. Grossman, PC Week, Jun. 5, 1989, p. 35 and p. 40.

IBM Funds Pack Firm, Electronic News, May 22, 1989, p. 12.

IBM Plans U.S. Test of File–Transfer, Network World, Sep. 5, 1988, pp. 15, 17.

IBM Invests In Firm That Offers Unix File–Sharing, Network World, May 22, 1989, p. 4.

IBM Plans Speedy Nationwide File System, Computer Systems News, Sep. 5, 1988, p. 56.

Design Alternatives for Disk Duplexing, by Spencer W. Ng, IBM Research Report, Jan. 30, 1987.

Disk Arm Movement In Anticipation of Future Requests, by Richard P. King, IBM Research Report, Dec. 16, 1987.

Ubik: Replicated Servers Made Easy, by Michael Leon Kazar, pp. 60–67, 1989.

Carnegie–Mellon Forges Standard Look For Multivendor Net, Computerworld, Jan. 30, 1989, pp. SR/8–SR/9.

A Multi–Media Message System For Andrew, USENIX Winter Conference, Feb. 9–12, 1988, pp. 37–42.

Synchronization and Caching Issues in the Andrew File System, USENIX Winter Conference, Feb. 9–12, 1988, pp. 27–36.

Comparative Study of Some UNIX Distributed File Systems, EUUG, Sep. 22–24, 1986, pp. 73–82.

VOLUMES–The Andrew File System Data Structuring Primitive, EUUG Autumn 1986, Sep. 22–24, 1986, pp. 473–480.

Unix Plays Role in Corporate Networking, MIS Week, vol. 10, No. 28, Jul. 17, 1989, pp. 22–23.

Sun's Open System Made by Marketplace, "Unlike Minis, Unix Machines, Pcs and Even VMS Can Be Glued" by NFS, Software Magazine, vol. 9, No. 12, Oct. 1989, pp. 72–75, Cashin, Jerry.

Universal Server Under Development, MacWEEK, vol. 3, No. 39, Oct. 31, 1989, p. 5.

Unix Plays Role In Corporate Networking–Vendors Look Unix–Based Network Management Tools as Networking Standards Slowly Evolve, MIS Week, Jul. 17, 1989, pp. 22–23, vol. 10, No. 28.

The 28 Runners Declared for Open Software Foundations, Distributed Computing Stakes, Computergram International, No. 1301, CGI11909912, Nov. 9, 1989.

Some Platforms (Theory of Self–Organizing Systems), Release 1.0, vol. 89, No. 6, Jun. 27, 1989, pp. 12–16.

Self–Organizing Systems (Overview of Detailed Examples of Self–Organizing Systems, Includes related article About the Importance of Self–Organizing Systems), Release 1.0, vol. 89, No. 6, Jun. 27, 1989, pp. 1–9.

IBM–Funded Startup Developing Unix Add–On, PC Week, vol. 6, No. 22, Jun. 5, 1989, p. 40.

Uniting File Systems; Experimental Large Scale, Distributed File Systems Are Now Being Created (included related article on the History of the AFS Project), UNIX Review, vol. 7, No. 3, Mar. 1989, pp. 61–70.

IBM Backs Transarc, Formed to Offer Andrew File System Distributed Unix Database, Computergram International, No. 1180, CGI05190001, May 19, 1989.

A Comparative Analysis of Disk Scheduling Policies, by Toby J. Reorey and Tad B. Pinerton, Communications of the ACM, Mar. 1972, vol. 15, No. 3, pp. 177–184.

Disk Scheduling: FCFS vs. SSTF Revisited, by Micha Hofri, Communications of the ACM, Nov. 1980, vol. 23, No. 11, pp. 645–653.

Using Multiple Replica Classes to Improve Performance in Distributed System, by Peter Triantafillou and David Tayloer, The 11th International Conference on Distributed Computing Systems, May 20–24, 1991, pp. 420–428.

Government Computer News, Oct. 9, 1987, Richard A. Damca, *Microcomputing* "Patch Fault Tolerance: A Strong Second Team," vol. 7, Issue 149 P27(2), Dec. 17, 1990.

Computer Reseller, Feb. 19, 1990, Joel Shore, *Mirrored Servers' a reality*, pp. 51, 52, 62.

Infoworld Articles, Mar. 12, 1990, *Vendors Offer Mirroring Solutions* P(31).

Wilkinson, *Compact and Novell team for fault tolerance: mirrored servers to cut down on costly downtime*, Article MIS Week, vol. 11, Issue 7, Feb. 12, 1990.

Article PC Week, vol. 4, Issue 37, Sep. 15, 1987, Matt Kramer, *Fault–Tolerant LANS Guard Against Malfunction, Data Loss.*

"The DASD Time Bomb," Datamation, vol. 32, Mar. 1, 1986, P63(4), Alper, Alan.

Symmetrix Remote Data Facility (SRDF) Product Guide, P/N 200–999–554 Rev A, EMC Corporation, Hopkinton, Mass., Sep. 1994, 105 pages [EMCP 00003686–379].

"Symmetrix Remote Data Facility Data Sheet, Symmetrix-resident Software Feature to extend mirroring capabilities," EMC Corporation, Hopkinton, Mass., Apr. 1995, 4 pages [EMCP 00010741-10741].

"When Data is Lost in Minutes, its an Act of God. When Data is Recovered in Minutes, its an Act of EMC." EMC Corporation, Hopkinton, Mass., 1994, one page [EMCP 00003903].

"EMC Ships Mainframe Disaster Recovery Solution that Restores Data in Minutes," News from EMC Corporation, EMC Corporation, Hopkinton, Mass., Oct. 3, 1994, two pages [EMCP 00003921-3922].

"Asset Protection: Disk-Based Approach Makes Disaster Recovery More Efficient, Ensures Business Continuity," EMC Corporate Information, EMC Corporation, Hopkinton, Mass., 5 pages [EMCP 00003916-3920].

"EMC Ships Continuously-Available Disk-Based Disaster Recovery Solution," News from EMC Corporation, EMC Corporation, Hopkinton, Mass., Oct. 3, 1994, 4 pages [EMCP 00003923- 8926].

"Symmetrix Remote Data Facility: Taking the disaster out of disaster recovery," Brochure, EMC Corporation, Hopkinton, Mass., Sep. 1994, 8 pages [EMCP 00003908-3915].

"Symmetrix Remote Data Facility: EMC redefines disaster recovery," Brochure, EMC Corporation, Hopkinton, Mass., Sep. 1994, 4 pages [EMCP 00003904-3907].

"EMC Introduces Symmetrix 5500 Continuous Operation Disk Storage for Mission Critical IBM Mainframe Market," News from EMC Corporation, Hopkinton, Mass., Nov. 10, 1992, 3 pages.

"MCI Deploys New Fast Data Transfer Technology from EMC," News from EMC Corporation, Hopkinton, Mass., May 22, 1995, 2 pages [EMCP 00007520-7521].

"EMC Agreement with Data Switch to Promote Long Distance Disaster Recovery," News from EMC Corporation, EMC Corporation, Hopkinton, Mass., Nov. 30, 1994, 2 pages [EMCP 00007516-7517].

"EMC and Comdisco to Benchmark Data Mirroring Capability," News from EMC Corporation, EMC Corporation, Hopkinton, Mass., Jan. 24, 1995, 2 pages [EMCP 00007518-7519].

"EMC Ships Mainframe Disaster Recovery Solution that Restores Data in Minutes," News from EMC Corporation, EMC Corporation, Hopkinton, Mass., Oct. 3, 1994, 2 pages [EMCP 00007514-7515].

N. S. Prasad, "IBM Mainframes: Architecture and Design," McGraw-Hill Book Company, New York, N.Y., 1989, pp. 58-73 and 182-196.

"The IBM 3390 Storage Control Reference," No. GA32-0099-04, International Business Machines Corporation, Tucson, Arizona, 1991, pp. 1-304.

Patterson et al., "A Case for Redundant Arrays of Inexpensive Disks (RAID)," Report No. UCB/CSD 87/391, Computer Science Division (EECS), University of California, Berkeley, California, Dec. 1987, pp. 1-24.

Patterson et al., "Introduction to Redundant Arrays of Inexpensive Disks (RAID)," COMPCON 89 Proceedings, Feb. 27-Mar. 3, 1989, IEEE Computer Society, pp 112-117.

Ousterhout et al., "Beating the I/O Bottleneck: A Case for Log-Structured File Systems," Operating Systems Review, vol. 23, No. 1, ACM Press, Jan., 1989, pp. 11-28.

Douglis et al., "Log Structured File Systems," COMPCON 89 Proceedings, Feb. 27-Mar. 3, 1989, IEEE Computer Society, pp. 124-129.

Rosemblum et al., "The Design and Implementation of a Log-Structured File System," ACM Transactions on Computer Systems, vol. 1, Feb. 1992, pp. 26-52.



10
SITE A
HOST A
12
SIGNAL PATH, 18
PRIMARY DATA STORAGE SYSTEM, 14
CONTROLLER, 16
CHANNEL ADAPTOR
26
CACHE
28
INTERNAL BUS, 38
DATA DIRECTOR
32
DISK ADAPTOR
36
DISK ADAPTOR
30
SIGNAL PATH, 24
STORAGE DEVICE
PRIMARY
SECONDARY
LOCAL
20
22a
22b
22c
SERVICE PROCESSOR
34
OPTIONAL
OPTIONAL
COMMUNICATIVE LINK, 40
SIGNAL PATH, 63
SIGNAL PATH, 58
SIGNAL PATH, 60
REMOTE SITE B
HOST B
52
REMOTE SITE C
HOTSITE CPU
56
CHANNEL ADAPTOR
54
DATA DIRECTOR
68
CACHE
64
COMMUNICATION BUS, 70
DISK ADAPTOR
66
DISK ADAPTOR
42
CONTROLLER, 44
STORAGE DEVICE
PRIMARY
SECONDARY
LOCAL
48
50a
50b
50c
SERVICE PROCESSOR
62
SECONDARY DATA STORAGE SYSTEM, 46

FIG. 1



100
1 BYTE
WRITE PENDING
FORMAT PENDING
SPARE
SPARE
M1
M2
M1
M2
A
B
A
B
102
104
106
108
110
112
114
116
INVALID TRACK
DEVICE PENDING
WRITE DISABLE DRIVE
SPARE
120
122
124
126
128
130
132
134
136

FIG. 2

FIG. 3



FIG. 4
210
SITE A
HOST A
HOST RM SOFTWARE
212
213
REMOTE SITE B
HOST B
HOST RM SOFTWARE
252
OPTIONAL
218
219
258
259
CACHE
CHANNEL ADAPTER
CHANNEL ADAPTER
LINK ADAPTER
LINK ADAPTER
DISK ADAPTER
DISK ADAPTER
DISK DRIVE
SERVICE PROCESSOR
INTEGRATED CACHED DISK ARRAY
PRIMARY DATA STORAGE SYSTEM, 214
SECONDARY DATA STORAGE SYSTEM, 246
220
223a
223b
223c
223d
225
226
227
228
229
230
231
234
236
237
238
239
240
241
263
265

INTEGRATED CACHED DISK ARRAY
301
LINK ADAPTER
302
LINK ADAPTER
303
REPEATER
307
REPEATER
310
PRIVATE FIBER OR COMMON CARRIER
309
312
REPEATER
308
REPEATER
311
INTEGRATED CACHED DISK ARRAY
304
LINK ADAPTER
305
LINK ADAPTER
306
INTEGRATED CACHED DISK ARRAY
321
LINK ADAPTER
322
LINK ADAPTER
323
ESCON TO T3/E3 CONVERTER
327
ESCON TO T3/E3 CONVERTER
330
T3/E3 CIRCUITS
329
332
ESCON TO T3/E3 CONVERTER
328
ESCON TO T3/E3 CONVERTER
331
INTEGRATED CACHED DISK ARRAY
324
LINK ADAPTER
325
LINK ADAPTER
326

FIG. 5

FIG. 6

FIG. 7
HOST DATA ACCESS
401
WRITE ACCESS ?
NO
YES
402
LOCAL VOLUME ?
NO
YES
405
SYNCHRONOUS MODE ?
YES
NO
408
LOCAL VOLUME ?
YES
NO
409
WRITE TO CACHE AND UPDATE TRACK TABLES
403
ACCESS CACHE; ACCESS DISK IF DATA IS NOT IN CACHE
410
TRANSMIT DEVICE END TO HOST
404
TRANSMIT DATA AND DEVICE END TO HOST
END
411
REMOTE WRITE TO VOLUME PENDING ?
NO
YES
412
SUSPEND AND RESUME CURRENT WRITE TASK
406
REMOTE WRITE TO VOLUME PENDING ?
NO
YES
407
SUSPEND AND RESUME CURRENT READ TASK
A
TO FIG. 8



A
FROM FIG. 7
414
WRITE TO CACHE AND UPDATE TRACK TABLES
415
WRITE DATA TO FIFO LINK TRANSMISSION QUEUE
416
SYNCHRONOUS MODE ?
NO
TRANSMIT DEVICE END TO HOST
417
YES
418
SUSPEND CURRENT WRITE TASK
419
HAS REMOTE ACKNOWLEDGED WRITE ?
NO
YES
420
UPDATE TRACK TABLES
421
SYNCHRONOUS MODE ?
YES
TRANSMIT DEVICE END TO HOST
422
NO
END

FIG. 8



431
REMOTE WRITE TO VOLUME PENDING ?
NO
YES
432
ADAPTIVE COPY ?
YES
NO
433
IS WRITE TO REMOTE BEHIND BY ≥ SKEW TRACKS ?
NO
YES
434
SUSPEND AND RESUME CURRENT READ/WRITE TASK

*FIG. 9*



SECONDARY (R2) VOLUME STATE CHANGE REQUESTED
440
REMOTE MIRRORING TO R2 SUSPENDED ?
NO
C
YES
B
441
SYNC REQUIRED ?
NO
YES
443
R1 & R2 SYNCHRONIZED ?
YES
442
PERFORM THE STATE CHANGE
NO
C
444
STATE CHANGE TO READ-WRITE REQUESTED ?
YES
445
SET THE STATE TO "NOT READY" AND REPORT "NOT READY" TO THE HOST
NO
B
RETURN

FIG. 10



CHANNEL ADAPTER
451
FAILURE OF ALL LINKS ?
YES
452
ALL-LINKS DOMINO MODE ?
YES
NO
NO
454
FAILURE TO COMPLETE WRITE OPERATION TO R1 AND R2 VOLUMES ?
YES
455
VOLUME DOMINO MODE ?
YES
NO
NO
456
R1 OR R2 ACCESSIBLE ?
NO
YES
458
FAILURE TO READ R1 ?
YES
NO
457
CONTINUE PROCESSING WITH ACCESSIBLE VOLUME
459
FAILURE TO READ R2 ?
YES
NO
CONTINUE
453
PRESENT "INTERVENTION REQUIRED" TO HOST OPERATING SYSTEM

FIG. 11



FIG. 12
210
212
291
292
APPLICATION-BASED RECOVERY PROGRAM
APPLICATION
HOST
246
296
294
R2 DATA FILE
293
R2 LOG FILE
SECONDARY (R2) VOLUMES
SECONDARY DATA STORAGE SYSTEM
240
LINKS
241
214
295
292
RI DATA FILE
291
RI LOG FILE
PRIMARY (R1) VOLUMES
PRIMARY DATA STORAGE SYSTEM



FROM FIG. 13B
M
APPLICATION-BASED RECOVERY PROGRAM
PRIMARY DATA STORAGE SYSTEM
641
PRIMARY SYSTEM FAILURE ?
YES
NO
643
R2 LOG FILE CORRUPTED ?
YES
NO
644
USE R2 LOG FILE TO UPDATE R2 DATA FILE
646
R1 VOLUME FAILURE ?
YES
NO
647
COPY SECONDARY (R2) TO PRIMARY (R1)
ALLOCATE NEW R2 LOG FILE
645
648
R2 VOLUME FAILURE ?
YES
NO
649
COPY PRIMARY (R1) TO SECONDARY (R2)
CONTINUE
TO FIG. 13B
D

FIG. 13A



FIG. 13B
D
FROM FIG. 13A
650
ALL -LINKS FAILURE ?
CONTINUE
651
CONTINUE PRIMARY SYSTEM PROCESSING
652
LINK RE-ESTABLISHED ?
NO
YES
653
CAN ALL UPDATES BE TRANSFERRED TO R2 LOG FILE BEFORE R2 DATA FILE ?
YES
654
TRANSFER UPDATES TO R2 LOG AND DATA FILES
CONTINUE
655
SAVE R2 LOG AND DATA FILE
656
COPY R1 LOG AND DATA FILES TO NEW R2 FILES
657
PRIMARY SYSTEM FAILURE ?
NO
CONTINUE
YES
658
RESTORE SAVED R2 LOG AND DATA FILES
M
TO FIG. 13A



MIGRATE ACTIVE VOLUME
471
CONFIGURE ACTIVE VOLUME AS A PRIMARY VOLUME, AND CONFIGURE A NEW, INVALID VOLUME AS A CORRESPONDING SECONDARY (R2) VOLUME
472
CLEAR CHANGED TRACK BITMAP (SWITCH)
473
ENABLE CHANGED TRACK IDENTIFICATION IN THE CLEARED HALF OF THE BITMAP ARRAY
474
COPY ALL TRACKS OF THE PRIMARY (R1) VOLUME TO THE SECONDARY (R2) VOLUME
475
CLEAR CHANGED TRACK BITMAP (SWITCH).
E
E
476
INVERT SWITCH TO BEGIN CHANGED TRACK IDENTIFICATION IN THE CLEARED HALF OF THE BITMAP ARRAY
477
COPY THE CHANGED TRACKS OF THE PRIMARY (R1) VOLUME, AS INDICATED IN BITMAP (SWITCH), TO THE SECONDARY (R2) VOLUME, AND COUNT THE NUMBER OF COPIED TRACKS
478
DISPLAY NUMBER OF COPIED TRACKS
479
NUMBER >THRESH. ?
YES
NO
F
TO FIG. 15

FIG. 14



F
FROM FIG. 14
480
SUSPEND HOST PROCESSING WITH THE PRIMARY (R1) VOLUME
481
COPY THE CHANGED TRACKS OF THE PRIMARY (R1) VOLUME, AS INDICATED IN BITMASK (SWITCH), TO THE SECONDARY (R2) VOLUME
MIGRATION IS FINISHED, THE PRIMARY (R1) AND SECONDARY (R2) VOLUMES ARE SYNCHRONIZED, AND PROCESSING MAY RESUME USING EITHER OF THE VOLUMES AS A PRIMARY VOLUME
HOST WRITE
601
PRIMARY VOLUME ?
NO
YES
602
SET REMOTE WRITE PENDING BIT
603
REMOTE INVALID BIT SET ?
YES
NO
604
SET REMOTE INVALID BIT
605
INCREMENT REMOTE INVALID TRACK COUNT
606
WRITE TO VOLUME
END

FIG. 15

FIG. 16



ACTIVE MIGRATION
611
SET REMOTE INVALID BITS FOR THE (R2) VOLUME
612
SET REMOTE INVALID TRACK COUNT TO NO. OF TRACKS IN SECONDARY (R2) VOLUME
613
SET TRACK POINTER TO FIRST TRACK
SET TRACK POINTER TO NEXT TRACK
621
REMOTE INVALID BIT SET ?
614
NO
K
YES
615
CLEAR REMOTE WRITE PENDING BIT
616
COPY TRACK FROM PRIMARY (R1) TO SECONDARY (R2) VOLUME
617
REMOTE WRITE PENDING BIT SET ?
NO
YES
K
618
CLEAR REMOTE INVALID BIT
619
DECREMENT REMOTE INVALID TRACK COUNT
K
620
POINTER AT LAST TRACK ?
NO
YES
622
INVALID TRACK COUNT = 0 ?
YES
NO
623
INVALID TRACK COUNT > THRESH. ?
YES
NO
SUSPEND HOST PROCESSING
624
MIGRATION IS FINISHED. THE PRIMARY (R1) AND SECONDARY (R2) VOLUMES ARE SYNCHRONIZED

FIG. 17

SECONDARY DATA STORAGE SYSTEM 246

240

LINK ADAPTER 236

239

CACHE 228

LINK BUFFER 505

LINK QUEUE 504

LRU QUEUE 503

LOGICAL TRACKS OF DATA 502

VOLUME & TRACK TABLES 501

HOST 212

HOST RM SOFTWARE 213

218

CHANNEL ADAPTER 226

238

239

CHANNEL ADAPTER 230

DISK DRIVE 223a

FIG. 18



FIG. 19
CHANNEL ADAPTER
Q
FROM FIG. 20
RECEIVE HOST CHANNEL COMMAND
521
522
REMOTE WRITE ?
NO
YES
523
PERFORM COMMAND
524
END OF CHAIN ?
YES
NO
525
SEND DEVICE END TO HOST
526
GET AN ENTRY FOR THE LINK QUEUE
527
SUSPEND FOR SYNC MODE ?
YES
NO
SUSPEND AND RESUME
528
529
PUT ENTRY ON THE LINK QUEUE
530
REMOTE WRITE OF RECORD IN CACHE, SETTING LOCAL AND REMOTE WRITE PENDING FLAGS, AND ACCUMULATE INFORMATION IN THE LINK BUFFER
G
531
END OF CHAIN ?
YES
NO
TO FIG. 20
P
532
RECEIVE HOST CHANNEL COMMAND
533
REMOTE WRITE ?
YES
NO
PERFORM COMMAND
534
G



P
FROM FIG. 19
RELEASE LINK QUEUE ENTRY
535
PERFORM STEPS 416 TO 422 AS SHOWN IN FIG. 8 TO SEND DEVICE END TO HOST
536
Q
TO FIG. 19

*FIG. 20*



LINK ADAPTER
541
GET AND LOCK FIRST VALID LINK QUEUE ENTRY TO PROCESS
542
ASSEMBLE INFORMATION FOR THE HEADER OF A COMMAND TO TRANSMIT OVER THE LINK
543
BUILD A TRANSMISSION JOB FROM THE INFORMATION IN THE LINK BUFFER
544
ENTRY AT HEAD OF QUEUE ?
NO
YES
545
REMOVE ENTRY FROM HEAD OF LINK QUEUE; TIME OR SEQUENCE STAMP HEADER; EXECUTE JOB TO SEND COMMAND OVER THE LINK FROM CACHE IN A DMA OPERATION
S
S
546
SUSPEND AND RESUME
547
RECEIPT ACKNOWLEDGED ?
YES
NO
548
TIMEOUT ?
NO
YES
549
REPORT ERROR
550
RE-EXECUTE OR RE-DIRECT JOB
CONTINUE
551
REPORT RECEIPT OF ACKNOWLEDGMENT TO HOST ADAPTER
552
DE-ALLOCATE LINK QUEUE ENTRY AND LINK BUFFER MEMORY
END

FIG. 21



REMOTE WRITE RECORD
FIG. 22
W
561
TRACK IN CACHE ?
NO
YES
562
GET A NEW CACHE TRACK SLOT FROM THE LRU QUEUE
563
TRACK ON DISK ?
NO
YES
TO FIG. 23
X
YES
569
OVER-WRITE CACHE OPTION ?
YES
570
COMPRESS OPTION ?
NO
NO
564
COPY TRACK FROM DISK TO CACHE
FROM FIG. 23
Y
571
REMOTE WRITE PENDING ?
NO
YES
565
UPDATE TRACK TABLES TO POINT TO THE NEW CACHE TRACK SLOT
572
LOG IN CACHE ?
NO
W
YES
566
WRITE RECORD TO TRACK SLOT IN CACHE
573
GET A NEW CACHE TRACK SLOT FROM THE LRU QUEUE
567
SET LOCAL AND REMOTE WRITE PENDING FLAGS IN THE TRACK TABLES
574
COPY OLD TRACK INTO NEW CACHE TRACK SLOT
568
ACCUMULATE INFORMATION IN THE LINK BUFFER
RETURN



X
FROM
FIG. 22
575
REMOTE
WRITE
PENDING
?
NO
Y
TO
FIG. 22
YES
576
WRITE RECORD TO TRACK
SLOT IN CACHE
577
SET LOCAL WRITE PENDING
FLAGS IN THE TRACK TABLES
578
PRIOR
WRITE ON
LINK QUEUE
?
YES
RETURN
NO
579
ACCUMULATE INFORMATION
IN THE LINK BUFFER
RETURN

*FIG. 23*

# REMOTE DATA MIRRORING

## RELATED APPLICATION

This application is a continuation-in-part of U.S. patent application Ser. No. 08/052,039 filed Apr. 23, 1993, entitled REMOTE DATA MIRRORING (U.S. Pat. No. 5,544,347 issued Aug. 6, 1996), which is fully incorporated herein by reference.

