UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMC CORPORATION,<br><br>    Plaintiff and<br>    Defendant-in-Counterclaim,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, INC.,<br><br>    Defendant and<br>    Plaintiff-in-Counterclaim. | Civil Action No. 00-40188-NMG |

## JOINT MOTION TO VACATE DAMAGES TRIAL, ENTER A CONSENT ORDER, AND ISSUE A FINAL JUDGMENT

Plaintiff and Defendant-in-Counterclaim EMC Corporation ("EMC") and Defendant and Plaintiff-in-Counterclaim Hewlett-Packard Company, Inc. ("HP") (EMC and HP are collectively referred to as "the parties") hereby request that the Court vacate the upcoming damages trial in Civil Action No. 00-40188-NMG currently scheduled for February 16-17, 2005, enter a consent order referring the damages portion of this litigation to a private, binding arbitration, and issue a final judgment in the case.

I. **Background**

In early May 2004, the parties tried the liability portion of this case in the United States District Court for the District of Massachusetts in Worcester. After an eight-day trial, the Court

found that HP infringed three of EMC's patents: U.S. Patent Nos. 5,544,347; 5,742,792; and 6,101,497. The Court scheduled a trial for February 16 and 17, 2005, to determine damages.

## II.   Proposed Consent Order

After several attempts to settle the damages portion of this litigation, the parties have agreed, subject to the Court's approval, to enter private, binding arbitration to determine damages. A Proposed Consent Order referring the damages portion of the case to arbitration is attached hereto as Exhibit A.

The referral of the damages portion of this action to arbitration would be a final disposition of the litigation. Accordingly, if the Court agrees to enter the Proposed Consent Order, it may enter a final judgment in this case. *Cf. Aluminum Company of America v. Beazer East, Inc.*, 124 F.3d 551, 556, 559-561 (3d Cir. 1997) (consent order referring damages and claims related to the apportionment of liability to private, binding arbitration was a "final decision;" "[a]n order of the district court that adjudicates all the court was asked to adjudicate is a final order").[1]

---

[1]   The immediate issue before the Third Circuit in *Aluminum Company of America* was appellate jurisdiction. While appellate jurisdiction is not at issue in the immediate litigation, the Proposed Consent Order, like the consent order in *Aluminum Company of America*, would be a final disposition of the action because the order will result in the "resolution of all claims other than those the parties agreed to submit to arbitration" and "the parties argue there cannot be – and by court order there will not be – any further proceedings in the district court." *Id.* at 555, 561. Furthermore, a final judgment is appropriate following a consent order that refers the remaining issues to be litigated to arbitration because it respects the ability of parties to determine the issues they would like adjudicated by the courts. *See id.* at 559. Thus, the implementation of the Proposed Consent Order would allow the Court to enter a final judgment in this case.

-3-

### III. Conclusion

WHEREFORE, the parties respectfully request that the Court vacate the upcoming damages trial, enter a consent order referring the damages portion of this litigation to private, binding arbitration, and issue a final judgment.

| | |
|---|---|
| EMC CORPORATION, | HEWLETT-PACKARD COMPANY |
| By its attorneys, | By its attorneys, |

*[signature: Cynthia Vreeland]*  *[signature: Christopher Landgraff * by permission]*

William F. Lee (BBO #291960)  
Cynthia D. Vreeland (BBO #635143)  
Peter M. Dichiara (BBO #564244)  
Richard W. O'Neill (BBO #638170)  
Elizabeth M. Reilly (BBO #648111)  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109  
(617) 526-6000  

Of Counsel:  

John M. Gunther, Esq.  
William R. Clark, Esq.  
EMC Corporation  
176 South Street  
Hopkinton, MA 01748  

Mark E. Ferguson  
Mark S. Ouweleen  
Christopher D. Landgraff  
Bartlitt Beck Herman Palenchar & Scott LLP  
54 W. Hubbard Street, Suite 300  
Chicago, IL 60610  
(312) 494-4400  

Of Counsel  

Lawrence S. Delaney, BBO No. 557063  
Demeo & Associates, P.C.  
One Lewis Wharf  
Boston, MA 02110  
(617) 263-2600  

Dated: January 24, 2005