## AUTHORIZATION PURSUANT TO 37 C.F.R § 1.17(e)

A portion of the disclosure of this patent document contains command formats and other computer language listings all of which are subject to copyright protection. The copyright owner, EMC Corporation, has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## FIELD OF THE INVENTION

This invention relates to data storage, and more particularly, to a system and method for automatically providing and maintaining a copy or mirror of data stored at a location geographically remote from the main or primary data storage device.

## BACKGROUND OF THE INVENTION

Nearly all data processing system users are concerned with maintaining back-up data in order to insure continued data processing operations should their data become lost, damaged, or otherwise unavailable.

Large institutional users of data processing systems which maintain large volumes of data such as banks, insurance companies, and stock market traders must and do take tremendous steps to insure back up data availability in case of a major disaster. These institutions recently have developed a heightened awareness of the importance of data recovery and back-up in view of the many natural disasters and other world events including the bombing of the World Trade Center in New York City.

Currently, data processing system users often maintain copies of their valuable data on site on either removable storage media, or in a secondary "mirrored" storage device located on or within the same physical confines of the main storage device. Should a disaster such as fire, flood, or inaccessibility to a building occur, however, both the primary as well as the secondary or backed up data will be unavailable to the user. Accordingly, more data processing system users are requiring the remote storage of back up data.

One prior art approach at data back-up involves taking the processor out of service while back-up tapes are made. These tapes are then carried off premises for storage purposes. Should access to the backed up data be required, the proper tape must be located, loaded onto a tape drive, and restored to the host system requiring access to the data. This process is very time consuming and cost intensive, both in maintaining an accurate catalog of the data stored on each individual tape, as well as storing the large number of tapes required to store the large amounts of data required by these institutions. Additionally and most importantly, it often takes twenty-four hours before a back-up tape reaches its storage destination during which time the back-up data is unavailable to the user.

Additionally, today's systems require a significant amount of planning and testing in order to design a data recovery procedure and assign data recovery responsibilities. Typically, a disaster recovery team must travel to the test site carrying a large number of data tapes. The team then loads the data onto disks, makes the required network connections, and then restores the data to the "test" point of failure so processing can begin. Such testing may take days or even weeks and always involves significant human resources in a disaster recovery center or back-up site.

Some providers of prior art data storage systems have proposed a method of data mirroring whereby one host Central Processing Unit (CPU) or processor writes data to both a primary, as well as a secondary, data storage device or system. Such a proposed method, however, overly burdens the host CPU with the task of writing the data to a secondary storage system and thus dramatically impacts and reduces system performance.

Accordingly, what is required is a data processing system which automatically and asynchronously, with respect to a first host system, generates and maintains a back-up or "mirrored" copy of a primary storage device at a location physically remote from the primary storage device, without intervention from the host which seriously degrades the performance of the data transfer link between the primary host computer and the primary storage device.

## SUMMARY OF THE INVENTION

This invention features a system which controls storing of primary data received from a primary host computer on a primary data storage system, and additionally controls the copying of the primary data to a secondary data storage system controller which forms part of a secondary data storage system, for providing a back-up copy of the primary data on the secondary data storage system which is located in a geographically remote location from the primary data storage system. For remote copying of data from one storage system to the other without host involvement, the primary and secondary data storage system controllers are coupled via at least one high speed communication link such as a fiber optic link driven by LED's or laser. The high speed communication link also permits one data storage system to read or write data to or from the other data storage system.

At least one of the primary and secondary data storage system controllers coordinates the copying of primary data to the secondary data storage system and at least one of the primary and secondary data storage system controllers maintains at least a list of primary data which is to be copied to the secondary data storage device.

Additionally, the secondary data storage system controller provides an indication or acknowledgement to the primary data storage system controller that the primary data to be copied to the secondary data storage system in identical form as secondary data has been received or, in another embodiment, has actually been written to a secondary data storage device.

Accordingly, data may be transferred between the primary and secondary data storage system controllers synchronously, when a primary host computer requests writing of data to a primary data storage device, or asynchronously with the primary host computer requesting the writing of data to the primary data storage system, in which case the remote data copying or mirroring is completely independent of and transparent to the host computer system.

At least one of the primary data storage system controller and the secondary data storage system controller maintains

a list of primary data which is to be written to the secondary data storage system. Once the primary data has been at least received or optionally stored on the secondary data storage system, the secondary data storage system controller provides an indication or acknowledgement of receipt or completed write operation to the primary data storage system.

At such time, the primary and/or secondary data storage system controller maintaining the list of primary data to be copied updates this list to reflect that the given primary data has been received by and/or copied to the secondary data storage system. The primary or secondary data storage system controllers and/or the primary and secondary data storage devices may also maintain additional lists for use in concluding which individual storage locations, such as tracks on a disk drive, are invalid on any given data storage device, which data storage locations are pending a format operation, which data storage device is ready to receive data, and whether or not any of the primary or secondary data storage devices are disabled for write operations.

In accordance with one aspect of the invention, the remote mirroring facility can operate in a specified one of a number of different remote mirroring operating modes for each volume. The operating modes include a synchronous mode, a semi-synchronous mode, an adaptive copy - write pending mode, and an adaptive copy-disk mode. The operating mode for each logical volume can be specified to best suit the purposes of the desired remote mirroring, the particular application using the volume, and the particular use of the data stored on the volume.

In the synchronous mode, data on the primary (R1) and secondary (R2) volumes are always fully synchronized at the completion of an I/O sequence. The data storage system containing the primary (R1) volume informs the host that an I/O sequence has successfully completed only after the data storage system containing the secondary (R2) volume acknowledges that it has received and checked the data. All accesses (reads and writes) to the remotely mirrored volume to which a write has been performed are suspended until the write to the secondary (R2) volume has been acknowledged.

In the semi-synchronous mode, the remotely mirrored volumes (R1, R2) are always synchronized between the primary (R1) and the secondary (R2) prior to initiating the next write operation to these volumes. The data storage system containing the primary (R1) volume informs the host that an I/O sequence has successfully completed without waiting for the data storage system containing the secondary (R2) volume to acknowledge that it has received and checked the data. Thus, a single secondary (R2) volume may lag its respective primary volume (R1) by only one write. Read access to the volume to which a write has been performed is allowed while the write is in transit to the data storage system containing the secondary (R2) volume.

The adaptive copy modes transfer data from the primary (R1) volume to the secondary (R2) volume and do not wait for receipt acknowledgment or synchronization to occur. The adaptive copy modes are responsive to a user-configurable skew parameter specifying a maximum allowable write pending tracks. When the maximum allowable write pending tracks is reached, then write operations are suspended, and in a preferred arrangement, write operations are suspended by defaulting to a predetermined one of the synchronous or asynchronous modes. In the adaptive copy - write pending mode, the write pending tracks accumulate in cache. In the adaptive copy - disk mode, the write pending tracks accumulate in disk memory.

In accordance with another aspect of the invention, there are provided a number of automatic and non-automatic recovery mechanisms. The recovery mechanism can be also selected on a logical volume basis for a desired level of data integrity and degree of operator or application program involvement. The invention also provides various options that provide a tradeoff between the degree of data integrity, cache loading, processing speed, and link traffic.

In one embodiment, cache loading and processing speed is enhanced by queuing pointers to data in cache for transmission to the link, and permitting pending write data to be overwritten in cache. Link traffic can also be reduced in this case, since obsolete write pending data need not be transmitted over the link. However, unless the remote mirroring is operated in the synchronous mode, data integrity is subject to the possibility of a "rolling disaster." In the rolling disaster, a remote mirroring relationship exists between the two data storage systems. All links break between the sites, and application processing continues using the primary (R1) volumes. The links are restored, and resynchronization commences by copying data from the primary (R1) volumes to the secondary (R2) volumes. Before resynchronization is finished, however, the primary volumes are destroyed, and the attempt at resynchronization has further corrupted the secondary volumes, due to the cache overwrite option.

The invention provides options other than the synchronous and semi-synchronous operating modes to avoid the "rolling disaster" possibility when performing automatic recovery. One option is to suspend processing whenever the host requests a write to write-pending data in cache. Another option is to log multiple versions of tracks containing remote pending data.

Another aspect of the present invention provides mechanisms for selectively inhibiting automatic or manual recovery when automatic or manual recovery would be inappropriate. In one embodiment, each write request transmitted over the link between the data storage systems includes not only the data for at least one track in the secondary (R2) volume to be updated but also the current "invalid track" count for the secondary (R2) volume as computed by the data storage system containing the corresponding primary (R1) volume. Therefore, once a disaster occurs that destroys the data storage system containing the primary (R1) volume, the data storage system containing the secondary (R2) volume has an indication of the degree of consistency of the secondary (R2) volume. The "invalid tracks" count can be used to determine an appropriate recovery operation for the volume, and can be used to selectively restrict read/write access to the volume when the user decides that synchronization should be required for a write access.

In a preferred embodiment, direct write access to a secondary (R2) volume is denied if remote mirroring is not suspended. When remote mirroring is suspended, direct write access to the secondary volume is still denied if a "sync required" attribute is set for the volume and the volume is not synchronized.

In accordance with another aspect of the invention, automatic recovery is selectively inhibited by domino modes. If a "volume domino mode" is enabled for a remotely mirrored volume pair, access to a volume of the remotely mirrored volume pair is denied when the other volume is inaccessible. In a "links domino mode," access to all remotely mirrored volumes is denied when remote mirroring is disrupted by an all-links failure.

The domino modes can be used to initiate application-based recovery in lieu of automatic recovery. In one application-based recovery scheme, an application program maintains a log file of all writes ("before" or "after" images)

to a data file. To ensure recovery, the application program always writes data to the primary (R1) copy of the log file before it is written to the primary (R1) copy of the data file. The degree of synchronization between the secondary (R2) and primary (R1) copies is selected so that the remote mirroring facility always writes data to the secondary (R2) copy of the log file before it is written to the secondary (R2) copy of the data file. Therefore, in the case of an all-links failure where host processing continues so far beyond the failure that all versions of the following updates are not retained, the secondary (R2) copy of the data file can be recovered if the primary (R1) copies are destroyed. In this case, if the secondary (R2) copy of the data file is corrupted, it is recovered using the changes recorded in the secondary (R2) copy of the log file.

In accordance with another aspect of the invention, the remote mirroring facility is provided with a migration mode which is active during host processing of a primary (R1) volume and iteratively copies updates from the primary (R1) volume to a secondary (R2) volume. Initially all data elements (tracks or records) of the secondary (R2) volume are marked as invalid. During each iteration, the data elements of the volume, such as tracks or records, are scanned for data elements that are invalid on the secondary (R2) volume. The next iteration copies from the primary (R1) volume to the secondary (R2) volume data elements having been invalidated by writes from the host during the previous iteration. A count of the number of data elements transferred during each iteration, or a count of the invalid data elements in the secondary volume, is kept in order to monitor convergence toward synchronization of the primary (R1) and secondary (R2) volumes. Host processing of the primary volume is suspended for a last iteration to obtain complete synchronization.

In accordance with another aspect of the invention, the host processor sends chains of channel commands to the data storage system containing a primary (R1) volume of a remotely mirrored volume pair. The data storage system containing the primary (R1) volume bundles the write data for all write commands in the chain into a single write command for transmission over a link to the secondary data storage system containing the secondary (R2) volume. The data storage system containing the primary (R1) volume decodes the channel commands to determine when it has received the last channel command in the chain, and once the last channel command in the chain is received, it transmits the bundle of write data for the chain over the link to the data storage system containing the secondary (R2) volume.

In accordance with yet another aspect of the invention, there is provided host remote mirroring software for permitting a system operator or host application program to monitor and control remote mirroring, migration, and recovery operations. The host remote mirroring software provides the capability of changing the configuration of the remotely mirrored volumes in the data processing system, suspending and resuming remote mirroring for specified remotely mirrored volume pairs, synchronizing specified remotely mirrored volume pairs and notifying the system operator or host application program when synchronization is achieved, invalidating or validating specified remotely mirrored volume pairs, and controlling or limiting the direction of data transfer between the volumes in a specified remotely mirrored pair.

The present invention therefore provides a data storage system which achieves nearly 100 percent data integrity by assuring that all data is copied to a geographically remote site, and in those cases when a back-up copy is not made due to an error of any sort, an indication is stored that the data has not been copied, but instead must be updated at a future time. The system operator or application programmer is free to choose a variety of remote mirroring and recovery operations best suited for a desired processing speed and level of data integrity.

Such a system is provided which is generally lower in cost and requires substantially less manpower and facilities to achieve than the prior art devices.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features and advantages of the present invention will be better understood when read together with the following drawings wherein:

FIG. 1 is a block diagram illustrating the system with remote data mirroring according to the present invention;

FIG. 2 is a schematic representation of a portion of an index or list maintained by the system of the present invention to determine various features including which primary data has been copied to a secondary disk;

FIG. 3 is a schematic representation of an additional list or index maintained by the system of the present invention to keep track of additional items including an invalid data storage device track, device ready status and write disable device status;

FIG. 4 is a block diagram showing a preferred construction for the remotely mirrored primary and secondary data storage systems and links;

FIG. 5 is a block diagram of a short distance option for linking two geographically separated data storage systems;

FIG. 6 is a block diagram of a long distance option for linking two geographically separated data storage systems;

FIG. 7 is a first portion of a flowchart showing the operation of a channel adapter when providing data access in the synchronous and semi-synchronous remote mirroring modes;

FIG. 8 is a second portion of the flowchart showing the operation of a channel adapter when providing data access in the synchronous and semi-synchronous remote mirroring modes;

FIG. 9 is a flowchart showing a modification of FIG. 7 for adaptive copy remote mirroring modes;

FIG. 10 is a flowchart showing operation of a data storage system when a host requests a state change to a secondary (R2) volume in the data storage system;

FIG. 11 is a flowchart showing operation of a channel adapter when responding to various failures depending on whether or not an "all-links domino mode" or a "volume domino mode" is enabled;

FIG. 12 is a block diagram illustrating the use of an application-based recovery program in a data processing system employing remotely-mirrored data storage systems;

FIGS. 13A and 13B together comprise a flowchart showing the invocation and execution of the application-based recovery program for the data processing system of FIG. 12;

FIG. 14 is a first portion of a flowchart showing an iterative routine for migrating a volume concurrent with host access to the volume;

FIG. 15 is a second portion of the flowchart begun in FIG. 14;

FIG. 16 is a flowchart showing how a channel adapter maintains remote write pending bits, remote invalid bits, and remote invalid track counts in the data processing system of FIG. 4;

FIG. 17 is a flowchart showing an iterative routine using the remote write pending bits, remote invalid bits, and remote invalid track counts for migrating a volume concurrent with host access to the volume;

FIG. 18 is a block diagram showing data structures in the cache memory of the data processing system of FIG. 4;

FIG. 19 is a first portion of a flowchart showing how a host processor bundles remote write commands from all of the channel command words (CCW) in a single CCW chain into a single write command transmitted over a link to a remote data storage system;

FIG. 20 is a second portion of the flowchart begun in FIG. 19;

FIG. 21 a flowchart showing the operation of a link adapter in the data processing system of FIG. 4;

FIG. 22 is a first portion of a flowchart of the operation of a channel adapter when writing a record to a primary (R1) volume located in the same data storage system containing the primary (R1) volume; and

FIG. 23 is a second portion of the flowchart begun in FIG. 22.

While the invention is susceptible to various modifications and alternative forms, specific embodiments thereof have been shown by way of example in the drawings and will be described in detail herein. It should be understood, however, that it is not intended to limit the invention to the particular forms disclosed, but to the contrary, the intention is to cover all modifications, equivalents, and alternatives falling within the scope of the invention as defined by the appended claims.

## DETAILED DESCRIPTION OF THE INVENTION

### A. Overview

The present invention features a system which provides a geographically remote mirrored data storage system which contains generally identical information to that stored on a primary data storage system. Utilizing such a system, data recovery after a disaster can be nearly instantaneous and may require little, if any, human intervention. Using the present system, the data is retrieved from a remote device through the host data processing system.

A system in accordance with the present invention is shown generally at **10**, FIG. **1**, and includes at site A, which is a first geographic location, a host computer system **12** as is well known to those skilled in the art. The host computer system **12** is coupled to a first and primary data storage system **14**. The host **12** writes data to and reads data from the primary data storage system **14**.

The primary data storage system **14** includes a primary data storage system controller **16** which receives data from the host **12** over data signal path **18**. The primary data storage system controller **16** is also coupled to a storage device **20** which may include a plurality of data storage devices **22*a*–22*c***. The storage devices may include disk drives, optical disks, CD's or other data storage devices. The primary system controller **16** is coupled to the storage device **20** by means of data signal path **24**.

The primary data storage system controller **16** includes at least one channel adapter (C.A.) **26** which is well known to those skilled in the art and interfaces with host processing system **12**. Data received from the host is typically stored in cache **28** before being transferred through disk adapter (D.A.) **30** over data signal path **24** to the primary storage device **20**. The primary data storage controller **16** also includes a data director **32** which executes one or more sets of predetermined micro-code to control data transfer between the host **12**, cache memory **28**, and the storage device **20**. Although the data director **32** is shown as a separate unit, either one of a channel adapter **26** or disk adapter **30** may be operative as a data director, to control the operation of a given data storage system controller. Such a reconfigurable channel adapter and disk adapter is disclosed in Applicant's U.S. Pat. No. 5,335,352 entitled RECONFIGURABLE, MULTI-FUNCTION DATA STORAGE SYSTEM CONTROLLER SELECTIVELY OPERABLE AS AN INPUT CHANNEL ADAPTER AND A DATA STORAGE UNIT ADAPTER and which is fully incorporated herein by reference.

The primary data storage system **14** according to one embodiment of the present invention also includes a service processor **34** coupled to the primary data storage system controller **16**, and which provides additional features such as monitoring, repair, service, or status access to the storage system controller **16**.

The primary data storage system controller **16** of the present invention also features at least a second disk adapter **36** coupled to the internal bus **38** of the primary data processing system controller **16**. The second disk adapter **36** is coupled, via a high speed communication link **40** to a disk adapter **42** on a secondary data storage system controller **44** of a secondary data storage system **46**. Such high speed, point-to-point communication links between the primary and secondary data processing system controllers **16** and **44** include a fiber optic link driven by an LED driver, per IBM ESCON standard; a fiber optic link driven by a laser driver, and optionally T1 and T3 telecommunication links. Utilizing network connections, the primary and secondary data storage system controllers **16** and **44** may be connected to FDDI networks, T1 or T3 based networks and SONET networks.

The secondary data storage system **46** is located at a second site geographically removed from the first site. For this patent application, "geographically removed site" means not within the same building as the primary data storage system. There are presently known data processing systems which provide data mirroring to physically different data storage systems. The systems, however, are generally within the same building. The present invention is directed to providing complete data recovery in case of disaster, such as when a natural disaster such as a flood or a hurricane, or man made disasters such as fires or bombings destroy one physical location, such as one building.

As in the case of the primary data storage system, the secondary data storage system **46** includes, in addition to the secondary data storage system controller **44**, a secondary data storage device **48** including a plurality of storage devices **50*a*–50*c***. The plurality of storage devices on the secondary data storage system **46**, as well as the primary data storage system **14**, may have various volumes and usages such as a primary data storage device **50*a*** which is primary with respect to the attached storage controller **44** and host **52** in the case of the secondary data storage system **46**, and the primary storage device **22*a*** which is primary with respect to the first or primary host **12** in the case of the primary data storage system **14**.

Additionally, each storage device, such as storage device **48**, may include a secondary storage volume **50*b*** which serves as the secondary storage for the primary data stored on the primary volume **22*a*** of the primary data storage system **14**. Similarly, the primary data storage system **14** may include a secondary storage volume **22*b*** which stores

primary data received and copied from the secondary site and data processing system 46 and host 52.

Additionally, each storage device 20, 48, may include one or more local volumes or storage devices 22c, 50c, which are accessed only by their locally connected data processing systems.

The secondary storage system controller 44 also includes at least a first channel adapter 54 which may receive data from an optionally connected secondary host 52 or an optionally connected hotsite host or CPU 56. Optionally, the primary host 12 may include a data signal path 58 directly into the channel adapter 54 of the secondary data storage system 46, while the optional secondary host 52 may include an optional data path 60 into the channel adapter 26 of the primary data storage system 14. Although the secondary host 52 illustrated in FIG. 1 is not required for remote data mirroring as described in the present patent application, such a host would be required for data retrieval if both the primary host 12 as well as the primary data storage system 14 would be rendered inoperative. Similarly, a hotsite host or CPU 56 may optionally be provided at a third geographically remote site to access the data stored in the secondary data storage system 46.

The high speed link 40 between the primary and secondary data storage systems 14 and 46 is designed such that multiple links between the primary and secondary storage system may be maintained for enhanced availability of data and increased system performance. The number of links is variable and may be field upgradeable. Additionally, the service processor 34 of the primary data storage system 14 and the service processor 62 of the secondary data storage system 46 may also be coupled to provide for remote system configuration, remote software programming, and a host base point of control of the secondary data storage system.

The secondary data storage system controller 44 also includes cache memory 64 which receives data from channel adapter 54 and disk adapter 42, as well as disk adapter 66 which controls writing data to and from secondary storage device 48. Also provided is a data director 68 which controls data transfer over communication bus 70 to which all the elements of the secondary data storage system controller are coupled.

An additional feature of the system of FIG. 1 is the ability to dynamically reconfigure channel adapters as disk adapters and disk adapters as channel adapters, as described in Applicant's U.S. Pat. No. 5,269,011 entitled DYNAMICALLY RECONFIGURABLE DATA STORAGE SYSTEM WITH STORAGE SYSTEM CONTROLLERS SELECTIVELY OPERABLE AS CHANNEL ADAPTERS OR STORAGE DEVICE ADAPTERS and which is fully incorporated herein by reference.

The primary and secondary data storage systems may optionally be connected by means of currently available, off-the-shelf channel extender equipment using bus and tag or ESCON interfaces.

B. Remote Mirroring Facility

The data storage system 10 of FIG. 1 is designed to provide the copying of data from a primary data storage system to a physically remote secondary data storage system transparent to the user, and external from any influence of the primary host which is coupled to the primary data storage system. The data storage system 10 is designed to operate in at least two modes, the first being a real-time or synchronous mode wherein the primary and secondary storage systems must guarantee that the data exists and is stored in two physically separate data storage units before input/output completion; that is, before channel end and device end is returned to the primary host. Alternatively, the data storage system 10 is designed to operate in a point-in-time or asynchronous mode wherein the data is copied to the remote or secondary data storage system asynchronously from the time when the primary or local data processing system returns the input/output completion signal (channel end and device end) to the primary host. This eliminates any performance penalty if the communication link between the primary and secondary data storage systems is too slow, but creates the additional needs to manage the situation where data is not identical or in "sync" between the primary and secondary data storage systems.

Thus, in the real time or synchronous mode, the primary data storage system automatically controls the duplication or copying of data to the secondary data storage system controller transparently to the primary host computer. Only after data is safely stored in both the primary and secondary data storage system, as detected by an acknowledgement from the secondary storage system to the primary storage system, does the primary data storage system acknowledge to the primary host computer that the data is synchronized. Should a disaster or facility outage occur at the primary data storage system site, the user will simply need to initialize the application program in the secondary data storage system utilizing a local host (52) or a commercial hotsite CPU or host 56.

The link between the primary and secondary storage system controllers 14 and 46 may be maintained in a unidirectional mode wherein the primary data storage system controller monitors and controls data copying or mirroring. Alternatively, a bi-directional implementation may be used wherein either controller can duplicate data to the other controller, transparently to the host computer. Should a disaster or facilities outage occur, recovery can be automatic with no human intervention since the operational host computer already has an active path (40, 58, 60) to the data through its local controller. While offering uninterrupted recovery, performance will be slower than in an unidirectional implementation due to the over head required to manage intercontroller tasks.

In the second, point-in-time or asynchronous mode of operation, the primary data storage system transparently duplicates data to the secondary data storage system after the primary data storage system acknowledges to the host computer, via channel end and device end, that the data has been written to the storage device and the input/output operation has been completed. This eliminates the performance impact of data mirroring over long distances. Since primary and secondary data are not synchronized, however, the primary data storage system must maintain a log file of pending data which has yet to be written to the secondary data storage device. Such data may be kept on removable, non-volatile media, in the cache memory of the primary or secondary data storage system controller as will be explained below, or in the service processor 34, 62 of the primary or secondary data storage system.

Accordingly, a feature of the data storage system 10 is the ability of a data storage system to control the transfer or copying of data from a primary data storage system to the secondary data storage system, independent of and without intervention from one or more host computers. Most importantly, in order to achieve optimum data mirroring performance, such data mirroring or copying should be performed asynchronously with input/output requests from a host computer. Accordingly, since data will not be immediately synchronized between the primary and secondary data

storage systems, data integrity must be maintained by maintaining an index or list of various criteria including a list of data which has not been mirrored or copied, data storage locations for which a reformat operation is pending, a list of invalid data storage device locations or tracks, whether a given device is ready, or whether a device is write-disabled. Information must also be included as to the time of the last operation so that the data may later be synchronized should an error be detected.

A feature of the system of FIG. 1 is that both the primary or secondary data storage systems maintain a table of the validity of data in the other storage system. As disclosed in U.S. Pat. No. 5,206,939 entitled SYSTEM AND METHOD FOR DISK MAPPING AND DATA RETRIEVAL and which is fully incorporated herein by reference, the present system maintains a list or index, utilizing one or more flag bits, in a hierarchical structure, on each physical and logical data storage device.

In the system of FIG. 1, however, such information is kept on both devices for each individual system as well as the other data storage system. Thus, as illustrated in FIG. 2 in the partial list or table **100**, each data storage system maintains an indication of write or copy pending **102** of both the primary data (M1) **104**, and the secondary data (M2) **106**. Similarly, an index is maintained of a pending format change since a disk format change may be accomplished. The format pending bits **108** including a first primary bit **110** and a second secondary bit **112** indicate that a format change has been requested and such change must be made on the disk.

Thus, when a host computer writes data to a primary data storage system, it sets both the primary and secondary bits **104**, **106** of the write pending bits **102** when data is written to cache. For these examples, the M1 bit will refer to the primary data storage system and the M2 bit will refer to the secondary data storage system. When the primary data storage system controller's disk adapter writes the data to the primary data storage device, it will reset bit **104** of the write pending indicator bits **102**. Similarly, once the secondary data storage system has written the data to the secondary data storage device, the secondary data storage write pending indicator bit **106** will be reset.

The service processors in one embodiment of the present invention will periodically scan the index table for write pending indicator bits and invoke a copy task which copies the data from the primary data storage device to the secondary data storage device. In addition, one or more of the spare index or table bits **114**, **116** may be utilized to store other data such as time stamp, etc.

In addition to the write pending and format pending bits described above, the data storage system **10** also includes several additional general purpose flags to assist in error recovery. As shown in FIG. 3, invalid track flags **120** including primary bit **122** and secondary bit **124** are utilized and maintained on each data storage device to indicate that the data storage location such as a track, does not contain valid data. Another background task running on the data storage system such as in the service processor or storage system controller constantly checks invalid track bits on each data storage device, and if a bit is found to be set, the copy task is invoked to copy the data from the known good device to the device with the invalid flag track set. Additional flags may be provided such as the device ready flags **126** including bits **128** and **130** which serve to indicate that the device is ready. Similarly, write disable flags **132** may be provided which indicate that a particular primary device or drive **134** or secondary device or drive **136** can presently not be written to. Data can still be copied to the good or enabled drive and then later copied to the disabled drive. If one drive or device is bad, the present invention will set all tracks of that drive as not valid to later cause a copy of all the data.

Accordingly, each data storage device keeps data validity information about its mirrored device. If for some reason a device is not accessible, either the primary or the secondary device, every new write command goes to the accessible mirrored device along with information that the not accessible device has a track which is not valid. As soon as the non-accessible device becomes accessible, then automatically, as a background operation, the drives re-synchronize. In the case when a specific track is not shown on both the primary and secondary storage system, an indication of such will be assigned and the user will be alerted. A utility operating on the service processors will give the user a report of all the non-valid (out of sync) tracks. This report can be transferred from one site to another over the link **63**, FIG. 1, that connects the two service processors **34**, **62**.

C. Communication Link Options

As introduced above with respect to FIG. 1, the disk adapters **36** and **42** are configured for interconnecting the primary data storage system **14** to the secondary storage system via the high-speed link **40**. Further details of various link options are shown in FIGS. **4** to **6**.

FIG. **4** shows a data processing system **210** having a host central processing unit **212**, a primary data storage system **214**, and a secondary data storage system **246**. In the preferred construction shown in FIG. 4, the primary and secondary data storage systems **214**, **246** are integrated cached disk arrays having dual, redundant internal and external data links. In particular, the primary data storage system **214** has dual internal busses **238**, **239** from a dual-port cache **228**, dual channel adapters **226**, **227**, dual disk adapters **230**, **231**, and dual link adapters **236**, **237**. The host **212** at site A is connected to each of the dual channel adapters **226**, **227** via respective channel links **218**, **219**. The secondary data storage system **246** is connected to the dual link adapters **236**, **237** in the primary data storage system **214** via respective communicative links **240**, **241**. The secondary data storage system **246** is also connected to the primary data storage system via dual signal paths **263**, **265** from a dual-port service processor **234**.

Data storage **220** in the primary data storage system **214** is provided by an array of dual-port disk drives **223a**, **223b**, **223c**, **223d**. Each of the disk drives **223a**, **223b**, **223c**, **223d**, is connected to each of the disk adapters **230**, **231** by a respective fiber channel loop **225**, **229**. For increased data storage capacity, additional disk drives could be inserted into the fiber channel loops **225**, **229**, and additional disk adapters could be included in the primary data storage system to accommodate additional fiber channel loops of additional disk drives.

As shown in FIG. 4, the secondary data storage system **246** preferably has the same construction as the primary data storage system **214**, and could be linked to the host central processing unit **212** via redundant signal paths **258**, **259**. The data processing system **210** in FIG. **4** can be configured for remote mirroring from a user interface of the service processor **234** in the primary data storage system. The host central processing unit **212** can also be provided with optional host remote mirroring (RM) software **213** so that the data processing system can be configured and monitored from a user interface of the host central processing unit. Host

application programs can also interface with the remote mirroring facility of the data storage systems **214**, **246** via the optional host remote mirroring (RM) software **213**. An optional host central processing unit **252** could be located at the remote site of the secondary data storage system **246**, and linked to each of the primary and secondary data storage systems **214**, **246** via redundant signal paths.

The communication links **240**, **241** from the dual link adapters **236**, **237** are preferably IBM ESCON standard fiber-optic links. An ESCON fiber-optic link, with continuous optical fiber, can link primary and secondary data storage systems spaced by up to 3 kilometers apart. ESCON links between primary and secondary storage units can be extended by repeaters or interfaces to T3 or E3 circuits. In practice, it is desirable to standardize link configurations to two options; namely, a relatively short distance option for distances up to about 60 kilometers (37.5 miles) between the primary and secondary storage units, and a relatively long distance option for distances greater than about 60 kilometers between the primary and secondary data storage systems. In each case, each link adapter has a standard two-port IBM specification LED multimode ESCON interface. It is desirable to provide a minimum of two and a maximum of at least eight link adapters in each data storage system.

Shown in FIG. **5** is the short distance option for interconnecting an integrated cached disk array **301** having link adapters **302**, **303** to a remote integrated cached disk array **304** having link adapters **305**, **306**. Repeaters **307**, **308** interface the ESCON channels from each of the link adapters **302**, **305** to a private fiber or leased common carrier circuit **309** providing a static connection. In a similar fashion, repeaters **310**, **311** interface the ESCON channels from each of the link adapters **303**, **306** to a private fiber or leased common carrier circuit **312** providing a static connection. The repeaters **306**, **307**, **310**, **311** are IBM 9032/9033 ESCON Directors or 9036 Remote Channel Extenders. These standard ESCON Directors or Remote Channel Extenders may be used in multiple 20 kilometer hops. In general, for the short distance option, the links can be any combination of multimode fiber, ESCON Directors, Remote Channel Extenders, and single-mode fiber to achieve the maximum link distance of 60 km.

Shown in FIG. **6** is the long distance option for interconnecting an integrated cached disk array **321** having link adapters **322**, **323** to an integrated cached disk array **324** having link adapters **325**, **326**. ESCON to T3/E3 converters **327**, **328** interface the ESCON channels from each of the link adapters **322**, **325** to a T3 or E3 circuit **329**. In a similar fashion, repeaters **330**, **331** interface the ESCON channels from each of the link adapters **303**, **306** to a T3 or E3 circuit **332**. A suitable ESCON to T3/E3 converter may include Data Switch Corporation Model 9800 MAX (Multiple Architecture Extender). The 9000 MAX accepts up to four ESCON inputs, and multiplexes the data across 1 or 2 lines. T3 and E3 are copper or fiber-based telecommunications circuit. T3 is available in North America, and E3 is available in Europe. T3 has a bandwidth of 44.5 megabits per second, and E3 has a bandwidth of 34.5 megabits per second. A T3 or E3 circuit is sometimes referred to as "broad band". A T3/E3 circuit can be "fragmented", subdivided for multiple application or user access, or be dedicated point-to-point.

Data channels between a host and a storage system remote from the host can be constructed in a fashion similar to the links shown in FIG. **5** or **6**.

D. Initial Synchronization

Once the physical links are established between the primary and secondary data storage systems, and the user specifies which logical storage devices or volumes are to be remotely mirrored, appropriate microcode is loaded into the data storage systems. It is also possible that the primary and secondary logical volumes could also be configured for local mirroring for enhanced redundancy. Alternatively, local redundancy could employ techniques for distributing the data bits of each byte or word of data in a logical device or volume across a multiplicity of physical disk drives in various ways known as levels of RAID (redundant arrays of inexpensive disks).

RAID techniques are described in the following publications: Patterson et al., "A Case for Redundant Arrays of Inexpensive Disks (RAID)," Report No. UCB/CSD 87/391, Computer Science Division (EECS), University of California, Berkeley, Calif., December 1987 (pages 1 to 24); Patterson et al., "Introduction to Redundant Arrays of Inexpensive Disks (RAID)," COMPCON 89 Proceedings, Feb. 27–Mar. 3, 1989, IEEE Computer Society, pp. 112–117; Ousterhout et al., "Beating the I/O Bottleneck: A Case for Log-Structured File Systems," Operating Systems Review, Vol. 23, No. 1, ACM Press, January, 1989, pp. 11–28; Douglis et al., "Log Structured File Systems," COMPCON 89 Proceedings, Feb. 27–Mar. 3, 1989, IEEE Computer Society, pp. 124–129; and Rosemblum et al., "The Design and Implementation of a Log-Structured File System," ACM Transactions on Computer Systems, Vol. 1, Feb. 1992, pp. 26–52; which are all incorporated herein by reference.

As soon at the communication links are established to interconnect the primary and secondary data storage systems, synchronization of the primary and secondary storage devices or logical volumes begins, and data is copied from the primary (R1) devices to the secondary (R2) devices. While this initial synchronization is occurring, host application input/output may be addressed to the primary (R1) devices. Typically, this application input/output is given precedence over the initial synchronization activity.

E. Multiple Simultaneous Operating Modes for the Remote Mirroring Facility

It is advantageous to provide the remote mirroring facility in the system **210** of FIG. **4** with multiple simultaneous operating modes best suited for the purposes of the desired remote mirroring. For example, remote mirroring may be used for data migration as well as for disaster recovery, and specific operating modes will be described that are best suited for data migration, and others will be described that are best suited for disaster recovery. Data migration, for example, typically occurs when a data center is moved from one geographic location to another, or when an old data storage system is replaced with a new data storage system.

Specific operating modes will also be described that are best suited for particular application programs. Different application programs, for example, may have different requirements for criticality of data integrity. Certain application programs may have specific procedures, such as transaction processing or journaling facilities, for ensuring data integrity relatively independent of the data integrity of the data storage systems.

The suitability of remote mirroring may also depend on the particular use or purpose of a dataset. Data bases, logs, catalogs, system residence volumes, and program libraries are excellent candidates for remote mirroring. Multiple logs when placed on separate logical volumes on different physical devices also aid business operations recovery in the event of a disaster. Page, spool, work, and sort datasets, however, are poor remote mirroring candidates as they are write-intensive often to only a small number of volumes.

To provide multiple simultaneous remote mirroring operating modes for specific applications, the remote mirroring facility defines an operating mode for each logical volume of data in the storage devices in the primary and secondary data storage systems **214, 246**. Each logical volume may include a number of logical tracks of data and may reside on one or more disk drives in either the primary or secondary data storage system **214, 246**.

Each logical volume has a logical volume type that is either primary, secondary, or local. A local logical volume does not participate in remote mirroring. A pair (R1, R2) of respective primary (R1) and secondary (R2) logical volumes participates in remote mirroring according to either a synchronous mode, a semi-synchronous mode, an adaptive copy - write pending mode, or an adaptive copy - disk mode, as will be further described below.

The operational modes are selectable at the logical volume level based on the performance, distance, and speed of recovery requirements. All primary (R1) volumes are configured for either the synchronous or semi-synchronous mode. These two modes are considered to be pre-determined remote mirroring modes. In addition, the primary (R1) volumes (all, individual, or a range) may also be configured for the adaptive copy - write pending or adaptive copy - disk mode. Each volume configured for adaptive copy also has an associated "skew" parameter. In the adaptive copy - write pending mode, this skew parameter is the maximum write pending threshold. In the adaptive copy - disk mode, this skew parameter is the maximum invalid tracks threshold. This skew value may be set to the same value for all adaptive copy volumes or be a different value for each adaptive copy volume. The adaptive copy mode and its skew value may be enabled (or disabled) for individual remotely mirrored pairs or all remotely mirrored pairs using remote mirroring commands.

(1) Synchronous Mode

In the synchronous mode, data on the primary (R1) and secondary (R2) volumes are always fully synchronized at the completion of an I/O sequence. The data storage system containing the primary (R1) volume informs the host that an I/O sequence has successfully completed only after the data storage system containing the secondary (R2) volume acknowledges that it has received and checked the data.

In particular, when the data storage system containing the primary (R1) volume has valid data in cache destined for a secondary (R2) volume, a link adapter transfers data over its link path to the cache in the data storage system housing the secondary (R2) volume. This data transfer occurs while the data storage system containing the primary (R1) volume continues to process input/output commands. If the data storage system containing the primary (R1) volume does not receive acknowledgment of a successful transfer from the other data storage system within a timeout period or another failure occurs that prevents the data transfer, the data storage system containing the primary (R1) volume sends a "unit check" with appropriate sense bytes to the host.

In a CKD environment, the data storage system containing the primary (R1) volume sends channel end (CE) and device end (DE) to the host after each write to the volume with the exception of the last write in the channel command word (CCW) chain. On the last write, the data storage system sends only CE to the host. When the data storage system containing the secondary (R2) volume acknowledges and checks receipt of the last write in the chain, the data storage system containing the primary (R1) volume sends DE to the host and the host considers the input/output complete and starts the next input/output operation.

In an open systems environment, the data storage system containing the primary (R1) volume handles each input/output command separately and informs the host of successful completion when the data storage system containing the secondary (R2) volume acknowledges and checks receipt of the data. That is, the data storage system containing the primary (R1) volume disconnects from the channel and informs the host of successful completion of the input/output operation only after confirming that the data resides in cache in both data storage systems. If a problem occurs with data synchronization, the data storage system containing the primary (R1) volume sends a "unit check" with appropriate sense bytes to the host. This causes the host to retry the input/output operation. These actions maintain data integrity and ensure that two copies of the data exist real-time in both systems before the input/output completes.

The synchronous mode is recommended primarily for the short distance option of FIG. **5**. In normal operation, this mode will have an impact on write performance to primary (R1) volumes. This performance impact is due to overhead associated with remote data transfer, fiber latency, and acknowledgment of the synchronous operation.

(2) Semi-synchronous Mode

In the semi-synchronous mode, the remotely mirrored volumes (R1, R2) are always synchronized between the primary (R1) and the secondary (R2) prior to initiating the next write operation to these volumes. The data storage system containing the primary (R1) volume informs the host of successful completion after each write operation.

When the data storage system containing the primary (R1) volume has valid data in cache destined for a secondary (R2) volume, a link adapter transfers data via an available link path to the cache in the data storage system containing the secondary (R2) volume. This data transfer occurs while the data storage system containing the primary (R1) volume continues to perform additional channel commands. If the host issues a new write operation for a primary (R1) volume with a write pending status, the data storage system containing the primary (R1) volume disconnects from the host channel and returns a "non-immediate retry" message. The data storage system containing the primary (R1) volume then starts another input/output operation on another channel. When the write pending status is cleared (write completed and acknowledged and checked from the secondary (R2) volume), the data storage system containing the primary (R1) volume reconnects to the channel and continues processing the write operation on the channel from which it disconnected.

The semi-synchronous mode is recommended primarily for the long distance option of FIG. **6**. The semi-synchronous mode is designed for situations needing high performance at the data storage system containing the primary (R1) volume and tolerating a gap of up to one input/output (worst case) in data synchronization. Although write operations can be held up due to synchronization between primary (R1) and secondary (R2) volumes, read operations continue uninterrupted.

The semi-synchronous mode is most suitable for page, spool, work, and sort datasets. In some cases, spreading these datasets across multiple physical devices may alleviate any performance impact due to a high number of writes.

(3) Channel Adapter Control Logic for the Pre-determined Modes

Turning now to FIGS. **7** and **8**, there is shown a flowchart of channel adapter control logic for the synchronous and semi-synchronous modes. In the preferred implementation,

this control logic is specified by programming for microprocessors in the channel adapters.

In FIG. 7, a first step **401** is reached when the channel adapter receives a channel command from the host requesting data access to a volume. It is assumed that the host is not requesting direct access to a secondary (R2) volume in the data storage system containing the channel adapter. The host may request direct access to a secondary (R2) volume during recovery operations, which are described below. It is also assumed that the channel command is not in a chain of multiple channel commands. The chaining of multiple channel commands is described below with reference to FIG. 19.

In the first step **401** of FIG. 7, execution branches to step **402** for a read access. In step **402**, the channel adapter accesses configuration information, and continues to step **403** if the host is requesting access to a local volume. Preferably, a separate copy of the configuration information is stored in local memory in each of the channel adapters and link adapters. This configuration information identifies whether a volume is local, primary, or secondary, and for each primary or secondary volume, identifies the other volume in the remotely mirrored volume pair.

In step **403**, the channel adapter accesses the cache. If the data requested by the host is not in the cache, then the data is fetched by a disk adapter from disk storage in the data storage system, and loaded into the cache. Then, in step **404**, the channel adapter transmits the data and a device end signal to the host, and the channel adapter has finished the task of servicing the channel command.

If the host channel command is requesting data in the primary (R1) volume of a remotely mirrored pair, then execution branches from step **402** to step **405**. In step **405**, execution branches to step **403** unless the data storage system is in the synchronous mode. For modes other than the synchronous mode, the reading of data from a primary (R1) volume is normally similar to the reading of data from a local volume; in either case, the requested data is fetched without delay from the cache or disk in step **403**. Under the abnormal condition of the data being entirely absent from the data storage system due to a disk drive failure, however, a request for data access to a primary (R1) volume can be satisfied by obtaining the requested data from the secondary volume (R2) in the remote data storage system. The handling of such an abnormal condition is discussed below in connection with data recovery procedures.

In step **406**, when a remote write is not pending to the secondary (R2) of the requested mirrored volume, execution also branches to step **403** to fetch the requested data from the cache or disk. When a remote write is pending to the secondary (R2) of the requested mirrored volume, however, execution continues to step **407** to suspend the current read task until the remote data storage system acknowledges completion of the pending remote write. Preferably, tasks suspended while waiting for completion of a pending remote write are placed on a first-in first-out (FIFO) queue of suspended tasks, and when the remote data storage system acknowledges completion of the pending remote write, any waiting tasks in queue of suspended tasks are serviced in the order in which the tasks were placed in the queue. Once the remote data storage system acknowledges completion of the pending remote write, and no remote write to the secondary (R2) of the mirrored volume is pending, as tested in step **406**, execution branches to step **403** to fetch the requested data from the cache or disk.

When the host has requested a write access, execution continues from step **401** to step **408**. In step **408**, execution branches to step **409** when the host has requested a write access to a volume that is local. In step **409**, data from the host is written to cache, and the track tables are updated to reflect that the old data on disk is invalid in view of the new data from the host, and that a write operation to disk is pending for the invalid track or tracks on disk.

Then in step **410**, a device end (DE) signal is returned to the host to signal completion of the write operation. The signaling of the completion of a write operation before the data is actually written to disk is a well-known technique called "fast write." Semiconductor random-access memory containing the write data is backed-up by a battery sufficient to power the memory and some disk drives while the write data is transferred to the disk drives in the event of a power failure.

When the host has requested a write operation to a volume defined as a mirrored volume pair, execution continues from step **408** to step **411**. In step **411**, execution continues to step **412** when a remote write to the secondary (R2) of the remotely mirrored volume is pending. In step **412**, the current write task is temporarily suspended, while awaiting receipt from the remote data storage system of acknowledgement of completion of the pending remote write, as tested in step **411**. When no remote writes to the secondary (R2) of the remotely mirrored volume are pending, execution branches from step **411** to step **414** in FIG. 8.

In step **414** of FIG. 8, the data from the host is written to the cache, and the track tables are updated to indicate that the track or tracks for the new data in disk for the primary (R1) volume are invalid and have a pending write operation to disk, and that the track or tracks for the new data are invalid in the secondary (R2) of the remotely mirrored volume and have a pending write to the cache in the remote data storage system. Due to the incorporation of the "fast write" technique of acknowledging a write to a secondary (R2) volume when the update is written to cache of the data storage system containing the secondary volume, the remote "invalid" and "write pending" status for the secondary (R2) volume in the track tables of the data storage system containing the corresponding primary (R1) volume refers to the status of the secondary (R2) volume in cache or on disk; in particular, the remote "write pending" status indicates a pending write over the link to the cache in the data storage system containing the secondary (R2) volume. When the "fast write" technique is used, it is still necessary, for carrying out the local destage or write back operation, for each data storage system to record, for each track or data record, an indication of whether a local destage operation is pending, and such a local destage operation is pending when the track or record is valid and is in cache but the disk drives do not have valid data for the track or record.

Next, in step **415**, the write data from the host is written to a first-in, first-out (FIFO) link transmission queue (**504** in FIG. 18) for transmission by a link adapter to the remote data storage system. Preferably, the entries in the queue contain pointers to the data in cache. When a link adapter becomes available, it services this FIFO queue by transmitting the data identified by the entry at the head of the queue across the link to the remote data storage system.

Next, in step **416**, execution branches to step **417** when the data storage system is not in the synchronous mode. In step **417**, the channel adapter transmits a device end (DE) signal to the host, and execution continues to step **418**. Execution also continues to step **418** from step **416** when the data storage system is in the synchronous mode.

In step **418**, the current write task is suspended, until the remote data storage system has received the write data,

written the data in its cache, and has acknowledged completion of the remote write operation. In the short distance option, the remote acknowledgement should be received just before a next remote write task sends data over the link, and therefore it may be feasible for the link adapter to poll for the remote acknowledgement. In the long distance option, the next remote write task may send data over the link well before the acknowledgement is received, so that receipt of the acknowledgement causes an interrupt re-activating the suspended write task. Once the data storage system receives the acknowledgement of completion of the remote write, as tested in step **419**, execution continues to step **420**. In step **420**, the track tables are updated to indicate completion of the remote write to the cache of the secondary (R2) volume in the remotely mirrored volume pair, so that the track or tracks of the new write data are valid in the secondary (R2) volume.

From the control flow in FIGS. **7** and **8**, it is clear that when a host writes data to a remotely mirrored volume, the following sequence of events takes place in the synchronous mode: data is written to the cache of the data storage system containing the primary (R1) volume (step **414**); an entry is placed in the FIFO link queue for transmission of the data to the data storage system containing the secondary (R2) volume (step **415**); the data storage system containing the secondary (R2) volume acknowledges receipt of the data (step **419**); the track tables are maintained (step **420**); and a device end (DE) signal is presented back to the host that initiated the write request (step **422**). In the synchronous mode, all accesses (reads and writes) to the remotely mirrored volume to which a write has been performed are suspended (steps **407** and **412**) until the write to the secondary (R2) volume has been acknowledged.

From the control flow in FIGS. **7** and **8**, it is clear that when a host writes data to a remotely mirrored volume, the following sequence of events takes place in the semi-synchronous mode: data is written to the cache of the data storage system containing the primary (R1) volume (step **414**); an entry is placed in the link FIFO queue for transmission of the data to the data storage system containing the secondary (R2) volume (step **415**); a device end (DE) signal is presented back to the host that initiated the write request (step **417**); the data storage system containing the secondary (R2) volume acknowledges receipt of the data (step **419**); and the track tables are maintained (step **420**). In the semi-synchronous mode, read access to the volume to which a write has been performed is allowed (steps **405, 403**) while the write is in transit to the data storage system containing the secondary (R2) volume. A second write to the volume is not allowed (steps **411, 412**) until the first has been safely committed to the secondary (R2) volume. Thus, a single secondary (R2) volume may lag its respective primary volume (R1) by only one write.

In the semi-synchronous mode, by presenting an earlier device end (DE) signal to the host (in step **417** instead of step **422**), it is possible that a write operation to a different volume, logically dependent on the write to the first volume, will be issued by a host operating system and data base management system. This presents no threat of data inconsistency in the data storage system, because the link transmission queue (step **415**) is managed on a FIFO basis; the data is transmitted over the link and processed by the remote data storage system in the order in which the data is loaded into the link transmission queue. By inhibiting the link transmission queue from receiving any new entries (or switching all logically dependent volumes to synchronous mode), the remote data storage system will have a consistent set of data in its secondary (R1) volumes when all entries in the queue have been transmitted and written to the secondary (R2) volumes.

(4) Adaptive Copy - Write Pending

The adaptive copy - write pending mode transfers data from the primary (R1) volume to the secondary (R2) volume and does not wait for receipt acknowledgment or synchronization to occur. This mode keeps the data in the secondary (R2) volume as current to the data in the primary (R1) volume as possible.

In the adaptive copy - write pending mode, the data storage system containing the primary (R1) volume informs the host of successful completion after each write. When the data storage system containing the primary (R1) volume has valid data in cache for a remotely mirrored pair, it destages that data to the primary (R1) volume, and a link adapter transfers the data over an available link path to the cache in the data storage system containing the secondary (R2) volume. This data transfer occurs while the data storage system containing the primary (R1) volume continues to process input/output commands. All writes for remotely mirrored pairs accumulate in the cache of the data storage system containing the primary (R1) volume as write pendings until the data can be successfully written to the secondary (R2) volume and the disk storage of the primary (R1) volume.

Should a problem arise with data transfer to the data storage system containing the secondary (R2) volume or the data storage system is unable to write the data to the disk storage of the primary (R1) volume, the data storage system containing the primary (R1) volume retains that data in its cache until the problem can be corrected and the data is successfully written to the secondary (R2) volume and the disk storage of the primary (R1) volume.

The adaptive copy - write pending mode is responsive to the user-configurable skew parameter (maximum allowable write pending tracks) for each primary (R1) volume configured for this mode. When the skew parameter is reached, the remote mirroring operational mode switches to the pre-determined synchronous or semi-synchronous mode for the remotely mirrored (R1, R2) pair. When the number of write pending tracks for the secondary (R2) volume drops below the skew value, the remote mirroring operational mode switches back to the adaptive copy - write pending mode for the remotely mirrored pair. The skew value may range from 1 to 65,535, and has a default value of 65,535.

The adaptive copy - write pending mode can be enabled or disabled for one remotely mirrored volume pair, all remotely mirrored pairs, or a range of remotely mirrored pairs during configuration from a user interface at the service processor, or during operation of the optional host remote mirroring software. When the adaptive copy - write pending mode is disabled, the remotely mirrored pairs operate in the pre-determined synchronous or semi-synchronous operational mode for the remotely mirrored (R1, R2) logical volume pair.

The adaptive copy - write pending mode is designed to have little or no impact on performance between the host and the data storage system containing the primary (R1) volume and to offer protection against loss of data in the unlikely event that a primary (R1) or secondary (R2) volume fails or all link paths are lost. The adaptive copy - write pending mode is ideal for situations when a large amount of data must be transferred to remote devices and performance must not be compromised at the local site; or, for situations where it is not necessary for remotely mirrored volumes to be

synchronized at all times. The remotely mirrored volumes are allowed to drift out of synchronization for higher performance, but they stay within a pre-determined number of write pendings with protection against data loss.

The adaptive copy - write pending mode of operation is convenient in situations where the write activity caused by heavy batch loads or data reorganization can severely impact performance due to the data storage systems maintaining a full synchronous state. In these cases, the skew parameter should be set to its maximum, default value (65,535). Then the adaptive copy - write pending mode should be enabled for all remotely mirrored pairs, and data transfers begin between the primary and secondary logical volumes.

In many systems, it is not necessary that all primary and secondary logical volumes be fully synchronized. Logical volumes requiring full synchronization are configured for synchronous or semi-synchronous operation. Those logical volumes that do not require full synchronization are configured for the adaptive copy write pending mode and a low skew value (i.e., 100). When data transfers begin, such a remotely mirrored pair operates in the adaptive copy - write pending mode until "bursts" of high write activity cause the number of write pending operations to exceed the low skew value, and the remotely mirrored pair is forced to the pre-determined synchronous or semi-synchronous mode. When the number of write pending operations for the secondary (R2) volume drops below the skew value, the remotely mirrored pair returns to the adaptive copy - write pending mode. Any new writes for the pair accumulate in cache as write pendings. Synchronization will occur when the remotely mirrored pair switches to the pre-determined synchronous or semi-synchronous mode.

For some applications, it is desirable to disable the adaptive copy - write pending mode for specified volumes. When the data storage system containing the primary (R1) volume(s) receives a command to disable the adaptive copy - write pending mode, it does not achieve a synchronous or asynchronous state immediately. The remotely mirrored pairs with write pendings continue to be transferred to the secondary volumes (R2) in the adaptive copy - write pending mode until all writes prior to the disable command have been transferred to the respective secondary (R2) volumes. Then the remotely mirrored pairs achieve the synchronous or semi-synchronous state, and writes subsequent to the disable command are handled in the pre-determined remote mirroring mode (synchronous or semi-synchronous).

(5) Adaptive Copy - Disk Mode

The adaptive copy - disk mode transfers data from the primary (R1) volume to the secondary (R2) volume and does not wait for receipt acknowledgment or synchronization to occur. This mode is intended to be a temporary operating mode and has little impact on performance between the host and the data storage system containing the primary (R1) volume. This operational mode keeps the data in the secondary (R2) volume as current to the data in the primary (R1) volume as possible.

In this mode, the data storage system containing the primary (R1) volume acknowledges all writes to the primary (R1) volume as if they were to a local volume. The data storage system containing the primary volume accumulates the new data on the primary (R1) volume marking it as "invalid tracks" for the secondary (R2) volume. Synchronization of the primary (R1) and secondary (R2) volumes is reported to the data storage system containing the primary (R1) volume only. The data storage system does not issue a "service alert" message to the host to notify it of this event.

The adaptive copy - disk mode can be enabled or disabled for one remotely mirrored volume pair, all remotely mirrored volumes, or a range of remotely mirrored volumes, using commands entered at the service processor at the data storage system containing the primary (R1) volume, or using the host remote mirroring software. When the adaptive copy - disk mode is disabled, the data storage systems operate in the pre-determined synchronous or semi-synchronous mode for the mirrored volume pair (R1, R2).

The adaptive copy - disk mode uses the user-configurable skew parameter (maximum invalid tracks), that, when its value is exceeded for a remotely mirrored volume pair, causes the mode to switch to the pre-determined synchronous or semi-synchronous mode for the remotely volume mirrored pair. (Therefore, in any case, all write operations between the remotely mirrored volumes are fully synchronized.) When the number of invalid tracks for a secondary (R2) volume goes below the value specified by the skew parameter, the operating mode switches back to the adaptive copy - disk mode for that volume pair. The skew value, for example, may range from 1 to 999,999, and the default value is the maximum value of 999,999.

The adaptive copy - disk mode is designed for situations requiring the transfer of large amounts of data to remote devices without loss of performance. Because the mode cannot fully guard against data loss should a failure occur, this mode is recommended for temporarily transferring a bulk of data to secondary (R2) volumes and then switching to either synchronous or semi-synchronous mode without any adaptive copy, or with adaptive copy - write pending mode (if some lack of synchronization between the remotely mirrored volume pairs can be tolerated) to ensure full data protection.

The adaptive copy - disk mode is convenient in situations where it is necessary to either migrate a data center from one location to another or create a mirror image of the data in a separate location without a disruption in operation. Without the use of the adaptive copy - disk mode, the write activity caused by the movement of large amounts of data could severely impact performance, particularly in either the synchronous or semi-synchronous mode. In this example, the large data transfer is only a temporary condition. The skew parameter set to its maximum, default value, and the adaptive copy - disk mode should be enabled for all remotely mirrored pairs. When the data migration or data copy operation has completed (or is near completion), the mode should be switched to the synchronous, semi-synchronous, or adaptive copy - write pending mode, depending on the degree of synchronization needed between the remotely mirrored volume pairs.

(6) Channel Adapter Control Logic for the Adaptive Modes

To handle the adaptive modes, a few steps in the flowchart of FIG. 7 are modified. FIG. 9 shows the modifications. In particular, steps 431 to 434 of FIG. 9 are substituted for steps 406 to 407 of FIG. 7, and steps 431 to 434 of FIG. 9 are also substituted for steps 411 to 412 of FIG. 7. It should be apparent that steps 432 and 433 of FIG. 9 are inserted between steps 406 and 407 of FIG. 7 so that when the primary mode is the synchronous mode and a remote write to the volume is pending, the current read task is not suspended in the adaptive mode (step 432) until the number of remote write pending tracks reaches the value of the skew parameter. In a similar fashion, steps 432 and 433 of FIG. 9 are inserted between steps 411 and 412 of FIG. 7 so that when a remote write to the volume is pending, the current

write task is not suspended in the adaptive mode (step 432) until the number of remote write pending tracks reaches the value of the skew parameter.

In order to determine whether or not any remote write is pending to a secondary (R2) volume and if so, to determine whether the number of remote write pending tracks has reached the value of the skew parameter, the data storage system maintains in cache an "invalid tracks" count associated with each logical volume. The "invalid tracks" counts for the volumes are set to zero during the initial configuration of the system, and an "invalid tracks" count of zero indicates that the secondary (R2) volume is fully synchronized with its respective primary (R1) volume. The data storage system containing the primary (R1) volume increments the "invalid tracks" count each time a write operation for the secondary (R2) volume is placed in the FIFO link transmission queue for transmission over the communication link to the data storage system containing the secondary (R2) volume (step 415 of FIG. 8), and decremented each time that the data storage system containing the primary (R1) volume receives an acknowledgement of completion of the write operation in the remote data storage system (steps 419 to 420 in FIG. 8). Therefore, in step 431 of FIG. 9, the "invalid tracks" count for the secondary (R2) volume is compared to zero, and a remote write to the volume is pending if the "invalid tracks" count is not zero. In step 433 of FIG. 9, the "invalid tracks" count for the secondary (R2) volume is compared to the skew value, and if the "invalid tracks" count is greater or equal to the skew value, then the number of remote write pending tracks is greater or equal to the skew value.

F. Data Consistency and Host Access to Secondary (R2) Volumes

Unless the secondary (R2) volumes are synchronized to the primary (R1) volumes, the data in the secondary volumes may not be consistent. If a local host processor is writing to the primary (R1) volumes at the same time that a remote host processor is reading the corresponding secondary (R2) volumes, the remote processor may read inconsistent data. For example, the local processor may be executing a transaction that transfers $10.00 of a client's funds between two of the client's accounts. The local processor executes a first write that debits the first account by $10.00, and executes a second write that credits the second account by $10.00. If the remote processor reads the secondary volume when only the first write has been written in the secondary volume, and then computes the client's total funds, it will find a loss of $10.00. It is a user responsibility to ensure that the use to which such read-only data is put is consistent with the possibility of data inconsistency. In general, the secondary (R2) volumes should be accessed only after synchronization is achieved by suspending remote mirroring, and waiting until all pending remote writes have been transferred to the secondary volumes.

If a remote host processor should perform a read/write access on an inconsistent dataset, not only is it possible that the host processor will obtain an inconsistent result, but also the dataset may become further corrupted and made worthless.

Unfortunately, in the situation of a disaster that interferes with the data storage system containing the primary (R1) volumes, the best copy of the dataset available may reside in the secondary volumes, and the user may be faced with the difficult decision of whether the dataset should be used for a read/write application, discarded, or in some way repaired with whatever information is available about the past history of the dataset.

It is also possible that an automatic recovery technique may further corrupt the dataset in the secondary (R2) volumes in the case of a "rolling disaster." In the rolling disaster, a remote mirroring relationship exists between the two data storage systems. All links break between the sites, and application processing continues using the primary (R1) volumes. The links are restored, and resynchronization commences by copying data from the primary (R1) volumes to the secondary (R2) volumes. Before resynchronization is finished, however, the primary volumes are destroyed, and the attempt at resynchronization has further corrupted the secondary volumes.

Although the probability of a rolling disaster is quite low, the extent of data loss can be severe where application processing continues for some time against the primary volumes. In this situation, it is not practical to record a log of every single write to the primary volume. Instead, as described above for the adaptive copy modes, only the data for the most recent write to each track is maintained in the primary volume, together with a record of the particular "invalid tracks" that need to be written to the secondary volumes to achieve synchronization. The resynchronization activity is not time-based, but rather is a process of copying those tracks that have changed during the outage of the link. Therefore, the process of attempting to bring the secondary volumes to the consistent state of the primary volumes existing when the link is re-established at first tends to further corrupt the secondary volumes, which were nearly in a consistent state at the time of the initial failure of the link.

The preferred embodiment of the invention addresses these problems in a number of ways. Each write request transmitted over the link between the data storage systems includes not only the data for the track in the secondary (R2) volume to be updated but also the current "invalid track" count for the secondary (R2) volume as computed by the data storage system containing the corresponding primary (R1) volume. Therefore, once a disaster occurs that destroys the data storage system containing the primary volume, the data storage system containing the secondary (R2) volume has an indication of the degree of consistency of the secondary (R2) volume. The "invalid tracks" count can be used to determine an appropriate recovery operation for the volume, and can be used to selectively restrict read/write access to the volume when the user decides that synchronization should be required for a write access.

The preferred embodiment of the invention also gives the user various features to avoid the rolling disaster by inhibiting automatic recovery. These features include a "volume domino mode" that inhibits automatic access to one volume of a mirrored volume pair when the other volume is inaccessible, and a "links domino mode" that prevents access to the two volumes in a mirrored volume pair when all links fail. Moreover, alternative recovery procedures are provided for responding to an all-links failure in order to minimize the extent of damage caused by the rolling disaster.

G. States of Remotely Mirrored Volumes

In the preferred implementation of remote mirroring, primary (R1) and secondary (R2) volumes have particular states that govern host access. A primary (R1) volume is in either a ready state or a not ready state. A secondary (R2) volume is in either a not ready state, a read-only state, or a read-write state. The state of the primary (R1) volume governs access to the primary volume by a host connected to a channel adapter of the data storage system containing the primary volume. The state of the secondary (R2) volume

governs access to the secondary volume by a host connected to a channel adapter of the data storage system containing the secondary volume. In other words, the volume state is seen by the host connected to the storage system containing the volume.

The preferred embodiment of the invention defines a set of states for the primary (R1) and secondary (R2) volumes in order to control host access to the volumes. These states are set by flags in volume tables in the cache memory of the data storage system containing the respective primary (R1) or secondary (R2) volumes.

(1) Primary (R1) Volume States

(a) Primary Volume Ready

In this state, the primary (R1) volume is online to the host and available for read/write operations. This is the default primary (R1) volume state.

(b) Primary Volume Not Ready

In this state, the primary (R1) volume responds "intervention required/unit not ready" to the host for all read and write operations to that volume. The host will also be unable to read from or write to the secondary (R2) volume associated with that volume.

(2) Secondary (R2) Volume States

(a) Not Ready State

In this state, the secondary (R2) volume responds "intervention required/unit not ready" to the host for all read and write operations to that volume. This is the default secondary (R2) volume state.

(b) Read-Only State

In this state, the secondary (R2) volume is available for read-only operations.

(c) Read/Write State

In this state, the secondary (R2) volume is available for read/write operations.

H. "Sync Required" Attribute for Secondary Volumes

In the event of a disaster that renders all equipment at one site non-operational, secondary (R2) volumes on the mirrored data storage system at the remote site can be made available to a remote host for read-only or read/write operations by issuing commands at the service processor of the data storage system containing the secondary (R2) volumes, or by issuing commands to host remote mirroring software in the remote host. In its default configuration, all secondary (R2) volumes are not ready to the remote host. (These secondary (R2) volumes can also be configured for a read-only state.)

Each secondary (R2) volume has a configurable attribute, "sync required", for selectively preventing a secondary (R2) volume from becoming ready to the remote host if a state change is attempted while it is not synchronized with its primary (R1) volume. If the "sync required" attribute is not enabled, then all specified state changes to the secondary (R2) volume take effect when requested. If the "sync required" attribute is enabled, and if the secondary (R2) volume is not synchronized with the primary (R1) volume and not ready to the remote host at the time of the failure, then the non-synchronized secondary (R2) volume will remain not ready. Regardless of the state of the "sync required" attribute, if the secondary (R2) volume were synchronized with the primary (R1) volume and not ready to the remote host at the time of the failure, then the secondary (R2) volume will assume the specified change of state (read-only or read/write enabled).

Secondary (R2) volumes configured as read-only with the "sync required" attribute enabled can work in their read-only state with the remote host regardless of their synchronization state with the primary (R1) volumes. If an attempt is made to change the state of a secondary (R2) volume to read/write enabled and the secondary (R2) volume is synchronized with the primary (R1) volume at the time of the failure, the state change occurs. If the secondary (R2) volume was not synchronized with the primary (R1) volume, then the state change does not occur and the data storage system reports the non-synchronous state to the remote host.

Turning now to FIG. 10, there is shown a flowchart of the control logic in a channel adapter for restricting the ability of a host to access a secondary (R2) volume in the fashion described immediately above. In a first step **440**, execution continues to step **441** if remote mirroring to the secondary (R2) volume has been suspended. When remote mirroring to the secondary (R2) volume has been suspended, writes to the secondary (R2) volume are not accepted from the data storage system containing the corresponding primary (R1) volume. In step **441**, execution branches to step **442** if the "sync required" attribute is set for the secondary (R2) volume. In step **442**, the requested state change is performed. If the "sync required" attribute is not set for the secondary (R2) volume, then execution continues from step **441** to step **443**. In step **443** execution branches to step **442** if the secondary volume (R2) is synchronized with its corresponding primary volume (R1). In other words, execution branches from step **443** to step **442** if the "invalid tracks" count for the secondary volume is zero. If the secondary (R2) volume is not synchronized with its corresponding primary volume (R1), then execution continues from step **443** to step **444**. In step **444**, execution branches to step **445** if the host is requesting a state change to a read-write state. If so, then in step **445** the state of the secondary (R2) volume is set to "not ready" and the channel adapter reports to the host that the secondary (R2) volume is "not ready." If in step **444** the host was not requesting a state change to read-write, then execution continues from step **444** to step **442** to perform the state change to either "not ready" or read-only, as requested by the host.

If in step **440** remote mirroring was not found to be suspended to the secondary (R2) volume, then execution branches to step **444** in order to prevent any state change to read-write. However, a state change to read-only or "not ready" is permitted when remote mirroring to the secondary (R2) volume is occurring.

After the state of the secondary volume is set in steps **442** or **445**, execution returns.

I. Recovery

In the preferred implementation of remote mirroring, a number of different recovery procedures are available to respond to various device and system failures or outages. The recovery procedure that is used should depend on the kind of failure or outage, the degree of host or user involvement that is deemed necessary or appropriate, the type of datasets or applications that could be affected, and the desired degree of data integrity.

In general, a recovery operation is performed if either all links are inoperative, a primary volume is inaccessible, or a secondary volume is inaccessible. If only some of the link paths are inoperative, the remote mirroring operations may continue on the remaining link paths. If all of the links are inoperative, then either an application may continue without mirroring new write data, or an application may be interrupted until at least one link is restored. If a primary volume is inaccessible, its secondary volume can be accessed, and the primary volume can be recovered by copying from its respective secondary volume. If a secondary volume is inaccessible, it can be recovered by copying from its primary

volume. However, these typical scenarios can become more complicated if a second failure affecting a mirrored volume pair occurs before the completion of recovery from the first failure. Therefore, in the preferred implementation of remote mirroring, a number of different recovery methods are provided, as will be described below.

When the user is involved in recovery, the user may access the data storage system service processor to obtain the status of remotely mirrored volumes and then move control between the data storage systems during the disaster recovery process. The host remote mirroring software may also be accessed by the user or a host application in order to obtain status and directly control disaster recovery.

(1) Data Loss

The remote mirroring mode at the time of a storage system failure or outage will determine the minimal amount of data loss when recovery is finished.

In the synchronous operational mode, no data need be lost in the event of a disaster. The data storage system aborts the input/output currently in progress, but does not acknowledge this action to the host. This data is not considered lost.

In the semi-synchronous mode, the minimal amount of data lost depends on the number of transactions enroute to the secondary volumes when a disaster occurs. If only the host central processing units or power attached to the data storage system containing primary (R1) volumes are lost, no data loss occurs. If the entire site is lost, including all link paths, all transactions enroute are lost. In a worst case scenario, one input/output per volume will be lost.

In the adaptive copy modes, the worst case scenario is loss of an entire data storage system containing primary (R1) volumes. All write data pending transmission to the remote data storage system is lost.

(2) Automatic Recovery from Disk Drive Failure

In most cases, an automatic recovery mode is suitable for recovering from a disk drive failure. A user or host application, however, may wish to ensure that an application is always interrupted immediately in case of a disk drive failure, for example, in order to maintain primary and secondary volumes that are always in synchronization. In this case, a volume domino mode should be used, as further described below.

In the automatic mode, if the data is not available in cache during a read operation, then the data storage system reads the data from the primary (R1) volume. If a data check occurs on this device, the data storage system automatically reads the data from the secondary volume. Should one volume in the remote mirrored pair fail, the data storage system automatically uses the other volume without interruption. The data storage system notifies the host with an "environmental data present" error, and notifies a customer support center of the data storage system manufacturer with an error code designating that the primary or secondary volume has failed. No user intervention is required. When the defective disk device is replaced, the data storage system re-synchronizes the mirrored pair, automatically copying data to the new disk. In a similar fashion, when an outage occurs, e.g., to perform maintenance activity on a remotely mirrored volume for an extended period of time, the primary (R1) volume tracks all updates to its secondary (R2) volume and copies the updated tracks to the other volume when the remotely mirrored pair is re-established. The time it takes to resynchronize the mirrored pair depends on the link path activity, input/output activity to the volume, and the disk capacity.

(3) Automatic Recovery for Adaptive Copy - Write Pending

Should disk storage containing the primary (R1) volume fail, the data storage system having the primary (R1) volume temporarily suspends the adaptive copy - write pending mode, destages all write pendings for the secondary (R2) volume at the highest priority, and continues input/output operations with the secondary (R2) volume. When the primary (R1) volume is replaced, the data storage system resynchronizes the remotely mirrored pair and re-enables the adaptive copy - write pending mode. No data is lost because the data storage system containing the primary (R1) volume always retains the data in its cache until it can destage the data to the disk storage for the primary (R1) volume.

Should a secondary (R2) volume fail, the data storage system containing the primary volume (R1) continues to mark new write data as write pendings to invalid tracks in the secondary (R1) volume until the secondary (R2) volume can be replaced. When the defective device is replaced, the data storage system resynchronizes the remotely mirrored pair and re-enables the adaptive copy - write pending mode.

(4) Automatic Recovery for Adaptive Copy - Disk

Should a primary (R1) volume fail, all data not already written to the secondary (R2) volume is lost. When the primary (R1) volume is replaced, the data storage system containing the primary volume (R1) resynchronizes the remotely mirrored volume pair and re-enables the adaptive copy - disk mode.

Should a secondary (R2) volume fail, the data storage system containing the primary (R1) volume marks all pending writes and any new data as invalid tracks until the secondary (R2) volume can be replaced. When the defective device is replaced, the data storage system resynchronizes the remotely mirrored pair and re-enables the adaptive copy - disk mode.

(5) Dynamic Sparing Option

A dynamic sparing option for remote mirroring reserves disk drives as standby spares for primary (R1) volumes, secondary (R2) volumes, or both types of volumes. These standby spares are not user-addressable. The dynamic sparing option, when enabled, determines when a primary (R1) or secondary (R2) volume is about to fail and copies the contents (all volumes) of the disk drive on which that volume resides to an available spare (designated for that type of volume) without any interruption in processing. The data storage system notifies the host of this event with an "environmental data present" error, and also notifies the customer support center of the storage system manufacturer so that physical replacement of the failing disk drive can be scheduled. The data storage system uses the spare until the disk drive on which the original logical volume resided can be replaced. The dynamic sparing option maintains data availability without impacting performance.

The dynamic sparing option is most easily implemented when it is restricted to physical disk drives that have all primary (R1) volumes or all secondary (R2) volumes. Also, for a physical disk drive having all secondary (R2) volumes, the implementation of dynamic sparing is most easily implemented if the corresponding primary (R1) volumes do not reside on multiple data storage systems in the data processing system.

When the dynamic sparing option has been enabled during configuration and the data storage system determines during operation from error statistics or reporting that a drive failure is possible or a drive has become totally unavailable, the data storage system looks for an available dynamic spare disk drive that can be substituted for the

failing or failed disk drive. The storage system dynamically copies all data from the "good" disk drive in the remote pair across the links to the available spare. The data storage system continues to process host input/output requests at the highest priority while this copy operation takes place to minimize the effect on performance. When the copy operation completes, the data storage system notifies the host and the customer support center of the event.

When the failing or failed disk drive is physically replaced, the data storage system makes the volume(s) on the new disk drive ready, disables the spare, and dynamically copies the contents of the other volume in the remotely mirrored pair to the new disk drive. The data storage system returns the spare to its pool, making it available if another remotely mirrored volume (primary (R1) or secondary (R2)) fails in the future.

In summary, the dynamic sparing option increases protection of all remotely mirrored volumes from loss of data, automatically activates the spare volume without interruption prior to loss of access of a potentially failing volume, ensures that the contents of the spare are identical to the contents of the original, and resynchronizes a new disk drive with the dynamic spare after replacement or repair of the defective disk drive is complete. The dynamic sparing is transparent to the host and requires no user intervention.

(6) Link Failure

Normally at least two link paths exist between two remotely mirrored data storage systems. Should a link path fail, communication continues uninterrupted on the remaining link path. The data storage system sends an error message to the local host identifying the failed link path. The Data Switch Model 9800 MAX, when used in the link paths, has a configuration option that automatically switches link paths when it detects a T3 circuit failure. In order to report link path failures to the host, this configuration option should be disabled.

If all link paths fail between the data storage systems, no data can be written to the secondary (R2) volumes in either data storage system. In an automatic link recovery mode, which is a default configuration, writes from the local host continue to the primary (R1) volumes. All updated tracks are marked so that when the link paths are restored, the data storage system will begin transferring the marked data to the secondary (R2) volumes. In the adaptive copy - write pending mode, all data for the secondary (R2) volume(s) accumulates as invalid tracks in the cache of the data storage system containing the primary (R1) volume(s). In the adaptive copy - disk mode, all data for the secondary (R2) volume(s) accumulates as invalid tracks in disk storage of the data storage system containing the primary (R1) volume (s). In a domino recovery mode, however, the primary volumes become "not ready" to the local host whenever all links fail, in order to maintain synchronization between data storage systems.

(7) Domino Modes

There are two domino modes. The first is a volume domino mode, that can be defined for individual mirrored volume pairs, a range of mirrored volume pairs, or all mirrored volume pairs. The second is an "all links" domino mode, applicable to all mirrored volume pairs.

The default state for a primary volume is the ready state. If the primary (R1) volume fails, the host will continue to see that volume as "ready", and all reads and/or writes will continue uninterrupted with the secondary (R2) volume in that remotely mirrored pair. However, a domino mode can make the primary volume "not ready."

(8) Volume Domino Mode

When enabled for a mirrored volume pair, this mode causes the primary (R1) and secondary (R2) volumes to become not ready to a host if either one of the primary (R1) and secondary (R2) volumes become inaccessible for remote mirroring, for example, due to a disk drive failure or an "all links" failure preventing data transfer between the primary (R1) and secondary volumes (R2). The data storage system responds "intervention required/unit not ready" to a host on all accesses to the "not ready" volume.

To resume remote mirroring after the fault has been corrected, the primary (R1) volume must be made ready again by manual entry of commands to the service processor of the data storage system, or by commands to the host remote mirroring software. If, however, the primary (R1) or secondary (R2) volume or the links remain down, the primary (R1) volume will immediately become not ready again until the cause of the failure is resolved. If the cause of the failure is resolved and the primary (R1) volume is made ready again, the data storage system containing the primary (R1) volume renotifies its local host that the volume is again ready and brings it online.

The volume domino mode can be enabled together with the synchronous mode enabled and adaptive copy modes disabled to guarantee synchronization between primary (R1) and secondary (R2) volumes in a mirrored volume pair. This combination offers the greatest protection from the "rolling disaster" scenario described above.

(9) All-Links Domino Mode

When enabled, this mode causes all primary (R1) and secondary (R2) volumes to become not ready if all links fail. When at least one link is reestablished, the primary (R1) volumes must be made ready again by manual entry of commands to the service processor of the data storage system, or by commands to the host remote mirroring software. If, however, the all links remain down, the primary (R1) volumes will immediately become not ready again until a link is established. Once a link is established and the primary (R1) volumes are made ready again, the data storage system containing the primary (R1) volumes renotifies its local host that the primary (R1) volumes are again ready and brings them online.

The all-links domino mode is particularly useful for a cluster of host processors in an open systems environment that uses the link between the processors for sharing data. For example, the shared data would be written by a local host to a primary (R1) volume, transmitted over the link to a secondary (R2) volume, and read by a remote host having read-only access to the secondary (R2) volume. In this situation, it may be desirable to interrupt the application when there is no longer a link. Setting the volumes to a volume domino mode might be too restrictive in this situation, because the shared data could still be written across the link to the secondary (R2) volume even if the corresponding primary volume (R1) would be unavailable.

(10) Channel Adapter Control Logic for Domino Modes

Turning now to FIG. **11**, there is shown a flowchart of channel adapter control logic for implementing the domino modes when remote mirroring is enabled. In a first step **451**, execution branches to step **452** when there has been a simultaneous failure of all links, preventing the remote mirroring or access of data. In step **452**, execution branches to step **453** if the data storage system containing the channel adapter is in the all-links domino mode. In step **453**, the channel adapter presents an "intervention required" signal to the host presently connected to the channel adapter.

The "intervention required" signal is processed by the operating system of the host. For example, the host operat-

ing system displays an error message to the system operator, so that the system operator may perform a manual recovery operation using the host remote mirroring software, as further described below. The host operating system may also check whether the channel adapter was servicing an application program at the time of the "intervention required" signal, and if so, then the host operating system checks whether the application program has defined an error handling interrupt routine. If the host operating system finds an error handling interrupt routine for the application, then the host operating system invokes the error handling interrupt routine. The optional error handling interrupt routine may prevent the application from performing further database activity requiring critical database backup, and may save application information useful for a recovery operation.

If step 451 finds that all links have not failed simultaneously, or if step 452 finds that the data storage system is not in the "all-links" domino mode, then execution continues in step 454. In step 454, execution branches to step 455 if there is a failure to complete a write operation to both the primary (R1) and secondary (R2) volumes of a mirrored volume pair. In this situation, it is not possible to complete a write operation to the primary (R1) volume or secondary (R2) volume without maintaining synchronization between these volumes. In step 455, execution branches to step 453 if the data storage system is in the "volume domino mode" for the remotely mirrored volume pair. If the data storage system is not in the "volume domino mode" for the remotely mirrored pair, then execution continues to step 456. In step 456, execution branches to step 453 if neither the primary volume (R1) nor the secondary volume (R2) are accessible, because in this case, the write operation has not been completed to either volume. If one of the primary (R1) or secondary (R2) volumes is accessible, then in step 457 the write operation is completed with the accessible volume.

If step 454 found that there was not a failure to complete a write operation to both the primary (R1) and secondary (R2) volumes, then execution continues to step 458. In step 458, execution branches to step 455 if there was a failure to read a primary (R1) volume. Although a failure to read a primary volume will not in and of itself cause a loss of synchronization between the primary (R1) and secondary (R2) volumes of a remotely mirrored volume pair, such a loss could occur, or become more pronounced, by the time of a following write operation. Therefore, execution branches to step 455 so that if the volume domino mode is not enabled for the primary (R1) volume, then an "intervention required" signal will be presented to the host in step 453 to begin a recovery operation as soon as possible. If, however, the domino mode is not enabled for the primary (R1) volume, and its corresponding secondary (R2) is found to be accessible in step 456, then in step 457 the read operation is completed by reading the secondary (R2) volume.

If step 458 found that there was not a failure to read the primary (R1) volume, then execution continues to step 459. In step 459, execution branches to step 455 if there was a failure to read a secondary (R2) volume. In other words, the secondary (R2) volume was in its read-only state but the read failed, so that the secondary volume would also be unavailable for a write operation during remote mirroring. Again, such a failure to read a the secondary volume will not in and of itself cause a loss of synchronization between the primary (R1) and secondary (R2) volumes of a remotely mirrored volume pair, but such a loss could occur, or become more pronounced, by the time of a following write operation. Therefore, execution branches to step 455 so that if the volume domino mode is not enabled for the primary (R1) volume, then an "intervention required" signal will be presented to the host in step 453 to begin a recovery operation as soon as possible. If, however, the domino mode is not enabled for the secondary (R1) volume, and its corresponding primary (R2) is found to be accessible in step 456, then in step 457 the read operation is completed by reading the primary (R1) volume.

(10) Host Failure

If only the CPU(s) at the site are lost, no data loss occurs in any remote mirroring operational mode for data already in cache at the data storage system. The data storage system containing the primary (R1) volume transfers any pending write operations to the data storage system containing the secondary (R2) volume without interruption.

(11) System-Based Recovery from the Site Failure

When a disaster at a local site renders all equipment non-operational, all link paths between the local data storage system and a remote mirrored data storage system fail. Secondary (R2) volumes cannot be updated and no data can be written to primary (R1) volumes on the data storage system at the local site, although writes can continue to primary (R1) volumes on the data storage system at the remote site. The remote data storage system marks all updated tracks on the primary (R1) volumes so that when the link paths are restored, the two data storage systems automatically resynchronize.

When the data storage system at the local site is ready to be brought back online, recovery can be performed by setting all channel interfaces to online, and powering-up the local data storage system. The local and remote data storage systems begin synchronizing. When the links synchronize, the primary (R1) volumes begin transferring data to the secondary (R2) volumes. The length of time it takes to resynchronize a full volume depends on the level of activity on the links, the level of activity on the data storage systems, the number of updated tracks (i.e., write pendings or invalid tracks) that need to be copied, link distances between data storage systems, and the size of the volume. The primary (R1) volumes must be in the enabled state for resynchronization to occur. The data storage system sends an operator message to its host when a volume has resynchronized.

(12) Application-Based Recovery

System-based recovery from a total failure of a primary (R1) volume might not be successful due to the "rolling disaster" scenario. There are, however, application-based recovery techniques that can adapted for recovery in the "rolling disaster" scenario.

One well-known application-based recovery technique, used extensively in transaction processing systems, is to maintain a log file of all writes ("before" or "after" images) to a data file. To ensure recovery, data is always written to the log file before it is written to the data file. The log file may contain a number of different versions of data written to the same location or track in the dataset. At any given time, however, the data file contains only one version of the data at any given location or track. If the dataset volume were to become inaccessible, then recovery would consist of (1) restoring the most recent image copy of the data, and (2) applying all logs to that data, thus making the data current. If the log file volume were to become inaccessible, then recovery would consist of (1) allocating a new log file, and (2) taking a current copy of the image data.

In a preferred implementation, as shown in FIG. 12, the application 291 maintains the log file on a remotely mirrored volume pair 291, 293 and the data file 292, 294 on a remotely mirrored volume pair 295, 296 in the data pro-

cessing system 210. The degree of synchronization between the primary volumes 295 and secondary volumes 296 is selected to guarantee that new data is written to the secondary (R2) log file 293 before the new data is written to the secondary (R2) data file 294. Therefore, the "rolling disaster" scenario is avoided.

The synchronous or semi-synchronous modes, without adaptive copy, will guarantee that data is written to the secondary (R2) copies of the log file 293 and the data file 294 in the same order that the host writes data to the primary (R1) copies 291, 292. Therefore, use of the synchronous or semi-synchronous modes, without adaptive copy, would guarantee that new data is written to the secondary (R2) copy of the log file 293 before the new data is written to the secondary (R2) copy of the data file. However, a less restrictive method is for the application to synchronize the secondary (R2) log file volume 293 just before each transmission of new log file data from the application to the primary data storage system, and to synchronize the secondary (R2) data file volume just before each transmission of the new data file updates from the application to the primary data storage system 214. This less restrictive method ensures that cache overwrite cannot disrupt the sequencing of the log and data file updates in the FIFO link transmission queue.

Turning now to, FIGS. 13A and 13B there is shown an example of a recovery procedure for the system of FIG. 12. If there is a primary system failure such as a complete destruction of the primary data storage system 214, then in the first step 641 of FIG. 13A, the host operating system interrupts the application 292, and the application initiates an application-based recovery program to recover from the secondary (R2) copies of the log file 293 and the data file 294. In step 643, the application inspects time stamps, sequence markers, or beginning/end of file markers in the secondary (R2) copies of the files 293, 294 to determine which one of the two files was last written to. The file last written to can be assumed to be corrupted. If the log file 293 were corrupted, then in step 645 it is discarded and a new secondary (R2) log file is allocated, because the secondary (R2) data file 294 is intact. If the log file 293 were not corrupted, then in step 644 the log file 293 is used to recover the data file 294 by applying to the data file the changes recorded in the log file.

If in step 641 the primary data storage system 214 has not failed, then in step 646, execution branches to step 647 if a primary (R1) volume 295 has failed. In this case, the primary data storage system 214 performs automatic recovery in step 647 by copying the secondary (R2) volume 296 to the primary (R1) volume.

If in step 646 a primary (R1) volume 295 has not failed, then in step 646, execution branches to step 649 if the secondary (R2) volume 296 has failed. In this case, the primary data storage system 214 performs automatic recovery in step 649 by copying the primary (R1) volume 295 to the secondary (R2) volume 296, to restore the secondary (R2) volume 296.

If all links are lost between the primary and secondary data storage systems 214, 246, then processing with the primary (R1) file copies can be suspended until a link is re-established. When the link is re-established, the secondary (R2) file copies can be restored by transferring the pending secondary write data over the link. If the entire data storage system containing the primary (R1) copies is destroyed during the transfer, then it is still possible to recover in the fashion described immediately above for recovering from the destruction of the data processing system having the primary (R1) copies. In other words, the secondary copies of the files are inspected, and the file last written is assumed to be corrupted. If the log file were corrupted, then it can be discarded or re-used, because the data file copy is intact. If the log file were not corrupted, then it can be used to recover the data file by applying to the data file the changes recorded in the log file. This recovery technique still works because in the interrupted transfer of the pending secondary write data over the link, the changes to the secondary (R2) copy of the data file are always written to the secondary (R2) copy of the log file before they are written to the secondary (R2) copy of the data file.

If all links are lost between the remotely mirrored data storage systems, as tested in step 650 of FIG. 13B, then processing with the primary (R1) file copies can continue in step 651. To avoid the "rolling disaster" scenario, however, the secondary (R2) file copies should not be restored when the link is reestablished in step 652 by transferring secondary write pendings generated since all of the links were lost as in step 654, unless it can be guaranteed, as tested in step 653, that the changes to the secondary (R2) copy of the data file are always written to the secondary (R2) copy of the log file before they are written to the secondary (R2) copy of the data file. If processing with the primary (R1) file copies has continued for any substantial length of time, then it cannot be guaranteed that all updates can be transferred to the secondary (R2) log file before the secondary (R2) data file. Therefore, in this case, execution branches to step 655. In step 655, the secondary (R2) log and data files 293, 294 are saved by configuring them as local copies. Next, in step 656 new, initially empty secondary (R2) files are configured corresponding to the primary (R1) files, and remote mirroring is enabled to copy the primary (R1) log and data files 291, 292 to the new secondary (R2) files. This is an example of a data migration operation upon an active volume, which can be done as described below. Once the new secondary (R2) files have been sufficiently synchronized with the primary files to guarantee that new data is written to the new secondary (R2) log file before the new data is written to the new secondary (R2) data file, recovery has been completed and normal processing may continue. The old, now local secondary file copies can be discarded. However, as tested in step 657, the data storage system containing the primary files could be destroyed during the migration process before recovery has been completed with the new secondary (R2) files. In this case, in step 658, the new secondary (R2) files are discarded and the old, saved secondary (R2) log and data files are restored to their secondary status, and used by the application-based recovery program in steps 643 to 645. This recovery from the old, saved secondary files, however, will recover the state of processing existing just before the all-links failure.

J. Data Migration of Active Volumes

Data migration may be needed when recovering form an all-links failure after continued processing upon a primary (R1) volume, as described above. Data migration may also occur during the initial installation of a remote data storage system for remote mirroring to an active data storage system. Data migration may also occur when a data center or host processor is moved from a local site to a remote site. In all of these cases, it is desirable to minimize the disruption of data processing activities during the migration of data from an active primary (R1) volume to a secondary (R2) volume. The conventional way of performing a data migration to a remotely mirrored volume is to suspend processing on the primary volume, copy its contents to the remotely mirrored volume, and then resume processing on the primary or secondary volume.

One advantage of performing data processing activities in a remotely mirrored system as shown in FIG. 1 or 4 is that a host central processing unit can easily be moved from a local site to a remote site. Processing can be quickly switched over from the local site to the remote site so long as the primary and secondary volumes are synchronized at the time of the switch.

A data migration can be performed upon an active volume, with minimal disruption of data processing, by following an iterative technique shown in the flowchart of FIG. 14. This flowchart represents steps in an active migration task run on the data storage system containing the primary (R1) volume to be migrated. The active migration task, for example, is activated by a system operator using the host remote mirroring software.

In the first step **471** of FIG. 14, the active volume is configured as a primary (R1) volume, and a new, initially invalid or empty volume is configured as the corresponding secondary (R2) volume to which data from the primary (R1) volume is to be migrated. Next, in step **472**, half of a bitmap array BITMAP(SWITCH) is cleared.

The bitmap array is located in the cache memory of the data storage system containing the primary (R1) volume. The bitmap array has two halves, each of which contains a bit for each track in the volume. Each bit is initially cleared, and each bit is initially set when the corresponding track is updated by new data for the track being written into the cache memory. SWITCH is a flag enabling one or the other of the halves of the bitmap array to receive the changed track identifications. In particular, channel adapter microcode for a host servicing task sets a particular bit in the bitmap by using a base address register that is set with either a first pointer value pointing to the first half of the bitmap array, or a second pointer value that points to the second half of the bitmap array. The logical value of the switch flag determines whether the first pointer value or the second pointer value is used in the base address register for addressing either the first half or the second half of the bitmap array. The migration task can, in a single "atomic" operation, switch the pointer value used by the channel adapter host servicing task. Therefore, the host processing need not be suspended to perform the switching operation.

In step **473**, the migration task enables the changed track identification feature of the host servicing task of the channel adapter microcode so that indications of tracks being changed are written in the half of the bitmap array that was cleared in step **472**. Next, in step **474**, the migration task copies all of the tracks of the primary (R1) volume to the secondary (R2) volume. Once this copying is finished, then in step **475**, the migration task clears the other half of the bitmap array not presently selected by the switch for recording changed track indications. Next, in step **476**, the migration task inverts the switch (i.e., complements its binary state) to begin recording changed track identifications in the portion of the bitmap array that was cleared in step **475**. Then, in step **477**, the migration task copies the changed tracks of the primary (R1) volume, as indicated by the portion of the bitmap array not cleared in step **475**, to the secondary (R2) volume, and the migration task also counts the number of copied tracks. Once all of the indicated changed tracks are copied, execution continues to step **478**.

In step **478**, the migration task displays to the system operator the total number of copied tracks that were counted in step **477**. This number indicates the rate of convergence, so that the operator will have an idea as to when the migration of the active volume will be finished. In step **479** the total number of copied tracks that were counted in step **477** is compared to a threshold. This threshold determines the number of tracks that must be copied while host processing is inhibited. The greater the threshold, however, the more quickly the active volume can be migrated. Therefore, the threshold should be set for about the longest tolerable duration of suspended host access to the data storage system. If step **479** finds that the total number of copied tracks that were counted in step **477** is greater than the threshold, then execution branches back to step **475** to begin another iteration. Otherwise, execution continues to step **480** of FIG. 15.

In step **480** of FIG. 15, the migration task suspends host processing with the primary (R1) volume. Then, in step **481**, the migration task copies the changed tracks of the primary (R1) volume, as indicated in the half of the bitmap that was cleared in step **475**, to the secondary (R2) volume. Once this copying is done, the migration task is finished. The primary (R1) and the secondary (R2) volumes are in sync, and they contain the same data. Host processing may then resume by accessing the primary (R1) volume and remotely mirroring data to the secondary volume. Alternatively, before resuming host processing, the linked data storage systems could be reconfigured to reverse the roles of the primary (R1) and the secondary (R2) volumes, so that the host would directly access what was the secondary (R2) volume.

The migration technique of FIGS. 14–15 usually achieves rapid convergence toward synchronization of the primary (R1) and secondary (R2) volumes because during the copying of all of the tracks of the primary (R1) volume in step **474**, a majority of the tracks will not have been changed. Since fewer tracks need to be copied in the next step **477**, the time for a single iteration successively decreases. In any case, convergence can be guaranteed by increasing the priority of the migration task relative to the host servicing task in order to allocate more data storage system processing time to the migration task than to the host servicing task.

The basic migration technique of FIGS. 14–15 can be adapted to use the remote invalid track bits (**124** in FIG. 3) and remote write pending track bits (**106** in FIG. 3) in the track directory, instead of the bitmap array described above. In this case, it is desirable to also use similar channel adapter logic for both migration and remote mirroring.

Turning now to FIG. 16, there is shown control logic for the channel adapter in managing the remote write pending and remote invalid track bits during the processing of a write operation. If the write is not to a primary volume, as tested in step **601**, then execution branches to step **606**, and the states of the remote write pending and remote invalid track bits are unaffected. Otherwise, in step **602** the remote write pending bit is set for the track being written to. Then in step **603**, execution branches to step **606** if the remote invalid bit for the track is already set. Otherwise, in step **604**, the remote invalid bit for the track is set, and in step **605**, the remote invalid track count for the volume is incremented. Then, in step **606**, the data is written to the track in the volume.

Turning now to FIG. 17, there is shown a flowchart of the migration task that uses the remote invalid track bits, the remote write pending bits, and the remote invalid track count maintained by the channel adapter task of FIG. 16. In the first step **611** of FIG. 17, the secondary (R2) volume to receive the migration data from a corresponding primary (R1) volume is invalidated by setting all of the remote invalid track bits for this volume. In step **612**, the remote invalid track count for this secondary (R2) volume is set to the number of tracks in the secondary (R2) volume.

To begin an iteration through the tracks of the remotely mirrored volume pair, in step **613** a track pointer is set to a

first track in the remotely mirrored volume pair. Then in step 614 execution branches to step 620 if the remote invalid bit is not set for the track indicated by the track pointer. Otherwise, execution continues to step 615. In step 615, the remote write pending bit for the track is cleared. Then in step 616, the track is copied from the primary (R1) volume to the secondary (R2) volume.

It is possible that during step 616, the remote write pending bit might be set by a write to the primary (R2) volume, because host processing may continue during the migration process. Therefore, in step 617, if the remote write pending bit for the track is found to be set, execution continues to step 620, because the copied track has been invalidated. Otherwise, execution branches to step 618 to clear the remote invalid bit for the track, and in step 619 the remote invalid track count for the secondary (R2) volume is decremented. Execution continues to step 620.

In step 620, the track pointer is inspected, and if it does not point to the last track in the remotely mirrored volume pair, then execution continues to step 621 to set the track pointer to the next track in the remotely mirrored volume pair, and execution loops back to step 614. Otherwise, once an iteration is completed over all tracks in the remotely mirrored volume pair, execution branches from step 620 to step 622. In step 622, the remote invalid track count is compared to zero, and if it is zero, the migration is finished because the secondary (R2) volume is synchronized to the primary (R1) volume. Otherwise, execution continues from step 622 to step 623. In step 623, the invalid track count is compared to a threshold selected to be about the largest number of tracks that can be copied while host processing is suspended without causing a serious disruption of host processing. If the threshold is exceeded, then execution loops back to step 613 to begin another iteration. Otherwise, execution continues to step 624 to suspend host processing, and then execution loops back to step 613 for one more iteration, which will result in the invalid track count becoming zero and synchronization being achieved between the primary (R1) and secondary (R2) volumes.

K. Servicing of the FIFO Link Transmission Queue

Turning now to FIG. 18, some components in FIG. 4 are shown in order to depict data structures in the cache 228. These data structures include the volume and track tables 501, logical tracks of data 502, a least-recently used (LRU) queue 503, the FIFO link transmission queue 504, and a link buffer 505.

Elements of the volume and track tables 501 have been shown and described above with reference to FIGS. 3 and 4. The volume and track tables serve as an index to the logical tracks of data in the cache and stored on disk. The volume and track tables include information identifying the location of each logical track on disk; whether the track image is currently in the cache and if so where; some demographic data such as dates and time stamps about the logical tracks; whether the track image is synchronized with an internal or remote copies; and whether a particular record on the logical track has been modified and is pending a write to disk or to a remote copy.

Blocks of cache memory are dynamically allocated when needed to store the logical tracks of data 502. The least-recently-used (LRU) queue 503 contains pointers to cache blocks that are available to be allocated. When a cache block is needed, the pointer at the head of the LRU queue 503 identifies the cache block that should be allocated. If the cache block is needed for a read operation, the pointer is placed at the tail of the LRU queue 503. If the cache block is needed for a write operation, the pointer is taken off the LRU queue 503, and is put back on the LRU queue only when a writeback operation to disk has been completed. The pointer is also kept off the LRU queue 503 for remote write pending in the synchronous, semi-synchronous, and adaptive copy—write pending mode in order to retain the remote write pending data in cache.

The FIFO link transmission queue 504 was described above with reference to step 415 of FIG. 8. In the preferred implementation, this link queue 504 is used in connection with the link buffer 505 in order to prepare information for transmitting commands and data over the link 240 from the link adapter 236 to the remote or secondary data storage system 246 in FIG. 18. The commands transmitted over the link 240 include a write command for a remote write to a secondary (R2) volume in the secondary data storage system 246, and a read command for reading data from a secondary volume (R2) in the secondary data storage system. Each command therefore accesses a single volume. The link queue 504 contains a respective entry for each command that is transmitted over the link 240. Each entry is placed in the link queue 504 by a channel adapter involved in a remote read or write operation, and removed from the link queue by a link adapter that transmits the corresponding command over a remote link to the secondary storage system 246.

In practice, the host 212 communicates with the channel adapter 226 by sending chains of channel command words (CCW's). Each chain of channel command words define operations to perform with respect to a single logical volume. The chain defines a single input/output operation. The results of all channel command words of this single input/output operation are to be committed before commitment of the results of any following CCW's. Once the host processor sends the entire chain to the channel adapter, it need not poll for a response; instead, the host typically continues with other operations, and is interrupted when the channel adapter responds with a device end (DE) signal indicating that the results of the last CCW in the chain have been committed.

If the CCW chain consisted of a single write command from the host 212 to the channel adapter 226 in FIG. 18, then the CCW chain would be processed in the following sequence. First, the channel adapter 226 puts the write data in a specified logical track of data 502 in the cache. Then, for an IBM compatible host 212, the channel adapter "disconnects" from the host. (Disconnect is a term used by IBM to describe the protocol followed by an IBM host writing data in CKD or ECKD format.) The channel adapter 226 also recognizes that the specified logical track is in a remotely mirrored volume pair, and therefore the channel adapter inserts an entry into the link queue, pointing to a location in the link buffer 505, and puts into the link buffer pointers to the write data in the cache. Then, the link adapter 236 services the link queue 504 by transferring the write data across the link 240. Finally, when the link adapter 236 receives an acknowledgement of the remote write from the secondary data storage system 246, the link adapter signals the channel adapter 226, and the channel adapter "reconnects" with the host 212 and returns a device end (DE) signal to the host.

In the preferred implementation, the entry in the link queue 504 includes a one-byte password for confirming the validity of the entry, a logical volume number specifying the secondary (R2) volume, a number identifying the channel adapter that created the entry, a pointer to a starting location in the link buffer 505 for additional information for the command to be sent to the secondary storage system containing the specified secondary (R2) volume, and lock

information by which a particular channel adapter or link adapter can obtain exclusive access to the entry. The lock information ensures that only a single channel adapter loads the entry, and a single link adapter uses the entry to generate a command sent over a link to the secondary data storage system. The link buffer **505** is used in addition to the queue **504** in order to store efficiently a variable amount of information for producing each command sent over a link to the secondary storage system **246**.

In the preferred implementation, each write command sent over a link to the secondary storage system **246** may include write data from multiple channel command words. Moreover, it is very desirable to "bundle" the write data for all write commands in the channel command word chain into a single write command transmitted over a link to the secondary storage system **246**. The channel adapter **226** must therefore decode the channel command words to an extent necessary to determine when it receives the last channel command word in the chain. This decoding process is dependent on the syntax of the channel command words. A conventional fixed-block addressing (FBA) syntax, for example, has a "beginning of chain" channel command with the format START BLOCK, COUNT where COUNT is the number of following command words in the chain. The IBM count-key-data (CKD) syntax has a similar DEFINE EXTENT command, which defines a number of following channel command words included in the chain, although this is not the exclusive method used to indicate the extent of the chain in the IBM CKD syntax. Alternatively, the syntax could use an "end of chain" command. One particular IBM ESCON syntax uses a flag in every channel command word to indicate whether or not the word is the last word in its chain.

IBM CKD channel command words have a syntax described, for example, in N. S. Prasad, "IBM Mainframes: Architecture and Design," McGraw-Hill Book Company, New York, N.Y., 1989, Section 3.4, Input/Output Architecture, pp. 58–73, incorporated herein by reference, and "The IBM 3990 Storage Control Reference," No. GA32-0099-04, International Business Machines Corporation, Tucson, Ariz., 1991, pp. 1–304, incorporated herein by reference. In general, the IBM CKD channel commands are in effect program instructions, and IBM Corp. refers to a string of channel command words as a "channel program." On pages 61 to 63, for example, N. S. Prasad, "IBM Mainframes: Architecture and Design," says: "A channel program consists of one or more Channel Command Words (CCWs). Each CCW occupies a double-word location in storage. The CCWs have consecutive addresses. The channel fetches a CCW, decodes it, and executes it. Execution consists of passing the CCW to the control unit and device for performing the required operation. After the required operation is performed, the channel executes the CCW in the next contiguous location, if the last CCW contains a chaining flag. It is possible to branch to a noncontiguous CCW by using a transfer-in-channel command. By using command chaining and the TRANSFER in CHANNEL command it is possible to perform branching and looping within a channel program."

For processing IBM CKD channel command words, the channel adapter decodes and executes the channel command words, and applies the rules set out in the above IBM references to determine when the end of the chain is reached. The channel interface in the IBM host processor also decodes channel command words to find the end of the chain, in order to interrupt the host processor when the channel adapter sends back the device end (DE) for the last CCW in the chain. (See page 60 of N. S. Prasad, "IBM Mainframes: Architecture and Design.")

The preferred format for the information in the link buffer **505** is a string of track and record identifications and indications of where the records are found in the cache **228**. The track and record identifications, for example, are in the form of: "track no. p, starting at record q, n records, starting at cache address r; track no. s, starting at record t, m records, starting at cache address u; . . . . " In this example, not every record need be specified, because ranges or extents of contiguous records can be specified. Also, with this format, the track and record identifications can be built up and appended into the link buffer **505** as write channel command words are decoded by the channel adapter, and the data for each write channel command word is loaded into cache at the indicated starting addresses.

Each link adapter scans the link queue **504** in an iterative loop, looking for unlocked entries to service, beginning at the head of the queue. The link adapter locks the next entry to service, checks the password to determine if the entry is valid, and if so, gets the buffer pointer from the entry, reads the buffer, and builds a job to be executed for transferring data from cache across the link in a direct memory access (DMA) operation. In particular, the link adapter builds a header, and transmits over the link the header, followed by the data, followed by a cyclic redundancy check (CRC). The header, for example, contains a command code such as a code for read or write access, link and command status flags, the logical volume number of the secondary (R2) volume to access, and the invalid track count for the secondary (R2) volume.

Turning now to FIGS. **19** and **20**, there is shown a flowchart of the control logic in the channel adapter for bundling the remote write commands included in a channel command word chain. In a first step **521** of FIG. **19**, the channel adapter receives a channel command word from the host. Then in step **522**, execution branches to step **523** if the channel command word is a write to a secondary (R2) volume in the remote data storage system. In step **533**, the channel adapter performs the action specified by the channel command word. Then, in step **524**, execution loops back to step **521** if the end of the CCW chain has not been reached. If step **524** finds that the end of the CCW chain is reached, then execution continues to step **525** to send a device end (DE) signal to the host, and execution loops back to step **521**.

If step **522** finds the channel command word specifies a remote write, then execution continues to step **526**. In step **526**, the channel adapter gets an entry for the link queue. This entry is a free block of cache memory. Then in step **527**, execution branches to step **528** if the remote write operation must be suspended for a synchronization mode. In the synchronous and semi-synchronous modes, the remote write must be suspended if there is already a pending write to the secondary (R2) volume. In the adaptive copy—pending write or adaptive copy—disk modes, the remote write must be suspended if the "invalid tracks" count for the secondary (R2) volume has reached the skew value. After the channel adapter task has been suspended and resumed to maintain synchronization in step **528**, or if step **527** finds that there is no need to suspend the channel adapter task for synchronization, execution continues to step **529**.

In step **529**, the channel adapter puts the queue entry on the tail of the link queue. Then in step **530**, the channel adapter writes one or more records into cache, setting the local and remote write pending flags, as will be further described below with reference to FIG. **22**, and accumulates

in the link buffer identification and record pointer information for the remote write operation. Next, in step **531**, execution continues to step **532** if the end of the CCW chain has not been reached. In step **532**, the channel adapter receives the next channel command word. Then, in step **533**, execution loops back to step **530** if this next channel command word requires a remote write operation to a remote secondary (R2) volume. If not, execution continues to step **534**. In step **534**, the channel adapter performs the operation specified by the channel command word, and execution loops back to step **531**. Once the end of the chain is found in step **531**, execution branches to step **535** of FIG. **20**.

In step **535** of FIG. **20**, the channel adapter marks the link queue entry valid for processing by a link adapter, and releases its lock on the link queue entry. Execution then continues to step **536**. In step **536**, steps **416** to **422** of FIG. **8** are performed as described above, to send a device end (DE) signal to the host. For all but the synchronous mode, the device end (DE) signal is sent immediately. For the synchronous mode, the device end (DE) signal is not sent until the remote write has been acknowledged.

Turning now to FIG. **21**, there is shown a flowchart of the control logic for the link adapter, corresponding to the flowchart of the channel adapter in FIGS. **19** and **20**. In a first step **541**, the link adapter starts at the head of the link queue, and scans the entries in the queue in sequence until it finds a valid, unlocked entry to process, and then the link adapter locks the queue entry so that no other link adapter will attempt to process it. In step **542**, the link adapter assembles information for the header of a command to transmit over a link of the link adapter. In step **543**, the link adapter builds a transmission job from the information in the link buffer.

In step **544**, the link adapter checks whether the entry it is processing is at the head of the link queue, and if not, the link adapter waits until the entry reaches the head of the queue. Then in step **545**, the link adapter removes the entry from the head of the link queue, marks the status information of the header with a time stamp or sequence number, and executes the job to send the command over the link, including the header followed by data read from the cache in a direct memory access (DMA) operation, and a cyclic redundancy check. The time stamp or sequence number can be used by the remote data storage system to detect link transmission problems and to write to its cache in proper sequence data from commands received from various links and link adapters despite possible delay of some commands due to link failure. In an alternative arrangement, each link queue entry or corresponding link buffer entry could be marked with a time stamp or sequence number at the time the link queue entry is inserted at the tail of the link queue, so that step **544** could be eliminated. Moreover, in the short distance option configuration having a single link, time stamps or sequence numbers would not be needed, because each command could be transmitted over the link, received, and acknowledged before the next command in the link queue would be transmitted.

Next, in step **546**, for the long-distance option, the link adapter task for the queue entry is suspended for a time until resumed upon receipt of a corresponding acknowledgement from the remote data storage system. When the link queue entry is suspended, a new task is begun in step **541**. In the short distance option, however, it may be preferable for the task to poll for an acknowledgement of receipt, instead of suspending the task. In any case, if a receipt is not acknowledged within a timeout period, as tested in steps **547** and **548**, then in step **549** an error is logged or reported to the system operator, and in step **550** the job is re-executed to retransmit the command over the link, or if retransmission is unsuccessful, the job is redirected to an alternative link or alternative link adapter.

Once the link adapter receives an acknowledgement of receipt of the write command from the remote data storage system, execution continues from step **547** to step **551**. In step **551**, the link adapter reports the receipt of the acknowledgement to the channel adapter which originated the write command. This reporting, for example, is done by the link adapter writing a message in a mailbox region of cache memory preassigned to the channel adapter which originated the command. Alternatively, circuitry could be provided so that the link adapter could directly interrupt the channel adapter.

In step **552**, the link adapter de-allocates the cache memory of the link queue and the corresponding memory in the link buffer. The task is then done. In the short distance option, the link adapter could continuously run a single task, in which case execution would loop back from step **552** to step **541**.

Turning now to FIG. **22**, there is shown a flowchart of a procedure that could be used in step **530** of FIG. **19** for writing a record to a primary (R1) volume. In the first step **561** of FIG. **22**, the channel adapter checks whether the track of the record is in cache. If not, then execution branches to step **562** to fetch a next cache track slot from the LRU queue (**503** of FIG. **18**). Then in step **563**, the channel adapter checks whether the track is on disk. If so, then execution branches to step **564**, and the track is copied from disk to the cache slot in cache. If not, execution loops around step **564**. Then in step **565**, the track tables are updated to indicate that the track now resides in the new cache track slot. Then in step **566**, the record is written to the cache track slot. In step **567**, the local and remote write pending flags are written in the track tables. For example, each track has such local and remote write pending flags, and also each record has such local and remote write pending flags. Finally, in step **568**, a pointer to the record in cache is accumulated in the link buffer.

If the track does reside in cache, then in step **569**, execution branches to step **570** if the channel adapter is working in an "overwrite cache option" for the volume. This is the fastest option for remote mirroring of data, but it contributes to the "rolling disaster" problem. In the overwrite cache option, every single update to a record of a primary volume is not necessarily transmitted to the secondary volume. Instead, if the cache contains a remote write pending record that has not yet been transmitted by a link adapter to the data storage system having the secondary volume, then a new version will overwrite this write pending record in cache (in step **566**). In the adaptive copy modes, however, the overwrite cache option substantially increases the performance of remote mirroring of data, by reducing the number of remote pending records that are maintained in cache or on disk.

In step **570**, execution continues to step **566** if a "compress" option is not enabled for the volume. The compress option is described below with reference to FIG. **23**.

If overwrite cache option is not enabled, then execution continues from step **569** to step **569** to check whether there is a remote write pending to the record in cache. If not, execution branches to step **566**, since in this case there is no possibility of an overwrite of a remote write pending record not yet transmitted over the link. If there is a remote write pending record, then execution branches to step **572**. To avoid writing over the remote write pending record, when

step 572 finds that a "log in cache" option is not selected for the volume, then execution branches back to step 561 to stall or suspend the writing of the new record until the cache slot no longer contains the remote write pending record; step 561 will check that the track has not been removed from cache during suspension of the current channel adapter task.

If the "log in cache" option is selected, then execution continues from step 572 to step 573. In step 573, a new cache track slot is obtained from the head of the LRU queue, and in step 574 the existing remote write pending track is copied to the new cache track slot. Therefore, the original track in cache is still available for transmission of the original remote write pending record over the link by a link adapter, and a new cache track slot for the same track is available to receive the new version of the write pending record. Execution continues from step 574 to step 565, so that the track tables are updated to point to the new cache track slot.

The "log in cache" option should be used only if the current loading on the data storage system is very light, because the copying of data from one cache track slot to another will tie up access to the cache. Also, keeping multiple versions of tracks in cache will tie up cache resources, so a count of such old versions of tracks should be kept (incremented when a copy is made, and decremented when the track cache slot is deallocated upon receipt of acknowledgement of a remote write operation), and no more than a certain number of such old versions should be permitted in cache at any given time. The "log in cache" option, however, would permit uninterrupted host access to a primary (R1) volume in the event of an all-links failure for a short period of time. The short period of time could be used to detect the "all links" failure, and to switch the remote links over to some spare disk drives to create a non-volatile log of all remote writes. If a link could be restored before the spare disk drives are overloaded, then the spare disk drives could be used to restore the secondary (R2) volumes without the possibility of corruption due to the "rolling disaster" scenario.

If step 570 finds that the compress option is enabled, then execution branches to step 575 of FIG. 23. In step 575 of FIG. 23, execution branches back to step 566 of FIG. 22 if a remote write is not pending. Otherwise, execution continues to step 576 of FIG. 23. In step 576, the new record is written to the track cache slot. In step 577, the local write pending flag is set in the track tables. Then in step 578, the track tables are accessed to determine whether the prior write pending operation is still on the link queue. For the compress option, for example, the track table contains "on-queue" bits in addition to the "write pending" bits; the on-queue bits would be set in step 530 of FIG. 19 (and in step 568 of FIG. 22 and step 579 of FIG. 23 for particular records) and cleared in step 545 of FIG. 21. If the prior write pending operation is still on-queue for the new write data, it is not necessary to accumulate in the link buffer the pointers to the new write data since the prior write pending pointers, still on queue, will cause the new write data to be sent. Therefore, in this case, execution returns from step 578. Otherwise, execution continues from step 578 to step 579. In step 579, the pointers to the new write data are accumulated in the link buffer.

L. Remote Mirroring Error Messages

In a preferred implementation of the remote mirroring facility, the data storage system reports the following environmental error messages at the service processor user interface, and to the host and the customer service center:

Dynamic sparing invoked.

Dual-initiator adapter failed to reset.

Over temperature condition.

Data storage system power system alarm.

Locally mirrored drive (primary (R1) volume) is in a "not ready" state.

Locally mirrored drive (primary (R1) volume) is write disabled.

Remotely mirrored drive (secondary (R2) volume) is in a "not ready" state.

Service processor not responding.

Failed to complete an automatic call to the customer support center.

Power supply failure.

Environment cable missing.

AC line failure or interruption.

High charge state not detected within 2 minutes of power up; or, clock inconsistency found between data storage system and service processor; or, adapter inserted without power-up.

Latched alarms.

Link adapter problem/failure.

Link adapter problem/failure corrected; all links operational

M. Remote Mirroring Event Messages

In a preferred implementation of the remote mirroring facility, the data storage system reports the following device-level events at the service processor user interface and to the host and to the customer service center:

Secondary (R2) volume resynchronized with primary (R1) volume.

Primary (R1) volume resynchronized with secondary (R2) volume.

Resynchronization process has begun.

N. Remote Mirroring Status Commands

In a preferred implementation of the remote mirroring facility, the service processor and the host remote mirroring software responds to the following commands for requesting remote mirroring status:

(1) Display Configuration Status

This command displays the following status information regarding logical volumes configured for remote mirroring:

Volume number.

Channel number.

Number of cylinders on volume.

Mirrored volume status.

Flags enabled for the volume:

80—primary (R1) volume

40—secondary (R2) volume

20—WR Enable (secondary (R2) volume read/write enabled)

10—Not Ready (volume "not ready" to host)

108—semi-synchronous mode of operation

04—data migration

02—Sync required

01—Domino effect

(2) Display Write Pending Tracks

This command displays the number of write pending tracks between remotely mirrored volume pairs. An invalid track count is displayed for each of the primary (R1) and secondary (R2) volumes. Synchronized pairs display "0" for the invalid track counts for each of the primary (R1) and secondary (R2) volumes.

(3) Display Adaptive Copy Volumes This command displays the primary (R1) volume, the secondary (R2) volume, the adaptive copy mode (write pending or disk), and the skew value set for each remotely mirrored pair having adaptive copy enabled.

O. Remote Mirroring Configuration Commands

In a preferred implementation of the remote mirroring facility, the service processor and the host remote mirroring software respond to the following commands for requesting remote mirroring status:

Set the configuration of primary (R1) volumes and their corresponding secondary (R2) volumes.

Make a specified primary (R1) volume or range of primary volumes or all primary volumes "ready" to the remote host.

Make a specified primary (R1) volume or range of primary volumes or all primary volumes "not ready" to the remote host.

Enable a specified secondary (R2) volume or range of secondary volumes or all secondary volumes for remote host writes.

Enable a specified secondary (R2) volume or range of secondary volumes or all secondary volumes for remote host "read only".

Make a specified secondary (R2) volume or range of secondary volumes or all secondary volumes "not ready" to the remote host.

Enable volume domino mode for a specified primary (R1) volume or range of primary volumes or all primary volumes.

Disable volume domino mode for a specified primary (R1) volume or range of primary volumes or all primary volumes.

Enable link domino mode.

Disable link domino mode.

Set the synchronous mode for a specified primary (R1) volume or range of primary volumes or all primary volumes.

Set the semi-synchronous mode for a specified primary (R1) volume or range of primary volumes or all primary volumes.

Enable adaptive copy—write pending mode and set the skew rate for a specified primary (R1) volume or range of volumes.

Enable adaptive copy—disk mode and set the skew rate for a specified primary (R1) volume or range of volumes.

Disable adaptive copy for a specified primary (R1) volume or range of volumes.

Enable the "sync required" attribute for a specified primary (R1) volume or range of primary volumes or all primary volumes.

Disable the "sync required" attribute for a specified primary (R1) volume or range of primary volumes or all primary volumes.

P. Host Remote Mirroring Software Features

The optional host remote mirroring (RM) software (213 in FIG. 4) enables an operator to monitor and control remote mirroring and data migration of the data storage system by entering commands at a host system console. In particular, the operator can query the status of the drive and link relationships between remotely mirrored data storage systems, query the synchronization status of each mirrored volume pair, modify the synchronization modes for each mirrored volume pair, and issue commands to suspend or resume the mirroring activity for each mirrored volume pair or an entire data storage system. The host remote mirroring software commands may be integrated into automated operations or host applications, giving the user a robust and elegant implementation of remote mirroring with a great deal of flexibility and control.

For all command examples below, the "#" character is used for a "command prefix" parameter. When executing the command examples, substitute the particular command prefix recognized by the host operating system.

(1) Sync Direction

The host remote mirroring software permits an operator or host application program to initiate, inhibit, suspend, or resume remote mirroring in any specified direction between two data storage systems configured for remote mirroring. (See, for example, the actions that can be performed by the #SC VOL command described below.) When the host remote mirroring software is loaded and initialized, parameter statements may be included to restrict this "sync" direction that is allowed for the remote mirroring configuration, and to initialize the sync direction.

(a) Synch Direction Allowed

The parameter statement SYNCH_DIRECTION_ALLOWED, is optional and sets valid values for current synch direction that can be specified in the SYNCH_DIRECTION_INIT initialization parameter and in the #SC GLOBAL,SYNCH_DIRECTION command. The parameter values for this statement may be one of the following:

R1>R2 which will only allow the synch direction to be set to primary (R1) to secondary (R2) or NONE;

R1<R2 which will only allow the synch direction to be set to secondary (R2) to primary (R1) or NONE;

R1< >R2 which will allow the synch direction to be set to any valid setting; or

NONE which will only allow the synch direction to be set to NONE.

If this parameter is not specified, SYNCH_DIRECTION_ALLOWED defaults to R1>R2. When NONE is specified for SYNCH_DIRECTION_ALLOWED, the #SC VOL command parameters VALIDATE and INVALIDATE will not function. The format of this parameter statement is as follows:

SYNCH_DIRECTION_ALLOWED=R1>R2¦R1<R2¦R1< >R2¦NONE

For example: SYNCH_DIRECTION_ALLOWED=R1>R2

(b) Synch Direction Init

The parameter statement SYNCH_DIRECTION_INIT, is optional and sets the synchronization direction at the time the host remote mirroring software is started. The current SYNCH_DIRECTION may be changed using the #SC GLOBAL,SYNCH_DIRECTION command. The parameter values for this statement may be R1>R2 which specifies that VALIDATE is allowed only on secondary (R2) volumes and INVALIDATE is allowed only on primary (R1) volumes, or R1<R2 which specifies that VALIDATE is allowed only on primary (R1) volumes and INVALIDATE is allowed only on secondary (R2) volumes, or NONE. If this parameter is not specified, SYNCH_DIRECTION_INIT defaults to NONE. The format of this parameter statement is as follows:

SYNCH_DIRECTION_INIT=R1>R2¦R1<R2¦NONE

For example: SYNCH_DIRECTION_INIT=R1<R2 This parameter must not conflict with SYNCH_DIRECTION_ALLOWED and is therefore subject to all constraints set by SYNCH_DIRECTION_ALLOWED. This parameter may be changed with the #SC GLOBAL,SYNCH_DIRECTION command.

(2) Host Remote Mirroring Software Status Commands

These commands allow an operator to view various aspects of remote mirroring status.

#HELP

The HELP command displays all available host remote mirroring software commands.

#SQ ADC

The SQ ADC command displays the adaptive copy skew values for the specified volumes(s).

Format: #SQ ADC, cuu, count|ALL

Parameters:

cuu Specifies the host device number for the volume

count Specifies the number of devices for which to display adaptive copy information. This value can be set from 1 to 256 (decimal) or ALL. If this parameter is not specified, count defaults to 1.

Comments: Only the source (R1) volumes in adaptive copy mode (disk or write pending) are displayed.

EXAMPLE: #SQ ADC,F00,5

This example displays the following fields:

1. host device number.
2. First device address (hex) on the host channel.
3. Control unit device number in hex.
4. Remotely mirrored device number in hex.
5. Adaptive Copy mode in effect. Valid values are Adaptive Copy—Write Pending mode (AW), or Adaptive Copy—Disk mode (AD).
6. Current skew value—for Adaptive Copy—Write Pending mode, it is the number of writes pending for the target (R2) volume. For the Adaptive Copy—Disk mode, it is the number of tracks marked as out-of-sync between the source (R1) and the target (R2) volume.
7. Adaptive copy maximum skew value for device(s). Range=1 to 999,999 (decimal).

#SQ CNFG

The SQ CNFG command displays the status of the data storage system. It lists the serial number of the data storage system, the amount of cache memory installed, the controller emulation type, the microcode level, the data storage system IDs and their associated number of devices, and the adapter type and layout.

Format: #SQ CNFG, cuu

Parameters: cuu specifies the host device number.

Comments: Issue this command to determine the location of the link adapters in the data storage system for the remote mirroring operations.

EXAMPLE: #SQ CNFG,500

This example causes the following fields to be displayed:

1. data storage system serial number.
2. Cache size in megabytes.
3. Controller emulation type.
4. Microcode level.
5. Data storage system ID(s) with associated number of devices.
6. Microcode patch level and date.
7. Maximum number of tracks to allow to be out of synchronization.
8. (through 23) Data storage system adapter types. Valid values are: DA=Disk Adapter, CA=Parallel Channel Adapter, EA=Serial Channel Adapter, SA=Fast-Wide SCSI Channel Adapter, LA=link adapter.

#SQ GLOBAL

The SQ GLOBAL command displays the settings for the various global parameters including the current host remote mirroring software version, the current and allowed synch directions, the status of message processing and the size of a message table, and setting for an OPERATOR_VERIFY initialization parameter.

Format: #SQ GLOBAL

EXAMPLE: #SQ GLOBAL

The example displays the following fields:

1. The host remote mirroring software version.
2. The current synchronization direction. Valid values are NONE, R1>R2, and R1<R2.
3. The status of message processing. Valid values are Yes, "nnn" or No. The value "nnn" is the number of messages that can be held in the message table.
4. The setting for operator verification. Valid values are ALL, NONE, or CRITICAL.
5. The allowable synchronization directions as specified in the initialization parameters. Valid values are NONE, R1>R2, R1<R2, or R1< >R2.

#SQ LINK

The SQ LINK command displays the port connection and online/offline status of individual link adapters. It also displays the average input/output's per second during a short interval, and the total input/output's since the last data storage system initial microcode load.

Format: #SQ LINK, cuu

Parameters: cuu Specifies the host device number.

EXAMPLE: #SQ LINK,600

This example displays the following fields:

1. host device number.
2. Adapter number of the link adapter in hex.
3. Link adapter type.
4. Number of ports.
5. Port connection status (Y=link path established; N=no link path established). This field corresponds left to right as to the ports on the board. The ports on the board are top to bottom.
6. Link status. Valid values are ONLINE or OFFLINE.
7. Short interval duration during which the average number of start input/output commands are calculated. This timer resets approximately every 10 minutes or when a data storage system initial microcode load occurs or utility reset command is issued.
8. Average input/output's per second over the short time interval.
9. Time since last data storage system initial microcode load or last utility reset command issued from the service processor.
10. Total start input/output commands since last data storage system initial microcode load or last utility reset command.

#SQ MSG

The SQ MSG command displays any remote mirroring error or informational messages presented to the host console if the message processing startup option was selected. These messages can be generated by any data storage system in the remote mirroring configuration.

Format: #SQ MSG, count|ALL

Parameters: count Specifies the number of messages to display. This value can be set from 1 to the size of the message log (as specified in a MESSAGE_

PROCESSING initialization parameter) or ALL. If this parameter is not specified, count defaults to 1.

Comments: This command, when issued with the ALL parameter, displays all messages currently held in the message log. The newest messages will appear at the top of the display and the oldest messages at the bottom of the display.

EXAMPLE: #SQ MSG,ALL

This example displays the following fields:

1. Date of error condition.
2. Time of error condition.
3. Reporting device address.
4. Device experiencing error (data storage system device number).
5. Device volser of device reporting the error.
6. Control unit system ID.
7. Data storage system message. Valid remote mirroring messages include: DYNAMIC SPARING INVOKED, TARG VOLUME RESYNC W/PRIMARY, PRIMARY VOLUME RESYNC W/SECONDARY, R1 VOL NOT READY STATE, R1 VOL WRITE DISABLED, R2 VOLUME IN NOT RDY STATE, ADAPTER LINK PROBLEM, RESYNC PROCESS HAS BEGUN, ADAPTER LINK OPERATIONAL. Valid migration messages are similar except substitute "DATA MIGRATION COMP ON VOL" for "PRIMARY VOLUME RESYNC W/SECONDARY".

#SQ SSID

The SQ SSID command displays the data storage system IDs known to the host operating system and the number of devices associated with them during the remote mirroring initialization.

Format: #SQ SSID, count|ALL

Parameters: count Specifies the number of data storage system IDs to display. This value can be set from 1 to 64 (decimal) or ALL. If this parameter is not specified, count defaults to 1.

Comments: Setting the parameter value to ALL displays all data storage system IDs found with devices online to the host.

EXAMPLE: #SQ SSID,ALL

This example displays the following fields:

1. System ID.
2. Number of devices (in hex) that have been known to be online for this storage system ID.
3. Flags.
   x'80' 1 . . . . . . . EMC Corp. SYMMETRIX data storage system
   x'40' . 1 . . . . . . EMC Corp. data storage system 5xxx Series
   x'20' . . 1 . . . . . 3990 controller emulation
   x'10' . . . 1 . . . . DEV number is valid. Treat this field as a bit mask. More than one of these bits may be on at a given time. For example, a value of "F0" indicates that the controller is a EMC SYMMETRIX data storage system, 5xxx Series, in 3990 mode, and that the device numbers are valid. An IBM Corp. model 3990 data storage system would have a x'20' flag.
4. First cuu found for this data storage system ID.
5. First device address (hex) on the host channel.
6. First data storage system device number.
7. Last cuu found for this data storage system ID.
8. Last device address (hex) on the host channel.
9. Last data storage system device number.

#SQ VOL

The SQ VOL command displays the status of individual remote mirroring volumes including online, offline, synchronization state, write protection state, remote mirroring mode of operation, etc.

Format: #SQ VOL, cuu, count|ALL|INV_TRKS

Parameters:

cuu Specifies the host device number

count Specifies the number of devices to display. This value can be set from 1 to 256 (decimal), or ALL, or INV_TRKS. If this parameter is not specified, count defaults to 1.

Comments: Only remote mirroring volumes display INV_TRK values. The count parameter can display either a range of remote mirroring devices, or the status of ALL remote mirroring devices on a specified control unit, or only those remote mirroring devices with an invalid tracks count.

EXAMPLE: #SQ VOL,600,8

This example displays the following fields:

1. Host device number. Field 1 displays "????" for devices not online during startup or put online after the last SC GLOBAL,SSID_REFRESH command.
2. First device address (hex) on the host channel. Field 2 displays "??" for devices not online during startup or put online after the last SC GLOBAL,SSID_REFRESH command.
3. Data storage system device number in hex.
4. Remotely mirrored logical volume number in hex.
5. Device volser. If the device was online at system initialization or during a SC GLOBAL,SSID_REFRESH, the volser is from a system configuration control block (UCB); otherwise, it is the volser assigned to the device when the data storage system was installed.
6. Total number of cylinders on volume.
7. Host device status. Valid values are:
   NOSCHIB=no sub-channel for device,
   HOT-IO=device is in hot input/output status,
   PDA-PRV=pending offline, allocated, mounted private,
   PDA-PUB,=pending offline, allocated, mounted public,
   PDA-STG=pending offline, allocated, mounted storage,
   OFFLINE=device offline to the host,
   ON-PRV=online, mounted private,
   ON-PUB=online, mounted public,
   ON-STG=online, mounted storage,
   ONA-PRV=online allocated, mounted private,
   ONA-PUB=online allocated, mounted public,
   ONA-STG=online allocated, mounted storage,
   N/A=the system configuration control block (UCB) was not available.
8. Number of open DCBs.
9. Control Unit status. Format is xxx-yy-z. Valid values are: xxx=R/W (read/write mode), xxx=R/O (read only mode), xxx=N/R (not ready mode), xxx=RNR (RDF devices globally not ready), xxx=TNR (secondary (R2) not ready; this status indicates that communication

between the remote mirroring pair is currently inactive due to either the link is offline, the link path is physically unavailable or the remote mirroring pair is RDF-Suspended. Use the #SQ LINK command to determine whether the links are online or offline, and the physical connection status of the links), yy=SY (Synchronous mode), yy=SS (Semi-Synchronous mode), yy=AW (Adaptive Copy—Write Pending mode), yy=AD (device is configured for Adaptive Copy—Disk mode), z=I (a secondary (R2) volume to go not ready if the primary (R1) volume (its mirrored device) has invalid tracks on secondary (R2) volume and a state of change has been requested on the secondary (R2) volume), z=D (primary (R1) volume to go not ready if secondary (R2) volume is not ready—Domino mode).

10. Mirroring status. Valid values are:
R1=Remote mirror primary (R1) volume,
R2=Remote mirror secondary (R2) volume,
ML=Local mirror volume,
RS=Raid-S volume,
(blank)=unprotected device.
11. Primary (R1) volume invalid track count.
12. Secondary (R2) volume invalid track count.
13. Primary (R1)/secondary (R2) volume synchronization percentage.

(3) Host Remote Mirroring Software Configuration Commands

#STOP

The STOP command terminates the host remote mirroring software.

#SC CNFG

The SC CNFG command sets the number of invalid tracks allowed for the Adaptive Copy—Disk mode function.

Format: #SC CNFG, cuu, value

Parameters:

cuu Specifies the host device number.

value Specifies the maximum allowable tracks (1 to 999,999 decimal) out of synchronization for a specified volume.

EXAMPLE: #SC CNFG,E00,250

This example sets the maximum allowable invalid tracks for the volume having device number E00 to 250.

#SC GLOBAL

The SC GLOBAL command, when used with the SSID_REFRESH parameter, causes the host remote mirroring software to "refresh" its internal control blocks with information regarding any data storage systems, volumes, and volsers that have been brought online since the host remote mirroring software was started or the last refresh command was issued.

Format: #SC GLOBAL, SSID_REFRESH or #SC GLOBAL, SYNCH_DIRECTION, R1>R2¦R1<R2¦NONE

Parameters: SSID_REFRESH Refreshes host remote mirroring software internal control blocks with the latest information on data storage system IDs, devices, and volsers.

SYNCH_DIRECTION Sets current synchronization direction. Valid values are subject to restrictions set by the SYNCH_DIRECTION_ALLOWED initialization parameter.

Comments: Devices that have been taken offline are not deleted from host remote mirroring software internal control blocks during the refresh processing. This allows the host remote mirroring software to maintain the host device number to data storage system device number mapping to simplify the entry of #SC VOL commands.

#SC LINK

The SC LINK command modifies the status of a link adapter.

Format: #SC LINK, cuu, dir#, state

Parameters:

cuu Specifies the host device number

dir# Specifies the link adapter number. Valid values are 01–10 (hex) or ALL.

state Specifies the states of the specified link adapter(s). Valid values are OFFLINE and ONLINE.

Comments: The adapter number specified must be a link adapter. If necessary, issue the #SQ CNFG command to determine the link adapter numbers. When ALL is specified as the dir# parameter value, the requested state of change will be applied to all link adapters.

#SC MSG

The SC MSG command, when used with the RESET parameter, clears the message log.

Format: #SC MSG,RESET

Parameters: RESET Clears the message log of all entries.

#SC VOL

The SC VOL command modifies the status of remote mirroring volumes. This configuration command provides the ability to set the remote mirroring operational mode. All #SC VOL commands require the operator to confirm the action specified, unless this has been disabled by the OPERATOR_VERIFY sysparm. This confirmation is necessary as some actions may result in loss of data if performed incorrectly. For example, only one volume in a remotely mirrored pair may be read/write-enabled when the devices are remote mirror suspended. The requirement for confirmation may be bypassed based on the value specified for the OPERATOR_VERIFY initialization parameter.

Format: #SC VOL, cuu, action, dev#, value

Parameters:

cuu Specifies the host device number.

action See the table of possible actions below.

dev# Specifies the data storage system device number. Valid values are 00 to FF (hex) and ALL. Used with the ADCOPY_DISK option.

value This value represents the maximum skew value for the device(s) in adaptive copy mode.

Comments: If a data storage system device number is specified, it must be a valid device type (R1 or R2) for that action. If ALL is specified for the dev# parameter, the host device number may be any device type, but the action will be performed only on the valid device types. If no dev# parameter is specified, then the host remote mirroring software will attempt to use the cuu to determine the data storage system device number on which to perform the action.

Table of Possible Actions:

(R1 = primary volume, R2 = secondary volume)

| Action Valid | Volume Type | Description |
|---|---|---|
| R/W | R2 | Make secondary (R2) device(s) read and write enabled. This allows a Secondary (R2) to be written to from the channel. Please note that |

-continued

Table of Possible Actions:

(R1 = primary volume, R2 = secondary volume)

| Action Valid | Volume Type | Description |
|---|---|---|
| | | if you write to the secondary (R2) device, you should perform testing and recovery procedures. |
| R/O | R2 | Make secondary (R2) device(s) read-only. When a secondary (R2) volume is in this status, any attempt to issue a write from the channel produces an input/output error. |
| RDY | R2 | Make secondary (R2) device(s) ready to the host. |
| NRDY | R2 | Make secondary device(s) not ready. In this state, the secondary (R2) Volume responds "intervention required" to the host for all read and write operations to that volume. This is the default state for a secondary (R2) volume. |
| SYNC | R1 | Set primary (R1) device to the synchronous mode. This is a remote mirroring mode of operation that ensures 100% synchronized mirroring between the two data storage systems. |
| SEMI-SYNC | R1 | Set primary (R1) device to the semi-synchronous mode. This is an remote mirroring mode of operation that provides an asynchronous mode of operation. |
| DOMINO | R1 | Enable volume domino mode for primary (R1) device. This ensures that the data on the primary (R1) and secondary (R2) volumes are fully synchronized at all times in the event of a failure. |
| NDOMINO | R1 | Disable volume domino mode for primary (R1) device. During this default operating condition, a primary (R1) volume continues processing input/outputs with its host even when an remote mirroring volume or link failure occurs. These failures cause loss of primary (R1) and secondary (R2) synchronization. When the failure is corrected, the devices begin synchronizing. |
| RDF-RDY | R2/R1 | Set volume ready to the host for remote mirroring operation. This action is valid for both primary (R1) and secondary (R2) volumes. |
| RDF-NRDY | R2/R1 | Set volume not ready to the host for remote mirroring operation. This action is valid for both primary (R1) and secondary (R2) volumes. |
| ADCOPY-WP | R1 | Enable adaptive copy - write pending function for primary (R1) device. When this attribute is enable, data storage system acknowledges all writes to primary (R1) volumes as if they were local volumes. |
| NADCOPY | R1 | Disable Adaptive Copy Function for primary (R1) device. Please note that when switching from adaptive copy - disk mode to adaptive copy - write mode or from adaptive copy - write mode to adaptive copy - disk mode, this command must first be used before setting the new adaptive copy mode. Please note that when this command is issued to remove a device from adaptive copy mode, the state change will not |

-continued

Table of Possible Actions:

(R1 = primary volume, R2 = secondary volume)

| Action Valid | Volume Type | Description |
|---|---|---|
| | | take place until the volumes are synchronized. |
| ADCOPY-DISK | R1 | Place the specified device(s) in adaptive copy disk mode. |
| ADC-MAX | R1 | Set the adaptive copy maximum skew value for the device(s). Example: #SC VOL,F00,ADC-MAX,,80. The maximum skew value may be specified in the range of 1-999999. This command may only be entered when the device is in one of the supported adaptive copy modes. Setting the skew value too high in Adaptive Copy - Write Pending mode could result in excessive cache use adversely affecting data storage system performance. |
| RDF-SUSP | R1 | Suspend remote mirroring operation on specified device. If the device is already suspended, this action is ignored. |
| RDF-RSUM | R1 | Resume remote mirroring operation on specified device. This action is only valid if the device was previously suspended via a successful RDF-SUSP action or INVALIDATE action. |
| VALIDATE | R1/R2 | Make all tracks for a primary (R1) volume valid on a secondary (R2) volume. When SYNCH_DIRECTION=R1>R2 this action code makes all tracks from a primary (R1) volume valid on secondary (R2) volumes. When SYNCH_DIRECTION=R1<R2 this action code makes a primary (R1) volume not ready and prepares it to be re-synched from the secondary (R2) volume using RDF-RSUM. It makes all tracks for a secondary (R2) volume valid on the primary (R1) volume. |
| INVALIDATE | R1 | Make all tracks invalid for a secondary (R2) volume on a primary (R1) volume. When resynchronization begins, all primary (R1) volume tracks are copied to the secondary (R2) volume. |

(4) Data Migration Query Commands

#SQ VOL_MGR

The SQ VOL_MGR command displays the status of individual data migration volumes. It also displays the host system level information for each device if it was online during system startup.

Format: #SQ VOL_MGR, cuu, count|ALL|NOT_COMPLETE

Parameters:

cuu Specifies the host device number

count Specifies the number of devices to display. Possible values are 1 to 256 (decimal), ALL, or NOT_COMPLETE.

Comments: The count parameters can display the migration status of all data storage system volumes accessible through that control unit (ALL), a specific number of data storage system devices, or only those data storage system devices that have not completed migration (NOT_COMPLETE).

EXAMPLE: #SQ VOL_MGR,600,3

This example displays the following fields:

1. Host device number. Field 1 displays "????" for devices not online during startup or put online after the last SC GLOBAL,SSID_REFRESH command.
2. First device address (hex) on the host channel. Field 2 displays "??" for devices not online during startup or put online after the last SC GLOBAL,SSID_REFRESH command.
3. Control unit device number in hex.
4. Migration device number in hex.
5. Device volser. If the device was online at system initialization or during a SC GLOBAL,SSID_REFRESH, the volser is from the UCB; otherwise, it is the volser assigned to the device when the data storage system was installed.
6. Data Migration device status. Valid values are:
   READY=data storage system device is ready to host;
   NRDY=data storage system device is not ready to host;
   NR-MIG=data storage system device is not ready for migration.
7. Original data storage system invalid track count.
8. Data storage system volume invalid track count.
9. Remaining tracks to migrate.
10. Total tracks on volume.
11. Percentage of tracks migrated to data storage system device.
12. Migration rate. Possible values are:
   MAX=maximum migration rate;
   FST=fast migration rate;
   MED=medium migration rate;
   SLO=slow migration rate;
   DEF=default migration rate (maximum).
13. Device data migration enabled indicator (Y/N).

(5) Data Migration Configuration Commands

#SC CNFG_MGR

The SC CNFG_MGR command modifies the global data migration rate in effect for all data migration volumes.

Format: #SC CNFG_MGR, cuu, value

Parameters:

cuu Specifies the host device number.

value Rate at which data storage system attempts to transfer data from the original DASD unit. Valid values are FAST, MEDIUM, or SLOW.

#SC VOL_MGR

The SC VOL_MGR command modifies the status of a data migration volume. This configuration command provides the ability to establish/stop idle time data migration for the specified volume(s) or all migration volumes and specify the data migration rate for specified or all data migration volumes. All #SC VOL_MGR commands require the operator to confirm the action you have specified, unless this has been disabled by the OPERATOR_VERIFY sysparm. This confirmation is necessary as some actions may result in loss of data if performed incorrectly. The requirement for confirmation may be bypassed based on the value specified on the OPERATOR_VERIFY initialization parameter.

Format: #SC VOL_MGR, cuu, action, dev#, rate

Parameters:

cuu Specifies the host device number.

action See the table of possible actions below.

dev# Specifies the data storage system device number. Valid values are 00 to FF (hex) and ALL.

rate Speed at which migration occurs. Valid values are MAXIMUM, FAST, MEDIUM, and SLOW.

Comments: If ALL is specified for the dev# parameter value, then all data migration devices on that controller are affected by this command action. If no dev# parameter is specified, then the host remote mirroring software will attempt to use the cuu parameter to determine the data storage system device number on which to perform the action. The rate parameter is only specified when DM_RATE is the action.

Table of Possible #SC VOL_MGR Actions:

| Action | Description |
|---|---|
| DM_COPY_START | Enable data migration copy process for the specified device(s) during idle time. |
| DM_COPY_STOP | Stop data migration copy process for the specified device(s) during idle time; only migrate data during normal input/output operations. |
| DM_RATE | Set data migration rate to value specified by the rate parameter. |

(6) Remote Mirroring Recovery Procedures Using Host RM Software

Following are specific examples of using the host remote mirroring (RM) software to perform data recovery procedures. "ccu" refers to the host device number, and "dev#" refers to the data storage system logical volume number.

(a) Recovering Using a Remote Host

In the event of a disaster at a local site that renders all equipment (local CPU and data storage system) non-operational, perform the following sequence of steps when using the remote data storage system to recover.

Write-enable all secondary (R2) volumes to the host at the remote site by performing the following two steps:

1. Set all R2 volumes to a "ready" state to the remote host by typing the following command:

```
#SC VOL,cuu,RDY,ALL
```

2. Write enable all volumes on the remote data storage system with a remote mirror designation (R2) by typing the following command:

```
#SC vol,cuu,R/W,ALL
```

All volumes at the remote data storage system are now available for input/output operations with the host at that site. Before read/write operations can be resumed with the data storage system at the local site, however, all secondary (R2) volumes at the remote data storage system must be set to read-only, not-ready to the host at the remote site, and the resynchronization process established. (Failure to make the secondary (R2) volumes read-only prior to bringing the local data storage system online can result in data corruption and invalid tracks in both the primary (R1) and secondary (R2) volumes.) When the host and data storage system at the local site are ready to be brought back online, perform the following steps:

At the remote site, perform the following four steps:

1. Stop input/output operations with the remote data storage system and vary devices offline from the remote host.
2. Make all secondary (R2) volumes on the remote data storage system read-only and not ready to the remote host (as per the original configuration) by typing the following commands:

#SC VOL,cuu,R/O,ALL and

#SC VOL,cuu,NRDY,ALL

3. Enable all disk adapters on the remote data storage system.
4. Enable the link adapters on the remote data storage system.

At the site of the original disaster (local host and data storage system) perform the following seven steps:

1. Disable the adapters (channel adapters and RLDs) on the local data storage system.
2. Reconnect the link cables from the location they were previously disconnected.
3. IPL the host system.
4. Power up the local data storage system.
5. Enable all disk adapters and link adapters. The two data storage systems begin synchronizing. When the links synchronize, the remote data storage system begins copying its data to the local data storage system.
6. Enable the channel adapters.
7. Have the user vary devices online to the local host and resume operations with the local data storage system.

The operator can view the status of the resynchronization process by issuing: #SQ VOL,cuu,INV_TRKS

(b) Testing Recovery Procedures

In a normal remote mirroring device relationship, the primary (R1) device may be synchronized with its secondary (R2) device or it may contain updated tracks which the link adapter has not yet sent to the secondary (R2) device (semi-synchronous or adaptive copy state). In addition, in a normal operating environment, the secondary (R2) volume is in a read-only mode. The operator can test recovery procedures by write-enabling the secondary (R2) volumes. To write-enable a secondary (R2) volume, the operator must first suspend remote mirroring operations between the primary (R1) and secondary (R2) volumes, make the devices ready, and then write-enable the secondary (R2) volumes.

(i) Suspending Remote Mirroring Operations

To suspend remote mirroring operations for a single pair, enter the following command at the host with access to the primary (R1) volume: #SC VOL,cuu,RDF-SUSP,dev#. To suspend remote mirroring operations for all remotely mirrored pairs, enter the following command at the host with access to the primary (R1) volume: #SC VOL,cuu,RDF-SUSP,ALL.

(ii) Making Volumes Ready

To make a secondary (R2) volume ready, enter the following command at the host with access to the secondary (R2) volume: #SC VOL,cuu,RDY,dev#. To make all secondary (R2) volumes ready, enter the following command at the host with access to the secondary (R2) volume: #SC VOL,cuu,RDY,ALL.

(iii) Write-Enabling Secondary (R2) Volumes

To write-enable the secondary (R2) volume, enter the following command at the host with access to the secondary (R2) volume: #SC VOL,cuu,R/W,dev#. To write-enable all secondary (R2) volumes, enter the following command at the host with access to the secondary (R2) volume: #SC VOL,cuu,R/W,ALL. Any primary (R1) volume configured with the domino effect option will go RNR (volumes not ready for remote mirroring operation) when remote mirroring operations are suspended. To clear this not ready condition, the operator must disable the domino effect option on those "not ready" volumes, and then enable those devices for remote mirroring operation using the RDF-RDY action with the #SC VOL command.

(iv) To Resume Remote Mirroring Operations

There are several ways to resume remote mirroring operations. The method used will depend on the state of the remotely mirrored pair. This section describes the various methods. (WARNING! Any deviation from the procedures described in this section may result in data corruption! Consult the table of primary (R1)/secondary (R2) volume status below for the appropriate procedure to follow.)

Use the #SQ VOL command to determine the invalid track count of the primary (R1) and secondary (R2) volumes.

Table of Primary (R1)/Secondary (R2) Volume Status

| Primary (R1) Volume | Secondary (R2) Volume | Procedure |
|---|---|---|
| no invalid tracks | no invalid tracks | see Procedure 1 |
| invalid tracks | no invalid tracks | see Procedure 1 |
| no invalid tracks | invalid tracks | see Procedure 2 |
| invalid tracks | invalid tracks | see Procedure 3 |

Procedure 1: No Invalid Tracks or Invalid Tracks on Primary (R1) Volume Only. Follow this procedure to resume remote mirroring operations when there are no invalid tracks on the secondary (R2) volume.

1. Make the secondary (R2) volume(s) on the data storage system read-only by typing the following command at the host with access to the secondary (R2) volume(s): #SC VOL,cuu,R/O[,dev#|,ALL].
2. Make the secondary (R2) volume(s) on the data storage system not ready by typing the following command at the host with access to the secondary (R2) volume(s): #SC VOL,cuu,NRDY[,dev#|,ALL].
3. Resume remote mirroring operations by typing the following command at the host with access to the primary (R1) volume(s): #SC VOL,cuu,RDF-RSUM,ALL

Procedure 2: Invalid Tracks on Secondary (R2) Volume Only. Follow this procedure to resume remote mirroring operations when there are no invalid tracks on the primary (R1) volume and invalid tracks on the secondary (R2) volume. This procedure copies the information on the primary (R1) volume to the secondary (R2) volume.

A. To Discard All Updates to the secondary (R2) Volume:

1. Verify that the current synchronization direction is set from primary to secondary (R1→R2) by typing the following command: #SQ GLOBAL. Issue the following command if it is necessary to change the current synchronization direction #SC GLOBAL,SYNCH_DIRECTION,R1>R2.
2. Make the secondary (R2) volume(s) on the data storage system read-only by typing the following command at the host with access to the secondary (R2) volume(s): #SC VOL,cuu,R/O[,dev#|,ALL]
3. Make the secondary (R2) volume(s) on the data storage system not ready by typing the following command at the host with access to the secondary (R2) volume(s): #SC VOL,cuu,NRDY[,dev#|,ALL].
4. Determine which secondary (R2) volumes have a non-zero R1 INV_TRKS value by typing: #SQ VOL,cuu,INV_TRKS.
5. For all secondary (R2) volumes with non-zero R1 INV_TRKS values: From the host with access to the secondary (R2) volume:
   a. Validate all invalid tracks for the primary (R1) volume(s) on the secondary (R2) volume by typing:

#SC VOL,cuu,VALIDATE[,dev#|,ALL] ('dev#'= secondary (R2) volume with an R1 INV_TRKS value greater than 0).

b. Repeat step a for each secondary (R2) volume with a non-zero R1 INV_TRKS value for a primary (R1) volume. If ALL is the specified parameter then step b is not necessary.

6. Verify all secondary (R2) volumes have an R1 INV_TRKS value equal to 0 by typing : #SQ VOL,cuu, INV_TRKS.

7. For all primary (R1) volumes whose secondary (R2) volume (R2) was write-enabled and had an R1 INV_TRK value greater than 0 (prior to step 2 above): From the host with access to the primary (R1) volume:

a. Invalidate all valid tracks for the secondary (R2) volume on the primary (R1) volume by typing:

#SC VOL,cuu,INVALIDATE[,dev#|,ALL] ('dev#'= primary (R1) volume whose secondary (R2) volume had an R1 INV_TRKS value greater than 0). The host remote mirroring software will monitor the process of invalidating all secondary tracks until complete. This may take up to two minutes on a heavily loaded controller. The host remote mirroring software will not perform any new remote mirroring commands during this process.

8. Resume remote mirroring operation from the host with access to the primary (R1) volumes by typing the following command: #SC VOL,cuu,RDF-RSUM,ALL. Those primary (R1) and secondary (R2) volumes with invalid tracks will begin to synchronize. To view the synchronization process on any device, display that device using the SQ VOL command.

B. To Retain Updates on the Secondary (R2) Volume:

This procedure copies the information on the secondary (R2) volume to the primary (R1) volume.

1. Verify that the synchronization direction is set from secondary to primary (R1<R2) by typing the following command: #SQ GLOBAL. Issue the following command if it is necessary to change the current synchronization direction: #SC GLOBAL,SYNCH_DIRECTION,R1<R2.

2. Make the secondary (R2) volume(s) on the data storage system read-only by typing the following command at the host with access to the secondary (R2) volume(s): #SC VOL,cuu,R/O[,dev#,ALL]

3. Vary the R1 device offline to the host: V cuu,OFFLINE.

4. Make the primary (R1) device unavailable to the host: #SC VOL,cuu,RDF-NRDY.

5. Determine which secondary (R2) volumes have a non-zero R1 INV_TRKS value by typing: #SQ VOL, cuu,INV_TRKS.

6. For all secondary (R2) volumes with non-zero R1 INV_TRKS values: From the host with access to the primary (R1) volume:

a. Set R2 invalid tracks to zero and prepare the primary (R1) volume for synchronization by typing: #SC VOL,cuu,VALIDATE[,dev#|,ALL] ('dev#'=primary (R1) volume whose secondary (R2) volume has an R1 INV_TRKS value greater than 0).

b. Repeat step a for each primary (R1) volume with a non-zero R2 INV_TRKS value for a secondary (R2) volume. If ALL is the specified parameter then step b is not necessary.

7. Resume remote mirroring operation from the host with access to the primary (R1) volumes by typing the following command: #SC VOL,cuu,RDF-RSUM[, dev#|,ALL]. Those primary (R1) and secondary (R2) volumes with invalid tracks will begin to synchronize. To view the synchronization process on any device, display that device using the # SQ VOL command from the host with access to the primary (R1) volume(s).

8. Make the R1 device available to the host: #SC VOL, cuu,RDF-RDY.

9. Vary the R1 device online to the host: V cuu,online.

Procedure 3: Invalid Tracks on both Primary (R1) and Secondary (R2) Volumes. Follow this procedure to resume remote mirroring operations when there are invalid tracks on both the primary (R1) volume and the secondary (R2) volume. To retain primary (R1) volume updates and discard secondary (R2) volume updates, follow procedure 2A above. To retain secondary (R2) volume updates and discard primary (R1) volume updates, follow procedure 2B above.

Modifications and substitutions by one of ordinary skill in the art are considered to be within the scope of the present invention, which is not to be limited except by the claims which follow.

What is claimed is:

1. A system for automatically providing remote copy data storage, said system comprising:

a host computer;

a first data storage system including at least a first data storage system controller and at least one data storage device, said first data storage system being coupled to said host computer for storing data to be accessed by at least said host computer;

a second data storage system including at least a second data storage system controller and at least one data storage device, said second data storage system being remotely coupled to said first data storage system for copying of said data to said second data storage system controller; and

said first data storage system controller coordinating and controlling the copying of said data to said second data storage system controller wherein said first data storage system maintains an index, said index including at least a first indicator providing an indication of whether a predetermined data element stored on said first data storage system is valid, a second indicator providing an indication of whether said predetermined data element stored on said second data storage system is valid, a third indicator providing an indication of whether a write is pending to said predetermined data element stored on said first data storage system, and at least a fourth indicator providing an indication of whether a write is pending to said predetermined data element stored in said second data storage system.

2. The system of claim 1 wherein said first indicator provides an indication of whether data stored in a predetermined data element storage location on said first data storage system is valid, said second indicator provides an indication of whether corresponding data stored in a corresponding data element storage location in said second data storage system is valid, said third indicator provides an indication of whether a write is pending to said predetermined data element storage location on said first data storage system, and said fourth indicator provides an indication of whether a write is pending to said corresponding data element storage location in said second data storage system.

3. The system as claimed in claim 1, wherein said first data storage system contains a cache memory and a disk data storage device, said third indicator provides an indication of whether a write is pending from said cache memory to said

disk data storage device, and said fourth indicator provides an indication of whether a write is pending from said first data storage system to said second data storage system.

4. The system as claimed in claim 3, wherein said first data storage system maintains a count of a number of data storage locations which are invalid on said second data storage system, and said first data storage system transmits to said second data storage system said count of said number of data storage locations which are invalid on said second data storage system.

5. A method of operating a data storage system for automatically providing remote data copying to remote data storage, said data storage system having primary data storage for storing a primary copy of data, and a data storage controller for controlling storage of data in said primary data storage and transmission of data over a link from said data storage system to said remote data storage to store a secondary copy of the data in said remote data storage, said method comprising:

said data storage controller maintaining an index, said index including at least a first indicator providing an indication of whether a format command is pending for a data storage device in said primary data storage, a second indicator providing an indication of whether a format command is pending for a data storage device in said remote data storage for storing a secondary copy of data stored in the data storage device in said primary data storage, a third indicator for providing an indication of whether an invalid track exists for the data storage device in said primary data storage, and a fourth indicator for providing an indication of whether an invalid track exists for the data storage device in the remote data storage for storing the secondary copy of data stored in the data storage device in the primary data storage.

6. A data storage system for providing remote data copying to remote data storage, said data storage system comprising:

primary data storage for storing a primary copy of data; and

a data storage controller for controlling storage of data in said primary data storage and transmission of data over a link from said data storage system to said remote data storage to store a secondary copy of the data in said remote data storage;

wherein said data storage system maintains an index, said index including at least a first indicator providing an indication of whether a predetermined data element stored on said data storage system is valid, a second indicator providing an indication of whether said predetermined data element stored in said remote data storage is valid, a third indicator providing an indication of whether a write is pending to said predetermined data element stored on said data storage system, and at least a fourth indicator providing an indication of whether a write is pending to said predetermined data element stored in said remote data storage.

7. The data storage system of claim 6 wherein said first indicator provides an indication of whether data stored in a predetermined data element storage location on said data storage system is valid, said second indicator provides an indication of whether corresponding data stored in a corresponding data element storage location in said remote data storage is valid, said third indicator provides an indication of whether a write is pending to said predetermined data element storage location on said data storage system, and said fourth indicator provides an indication of whether a write is pending to said corresponding data element storage location in said remote data storage.

8. The data storage system as claimed in claim 6, wherein said data storage system contains a cache memory and a disk data storage device, said third indicator provides an indication of whether a write is pending from said cache memory to said disk data storage device, and said fourth indicator provides an indication of whether a write is pending from said data storage system to said remote data storage.

9. The system as claimed in claim 6, wherein said data storage system maintains a count of a number of data storage locations which are invalid in said remote data storage, and said data storage system transmits to said remote data storage said count of said number of data storage locations which are invalid in said remote data storage.

10. A method of operating a data storage system for providing remote data copying to remote data storage, said data storage system having primary data storage for storing a primary copy of data, and a data storage controller for controlling storage of data in said primary data storage and transmission of data over a link from said data storage system to said remote data storage to store a secondary copy of the data in said remote data storage, said method comprising:

maintaining, in storage of said data storage system, a first indicator providing an indication of whether a predetermined data element stored on said data storage system is valid;

maintaining, in said data storage system, a second indicator providing an indication of whether said predetermined data element stored in said remote data storage is valid;

maintaining, in said data storage system, a third indicator providing an indication of whether a write is pending to said predetermined data element stored on said data storage system; and

maintaining, in said data storage system, a fourth indicator providing an indication of whether a write is pending to said predetermined data element stored in said remote data storage.

11. The method as claimed in claim 10, wherein said first indicator provides an indication of whether data stored in a predetermined data element storage location on said data storage system is valid, said second indicator provides an indication of whether corresponding data stored in a corresponding data element storage location in said remote data storage is valid, said third indicator provides an indication of whether a write is pending to said predetermined data element storage location on said data storage system, and said fourth indicator provides an indication of whether a write is pending to said corresponding data element storage location in said remote data storage.

12. The method as claimed in claim 10, wherein said data storage system contains a cache memory and a disk data storage device, said third indicator provides an indication of whether a write is pending from said cache memory to said disk data storage device, and said fourth indicator provides an indication of whether a write is pending from said data storage system to said remote data storage.

13. The method as claimed in claim 10, which further includes maintaining in said data storage system a count of a number of data storage locations which are invalid in said remote data storage, and transmitting from said data storage system to said remote data storage said count of said number of data storage locations which are invalid in said remote data storage.

14. A program storage device readable by a data storage system, said program storage device encoding a program for

execution by the data storage system for providing remote data copying from the data storage system to remote data storage, wherein the program is executable by the data storage system for maintaining an index, said index including at least a first indicator providing an indication of whether a predetermined data element is valid in storage of the data storage system, a second indicator providing an indication of whether said predetermined data element is valid in said remote data storage, a third indicator providing an indication of whether a write of said predetermined data element is pending to storage of the data storage system, and at least a fourth indicator providing an indication of whether a write of said predetermined data element is pending to said remote data storage.

15. The program storage device as claimed in claim 14, wherein said first indicator provides an indication of whether data stored in a predetermined data element storage location in said data storage system is valid, said second indicator provides an indication of whether corresponding data stored in a corresponding data element storage location in said remote data storage is valid, said third indicator provides an indication of whether a write is pending to said predetermined data element storage location in said data storage system, and said fourth indicator provides an indication of whether a write is pending to said predetermined data element storage location in said remote data storage.

16. The program storage device as claimed in claim 14, wherein said data storage system contains a cache memory and a disk data storage device, said third indicator provides an indication of whether a write is pending from said cache memory to said disk data storage device, and said fourth indicator provides an indication of whether a write is pending from said data storage system to said remote data storage.

17. The program storage device as claimed in claim 14, wherein the program is executable by the data storage system for maintaining a count of a number of data storage locations which are invalid in said remote data storage, and for transmitting from said data storage system to said remote data storage said count of said number of data storage locations which are invalid in said remote data storage.

18. A system for automatically providing remote copy storage of data from a host computer, said system comprising:

a first data storage system for coupling to the host computer for storing data from the host computer; and

a second data storage system remotely coupled to the first data storage system for receiving a copy of the data from the first data storage system;

wherein the first data storage system is adapted to operate in an asynchronous mode wherein data is copied from the first data storage system to the second data storage system asynchronously from the time when the first data storage system returns an i/o completion signal for the data to the host computer, and the first data storage system maintains, in the first data storage system, an index of information about the data as stored in the first data storage system and about the copy of the data as stored in the second data storage system, the index identifying data stored in the first data storage system and not yet copied to the second data storage system, the index including additional information about the copy of the data stored in the second data storage system so that the additional information is accessible by the first data storage system without retrieval from the second data storage system in order to reduce time for recovery from a failure to access the data stored in the first data storage system.

19. The system as claimed in claim 18, wherein the index includes a first indicator of whether a write to a predetermined data element is pending to the second data storage system in order to identify the data stored in the first data storage system and not yet copied to the second data storage system, and the additional information about the copy of the data stored in the second data storage system includes a second indicator of whether the predetermined data element is valid in the second data storage system.

20. The system as claimed in claim 18, wherein the additional information identifies data storage device locations for which a format command is pending and for which an invalid track exists.

21. The system as claimed in claim 18, wherein the additional information identifies data storage device locations for which a format command is pending, data storage device locations for which an invalid track exists, data storage device locations for which a device is pending, and data storage device locations which have been write disabled.

22. The system as claimed in claim 18, wherein the index in the first data storage system is substantially similar to an index maintained in the second data storage system by the second data storage system.

23. The system as claimed in claim 18, wherein the first data storage system and the second data storage system are coupled by a high speed communication link for transmission of the copy of the data from the first data storage system to the second data storage system.

24. The system as claimed in claim 18, wherein the second data storage system is adapted for coupling to a second host computer for storing in the second data storage system data from the second host computer, and the second data storage system is coupled to the first data storage system for transmission of a copy of the data from the second host computer for storage in the first data storage system.

25. The system as claimed in claim 18, wherein the first data storage system has semiconductor memory, and the first data storage system maintains the index in the semiconductor memory.

26. The system as claimed in claim 18, wherein the index is a hierarchical structure including a table of flag bits.

27. A system for automatically providing remote copy data storage, said system comprising:

a host computer;

a first data storage system coupled to the host computer for storing data from the host computer; and

a second data storage system remotely coupled to the first data storage system for receiving a copy of the data from the first data storage system;

wherein the first data storage system is adapted to operate in an asynchronous mode wherein data is copied from the first data storage system to the second data storage system asynchronously from the time when the first data storage system returns an i/o completion signal for the data to the host computer, and the first data storage system maintains, in the first data storage system, an index of information about the data as stored in the first data storage system and about the copy of the data as stored in the second data storage system, the index identifying data stored in the first data storage system and not yet copied to the second data storage system, the index including additional information about the copy of the data stored in the second data storage system so that the additional information is accessible by the first data storage system without retrieval from

the second data storage system in order to reduce time for recovery from a failure to access the data stored in the first data storage system.

28. The system as claimed in claim 27, wherein the index includes a first indicator of whether a write to a predetermined data element is pending to the second data storage system in order to identify the data stored in the first data storage system and not yet copied to the second data storage system, and the additional information about the copy of the data stored in the second data storage system includes a second indicator of whether the predetermined data element is valid in the second data storage system.

29. The system as claimed in claim 27, wherein the additional information identifies data storage device locations for which a format command is pending and for which an invalid track exists, and wherein the index in the first data storage system is substantially similar to an index maintained in the second data storage system by the second data storage system.

30. The system as claimed in claim 27, wherein the additional information identifies data storage device locations for which a format command is pending, data storage device locations for which an invalid track exists, data storage device locations for which a device is pending, and data storage device locations which have been write disabled, and wherein the index in the first data storage system is substantially similar to an index maintained in the second data storage system by the second data storage system.

31. The system as claimed in claim 27, wherein the first data storage system and the second data storage system are coupled by a high speed communication link for transmission of the copy of the data from the first data storage system to the second data storage system, the host computer is coupled to the first data storage system by a first direct data signal path, and the host computer is coupled to the second data storage system by a second direct data signal path.

32. A data storage system for automatically providing remote data copying to remote data storage, said data storage system comprising:

primary data storage for storing a primary copy of data; and

a data storage controller for controlling storage of data in said primary data storage and transmission of data over a link from said data storage system to said remote data storage to store a secondary copy of the data in said remote data storage;

wherein said data storage controller maintains an index, said index including at least a first indicator providing an indication of whether a format command is pending for a data storage device in said primary data storage, a second indicator providing an indication of whether a format command is pending for a data storage device in said remote data storage for storing a secondary copy of data stored in the data storage device in said primary data storage, a third indicator for providing an indication of whether an invalid track exists for the data storage device in said primary data storage, and a fourth indicator for providing an indication of whether an invalid track exists for the data storage device in the remote data storage for storing the secondary copy of data stored in the data storage device in said primary data storage.

33. A method of operating a system for automatically providing remote copy storage of data from a host computer, the system having a first data storage system coupled to the host computer for storing the data from the host computer, and a second data storage system remotely coupled to the first data storage system for receiving a copy of the data from the first data storage system, said method comprising the steps of:

operating the first data storage system in an asynchronous mode wherein data is copied from the first data storage system to the second data storage system asynchronously from the time when the first data storage system returns an i/o completion signal for the data to the host computer, and the first data storage system maintains, in the first data storage system, an index of information about the data as stored in the first data storage system and about the copy of the data as stored in the second data storage system, the index identifying data stored in the first data storage system and not yet copied to the second data storage system, the index including additional information about the copy of the data stored in the second data storage system; and

in response to a failure to access the data stored in the first data storage system, the first data storage system accessing the additional information stored in the index in the first data storage system in order to reduce time for recovery from the failure.

34. The method as claimed in claim 33, wherein the index includes a first indicator of whether a write to a predetermined data element is pending to the second data storage system in order to identify the data stored in the first data storage system and not yet copied to the second data storage system, and the additional information about the copy of the data stored in the second data storage system includes a second indicator of whether the predetermined data element is valid in the second data storage system.

35. The method as claimed in claim 33, wherein the additional information identifies data storage device locations for which a format command is pending and for which an invalid track exists.

36. The method as claimed in claim 33, wherein the additional information identifies data storage device locations for which a format command is pending, data storage device locations for which an invalid track exists, data storage device locations for which a device is pending, and data storage device locations which have been write disabled.

37. The method as claimed in claim 33, wherein the index in the first data storage system is substantially similar to an index maintained in the second data storage system by the second data storage system.

38. The method as claimed in claim 33, wherein the index is a hierarchical structure including a table of flag bits.

* * * * *